UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN MICHEL et al., <br><br> Plaintiff, <br> v. <br> YALE UNIVERSITY, <br><br> Defendants. | Case No. 3:20-cv-01080-JCH <br><br><br> AUGUST 24, 2020 |

## MOTION FOR EXTENSION OF TIME TO PLEAD

Defendant, Yale University ("Defendant"), by and through its undersigned counsel, hereby respectfully moves for a thirty-day extension of time, up and until Monday, September 28, 2020, within which to answer or otherwise respond to Plaintiff's Complaint. This is Defendant's first request for an extension of time and is necessary to review the allegations in the complaint and to prepare an appropriate response.

Good cause exists for four reasons: the complaint makes far-reaching allegations involving Defendant's university-wide responses to the pandemic and the governmental shutdowns of Spring 2020; counsel and contacts at the client face additional personal challenges during the pandemic; the Complaint was directly served on the Defendant, instead of offering Defendant the traditional opportunity to waive service and receive the longer time period provided in that situation under the Federal Rules of Civil Procedure; and counsel face preexisting obligations in the period from when they were retained to the initial due date of the response, including briefs imminently due in the U.S. Supreme Court and the Florida District Court of Appeal. Undersigned counsel has contacted Plaintiff's counsel, who at the time of the

filing of this Motion has not received a response that they consent to a thirty-day extension through September 28, 2020.

                Respectfully submitted,

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
Kim E. Rinehart (ct24427)
Benjamin M. Daniels (ct29713)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
PO Box 1832
New Haven, CT 06508-1832
jfreiman@wiggin.com
krinehart@wiggin.com
bdaniels@wiggin.com
Tel.: (203) 498-4400
Fax: (203) 782-2889

490\291\4826-6325-3448.v1