**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JONATHAN MICHEL et al.,<br><br>                                    Plaintiff,<br>v.<br><br>YALE UNIVERSITY,<br><br>                                    Defendants. | Case No. 3:20-cv-01080-JCH<br><br><br>AUGUST 24, 2020 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to its obligations under Fed. R. Civ. P. 7.1, Defendant Yale University states that it is not a stock corporation and no publicly held company owns any shares of the defendant.

Respectfully submitted,

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
Kim E. Rinehart (ct24427)
Benjamin M. Daniels (ct29713)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
PO Box 1832
New Haven, CT 06508-1832
jfreiman@wiggin.com
krinehart@wiggin.com
bdaniels@wiggin.com
Tel.: (203) 498-4400
Fax: (203) 782-2889

490\291\4852-8936-3657.v1