UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN MICHEL, | : | CASE NO.: 3:20-cv-01080-JCH |
| Plaintiff, | : | |
| v. | : | SEPTEMBER 25, 2020 |
| YALE UNIVERSITY, | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

For the reasons set forth in the accompanying memorandum of law, Defendant Yale University respectfully moves the Court to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Respectfully submitted,

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
Kim E. Rinehart (ct24427)
Benjamin M. Daniels (ct29713)
WIGGIN AND DANA LLP
P.O. Box 1832
New Haven, CT 06508-1832
Tel: (203) 498-4400
Fax: (203) 782-2889
jfreiman@wiggin.com
krinehart@wiggin.com
bdaniels@wiggin.com

*Counsel for Defendant*