UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN MICHEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>Defendant. | No. 3:20-cv-01080-JCH |

## MOTION TO WITHDRAW AS COUNSEL

Benjamin M. Daniels, formerly with the law firm of Wiggin and Dana, LLP, respectfully moves this Court to allow him to withdraw as counsel for Yale University ("Defendant"). Defendant will continue to be represented by Jonathan Freiman of the law firm of Wiggin and Dana, LLP.

Accordingly, Benjamin M. Daniels respectfully requests this Court to enter an Order granting his leave to withdraw as counsel of record for Defendant.

DATED this 19th day of March, 2021.

    Respectfully submitted,

    */s/ Benjamin M. Daniels*
    Benjamin M. Daniels (ct29713)
    WIGGIN AND DANA LLP
    One Century Tower
    265 Church Street
    PO Box 1832
    New Haven, CT 06508-1832
    bdaniels@wiggin.com
    Tel.: (203) 498-4400
    Fax: (203) 782-2889