UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN MICHEL,<br><br>      Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>      Defendants. | Case No. 3:20-cv-01080-JCH<br><br><br>March 29, 2021 |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's December 22, 2020 Order (ECF #53), the Parties jointly submit this report to describe the current status of the case. Defendant's motion to dismiss is pending before the Court and is fully briefed; argument has not yet been scheduled. Plaintiff has served interrogatories and requests for production on Defendant. Pursuant to agreement of the parties, Defendant's deadline to respond and object to that discovery is April 20, 2021. Due to the volume of the requested material, Defendant will begin production at that time and continue with production on a rolling basis thereafter. Defendant anticipates serving written discovery on Plaintiff shortly.

                 **DEFENDANT YALE UNIVERSITY**

                 */s/ Jonathan Freiman*
                 Jonathan M. Freiman (ct24248)
                 Kim E. Rinehart (ct24427)
                 Wiggin and Dana LLP
                 One Century Tower
                 265 Church Street
                 PO Box 1832
                 New Haven, CT 06508-1832

      jfreiman@wiggin.com
      krinehart@wiggin.com
      Tel.: (203) 498-4400
      Fax: (203) 782-2889

*Counsel for Defendant*


PLAINTIFF JONATHAN MICHEL

BY: */s/ James A. Francis*
James A. Francis (*pro hac vice*)
John Soumilas (*pro hac vice*)
David A. Searles (*pro hac vice*)
FRANCIS MAILMAN SOUMILAS, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: 215-735-8600
Fax: 215-940-8000
Email: jfrancis@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com
Email: dsearles@consumerlawfirm.com

Yvette Golan (*pro hac vice*)
THE GOLAN FIRM, PLLC
529 – 14th Street, N.W., Suite 914
Washington, DC 20045
Tel: (866) 298-4150, ext. 101
Fax: (928) 441-8250
ygolan@tgfirm.com

Sarah Poriss (ct24372)
Attorney at Law, LLC
777 Farmington Ave., 1st Fl.
West Hartford, CT 06119
Tel: 860-233-0336
Fax: 866-424-4880
sarahporiss@prodigy.net

*Attorneys for Plaintiff*

2