UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN MICHEL,<br><br>        Plaintiff,<br><br>v.<br><br>YALE UNIVERSITY,<br><br>        Defendants. | Case No. 3:20-cv-01080-JCH<br><br>September 10, 2021 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Local Rule of Civil Procedure 7(b), Plaintiff Jonathan Michel and Defendant Yale University (together, the "Parties") jointly move to modify the Court's December 22, 2020 (ECF 53) Scheduling Order. The Parties filed a similar request on June 23, 2021. Subsequent to that but before this Court issued the requested order, the Court dismissed the Amended Complaint. Plaintiff thereafter filed a Second Amended Complaint, which included a new cause of action, and which Defendant plans to answer by September 20, 2021, *see* ECF 90. When the Court issued its Order Granting the Motion to Dismiss on July 7, 2021 (ECF 73), the Parties agreed to stay discovery to allow for briefing and a ruling on Defendant's Motion to Stay. With the denial of that motion (ECF 88), the Parties have restarted their discovery efforts. In light of these developments in the case, the Parties have conferred regarding each party's discovery obligations and future deadlines and now jointly request that all deadlines be modified as follows:

| | **Current Deadline** | **Proposed Deadline** |
|---|:---:|:---:|
| Written fact discovery | July 1, 2021 | November 12, 2021 |
| Fact depositions | October 1, 2021 | December 17, 2021 |

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Damages analysis | November 1, 2021 | January 5, 2022 |
| Plaintiff expert disclosure | October 15, 2021 | January 14, 2022 |
| Defendant's expert disclosure | November 5, 2021 | February 11, 2022 |
| Plaintiff's expert's Rebuttal report | October 21, 2021 (this deadline was in error as it preceded defendant's expert disclosure) | February 25, 2022 |
| Deposition of plaintiff's experts | December 5, 2021 | March 11, 2022 |
| Deposition of defendant's experts | December 22, 2021 | March 25 2022 |
| Motion for class certification | January 21, 2022 | April 28, 2022 |
| Opposition to motion for class certification | February 25, 2022 | June 13, 2022 |
| Reply to motion for class certification | March 18, 2022 | July 13, 2022 |

The parties respectfully submit that this proposed schedule will allow the case to progress in the most orderly and efficient manner possible and jointly request that the Court grant this motion and set the case schedule as noted above. There is good cause for the adjustment of these deadlines in light of the procedural developments in the case, including the granting of the motion to dismiss, and the filing of a Second Amended Complaint that eliminated certain causes of action and added a new cause of action. The Parties have worked diligently and collaboratively to move the case forward as efficiently as possible.

Dated:  September 10, 2021

| **DEFENDANT YALE UNIVERSITY** | **PLAINTIFF JONATHAN MICHEL** |
|---|---|
| /s/ Jonathan Freiman | /s/ John Soumilas |
| Jonathan M. Freiman (ct24248) | James A. Francis (*pro hac vice*) |
| Kim E. Rinehart (ct24427) | John Soumilas (*pro hac vice*) |
| Wiggin and Dana LLP | FRANCIS MAILMAN SOUMILAS, P.C. |
| One Century Tower | 1600 Market Street, Suite 2510 |
| 265 Church Street | Philadelphia, PA 19103 |
| PO Box 1832 | Tel:  215-735-8600 |
| New Haven, CT 06508-1832 | Fax: 215-940-8000 |
| jfreiman@wiggin.com | jfrancis@consumerlawfirm.com |
| krinehart@wiggin.com | jsoumilas@consumerlawfirm.com |
| Tel.: (203) 498-4400 | |
| Fax: (203) 782-2889 | Yvette Golan (*pro hac vice*) |
| | THE GOLAN FIRM, PLLC |
| *Counsel for Defendant* | 529 14th Street NW, Suite 914 |
| | Washington, DC 20045 |
| | Tel.: (866) 298-4150, ext. 101 |
| | Fax: (928) 441-8250 |
| | ygolan@tgfirm.com |
| | |
| | Sarah Poriss (ct24372) |
| | Attorney at Law, LLC |
| | 777 Farmington Ave., 1st Fl. |
| | West Hartford, CT 06119 |
| | Tel: 860-233-0336 |
| | Fax: 866-424-4880 |
| | sarahporiss@prodigy.net |
| | |
| | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept the electronic filing. Notice of this filing will be sent by mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ John Soumilas*