IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN MICHEL, on behalf of himself and all others similarly situated,<br><br>　　*Plaintiff*,<br><br>　　v.<br><br>YALE UNIVERSITY,<br><br>　　*Defendant*. | Case No. 3:20-cv-01080-JCH |

**DECLARATION OF JOHN SOUMILAS IN SUPPORT OF
PLAINTIFF'S MOTION TO CERTIFY CLASS**

I, John Soumilas, pursuant to 28 U.S.C. § 1746, declare as follows:

1.　　I am an attorney duly licensed to practice in the Commonwealth of Pennsylvania and have been admitted to practice *pro hac vice* in this matter.

2.　　I am one of the counsel of record for Plaintiff Jonathan Michel in this matter and have personal knowledge of the facts and circumstances of this case.

3.　　Attached hereto as **Exhibit 1** is a true and correct copy of portions of the transcript of the November 1, 2021 deposition of Peter Salovey in this matter. This witness testified as a representative of Defendant pursuant to Fed. R. Civ. P. 30(b)(6).

4.　　Attached hereto as **Exhibit 2** is a true and correct copy of portions of the transcript of the November 10, 2021 deposition of Plaintiff Jonathan Michel in this matter.

5.　　Attached hereto as **Exhibit 3** is representation of the Yale University website obtained by Plaintiff on or about October 31, 2021. This document was marked and used as Exhibit 5 in depositions taken in this matter.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a document Bates-stamped MICHEL00001. Plaintiff produced this document in this matter. This document was marked and used as Exhibit 7 in depositions taken in this matter.

7. Attached hereto as **Exhibit 5** is a true and correct copy of portions of a document Bates-stamped YU-0000021607. Defendant originally produced this document in its native Excel spreadsheet form in this matter and marked it as HIGHLY CONFIDENTIAL under the protective order. For convenience and readability, Plaintiff hid rows unrelated to Yale College students and added alternating white and gray lines to the original spreadsheet before preparing this exhibit.

8. Attached hereto as **Exhibit 5A** is a true and correct summary of records from Exhibit 5. This data discloses unique student identification numbers and specific financial amounts paid, and is a summary of data that Defendant marked as HIGHLY CONFIDENTIAL under the protective order.

9. Attached hereto as **Exhibit 6** is a true and correct copy of portions of the transcript of the November 30, 2021 deposition of Pericles Lewis in this matter. This witness testified as a representative of Defendant pursuant to FED. R. CIV. P. 30(b)(6).

10. Attached hereto as **Exhibit 7** is a true and correct copy of portions of the transcript of the December 16, 2021 deposition of Nilakshi G. Parndigamage in this matter. This witness testified as a representative of Defendant pursuant to FED. R. CIV. P. 30(b)(6).

11. Attached hereto as **Exhibit 8** is a true and correct copy of a document Bates-stamped YU-0000010380. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order.

12. Attached hereto as **Exhibit 9** is a true and correct copy of a document Bates-stamped YU-0000010346. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order.

13. Attached hereto as **Exhibit 10** is a true and correct copy of a document Bates-stamped YU-0000022614. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order.

14. Attached hereto as **Exhibit 11** is a page from Plaintiff's Second Amended Complaint that includes a representation of one of Defendant's web sites, https://courses.yale.edu/?srcdb-202001&col=AT, obtained by Plaintiff. This document was marked and used as Exhibit 6 in depositions taken in this matter.

15. Attached hereto as **Exhibit 12** is a true and correct copy of a document Bates-stamped YU-0000041584. Defendant produced this document in this matter.

16. Attached hereto as **Exhibit 13** is a true and correct copy of a document Bates-stamped YU-0000016554. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order. This document was marked and used as Exhibit 8 in depositions taken in this matter.

17. Attached hereto as **Exhibit 14** is a true and correct copy of portions of the transcript of the October 18, 2021 deposition of Scott A. Strobel in this matter. This witness testified as a representative of Defendant pursuant to Fed. R. Civ. P. 30(b)(6).

18. Attached hereto as **Exhibit 15** is a true and correct copy of a document Bates-stamped YU-0000040096. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order. This document was marked and used as Exhibit 12 in depositions taken in this matter.

19. Attached hereto as **Exhibit 16** is a true and correct copy of a document Bates-stamped YU-0000020007. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order.

20. Attached hereto as **Exhibit 17** is a true and correct copy of a document Bates-stamped YU-0000037870. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order. This document was marked and used as Exhibit 22 in depositions taken in this matter.

21. Attached hereto as **Exhibit 18** is a true and correct copy of a document Bates-stamped YU-0000040885. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order. This document was marked and used as Exhibit 17 in depositions taken in this matter.

22. Attached hereto as **Exhibit 19** is a true and correct copy of a document Bates-stamped YU-0000016078. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order.

23. Attached hereto as **Exhibit 20** is a true and correct copy of a document Bates-stamped YU-0000000688. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order.

24. Attached hereto as **Exhibit 21** is a true and correct copy of a document Bates-stamped YU-0000001657. Defendant produced this document in this matter.

25. Attached hereto as **Exhibit 22** is a true and correct copy of a document Bates-stamped YU-0000020073. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order.

26. Attached hereto as **Exhibit 23** is a true and correct copy of portions of the transcript of the October 15, 2021 deposition of Stephen C. Murphy in this matter. This witness testified as a representative of Defendant pursuant to Fed. R. Civ. P. 30(b)(6).

27. Attached hereto as **Exhibit 24** is a true and correct copy of a document Bates-stamped YU-0000013477-503. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order.

28. Attached hereto as **Exhibit 25** is a true and correct copy of a document Bates-stamped YU-0000041447. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order.

29. Attached hereto as **Exhibit 26** is a true and correct copy of a document Bates-stamped MICHEL026708. Plaintiff produced this document in this matter.

30. Attached hereto as **Exhibit 27** is a true and correct copy of a document Bates-stamped MICHEL026702. Plaintiff produced this document in this matter.

31. Attached hereto as **Exhibit 28** is a true and correct copy of a document Bates-stamped MICHEL026704. Plaintiff produced this document in this matter.

32. Attached hereto as **Exhibit 29** is a true and correct copy of the February 4, 2022 Declaration (Expert Report) of Gareth MacCartney, Ph.D.

33. Attached hereto as **Exhibit 30** is a true and correct copy of June 10, 2022 Rebuttal Declaration (Expert Report) of Gareth MacCartney, Ph.D.

34. Attached hereto as **Exhibit 31** is a true and correct copy of a document Bates-stamped YU-0000035344. Defendant produced this document in this matter and marked it as CONFIDENTIAL under the protective order. This document was marked and used as Exhibit 20 in depositions taken in this matter.

35. Attached hereto as **Exhibit 32** is a true and correct copy of the current firm biography of Francis Mailman Soumilas, P.C. regarding its qualifications to serve as Class Counsel in this matter.

36. Attached hereto as **Exhibit 33** is a true and correct copy of the September 2, 2022 Declaration of Yvette Golan regarding her qualifications to serve as Class Counsel in this matter.

37. Attached hereto as **Exhibit 34** is a true and correct copy of the September 2, 2022 Declaration of Sarah Poriss regarding her qualifications to serve as Class Counsel in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 2, 2022.             */s/John Soumilas*
                                            John Soumilas