# Exhibit 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

_____

JONATHAN MICHEL, on behalf of )
himself and all others        )
similarly situated,           )
                              )
                Plaintiff,    )Case No.
                              )3:20-cv-01080-JCH
v.                            )
                              )
YALE UNIVERSITY,              )
                              )
                Defendant.    )
_____)


          Videotaped deposition of Peter

Salovey, Ph.D., taken on Monday, November 1,

2021, begininning at approximately 10:11 a.m.,

before Sarah J. Miner, Professional Court

Reporter and Notary Public.


          SUMMIT COURT REPORTING, INC.
     Certified Court Reporters and Videographers
          1500 Walnut Street, Suite 1610
          Philadelphia, Pennsylvania  19102
     424 Fleming Pike, Hammonton, New Jersey  08037
     (215) 985-2400 * (800) 447-8648 * (609) 567-3315
             www.summitreporting.com

PETER SALOVEY, Ph.D.

```
1                    THE VIDEOGRAPHER:  We are now
2              recording.  This is the beginning of media
3              Number 1 of the deposition of Peter
4              Salovey.  Today's date is November 1st,
5              2021.  The time on the monitor is 10:11
6              a.m..
7                    The case is Jonathan Michel versus
8              Yale University.  My name is Brian
9              Capouch.  The court reporter is Sarah
10             Miner.  We represent Summit Court
11             Reporting.  Videotaping will continue
12             until all parties agree to go off the
13             record.
14                    Counsel, please introduce yourselves
15             for the record, after which the court
16             reporter will swear in the witness.
17                    MR. SOUMILAS:  For the plaintiff
18             Jonathan Michel, my name is John Soumilas.
19                    MR. FREIMAN:  For the defendant, Yale
20             University, I am Jonathan Freiman of
21             Wiggin and Dana.
22                    MS. BLONSHTEYN:  For the defendant,
23             from Wiggin, Hannah Blonshteyn.
24                    PETER SALOVEY, Ph.D.,
25       having first been duly sworn by Sarah J. Miner,
```

**PETER SALOVEY, Ph.D.**

| | |
|---|---|
| 1 | LSR, a Notary Public in and for the State of |
| 2 | Connecticut, was examined and testified as follows: |
| 3 | DIRECT EXAMINATION |
| 4 | BY MR. SOUMILAS: |
| 5 | Q    Mr. Salovey, good morning. |
| 6 | A    Good morning. |
| 7 | MR. FREIMAN:  If I just may for the |
| 8 | record before we begin, we reserve the |
| 9 | right to make corrections of form or |
| 10 | substance under Rule 30(e)(1) within 30 |
| 11 | days of the receipt of the transcript and |
| 12 | video.  We also designate this deposition |
| 13 | and transcript as confidential under the |
| 14 | protective order. |
| 15 | MR. SOUMILAS:  Very well. |
| 16 | BY MR. SOUMILAS: |
| 17 | Q    Let's do a take two. |
| 18 | Mr. Salovey, good morning. |
| 19 | A    Good morning. |
| 20 | Q    We met off the record just a moment ago. |
| 21 | My name is Jon Soumilas.  I am one of the lawyers |
| 22 | who represents Jonathan Michel in a lawsuit that he |
| 23 | has brought on behalf of himself and other students |
| 24 | against Yale University where he essentially |
| 25 | alleges that the university charged him too much |

**PETER SALOVEY, Ph.D.**

1  check the existence of how websites looked at a

2  period in the past.  So I am going to begin with an

3  exhibit that is intended to try to make you trigger

4  your memory a little bit with the beginning of the

5  academic year 2019, 2020.

6      A    Okay.

7      Q    So that is the year in which the pandemic

8  happened in the spring, but I want to take you back

9  to where school starts as we all know, around late

10 August, early September.  Okay.

11             MR. SOUMILAS:  In that discussion, I

12             am going to ask the court reporter to mark

13             in the sequence we used before in this

14             case -- I want to say Yale 5.  So let's

15             begin marking this exhibit as Yale 5, and

16             handing it to the witness, please.

17             (Exhibit No. 5 marked for

18             identification.)

19 BY MR. SOUMILAS:

20     Q    Mr. Salovey, as I said, I think this is a

21 capture of Yale.edu's website, at least according

22 to this screen print from August 24, 2019.

23             Do you see that at the top right?

24     A    Yes, I do.

25     Q    All right.  And there is a big picture

**PETER SALOVEY, Ph.D.**

1    with a whole group of students, maybe 20 students

2    or so, with a couple of folks in business suits in

3    the middle.  Is that you?

4         A    The person in the middle taking the selfie

5    is me.

6         Q    All right.  Do you remember that event?

7         A    I do.

8         Q    Okay.  And you are surrounded by what

9    appear to be Yale students?

10        A    Yes, the tall man wearing the tie and

11   glasses is the then dean of Yale College, Jonathan

12   Holloway.

13        Q    He went off to Rutgers?

14        A    He went off to Rutgers.  He is now the

15   president of Rutgers, and with a stop at

16   Northwestern in between as provost.  And I presume

17   everyone else in the picture is a Yale student.

18        Q    And then you appear to be in front of an

19   old building with a gate.  Do you know where you

20   are?

21        A    I think this is one of the gates leading

22   to the old campus.

23        Q    Does this exhibit, Exhibit 5, remind you

24   whether this photo was on the front page of Yale's

25   website back in the August 2019 time frame?

**PETER SALOVEY, Ph.D.**

1   is it?

2       A    Librarians would describe the Beinecke

3   Library as housing Yale's special collections.   To

4   the public, we represent it as the rare book

5   library.

6       Q    And it is on campus.  Right?

7       A    Yes, it is.

8       Q    Beautiful building, no windows, though?

9       A    That is correct.

10      Q    So taking you to this moment in time, the

11  beginning of the academic year 2019, 2020, I want

12  to talk a little bit about your expectations for

13  that year based on your almost four decades of

14  experience with Yale University.   Okay?

15      A    Uh-huh.

16      Q    Did you expect that classes would be

17  taught in person that year?

18      A    In what time frame are we referring to?

19  My expectations in August 2019, let's say.

20      Q    Let's say late August, early September

21  2019, just as the school year is starting?

22      A    Okay.

23      Q    If you could try to remember what your

24  expectations were.   I guess it was your seventh

25  year as president?

**PETER SALOVEY, Ph.D.**

1      A    That is correct.

2      Q    Would you think that classes would be

3  taught in person the way they had been for the

4  previous decades you were there?

5      A    Yes, I do.  And that we would also offer

6  some online classes as well.

7      Q    Were primarily -- excuse me.  Let me try

8  that again.

9          Were classes primarily taught in person

10  and on campus leading up to that school year?

11      A    Yes.

12      Q    And I take it leading up to that school

13  year you would expect that students to gather in

14  groups on campus just like this photo in Yale 5.

15  Right?

16      A    Yes.

17      Q    You would expect that students could

18  attend the Beinecke Library and study there and

19  check out the books.  Correct?

20      A    Yes.  To the extent the books are allowed

21  to be checked out.

22      Q    That is a good point.

23          Now, students, leading up to that point,

24  could also gather on campus within the dorms.

25  Correct?

PETER SALOVEY, Ph.D.

```
1          A    That is correct.
2          Q    Are you familiar with the residential
3    college system here?
4          A    Yes, I am.
5          Q    It is one of the special parts of Yale
6    University, isn't it?
7                    MR. FREIMAN:  Objection.  Leading and
8               vague.
9                    MR. SOUMILAS:  Well, Counsel, he is
10              an adverse witness, so I can lead him.
11              But I will try to clarify if it is vague.
12   BY MR. SOUMILAS:
13         Q    What is the residential college system, as
14   you understand it?
15         A    So the residential college system
16   represents the way in which Yale typically houses
17   undergraduate students.  These tend to be
18   quadrangles.  And the students' rooms are in those
19   quadrangles.  They are laid out in suites.  There
20   is a dining hall for students to take their meals
21   within that quadrangle.  And then there are common
22   spaces and recreational spaces within those
23   quadrangles.
24         Q    And has Yale historically in your time
25   leading up to the beginning of the 2019, 2020
```

**PETER SALOVEY, Ph.D.**

1    academic year emphasized the importance of

2    residential college as part of the college

3    experience?

4        A    Yes.

5        Q    Why is that emphasize?

6        A    These are communities of students within

7    the larger community of Yale College.  And we know

8    that students enjoy the experience of living in

9    them and learning from their peers.

10        Q    Going back to Yale 5 for a moment.  Again,

11    the photo where you were taking a selfie.  It says

12    "Visit Yale.  See for yourself.  The best way to

13    experience Yale is to visit campus, join a campus

14    tour information session and leave time to explore

15    New Haven."

16            Do you see that language?

17        A    I do.

18        Q    Does Yale -- leading up to the 2019, 2020

19    academic year, did Yale also emphasize the

20    importance and beauty of its campus?

21        A    We are proud of our campus and we feature

22    it in photographs and descriptions designs for

23    potential applicants.

24        Q    Why would you think a campus visit or

25    campus tour is important?

**PETER SALOVEY, Ph.D.**

1          A    I think in deciding on where to apply and

2     deciding on where to attend, there is a kind of

3     emotional feeling that students get about one

4     campus or another maybe created by the architecture

5     and surroundings.

6          Q    What did you think of the campus the first

7     time you saw it as a student?

8          A    The very first time I saw this campus as a

9     student, I drove in from Elm Street and I wasn't

10    sure whether I was on campus or not, but I remember

11    suddenly Gothic buildings on either side of the

12    street.  And had an experience like Dorothy in

13    Wizard of Oz.  I wasn't in Kansas anymore.

14         Q    Going back to your expectations for the

15    2019, 2020 academic year, I gather you expected

16    that there would be sports at Yale?

17         A    I would have.

18         Q    Music?

19         A    Yes.

20         Q    Art?

21         A    Yes.

22         Q    Clubs of all sorts?

23         A    Yes.

24         Q    Were you aware of any experience in your

25    four decades up to that point where the university

PETER SALOVEY, Ph.D.

1    had discontinued operations for a week or more

2    because of a national emergency or a health

3    concern?

4        A    I do not recall any.

5        Q    Now focused on the beginning of the school

6    year, which is late August, early September,

7    concerning your expectations for that school year,

8    but were your expectations about the same as the

9    spring semester was beginning at the beginning of

10   2020?

11               MR. FREIMAN:  Objection.  Vague as to

12           the time frame.

13   BY MR. SOUMILAS:

14       Q    So let's say January of 2020 before any

15   news had broken about the pandemic.

16       A    I believe by January 2020 we were already

17   worried about what was happening on -- in other

18   parts of the world.

19       Q    Okay.  Let me see if I can pin it down a

20   little bit.

21           Am I correct that typically students pay

22   their tuition before the beginning of the semester?

23       A    I actually don't know when the tuition

24   bills are sent out.

25       Q    Set that aside for a minute.

**PETER SALOVEY, Ph.D.**

1          A    Uh-huh.

2          Q    And am I correct that the various schools

3     at Yale have catalogues that list the courses being

4     offered for each semester?

5          A    Yes, to the best of my knowledge.

6          Q    And leading up to the pandemic, the

7     prepandemic time let's call it, generally, not

8     always, but generally, the classes were offered in

9     person.  Correct?

10         A    Generally, yes.

11         Q    And on campus.  Correct?

12         A    Generally, yes, although there are some

13    field-based courses around the world, actually.

14         Q    Right.  I have now marked for you as Yale

15    6 an excerpt of several pages from course

16    catalogues which were filed as a part of an exhibit

17    on the docket in this case with the Federal Court

18    in the District of Connecticut.  It is not all of

19    the pages from that exhibit, but I picked a few out

20    that are all from the spring of 2020.

21              Do you see that?

22         A    Yes.

23         Q    And the first one, for example, is from

24    the arts school.  And it looks like it is Art 510

25    is the class.  Right?

PETER SALOVEY, Ph.D.

1          A    That is the first class listed on this

2     list of courses.

3          Q    Right.  And when we see the meeting info

4     for the class, it has -- it looks like Wednesday

5     afternoon at 3:30, and it says in Green, G-R-E-E-N.

6     That is building?

7          A    That is referring to a building, yes.

8          Q    And it is a building on campus here in New

9     Haven?

10         A    Yes.

11         Q    And so it is with the other examples that

12    I have within Yale 6 that they have a time and a

13    place for the meeting of those courses.  Right?

14         A    That is how it appears to me, yes.

15         Q    And heading into the spring of 2020

16    semester, there is nothing unusual about that?  You

17    would expect most of the classes to meet in a

18    building at a particular time for lecture or

19    recitation or lab or what have you?

20         A    That would have been my assumption.

21         Q    And indeed, in the four decades you have

22    been associated with the university, that was the

23    general practice.  Would you agree with that?

24         A    As a general practice, yes.

25         Q    Now, things changed after the pandemic,

PETER SALOVEY, Ph.D.

```
 1              THE WITNESS:  I understand that the
 2          billed expenses represent Yale's customary
 3          charges for tuition, room and board and
 4          the student activity fee, but that a
 5          student might not pay that.
 6  BY MR. SOUMILAS:
 7      Q    Fair enough.  That is what I wanted to
 8  talk about, the customary charges and what they are
 9  for.
10          Understanding that some students might pay
11  all of it, others might have a scholarship, others
12  may pay some of it because they have a grant or
13  other situations.  Okay.
14      A    Okay.
15      Q    But when Yale bills for -- let's start
16  with the smallest amount -- the student activity of
17  $125, what is that for?
18      A    Back during the time I was dean of Yale
19  College, that would support activities of an
20  extracurricular nature that students might be
21  involved in at Yale.  I don't know if that is still
22  what that refers to.
23      Q    Okay.  So when you were familiar as dean,
24  what type of activities did that type of activity
25  fee support?
```

PETER SALOVEY, Ph.D.

1      A    I believe these would be an amount charged

2    to support living on campus for a Yale College

3    student in a residential college and eating meals

4    in the dining system.

5      Q    Okay.  Pretty straightforward.  And the

6    largest portion is tuition.  In this case, is

7    $55,500 for the 2019, 2020 academic year.  Do you

8    see it?

9      A    I do.

10     Q    What is tuition for?  What do students pay

11   for when they pay tuition at Yale?

12     A    Tuition, room and board essentially is

13   what we charge students for, do not come close to

14   covering the full cost of an education for a

15   student.  And I have always viewed this as a

16   combined term bill that partially offsets the total

17   cost of an education for students.  I would

18   speculate that students understand the tuition part

19   to be the cost of instruction.

20     Q    What does Yale understand the tuition part

21   to mean when it bills a student $55,500 for tuition

22   in 2019, 2020?

23     A    I think of it as partially offsetting the

24   cost of faculty who teach students in courses, who

25   -- the costs of students making progress toward

PETER SALOVEY, Ph.D.

```
 1    their degree, receiving an education that will
 2    ultimately lead to a degree.
 3                  THE COURT REPORTER:  Lead to what?
 4                  THE WITNESS:  A degree.
 5    BY MR. SOUMILAS:
 6        Q    Are students -- undergraduate students at
 7    Yale expected to live on campus all four years?
 8        A    Not necessarily.
 9        Q    Could a student pay tuition to attend Yale
10    and not pay room and board?
11                  MR. FREIMAN:  Objection.  Vague as to
12                  time period.
13    BY MR. SOUMILAS:
14        Q    In the 2019, 2020 time period?
15        A    Yes, they could.
16        Q    If a student were to just pay tuition but
17    they had their own housing and food, do they still
18    have access to the libraries?
19        A    Yes.
20        Q    And do they still have access to the study
21    halls?
22        A    I am not sure we have study halls, but
23    rooms that they can study in, yes.
24        Q    Are there computer labs -- is what I had
25    in mind -- the university provided computers if a
```

PETER SALOVEY, Ph.D.

1    student wanted to use those?

2        A    Yes.

3        Q    And how about other campus facilities,

4    whether they be -- is there a student center?

5        A    There is now.  There wasn't in 2019, 2020.

6        Q    Is there something equivalent where

7    students get to just hang out and be with each

8    other in 2019, 2020?

9        A    2019, 2020, the most common place where

10   students might hang out and be with each other

11   would be a common room in the residential college.

12       Q    How about a campus outside, if you are

13   just paying tuition but not room and board, are you

14   allowed to have access to the entire campus?

15       A    I think the exterior spaces on campus

16   unless they are in a construction zone or there's

17   something hazardous about them, yes.

18       Q    If they are not hazardous and it is

19   sports or there is a musical concert, you are

20   allowed to attend?

21       A    For the most part, that would be true.

22       Q    Okay.  In the entire time you have been at

23   Yale, almost four decades, has the customary charge

24   for tuition ever been higher for any students

25   because that student made a lot of use of the

PETER SALOVEY, Ph.D.

1    educational opportunities that Yale offered?

2                MR. FREIMAN:  Objection.  Broad,

3         confusing.

4    BY MR. SOUMILAS:

5        Q    Let me be a little more specific given

6    that objection.  Imagine a student that goes to

7    office hours all the time, is in the library every

8    night, checks out books that are allowed to be

9    checked out, uses computer labs, makes the most of

10   their opportunity.  Do they get a customary tuition

11   charge that is a little higher because of their

12   usage, their high usage?

13       A    Are we just referring to Yale College

14   students, undergraduates?

15       Q    Yes.

16       A    There may be special activities that an

17   undergraduate is involved in, a special -- an

18   unusual sport, class with unusual materials in

19   which they would pay something extra.  But I think

20   a typical student would not be charged anything

21   other than this term bill.

22       Q    But I want to focus more specifically on

23   the tuition part.  Would the tuition be any higher

24   for any graduate student because they chose to

25   study mathematics versus psychology.  Because they

**PETER SALOVEY, Ph.D.**

1    went and saw every professor at every office hour,

2    because they participated in every, you know,

3    activity there was to participate in?

4         A    Not to my knowledge.

5         Q    And conversely, has the tuition bill, in

6    the four decades that you have been here, ever been

7    reduced because a student doesn't go to office

8    hours and, in fact, skips a lot of classes and, you

9    know, doesn't participate in any college and really

10    does the minimum?

11         A    Not to my knowledge.

12         Q    So the customary tuition is set at the

13    beginning of the academic year.  Correct?

14         A    It is set a bit prior to the beginning of

15    the academic year.

16         Q    Okay.  And then it stays the same for

17    undergraduate students regardless of whether they

18    are good students, poor students, stay on campus

19    all the time, are hardly there, whatever they make

20    use of it?  You would you agree?

21         A    I would agree that is generally correct.

22         Q    Is that also generally correct with

23    graduate students as far as the tuition they pay

24    for their schools, not extra things or special

25    activities, but the tuition, the customary charge

**PETER SALOVEY, Ph.D.**

```
 1   for tuition?
 2        A   Many graduate students, in fact all of the
 3   graduate students in Ph.D. programs, are not paying
 4   tuition.  Their tuition is waived and they receive
 5   a stipend.  Students in master's programs,
 6   professional master's programs may be paying
 7   tuition.
 8        Q   I should have asked a better question.
 9   When there is tuition that is charged by any of the
10   graduate schools, is the tuition ever adjusted
11   upward or downward based on the individual
12   student's use of professors, libraries, facilities,
13   you know, they hang around the campus all the time,
14   they go to the gym a lot, they go to all sporting
15   events, et cetera?
16              MR. FREIMAN:  Objection.  Confusing
17           as to the definition of graduate school in
18           distinction of professional schools.
19   BY MR. SOUMILAS:
20        Q   You can answer.
21        A   Not to my knowledge.  I do remember when I
22   was a student occasionally there being an extra
23   charge for a special kind of class at the gym,
24   let's say, or a class requiring special materials.
25   But as a general case, I am not aware of tuition
```

PETER SALOVEY, Ph.D.

1   being raised or lowered depending on a student's

2   use of university resources.

3        Q   Could we agree that other expenses,

4   whether they be club fees or special activity

5   expenses could apply depending on those activities,

6   but the tuition itself is not adjusted upwardly or

7   downwardly at Yale because of the individual

8   student's use or lack of use of educational

9   opportunities?

10       A   That would be my understanding.

11       Q   Now, other than these -- strike that

12   question.

13           Is -- my previous question about tuition

14   being adjusted upward or downward, is the answer it

15   is not adjusted upward or downward based on the

16   major that an undergraduate student chooses to

17   study?

18       A   That is correct.

19       Q   So let's say for the 2019, 2020 academic

20   year, and assuming this is correct and the tuition

21   was $55,500 and I was at Yale College and I wanted

22   to study mathematics, that is the tuition, if I

23   wanted to study psychology, it is the same?

24       A   Yes, that is true.

25       Q   Now, in setting the tuition for -- a

**PETER SALOVEY, Ph.D.**

```
 1   little bit before any academic year, is it your
 2   understanding that Yale considers the tuition
 3   charged by peer schools?
 4              MR. FREIMAN:  Objection.  Vague as to
 5          the definition of Yale.
 6   BY MR. SOUMILAS:
 7       Q   You can try to answer it.
 8       A   I assume we are talking about Yale
 9   College.
10       Q   Let's begin with Yale College.  Do you
11   consider peer schools for undergraduate admission?
12       A   We have those data looking backwards and
13   they are reviewed.
14       Q   How many peer schools does Yale have,
15   according to your data?
16              MR. FREIMAN:  Objection.  Vague as to
17          the definition of Yale.
18   BY MR. SOUMILAS:
19       Q   Talking about Yale College for the time
20   being, Mr. Salovey, and then we will move if
21   necessary.
22       A   For Yale College, we would typically look
23   at the Ivy League and one or two other universities
24   -- two or three other universities.
25       Q   Which two or three others?
```

**PETER SALOVEY, Ph.D.**

```
1        A    We typically would look at Stanford, MIT.
2        Q    And why do you look at those peer schools?
3        A    I can't speculate why anyone else looks at
4   those peer schools.  When I look at those peer
5   schools, the thought I am having in my mind is that
6   the cost of an education should not be a primary
7   determinant of a student's decision to come to Yale
8   as opposed to the other schools on that list.  If
9   we do better because our financial aid is more
10  generous, terrific.
11       Q    Would you agree with me that the schools
12  that Yale College considers its peers for
13  undergraduate admissions are all private
14  universities with a campus that have traditionally
15  offered in-person instruction?
16       A    That is primarily the list we think about
17  with respect to students making decisions to come
18  to Yale.  We also think about the flagship --
19            THE COURT REPORTER:  I'm sorry?
20            What?
21            THE WITNESS:  University -- flagship
22            university in the student's home state.
23            And we will think about colleges --
24            liberal arts college goes as well.
25  BY MR. SOUMILAS:
```

**PETER SALOVEY, Ph.D.**

1    otherwise have covered by scholarships or parents.

2    And in your four decades at the university, have

3    you ever seen a single written document like that

4    or Yale College or any Yale school between the

5    university and a student?

6        A    What I have seen are course catalogue,

7    handbook of regulations, a description of

8    expectations, descriptions about how to make

9    progress toward a degree and the like.  I would

10   speculate that the student would take the sum of

11   all of that as an understanding of what getting an

12   education at Yale in whatever program they are in

13   is.  It would be a summary of the expectations that

14   they should have.

15       Q    When you say the sum of all of that, do

16   you have a specific list of what the sum is?

17       A    I do not.

18       Q    And do you believe that if there were --

19   someone were to put the list together and to say

20   the sum is the course catalogue and this page on

21   the website and the bill and enumerate them, that

22   that formed a contract between the students and

23   Yale?

24            MR. FREIMAN:  Objection.  Calls for

25            legal conclusion.

PETER SALOVEY, Ph.D.

```
 1                    THE WITNESS:  I can't answer it
 2            because I don't know what legally is a
 3            contract.
 4                    THE COURT REPORTER:  I don't know
 5            what?
 6                    THE WITNESS:  What a legal contract
 7            is.
 8    BY MR. SOUMILAS:
 9        Q    Did you ever consider -- or has Yale ever
10    considered creating a single document that students
11    would sign and that someone for the university
12    would sign that spells out the agreement between
13    students and Yale?
14                    MR. FREIMAN:  Objection.  Attorney
15            work product, attorney-client
16            communications.
17                    You do not need to answer.
18                    MR. SOUMILAS:  Well, okay.  I think
19            it is true that you don't need to answer
20            if your only knowledge for that is
21            communications with your lawyers.  So let
22            me rephrase the question.
23    BY MR. SOUMILAS:
24        Q    Other than communications with your
25    counsel, has the university ever considered
```

PETER SALOVEY, Ph.D.

1    creating a single document to offer to students a

2    contract between the university and each student

3    about the educational services that they are to

4    receive here at Yale?

5              MR. FREIMAN:  Objection.  Vague as to

6         time frame with the word "ever."

7    BY MR. SOUMILAS:

8         Q   You can answer it if you can.

9         A   I don't.

10        Q   I want to hand you a document off of the

11   docket -- the court docket in this case.  It is the

12   District Judge's ruling on Yale's Motion to Dismiss

13   handed down on July 7th, 2021.

14             For the record, I will note this is Docket

15   Entry 73 filed on July 7th, 2021.  It is a 24-page

16   ECF document.  And I am going to direct the

17   witness's attention to page 19 of that Court

18   decision, and ask you, Mr. Salovey, to read the

19   sentence from the Court's decision that I have

20   underlined in pencil.  Would you please first read

21   this into the record.

22        A   May I return Exhibit 6?

23        Q   Yes, of course.  We are not going to mark

24   it as an exhibit.  I am going to create a record by

25   having you read that one underlined sentence,

PETER SALOVEY, Ph.D.

```
 1              MR. SOUMILAS:  Yes.
 2              THE WITNESS:  Okay.  Could you repeat
 3         -- I believe it was page 19.
 4   BY MR. SOUMILAS:
 5      Q    I believe so.  I have underlined in pencil
 6   one sentence on page 19.  Would you please read
 7   that one sentence from the Court's decision into
 8   the record?
 9      A    The sentence you have asked me to read is,
10   "Moreover, Yale disputes the existence of a
11   contract to provide Michel"" --
12      Q    Michel.
13      A    -- "an in-person education or to provide a
14   refund if such an education is not possible."
15      Q    My question is:  Do you disagree with that
16   one statement from the Court's decision?
17              MR. FREIMAN:  Objection.  Calls for a
18         legal conclusion.  In addition, he is here
19         in his personal capacity, not as a
20         30(b)(6) witness representing the
21         university.
22   BY MR. SOUMILAS:
23      Q    Just give me your view on that.
24      A    I also believe that there is not a
25   specific contract to provide Michel an in-person
```

**PETER SALOVEY, Ph.D.**

1    education or to provide a refund if such an

2    education is not possible.

3        Q   More broadly, and setting aside the exact

4    wording of the Court's decision, do you believe

5    that Yale College has made no promises to offer

6    Michel an in-person education?

7                MR. FREIMAN:  Objection.  Calls for a

8            legal conclusion, as there is a promissory

9            estoppel claim.

10               THE COURT REPORTER:  I'm sorry.

11           After legal conclusion, I couldn't hear

12           you.

13               MR. FREIMAN:  As there is a

14           promissory estoppel claim.

15               THE WITNESS:  Can you repeat the

16           question?

17   BY MR. SOUMILAS:

18       Q   Yes, sir.  So as you understand promises

19   that take place in the world, do you believe that

20   Yale College made no promises to Michel to offer

21   him an in-person education here at Yale?

22               MR. FREIMAN:  Same objection.

23               THE WITNESS:  I believe Yale made --

24           I believe the undergraduate regulations

25           are clear that Yale may modify what kind

**PETER SALOVEY, Ph.D.**

1    refund or reduced tuition to Michel under the

2    circumstances?

3        A    We are focusing just on tuition, not room

4    and board?

5        Q    Right.

6        A    And, yes, I agree that, as I understand

7    things, that we did not promise -- make such a

8    promise.

9        Q    Let's move on.  We all know what happened.

10   The pandemic hit the world and Yale University,

11   like many schools and businesses and government,

12   reacted.  And I understand that there was an

13   announcement out of your office moving courses

14   online.  So I would like to show you that

15   announcement.

16               MR. SOUMILAS:  We will mark it as

17           Yale 8 for purposes of today.

18               (Exhibit No. 8 marked for

19           identification.)

20   BY MR. SOUMILAS:

21       Q    Mr. Salovey, are you familiar with this

22   email?

23       A    Yes, I am.

24       Q    And it seems to be sent from President

25   Peter Salovey on March 10th, 2020.  Correct?

PETER SALOVEY, Ph.D.

1          A    That is the time stamp and heading on the
2     Exhibit 8.
3          Q    And the subject line is "COVID-19, moving
4     courses online and other significant updates."
5               Do you see that?
6          A    Yes.
7          Q    This particular email appears to be going
8     to ArialYan@yahoo(sic).edu.
9               Do you know who that is?
10         A    No.
11              MR. FREIMAN:  Objection.  Misstates
12              the document.  You said Yahoo.
13              MR. SOUMILAS:  I said Yahoo?
14              MR. FREIMAN:  Yes.
15              MR. SOUMILAS:  Oh, I apologize.  I
16              totally misspoke.
17    BY MR. SOUMILAS:
18         Q    It seems to be going to someone named
19    ArialYan@Yale.edu.
20              Do you know who that is.
21         A    I do not know who that is.
22         Q    To your knowledge, on March 10, 2020, did
23    this general announcement go out across the entire
24    Yale community?
25              MR. FREIMAN:  Objection.  Vague as to

PETER SALOVEY, Ph.D.

1              Yale community.
2                   THE WITNESS:  I don't recall who the
3              recipient of this email is.  It does start
4              with the line "Dear Members of the Yale
5              Community."
6    BY MR. SOUMILAS:
7         Q    Right.  So it appears to be addressed to
8    one person.  There is no point in getting all of
9    them.  But is it your understanding, Mr. Salovey,
10   that the intention was to notify students and
11   faculty and others or part of the Yale community
12   about what is going on with COVID-19 as of March
13   10th, 2020?
14        A    In a general sense, yes.
15        Q    And then this is -- is this the first time
16   that classes moved online primarily?
17                  MR. FREIMAN:  Objection as to scope.
18              Question is vague.
19   BY MR. SOUMILAS:
20        Q    Is March 10th, 2020 the first time that
21   Yale announced that course work will primarily be
22   moved to online learning due to the pandemic?
23        A    Yes, after the spring recess.
24        Q    After the spring recess.
25                  And then those conditions continued

PETER SALOVEY, Ph.D.

1      Q    Were other Yale schools primarily offering

2   courses in person during the '20, '21 academic

3   year?

4      A    Some were and some were not.

5      Q    Which ones were offering courses primarily

6   in person in the 2020, 2021 academic year?

7      A    I may be mistaken, but I believe the law

8   school was.

9      Q    Any other school that was primarily in

10   person going into 2020, 2021?

11      A    Not to my knowledge, but I am not sure.

12   I am not at all sure.

13      Q    Until what period in time would you say

14   Yale College continued to offer course work

15   primarily online?

16      A    Yale College was primarily online for the

17   period of time after the spring break in the spring

18   of '20 and then for the 2020 to 2021 academic year.

19      Q    And how about the academic year that just

20   started a couple of months ago, the 2021 going into

21   2022 academic year, what is going on now in terms

22   of offering course work online or in person at Yale

23   College?

24      A    We are offering it primarily in person,

25   socially distanced with masks.

**PETER SALOVEY, Ph.D.**

1        Q    As of late August, early September 2021?

2        A    Yes.

3        Q    With your announcement that we see here on

4   Yale 8 on March 10th, 2020, do you believe that

5   Yale College suspended operations?

6        A    No, I do not.

7        Q    Do you agree with the statement that Yale

8   did not suspend operations during the pandemic?

9        A    I believe Yale modified its operations.

10       Q    During the entire three -- two semesters

11   plus where it was under pandemic conditions?

12       A    It depended on the operation.  For

13   example, we tried to restore laboratory research as

14   quickly as we could.  Some of it was relevant to

15   COVID.

16       Q    But the moving the classes online was not

17   a suspension or termination of teaching?

18       A    Students could continue to take the

19   courses and continue to receive credit and continue

20   to matriculate toward a degree -- for a degree.

21       Q    Other than a few days after -- actually, I

22   am not even sure.

23            Was there any interruption in the classes

24   where nothing was offered, whether online or in

25   person, or did you go right into spring break in

**PETER SALOVEY, Ph.D.**

1        C E R T I F I C A T E

2        I hereby certify that I am a Notary Public, in

3    and for the State of Connecticut, duly commissioned

4    and qualified to administer oaths.

5        I further certify that the deponent named in

6    the  foregoing deposition was by me duly sworn and

7    thereupon testified as appears in the foregoing

8    deposition; that said deposition was taken by me

9    stenographically in the presence of counsel and

10   reduced to typewriting under my direction, and the

11   foregoing is a true and accurate transcript of the

12   testimony.

13       I further certify that I am neither of counsel

14   nor related to either of the parties to said suit,

15   nor of either counsel in said suit, nor am I

16   interested in the outcome of said cause.

17       Witness my hand and seal as Notary Public the

18   5th day of November, 2021.

19

20

21   _____

22   Notary Public

23   My Commission Expires:

24   November 30, 2022

25