# Exhibit 3












