# Exhibit 4

# Yale *Office of Undergraduate Financial Aid*

Jonathan Cooper Michel
1031 Douglas Dr
Wooster, OH 44691-2770

June 04, 2019
SID: REDACTED 3441

The Financial Aid Committee has carefully reviewed your family's most recent financial information and has prepared this financial aid award for the 2019-2020 academic year. If you have questions about your financial aid award, financing options, or if your family's financial situation has changed since you submitted your application materials, please contact our office for additional assistance. Our office is open Monday through Friday from 8:30am to 4:30pm EST and financial aid officers are here to answer your questions. You may also refer to our website (finaid.yale.edu) for additional information.

## Financial Aid Award and Planning Worksheet 2019-2020

### Estimated Cost to Attend Yale

| | | |
|---|---:|---|
| Tuition | 55,500 | · Billed Expenses are charges billed by Yale and will appear on your Student Account statement. |
| Room and Board | 16,600 | |
| Student Activity Fee | 125 | · Unbilled expenses are not paid directly to Yale and do not appear on any bill. The amounts shown here are estimates to help you plan for expenses you may incur throughout the year. |
| **Billed Expenses:** | **72,225** | |
| Books/Personal Expenses | 3,700 | |
| Travel Expenses | 850 | · The Estimated Cost of Attendance includes Billed and Unbilled expenses for the 2019-20 academic year. |
| **Estimated Unbilled Expenses:** | **4,550** | |
| **Estimated Cost of Attendance:** | **$76,775** | |

### Gift Aid

| | Fall | Spring | Year | |
|---|---:|---:|---:|---|
| Yale Scholarship | 22,726 | 22,725 | 45,451 | · Gift aid does not need to be repaid. |
| | | | | · The grants and scholarships shown reflect our calculation of your demonstrated need for gift aid. |
| **Total Gift Aid:** | **22,726** | **22,725** | **$45,451** | |

### Estimated Net Cost for 2019-2020

| | | |
|---|---:|---|
| Estimated Cost of Attendance - Gift Aid = | $31,324 | · Estimated Net Cost includes Billed and Unbilled expenses. This is Yale's calculation of the student and family's combined financial expectation for the 2019-2020 academic year. |



EXHIBIT
7
Yale  4/1/21
PENGAD 800-631-6989

MICHEL00001

JONATHAN COOPER MICHEL / SID REDACTE 441 / PAGE 2 OF 2

## Expected Family Contribution and Options to Pay Net Cost

| Calculated Family Contribution: | $31,324 |
|---|---|
| Parent Share | 21,612 |
| Student Share | 6,362 |
| Student Campus Employment Option | 3,350 |

**Other Payment Options and Resources**
- Yale Payment Plan
- Outside Scholarship/Aid
- Campus Employment Option
- Student and Parent Loans

- Parent and Student Share figures shown are suggested divisions of Billed and Unbilled expenses based on our assessment of your family's combined ability to pay.
- Families will decide how to divide the Expected Family Contribution and how to cover specific Billed and Unbilled expenses.
- Scholarship funds from outside sources can reduce the Student Share.
- Students and parents have the option to finance some or all of their Expected Family Contribution with a loan. Details on this and other payment options are included with your award.

## Special Notes about Your Award

- The increase in your parents' contribution is a direct result of the increase in their total taxed and untaxed income.
- Your award is based, in part, on reported enrollment, costs and aid of siblings in college. If there are any changes to the college status of any family member, you must inform us and your award may change as a result.

**MICHEL00002**

# Yale *Office of Undergraduate Financial Aid*

Jonathan Cooper Michel
1031 Douglas Dr
Wooster, OH 44691-2770

April 21, 2020
SID: ████441

The Financial Aid Committee has carefully reviewed your family's most recent financial information. If you have questions about your financial aid offer, financing options, or if your family's financial situation has changed since you submitted your application materials, please contact our office for additional assistance. Our office is open Monday through Friday from 8:30am to 4:30pm EST and financial aid officers are here to answer your questions. You may also refer to our website (finaid.yale.edu) for additional information.

## Financial Aid Offer and Planning Worksheet 2020-2021

### Estimated Cost to Attend Yale

| | | |
|---|---|---|
| Tuition | 57,700 | · Billed Expenses are charges billed by Yale and will appear on your Student Account statement. |
| Room and Board | 17,200 | |
| Student Activity Fee | 125 | · Unbilled expenses are not paid directly to Yale and do not appear on any bill. The amounts shown here are estimates to help you plan for expenses you may incur throughout the year. |
| **Billed Expenses:** | **75,025** | |
| Books/Personal Expenses | 3,700 | |
| Travel Expenses | 850 | |
| **Estimated Unbilled Expenses:** | **4,550** | · The Estimated Cost of Attendance includes Billed and Unbilled expenses for the 2020-21 academic year. |
| **Estimated Cost of Attendance:** | **$79,575** | |

### Gift Aid

| | Fall | Spring | Year | |
|---|---|---|---|---|
| Yale Scholarship | 12,508 | 12,508 | 25,016 | · Gift aid does not need to be repaid. |
| | | | | · The grants and scholarships shown reflect our calculation of your demonstrated need for gift aid. |
| **Total Gift Aid:** | **12,508** | **12,508** | **$25,016** | |

### Estimated Net Cost for 2020-2021

| | | |
|---|---|---|
| Estimated Cost of Attendance - Gift Aid = | **$54,559** | · Estimated Net Cost includes Billed and Unbilled expenses. This is Yale's calculation of the student and family's combined financial expectation for the 2020-2021 academic year. |

### Expected Family Contribution and Options to Pay Net Cost

| | | |
|---|---|---|
| **Calculated Family Contribution:** | **$54,559** | · Parent and Student Share figures shown are suggested divisions of Billed and Unbilled expenses based on our assessment of your family's combined ability to pay. |
| Parent Share | 48,609 | |
| Student Share | 2,600 | |
| Student Campus Employment Option | 3,350 | · Families will decide how to divide the Expected Family Contribution and how to cover specific Billed and Unbilled expenses. |

**Other Payment Options and Resources**
· Yale Payment Plan
· Outside Scholarship/Aid
· Campus Employment Option
· Student and Parent Loans

· Scholarship funds from outside sources can reduce the Student Share.
· Students and parents have the option to finance some or all of their Expected Family Contribution with a loan. Details on this and other payment options are included with your award.

**MICHEL00003**

JONATHAN COOPER MICHEL / SID [REDACTED]441 / PAGE 2 OF 2

## Special Notes about Your Award

· The increase in your Parent Share is due to your being the only full-time undergraduate student this year. Since Pauline graduated, we will no longer divide the Parent Share in two.
· Based on your federal eligibility, we have authorized Federal Work-Study for you in support of the Student Employment portion of your Expected Family Contribution.

MICHEL00004

# Yale *Office of Undergraduate Financial Aid*

Jonathan Cooper Michel
1031 Douglas Dr
Wooster, OH 44691-2770

August 04, 2020
SID: ▉REDACTED▉3441

The Office of Undergraduate Financial Aid has adjusted your financial aid offer. Your eligibility for financial aid has changed based on our recent evaluation of new or updated information. If we can provide you any additional information or if you have questions, please contact us.

## Revised Financial Aid 2020-2021

### Estimated Cost to Attend Yale

|  | In Residence Fall |  | In Residence Spring | Year |
|---|---|---|---|---|
| Tuition Fall | 28,850 | Tuition Spring | 28,850 | 57,700 |
| Room & Board Fall | 8,600 | Room & Board Spring | 8,600 | 17,200 |
| Student Activity Fee Fall | 25 | Student Activity Fee Spring | 25 | 50 |
| **Billed Expenses** | **$37,475** | **Billed Expenses** | **$37,475** | **$74,950** |
| Travel Fall | 425 | Travel Spring | 425 | 850 |
| Books/Personal Exp Fall | 1,850 | Books/Personal Exp Spring | 1,850 | 3,700 |
| **Estimated Unbilled Expenses** | **$2,275** | **Estimated Unbilled Expenses** | **$2,275** | **$4,550** |
| **Estimated Cost of Attendance** | | | | **$79,500** |

If your in residence term is off-campus, the Room and Board amount for that term is unbilled by Yale.

### Gift Aid

|  | Fall | Spring | Year |  |
|---|---|---|---|---|
| Yale Scholarship | 12,471 | 12,470 | 24,941 | · Gift aid does not need to be repaid. |
|  |  |  |  | · The grants and scholarships shown reflect our calculation of your demonstrated need for gift aid. |
| **Total Gift Aid:** | **12,471** | **12,470** | **$24,941** |  |

### Expected Family Contribution

| **Calculated Family Contribution:** | **$54,559** | · Parent and Student Share figures shown are suggested |
|---|---|---|
| Parent Share | 48,609 | divisions of Billed and Unbilled expenses based on our |
| Student Share | 5,950 | assessment of your family's combined ability to pay. |

**Other Payment Options and Resources**
· Yale Payment Plan
· Outside Scholarship/Aid
· Campus Employment Option
· Student and Parent Loans

· Families will decide how to divide the Expected Family Contribution and how to cover specific Billed and Unbilled expenses.
· Scholarship funds from outside sources can reduce the Student Share.
· Students and parents have the option to finance some or all of their Expected Family Contribution with a loan. Details on this and other payment options are included with your award.

**MICHEL00005**

JONATHAN COOPER MICHEL / SID ███ 3441 / PAGE 2 OF 2

## Special Notes about Your Award

- The increase in your Parent Share is due to your being the only full-time undergraduate student this year. Since Pauline graduated, we will no longer divide the Parent Share in two.
- Based on your federal eligibility, we have authorized Federal Work-Study for you in support of the Student Employment portion of your Expected Family Contribution.

MICHEL00006

# Account History

**This is your account history...** This report represents the chronological sequence of actual (as opposed to anticipated) transactions that have already been entered on your student account. The transactions are presented in the order of entry on the account. The date shown is the date the transaction took effect. This may be different from the date that the transaction was entered on the account. If you have questions concerning your account, please contact the Student Financial Services Center at **www.yale.edu/sfs/contactus**.

*Go to the bottom of this page to view your current balance*

| Term | Date | Description | Transaction Amount | Balance |
|------|------|-------------|-------------------:|--------:|
| Fal 2018 | 18-JUN-2018 | Room: Yale College | 4,500.00 | 4,500.00 |
| Fal 2018 | 18-JUN-2018 | Tuition: Yale College | 26,715.00 | 31,215.00 |
| Fal 2018 | 25-JUN-2018 | Board: Yale College | 3,500.00 | 34,715.00 |
| Fal 2018 | 25-JUN-2018 | Yale Health Coverage | 1,201.00 | 35,916.00 |
| Fal 2018 | 02-JUL-2018 | Student Activities Fee | 125.00 | 36,041.00 |
| Fal 2018 | 11-JUL-2018 | Yale Health Coverage | -1,201.00 | 34,840.00 |
| Fal 2018 | 23-JUL-2018 | ePayment - Thank you | -10,704.00 | 24,136.00 |
| Fal 2018 | 19-AUG-2018 | Board: Yale College | -3,500.00 | 20,636.00 |
| Fal 2018 | 19-AUG-2018 | Board: YC Anytime Meal Plan | 3,570.00 | 24,206.00 |
| Fal 2018 | 05-SEP-2018 | ePayment - Thank you | -70.00 | 24,136.00 |
| Fal 2018 | 10-SEP-2018 | Class Fee: School of Art | 25.00 | 24,161.00 |
| Fal 2018 | 02-OCT-2018 | ePayment - Thank you | -25.00 | 24,136.00 |
| Spr 2019 | 22-OCT-2018 | Room: Yale College | 4,500.00 | 28,636.00 |
| Spr 2019 | 22-OCT-2018 | Tuition: Yale College | 26,715.00 | 55,351.00 |
| Fal 2018 | 22-OCT-2018 | Library Fine: Bass | 10.00 | 55,361.00 |
| Spr 2019 | 24-OCT-2018 | Board: YC Anytime Meal Plan | 3,570.00 | 58,931.00 |
| Fal 2018 | 24-OCT-2018 | Scholarship: Yale College | -24,197.00 | 34,734.00 |
| Spr 2019 | 10-NOV-2018 | ePayment - Thank you | -10,538.00 | 24,196.00 |
| Spr 2019 | 09-JAN-2019 | Scholarship: Yale College | -24,196.00 | 0.00 |
| Fal 2018 | 15-FEB-2019 | FOOT: Application Fee | 210.00 | 210.00 |
| Spr 2019 | 07-MAR-2019 | ePayment - Thank you | -210.00 | 0.00 |
| Spr 2019 | 06-MAY-2019 | Library Fine:Soc.Sci. | 3.50 | 3.50 |
| Sum 2019 | 04-JUN-2019 | ePayment - Thank you | -3.50 | 0.00 |
| Fal 2019 | 17-JUN-2019 | Room: Yale College | 4,700.00 | 4,700.00 |
| Fal 2019 | 17-JUN-2019 | Tuition: Yale College | 27,750.00 | 32,450.00 |
| Fal 2019 | 24-JUN-2019 | Yale Health Coverage | 1,225.00 | 33,675.00 |
| Spr 2019 | 25-JUN-2019 | Failure to Clean Up | 60.00 | 33,735.00 |
| Fal 2019 | 26-JUN-2019 | Board: YC Anytime Meal Plan | 3,670.00 | 37,405.00 |
| Fal 2019 | 01-JUL-2019 | Student Activities Fee | 125.00 | 37,530.00 |
| Fal 2019 | 05-JUL-2019 | Yale Health Coverage | -1,225.00 | 36,305.00 |
| Fal 2019 | 15-JUL-2019 | ePayment - Thank you | -13,579.00 | 22,726.00 |
| Fal 2019 | 23-AUG-2019 | Scholarship: Yale College | -22,726.00 | 0.00 |
| Spr 2020 | 22-OCT-2019 | Room: Yale College | 4,700.00 | 4,700.00 |
| Spr 2020 | 22-OCT-2019 | Tuition: Yale College | 27,750.00 | 32,450.00 |
| Spr 2020 | 23-OCT-2019 | Board: YC Anytime Meal Plan | 3,670.00 | 36,120.00 |
| Fal 2019 | 15-NOV-2019 | YPMB Registration | 30.00 | 36,150.00 |

**MICHEL00007**

Account History                                            https://www.sis.yale.edu/pls/ban1/bwskoacc.P_ViewAcctDetl

| | | | | | |
|---|---|---|---|---:|---:|
| Spr 2020 | 17-NOV-2019 | ePayment - Thank you | | -13,395.00 | 22,755.00 |
| Spr 2020 | 03-DEC-2019 | ePayment - Thank you | | -30.00 | 22,725.00 |
| Spr 2020 | 08-JAN-2020 | Scholarship: Yale College | | -22,725.00 | 0.00 |
| Spr 2020 | 03-FEB-2020 | Late Registration Fee | | 50.00 | 50.00 |
| Spr 2020 | 04-FEB-2020 | ePayment - Thank you | | -50.00 | 0.00 |
| Spr 2020 | 20-MAR-2020 | Board: COVID-19 Adj | | -1,782.65 | -1,782.65 |
| Spr 2020 | 20-MAR-2020 | Room: COVID-19 Adj | | -2,076.00 | -3,858.65 |
| Sum 2020 | 11-MAY-2020 | Technology Fee On-Line Courses | | 255.00 | -3,603.65 |
| Sum 2020 | 11-MAY-2020 | Tuition: Summer | | 6,525.00 | 2,921.35 |
| Sum 2020 | 11-MAY-2020 | Tuition: Summer Study Abroad | | 4,350.00 | 7,271.35 |
| Sum 2020 | 15-MAY-2020 | Scholarship: DSA Award C | | -4,000.00 | 3,271.35 |
| Sum 2020 | 19-MAY-2020 | Scholarship: Summer | | -2,175.00 | 1,096.35 |
| Sum 2020 | 19-MAY-2020 | Scholarship: Summer | | -2,175.00 | -1,078.65 |
| Fal 2020 | 28-JUL-2020 | Student Activities Fee | | 25.00 | -1,053.65 |
| Fal 2020 | 28-JUL-2020 | Tuition: Yale College | | 28,850.00 | 27,796.35 |
| Fal 2020 | 14-AUG-2020 | ePayment - Thank you | | -15,325.35 | 12,471.00 |
| Fal 2020 | 24-AUG-2020 | Scholarship: Yale College | | -12,471.00 | 0.00 |
| Spr 2021 | 18-NOV-2020 | Student Activities Fee | | 25.00 | 25.00 |
| Spr 2021 | 18-NOV-2020 | Tuition: Yale College | | 28,850.00 | 28,875.00 |
| Spr 2021 | 09-DEC-2020 | ePayment - Thank you | | -16,405.00 | 12,470.00 |
| Spr 2021 | 22-JAN-2021 | Scholarship: Yale College | | -12,470.00 | 0.00 |
| Spr 2021 | 22-JAN-2021 | Insufficient Schedule Credits | | 50.00 | 50.00 |
| Spr 2021 | 01-FEB-2021 | ePayment - Thank you | | -50.00 | 0.00 |
| Spr 2021 | 09-FEB-2021 | Course Schedule Add/Drop | | 20.00 | 20.00 |
| Spr 2021 | 01-MAR-2021 | ePayment - Thank you | | -20.00 | 0.00 |
| Fal 2021 | 23-JUN-2021 | Student Activities Fee | | 100.00 | 100.00 |
| Fal 2021 | 23-JUN-2021 | Senior Class Dues | | 122.00 | 222.00 |
| Fal 2021 | 23-JUN-2021 | Tuition: Yale College | | 29,975.00 | 30,197.00 |
| Fal 2021 | 25-JUN-2021 | Board: YC Off Campus Flex Plan | | 1,400.00 | 31,597.00 |
| Fal 2021 | 28-JUN-2021 | Yale Health Coverage | | 1,325.00 | 32,922.00 |
| Fal 2021 | 30-JUN-2021 | Yale Health Coverage | | -1,325.00 | 31,597.00 |
| Fal 2021 | 01-JUL-2021 | Board: YC Off Campus Flex Plan | | -1,400.00 | 30,197.00 |
| Fal 2021 | 16-JUL-2021 | ePayment - Thank you | | -16,056.00 | 14,141.00 |
| Fal 2021 | 25-AUG-2021 | Scholarship: Yale College | | -14,141.00 | 0.00 |

**Balance = 0.00**
Release: 8.7.1Y - February 24, 2004

**MICHEL00008**