# Exhibit 5

FILED UNDER SEAL
PENDING RULING ON
MOTION TO SEAL