# Exhibit 5A

## FILED UNDER SEAL PENDING RULING ON MOTION TO SEAL