# Exhibit 6

```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF CONNECTICUT

JONATHAN MICHEL, on        :   CIVIL ACTION
behalf of himself and      :
all others similarly       :
situated,                  :
                           :
            Plaintiffs,    :
                           :
   vs.                     :
                           :
YALE UNIVERSITY,           :
                           :
            Defendant.     :   No. 3:20-CV-01080-JCH
```

- - -

\* \* CONFIDENTIAL \* \*

Remote videotaped video conference deposition of PERICLES LEWIS, taken on Tuesday, November 30, 2021, beginning at approximately 10:08 a.m., before Joanne Canning, Professional Court Reporter, and Notary Public.

- - -

SUMMIT COURT REPORTING, INC.
Certified Court Reporters & Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania  19102
424 Fleming Pike, Hammonton, New Jersey  08037
(215) 985-2400 \* (609) 567-3315 \* (800) 447-8648
www.summitreporting.com

**PERICLES LEWIS-CONFIDENTIAL**

```
 1                    - - -
 2               PERICLES LEWIS, after having been duly
 3        sworn, was examined and testified as follows:
 4                    - - -
 5                      EXAMINATION
 6                    - - -
 7        BY MR. SOUMILAS:
 8        Q.  Good morning.
 9        A.  Good morning.
10        Q.  Sir, do you prefer being referred to as
11   Mr. Lewis, Dean Lewis, Dr. Lewis?  What's your
12   preference?
13        A.  I don't care, too much.
14                 Why don't you just go ahead with
15   Mr. Lewis?
16        Q.  Mr. Lewis, my name is John Soumilas.  I'm one
17   of the attorneys for a student at Yale University.  His
18   name is Jonathan Michel, and he has brought a class
19   action lawsuit against the University, and, broadly
20   speaking, his allegation is that he believes he was
21   charged too much for tuition during a time that the
22   University could not provide in-person instruction and
23   other in-person services on the campus, as it had
24   historically been able to offer.
```

**PERICLES LEWIS-CONFIDENTIAL**

1   the regulations, and the handbook, and all the
2   kinds of things that students get when they
3   enroll in the College.
4   BY MR. SOUMILAS:
5   Q.  Okay.  Well, how - I guess my question was a
6   little bit more precise, is --
7              MR. SOUMILAS:  You can take this
8   exhibit down, Jeff.
9   BY MR. SOUMILAS:
10  Q.  So, my question is whether you have seen a
11  written contract between Mr. Michel and Yale University,
12  between those two parties?
13             MS. RINEHART:  The plaintiff in this
14  case, Mr. Michel.
15             THE WITNESS:  Yeah, I haven't seen
16  anything specific to him, no.
17  BY MR. SOUMILAS:
18  Q.  Okay, and have you seen any document that
19  you're not sure if it's a contract, but it's something
20  signed by Mr. Michel about what he agrees to do or not do
21  as a student at the University?
22  A.  Nothing with his signature on it, no.  I mean,
23  I'm familiar with various documents that students sign,
24  in general, but I don't -- I've never seen anything with

**PERICLES LEWIS-CONFIDENTIAL**

```
 1  his signature.
 2       Q.  Okay.
 3                   Are you familiar with any general
 4  document that students sign that specifies what form of
 5  academic instruction they're to receive, in exchange for
 6  tuition?
 7       A.  No, I don't think I am.
 8       Q.  Have you seen any specific document that the
 9  University asks students to sign, about, you know, what,
10  specifically, they will receive, in exchange for paying
11  their tuition?
12       A.  No.
13       Q.  In your time at the University, whether as a
14  professor, or in administration, have you ever been on
15  any committee that considered creating that type of a
16  document to offer to students so that they could sign and
17  agree to certain terms?
18       A.  Not to my recollection.
19       Q.  In your various positions, Mr. Lewis, have you
20  ever had any oversight responsibilities of the website,
21  Yale.edu?
22       A.  Not the website, as a whole; maybe some
23  subsection of it.
24       Q.  Okay.
```

**PERICLES LEWIS-CONFIDENTIAL**

CERTIFICATION PAGE

I, Joanne Canning, a Professional Court Reporter and Notary Public, hereby certify that the testimony and the proceedings in the foregoing matter taken on the date hereinbefore stated are contained fully and accurately in the stenographic notes taken by me and constitutes a true and correct transcript of the same.

_____

Joanne Canning
Professional Court Reporter
Notary Public

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or direction of the certifying shorthand reporter.)