# Exhibit 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

- - -

JONATHAN MICHEL, on        :   CIVIL ACTION
behalf of himself and      :
all others similarly       :
situated,                  :
                           :
          Plaintiffs,      :
                           :
     VS.                   :
                           :
YALE UNIVERSITY,           :
                           :
          Defendant.       :   NO.  3:20-CV-01080-JCH

- - -

*** CONFIDENTIAL TRANSCRIPT ***

- - -

Remote videotaped video conference deposition of NILAKSHI G. PARNDIGAMAGE, taken on Thursday, December 16, 2021, beginning at approximately 9:10 a.m., before Robin Frattali, Professional Court Reporter and Notary Public.

- - -

SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania  19102
424 Fleming Pike, Hammonton, New Jersey  08037
(215) 985-2400 * (800) 447-8648 * (609) 567-3315
www.summitreporting.com

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1          a further deposition.

2                          MR. FREIMAN:  Okay.  Obviously,

3          we don't -- I understand your reservation of

4          rights.  We -- we don't consent to that.

5                          MR. SOUMILAS:  Okay.  Swear in

6          the witness.

7                               - - -

8                          NILAKSHI G. PARNDIGAMAGE,

9          having been first duly sworn to tell the

10         truth, was examined and testified as

11         follows:

12                              - - -

13                          EXAMINATION

14                              - - -

15    BY MR. SOUMILAS:

16         Q.    Would you please state your complete

17    name for the record.

18         A.    Nilakshi Gamwasam Parndigamage.

19         Q.    Do you go by Miss Parndigamage?

20    Mrs. Parndigamage?  How do you prefer it?

21         A.    Miss Parndigamage works.  Thank you.

22         Q.    Absolutely.  So I'll do my best to

23    refer to you as Miss Parndigamage throughout.

24                          My name is John Soumilas.  We

**NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL**

1     I'm focusing on Yale College, 2015 until before

2     the pandemic.  Were there any representations by

3     Yale that -- okay.  Let me -- let me move on.  I'm

4     going to withdraw that question.  I'm going to go

5     about this another way.

6                         Are you aware that before this

7     Second Amended Class Action Complaint, there was

8     an original Amended Complaint in the case?

9          A.    I am aware, yes.

10         Q.    And are you aware that that previous

11    Complaint had a breach of contract claim in it?

12         A.    I skimmed it.  I can't recall exactly

13    what was in that Complaint.

14         Q.    Are you aware that Yale's lawyers

15    moved to dismiss that Complaint, saying that no

16    breach of contract existed?

17         A.    I am aware that Yale's lawyers filed a

18    Motion to Dismiss.  I cannot recall the specifics

19    that was -- that were in that Motion to Dismiss.

20         Q.    Are you aware of the existence of any

21    contract between Yale and my client, Jonathan

22    Michel, specifically on the subject of providing

23    Michel an in-person education?

24         A.    I am not aware of any contract between

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1    Yale University and/or any of its Yale College

2    students promising an in-person education.

3         Q.    Are you aware of any contract between

4    Michel, my client, and Yale promising access to

5    the New Haven campus, whether that access be

6    unlimited or maybe limited in some way in

7    contractual terms?

8         A.    I am not aware of any contracts

9    between Yale University and Plaintiff Michel that

10   promised the plaintiff access to the New Haven

11   campus, no.

12        Q.    And would that answer also be true as

13   to all undergraduates at Yale College, that no

14   such contract exists for access to the New Haven

15   campus, whether limited in some way or unlimited?

16        A.    There is no specific contract

17   between -- that I'm aware of, between University

18   and Yale students that explicitly gives them

19   access to the Yale campus in New Haven.

20        Q.    Okay.  Have you seen any document

21   entitled "Contract" between my -- my client,

22   Jonathan Michel, and Yale University or Yale

23   College?

24        A.    I have not seen any documents titled,

**NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL**

1    quote, unquote, Contract between Yale and the

2    client, although I have seen documents that are --

3    or documents, contracts, that govern the

4    relationship between Plaintiff Michel and the

5    University.

6         Q.    Okay.  And again, focusing on whether

7    there is a document entitled or called "Contract"

8    between the University and any of the Yale College

9    undergraduates, are you familiar with any such

10   document?

11        A.    I am not familiar with any document

12   that has the word "contract" in it, although I am

13   familiar with other documents where the plaintiff

14   or Yale College students agreed to abide by them

15   in the way that we expect any person who has

16   agreed to a contract to abide by the terms of the

17   contract.

18        Q.    Okay.  Have you seen any document

19   entitled, quote, Agreement, end quote, between

20   Michel or any of the undergraduates at Yale

21   College, on the one hand, and the University, on

22   the other hand?

23        A.    I have seen documents where plaintiff

24   or a Yale College student agrees to abide by the

**NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL**

```
 1   doesn't say whether that instruction that the
 2   person's going to be given will be remote or
 3   face-to-face.  Would you agree?
 4                   MR. FREIMAN:  Objection.  The
 5        document speaks -- it speaks for itself.
 6                   THE WITNESS:  Can you state
 7        that question again?
 8   BY MR. SOUMILAS:
 9        Q.   You know, I think the document does
10   speak for itself.  Why don't we not belabor this
11   point.
12                   What I'm trying to figure out
13   is, if we go -- if I understood your testimony
14   correctly, is it Yale's understanding that the
15   Bulletin forms a contract between it and students
16   in that particular college where the Bulletin is
17   issued?
18        A.   It is Yale's contention that the Yale
19   College Programs of Study, which frequently
20   incorporates the University Regulations, and the
21   University Regulations, are the core contracts
22   that govern the relationship between the
23   University and its students, yes.
24        Q.   Okay.  So obviously, we haven't looked
```

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1    at every page, but Exhibits 31 and 32 relate to

2    what we've called the Bulletin, correct?

3                         MR. FREIMAN:  Objection.  The

4         documents speak for themselves.

5                         MR. SOUMILAS:  Okay.

6         Withdrawn.

7    BY MR. SOUMILAS:

8         Q.    Okay.  Other than the Bulletin and the

9    U Regs, is it Yale's contention or understanding

10   that there is any other document that makes up the

11   contract between it and the students at that

12   college?

13        A.    The -- in the 2020-2021 year, Yale

14   introduced a COVID Community Compact that students

15   needed to abide by.  That is a form of contract

16   between the University and the students.  And I

17   believe that Yale Term Bill also sets out the

18   students' financial obligations to the University.

19        Q.    Okay.  Other than the documents you've

20   identified already, any other documents that, in

21   Yale's view, sets out the contractual relationship

22   between students and the University?

23        A.    No.

24        Q.    All right.  Going back to the U Regs

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1    for a moment -- no, actually, before we get to

2    the -- to the U Regs, I just want to know, is

3    there any written document that provides in

4    writing what you just told me orally, that the

5    Compact, the Term Bill, the Bulletin, and the

6    U Regs make up the contract between Yale and

7    students?

8        A.    That specific statement, no, although

9    there are written statements, written emails, that

10   were sent out to students containing the links to

11   these documents that alerted to them -- them to

12   the existence that told them they needed to abide

13   by them, and made it clear that their term of

14   enrollment at Yale was contingent on them

15   following the regulations.

16       Q.    And is it your understanding that

17   it -- that students at Yale College know that it's

18   these four documents together that make up their

19   contractual relationship with Yale?

20                 MR. FREIMAN:  Objection.  Calls

21       for speculation.

22   BY MR. SOUMILAS:

23       Q.    If you know.

24       A.    I cannot tell what students -- what

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

```
 1   each individual students believe, so...
 2        Q.   All right.  Is it your understanding
 3   that statements on the home page of the website
 4   yale.edu form any contract between students and
 5   Yale College?
 6                    MR. FREIMAN:  Objection.
 7            Vague, and also asked and answered.
 8                    THE WITNESS:  Statements on the
 9            Yale website do not constitute contractual
10            promises that the University is making to
11            the students beyond the YCPS and the U Regs
12            that appear on the website.
13   BY MR. SOUMILAS:
14        Q.   Right.  I understand your position.
15                    Do you believe that course
16   listings form any contract or any part of the
17   overall contract, if there is one, between Yale
18   students and Yale?
19        A.   No.
20        Q.   Going back to the U Regs, if we might,
21   it's Exhibit 30, I want to take you to the same
22   section where we saw the suspension language.
23   It's just before Health Services, but -- but quite
24   a bit further up, actually.
```

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1                    MR. SOUMILAS:  Could you scroll

2          up a page and a half to page 24.  It's the

3          previous page, actually.  Are you there?

4          Okay.

5      BY MR. SOUMILAS:

6          Q.    Do you see there, "Charges for

7      relinquishing spring-term housing," that section?

8          A.    I see that section, yes.

9          Q.    And it begins, A student who

10     contracted for a room, et cetera, and -- actually,

11     the first five paragraphs in that section all

12     begin with the same language, A student who

13     contracted for a room.  Do you see that?

14         A.    Yes.

15         Q.    Is a room contract a separate

16     document?  How do you contract for a room?

17         A.    My understanding is that you contract

18     for a room by paying the room charge.

19         Q.    Is it a separate contract with some

20     housing office at Yale?  How does that work?

21         A.    There is no special housing contract

22     with a housing office at Yale, but the housing

23     charge, the room and board charge, appears in the

24     Term Bill, which sets out all of the student's

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1    financial obligations to the University.

2         Q.    The reference here to "contracted for

3    a room," do you know what it specifically means?

4         A.    I cannot -- I do not.

5         Q.    Okay.

6         A.    It is possible that different colleges

7    may have different housing processes and rules,

8    but there is no one universal Yale College housing

9    contract process.

10        Q.    Okay.  And then you mentioned that --

11    the Term Bill a little while ago as part of a --

12    of what you said was a contractual relationship

13    between students and Yale College.  Is there a

14    separate document called the Term Bill contract?

15    Do students contract for their Term Bill, or how

16    does that work?

17                   MR. FREIMAN:  Objection.

18         Vague.

19    BY MR. SOUMILAS:

20        Q.    So my question is, is there a separate

21    Term Bill contract, or if not, how does that work?

22                   MR. FREIMAN:  Objection.  Asked

23         and answered as to whether the Term Bill is

24         a contract.

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1              THE WITNESS:  The Term Bill is

2        the contract that -- that sets out the

3        student's financial obligations to the

4        University.

5    BY MR. SOUMILAS:

6        Q.    But it does not set out any

7    obligations for the University to either offer

8    in-person instruction or access to the campus.  Is

9    that your understanding?

10        A.    That is correct.  There is no explicit

11    promise of in-person -- providing in-person

12    education in the Term Bill.

13        Q.    Do students on campus, as

14    undergraduate students on campus, engage in other

15    contracts in connection with their educational

16    experience at Yale for activities, for example, or

17    clubs?

18        A.    It is -- I would be speculating as to

19    the types of contracts and agreements students

20    might be entering into with different Yale

21    organizations or student activities.

22        Q.    Is it your understanding that there

23    are such things for which students pay separately?

24              MR. FREIMAN:  I'm going to

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

```
 1          object as outside the scope.

 2                    If you've prepared for it and

 3          know, you can answer.

 4                    THE WITNESS:  Is -- is your

 5          question do students pay for various

 6          activities on campus outside --

 7     BY MR. SOUMILAS:

 8          Q.   I'm asking whether students contract

 9     and pay for -- for different types of campus

10     activities, whether they be clubs, sports,

11     recreational activities?

12                    MR. FREIMAN:  Object as outside

13          the scope.

14                    You can answer if you know.

15                    THE WITNESS:  I would not know.

16     BY MR. SOUMILAS:

17          Q.   Has Yale College ever sued any student

18     for breach of contract?

19                    MR. FREIMAN:  Objection.

20          Outside the scope.

21                    THE WITNESS:  I would not know.

22     BY MR. SOUMILAS:

23          Q.   Have you heard of any such lawsuit,

24     ever?
```

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

```
 1                    MR. FREIMAN:  Objection.
 2        Outside the scope.
 3                    THE WITNESS:  I can't testify
 4        to that.  I -- I don't recall, but that may
 5        not mean much.
 6   BY MR. SOUMILAS:
 7        Q.    How do you know --
 8                    MR. SOUMILAS:  We can put the
 9        exhibit down, Jeff.
10   BY MR. SOUMILAS:
11        Q.    Or I should say, how does one know at
12   Yale that the four documents you identified for
13   me, namely, the Bulletin, the U Regs, the Term
14   Bill, and the Community Compact, are the four
15   documents that, in your view or in Yale's view,
16   create the contract between Yale College and its
17   students?
18        A.    When you -- when you say, "how does
19   one know," do you mean how does -- how do Yale
20   students know?
21        Q.    So how would, right, Yale students
22   know that it's these four documents, as opposed to
23   any other set of documents, whether it be on the
24   website or emails that they get or other
```

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1   communications from the University?  How do -- how

2   do they know it's these four, as opposed to other

3   documents?

4                    MR. FREIMAN:  Objection.  Calls

5        for speculation.

6   BY MR. SOUMILAS:

7        Q.    You can answer if you know.

8        A.    It is impossible for me to guess what

9   students know.

10       Q.    How do you know that those are the

11  four documents that create the contract between

12  Yale College and its students?

13       A.    The University Regulations, I believe

14  very clearly we have communicated -- we

15  communicate to them from before they get onto

16  campus that you need to be -- that you need to be

17  familiar with them, you need to abide by them.

18                    Residential College Deans,

19  throughout students' time at Yale, tell them that

20  you need to be familiar with them, and in fact,

21  also say -- repeat what's said in the U Regs, that

22  not -- saying that you did not know a specific

23  provision is not an excuse for breaking the

24  regulation.  You need to be familiar.  You have to

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1    abide by them during the four years.

2                    At a minimum, a student

3    receives four email communications from the Dean

4    of Student Affairs' office that states the same

5    thing.  Plus, they sign the registration card.  So

6    there's no doubt in my mind that that is a binding

7    contract on students.

8                    The YCPS, it's very similar,

9    that we use the same methods to communicate to

10   students.  Students -- that is the core document

11   that defines what a Yale degree is.  A student

12   cannot come on campus and complete their first

13   term at Yale not knowing what those core

14   requirements are to be promoted to the second

15   year.

16                    We have mandatory sexual

17   assault training, things like that.  All of those

18   regulations stem from these two documents, and

19   students are very aware.  In fact, as I said,

20   there's University-sponsored gatherings and study

21   breaks where students are expected to familiarize

22   themselves with these three documents.

23                    In terms of the Term Bill,

24   that -- that speaks for itself.  It sets out, if

1    you're coming to Yale, here is your financial

2    obligation.  If you're in financial aid, here is

3    your financial obligation minus the financial aid.

4    And I believe students are very aware that if they

5    do not pay the tuition, they will not get a Yale

6    education.

7                        And in terms of the Compact,

8    the Compact was introduced in the 2020-2021 year,

9    and throughout the summer, students received

10   emails from the Dean -- from the President, the

11   Provost, the Yale College Dean, the Yale College

12   Dean of Student Affairs, and the Residential

13   College Deans and heads alerting them of the

14   existence of the compact, and saying that as

15   their -- as -- if you want to enroll at Yale this

16   year, you have to agree to the terms of the

17   contract and abide by the COVID rules.

18                        So those are my reasons.  Those

19   are the reasons why I believe those are binding

20   contracts, and that's how those folks know,

21   although I can't speculate to other people.

22        Q.    Before today at this deposition, have

23   you ever, either orally or in writing, explained

24   to anybody that those are the four documents that

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1   form the contract between Yale College and

2   students?

3                    MR. FREIMAN:  Objection.

4        Outside the scope.

5                    THE WITNESS:  I --

6                    MR. SOUMILAS:  I don't think

7        it's outside the scope.

8   BY MR. SOUMILAS:

9        Q.    You can answer it.

10       A.    I'll set aside the Compact, because

11   that was introduced 2021-2021, but yes, I have, in

12   oral presentations to undergraduate students,

13   either as groups or one-on-one, I met with all

14   undergraduate students in my college several times

15   a year, and it was explained very clearly that the

16   YCPS, the Undergraduate Regulations, were -- were

17   documents that they needed to comply with.

18                    For instance, if a student went

19   to a disciplinary hearing, we would sit down

20   together and go through the YCPS provisions.  So I

21   have explained that.

22                    In terms of the Community

23   Compact, I have not interacted with students since

24   the Community Compact came into being, although,

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1   again, there have been many, many University-wide

2   communications about the need for any student who

3   is enrolling in 2020-2021 to agree to the terms of

4   the COVID Compact.

5        Q.    All right.  Well, needed to comply is

6   one thing, because people need to comply with all

7   sorts of rules at school, in the office,

8   everywhere.

9             My question is whether prior to

10  today, under oath, you ever articulated to anyone

11  in writing or orally that these documents that

12  you've identified for me today as forming the

13  contract between Yale College and the students

14  are, in fact, the documents that create a

15  contract?  Is that what you told the students?

16             MR. FREIMAN:  I'm objecting as

17        outside the scope.  She's here in her

18        capacity as a representative for Yale

19        University, not as an individual fact

20        witness.

21             MR. SOUMILAS:  Right.

22  BY MR. SOUMILAS:

23        Q.    You can answer.

24        A.    I -- I -- that's -- that would be

1  inaccurate -- I can't answer that question.  I

2  have not interacted with students since the

3  pandemic began, but as I testified earlier,

4  that's -- in my interactions, that's what I've

5  said about the other three documents.

6       Q.    Now, how do you know that it's only

7  those three documents leading up to the pandemic,

8  and now adding a fourth document, the COVID

9  Community Compact, how do you know that it's only

10  those four documents that make a contract and that

11  it's not more documents as well, as you see it?

12       A.    In my work, in my work in the

13  Provost's office, in my work as a Dean, those are

14  the documents that I'm familiar with that I know

15  are the binding -- the core binding contracts.  Of

16  course, there might be other contracts, right,

17  where a student is part of the Yale Glee Club and

18  there's some -- they sign some sort of -- they

19  agree to some sort of agreement.  I don't think

20  that those are binding on the University.

21            These are the documents that --

22  all Yale students who are enrolled across the

23  board are bound by these four documents.  This

24  is -- these -- this is all together what governs

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1    the relationship between the University and all

2    enrolled students.

3         Q.    Yeah, but I'm not talking about the

4    Glee Club, I'm talking about communications

5    between Yale University and students.  You told me

6    in your job you got email communications from the

7    Provost about your promotions, correct?

8         A.    Yes.

9                    MR. FREIMAN:  Objection.

10        Outside the scope.

11   BY MR. SOUMILAS:

12        Q.    And you thought that this was part of

13   an employment contract between you and Yale; is

14   that correct?

15                    MR. FREIMAN:  Objection.

16        Outside the scope, and calls for a legal

17        conclusion.

18                    THE WITNESS:  Yeah, I'm not

19        comfortable with saying that.  I don't know

20        what -- I heard about the promotion from an

21        email.  That's all I testified to.

22   BY MR. SOUMILAS:

23        Q.    So I guess that's what I'm saying, is

24   that how do you know that it's these four

**NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL**

1    documents that make the contract, as you see it,

2    and that there aren't other documents as well that

3    could be emails, that could be written documents,

4    that could be other announcements, other parts of

5    the website?

6                        MR. FREIMAN:  Objection.  Asked

7          and answered.

8                        THE WITNESS:  Emails, other

9          parts of the website, promotional documents,

10         do not constitute contractual promises that

11         the University makes to the students.

12    BY MR. SOUMILAS:

13         Q.    Speaking for the University as a

14    representative today, are you aware of any written

15    communication of any type where Yale sets out in

16    writing that the four documents that you

17    identified for me on the record today are the four

18    documents that make up the contractual

19    relationship between the University and its

20    students?

21                        MR. FREIMAN:  Objection.  Not

22         within the scope.

23                        THE WITNESS:  I do not believe

24         there is one single document.  I believe

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

```
 1          there are a collection of documents, but
 2          there is not one single document that says
 3          it in a form.
 4  BY MR. SOUMILAS:
 5          Q.    So --
 6                    THE REPORTER:  Excuse me.  I
 7          didn't hear the end of that.  That there is
 8          not one single document that?
 9                    THE WITNESS:  That says that
10          all four are -- consist of the contract,
11          something like that.
12                    THE REPORTER:  Thank you.  I'll
13          listen.
14  BY MR. SOUMILAS:
15          Q.    Let me take you back to Exhibit 28.
16  It's the Answer and Affirmative Defenses at number
17  one.
18                    Do you agree with the first
19  sentence there that the, "Plaintiff's claims are
20  barred in whole or in part by," quote, an express
21  contract, end quote, governing the allegations of
22  the Second Amended Complaint?
23                    MR. FREIMAN:  Objection.
24          Outside the scope.  The notice topics ask
```

```
 1          what the factual support is for the
 2          Affirmative Defenses.
 3                      MR. SOUMILAS:  So I'm trying to
 4          get there.  You also put up a lawyer as a
 5          30(b)(6) witness.
 6   BY MR. SOUMILAS:
 7          Q.    So do you know what an express
 8   contract is, ma'am?
 9                      MR. FREIMAN:  I'm going to
10          object again that your -- your question
11          misstates prior testimony.  She's stated
12          that she is not a licensed attorney in
13          Connecticut, in fact, that she has not
14          practiced as a lawyer for many years, and
15          that she is employed solely in a non-lawyer
16          capacity by Yale University and is
17          testifying here as a representative witness,
18          not as someone who in a previous career was
19          an attorney.
20                      MR. SOUMILAS:  Well, and I
21          think you're -- you're testifying instead of
22          objecting, Jonathan, but my question
23          remains.
24   BY MR. SOUMILAS:
```

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1        Q.    As someone who went to law school and

2    practiced law for five years, do you know what an

3    express contract is?

4                    MR. FREIMAN:  Objection as

5            outside the scope of the noticed topics, and

6            as calling for a legal conclusion.

7                    THE WITNESS:  I am not employed

8            by Yale as an attorney, and I'm not here to

9            testify as an attorney.

10   BY MR. SOUMILAS:

11       Q.    Okay.  And -- and you are not aware of

12   any written document that expressly says that the

13   Bulletin, the U Regs, the Compact, and the Term

14   Bill are the contract between Yale and the

15   students; is that correct?

16                   MR. FREIMAN:  Objection.

17           Objection.  Asked and answered multiple

18           times, and given the number of times you've

19           asked, I'll object as well as harassing.

20   BY MR. SOUMILAS:

21       Q.    You can answer it.

22       A.    That is correct, there is no one

23   document which sets those four out --

24       Q.    Okay.

```
 1        A.    -- as express contracts, although, as
 2   I said before, there are multiple documents that
 3   would establish it.
 4                   MR. FREIMAN:  John, I'm going
 5            to need to take a bathroom break in a
 6            minute.  If you want to ask one more
 7            question before we do, that's okay, or we
 8            can break right now.
 9                   MR. SOUMILAS:  That's
10            certainly -- we can do that at any time,
11            yeah, so this is good.
12                   MR. FREIMAN:  Okay.
13                   THE VIDEOGRAPHER:  Off the
14            video record.  1:29 p.m.
15                         - - -
16                   (Whereupon, a short recess was
17            taken, after which time the deposition
18            resumed.)
19                         - - -
20                   THE VIDEOGRAPHER:  Back on the
21            video record.  1:40 p.m.
22   BY MR. SOUMILAS:
23        Q.    Okay.  So I have a few more questions
24   about this contract, as you see it.  Could we
```

**NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL**

1  agree that if we're talking about the 2019-2020

2  academic year at Yale College, the contract

3  between Yale and students, as you see it, is made

4  up of three documents, the Term Bill, the

5  Bulletin, and the U Regs?

6      A.    That is correct, those are the three

7  core contracts.

8      Q.    Okay.  And then you said the Community

9  Compact about COVID obviously didn't come into

10  existence until after COVID hit.  Is that fair to

11  say?

12      A.    That became -- that is correct, and

13  that was applicable in the 2020-2021 academic

14  year.

15      Q.    Okay.  So let's just keep that out of

16  the equation for the time being, because I want to

17  focus on pre-COVID times for a moment.  Okay?

18      A.    Okay.

19      Q.    Would these three documents, that --

20  that make up the contract, as you see it, the Term

21  Bill, the Bulletin, and the U Regs, be offered to

22  undergraduate students like Jonathan Michel at any

23  particular time?

24      A.    Can you repeat that question?

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1      Q.    Yeah.  I'm trying to figure out, when

2   are the three documents that make up the contract,

3   namely, the Term Bill, the Bulletin, and the

4   U Regs, when would they be offered to an

5   undergraduate like Jonathan Michel?

6                    MR. FREIMAN:  Objection.  Asked

7          and answered.

8                    THE WITNESS:  I'm happy to

9          repeat.

10                    The -- an admitted student --

11          the admitted students portal contained a

12          link that would take admitted students to

13          both the YCPS and the U Regs.

14                    The summer before a student

15          arrives on campus for the first time, they

16          receive an email from the Registrar's office

17          specifically directing them to the new YCPS

18          and giving them the link.  Then in the late

19          summer, early fall, they receive an email

20          from the Dean of Student Affairs

21          specifically directing them to the

22          University Regulations, saying you're

23          expected to know these and you need to abide

24          by them.

1                Then when Jonathan Michel

2        attended his mandatory registration session,

3        he would have listened to his Dean, Dean

4        Brasseaux, talk about the U Regs and the

5        YCPS, and his Dean asked him to sign the

6        registration card saying he agrees to abide

7        by the U Regs.

8                And then it is common practice

9        for course instructors to set out a link

10       that he writes in their syllabus, as I know

11       at least one instructor did for Plaintiff

12       Michel in his general chemistry course,

13       where the Academic Honesty Regulation was

14       pulled out and the link to the U Regs was

15       supplied.

16               He would have heard it --

17       again, as I said before, the components, the

18       course requirements, the major requirements,

19       what he needed to fulfill in order to enroll

20       in classes, all of that was in the YCPS, in

21       the U Regs.  So in addition to his Dean and

22       the head, he would have talked to faculty,

23       he would have talked to the DUS, the

24       Director of Undergraduate Studies of his

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

```
1              intended major, and they would have all
2              directed his attention to those requirements
3              in those two documents.
4                        In terms of the Term Bill, I
5              think we saw that, based on our reading
6              before, it seemed to have gotten posted onto
7              his account, if I'm correct, sometime over
8              the summer, and my understanding is that at
9              the student's -- Yale's contention is that
10             students can at any time log into their
11             student information system portal and view
12             their Term Bill, and every time a Term Bill
13             is posted, they also get an email saying
14             that your Term Bill has been posted.  So he
15             would have had access to his Term Bill
16             throughout his time as an enrolled student
17             as well.
18      BY MR. SOUMILAS:
19             Q.   Okay.  Could we agree that the three
20      documents that made up what you see as the
21      contract in 2019-2020 time frame were not all
22      offered to an undergraduate like Michel at the
23      same time, at the exact same time?
24                        MR. FREIMAN:  Objection.  Asked
```

**NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL**

```
 1            and answered a minute ago.
 2                    THE WITNESS:  It depends on the
 3            same time.  They would have received all --
 4            all three documents -- he would have
 5            received all three documents -- alerts about
 6            all three documents in the summer for sure,
 7            and then he would have received multiple
 8            times during the -- during the academic year
 9            as well.
10      BY MR. SOUMILAS:
11            Q.    Is this process that you described for
12      Michel from the time of being accepted through the
13      summer and eventually registering for the fall, is
14      that unusual, or is that the process available to
15      all undergraduate Yale College students?
16            A.    During the relevant time period,
17      between 2015 and through Michel's time at Yale,
18      that is true.  He had -- they had received alerts
19      from those offices about both documents, and
20      students --
21            Q.    And would that --
22            A.    -- have access -- sorry.
23            Q.    No.  No.  Please finish your answer.
24            A.    And all students have access to their
```

**NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL**

1    Term Bill online.

2         Q.    So would I be correct in concluding

3    that, in Yale's view, the students accept the

4    various terms of this contract and the different

5    documents in a progression, as it goes from early

6    on, through when the Term Bill is available, to

7    when they register?

8                   MR. FREIMAN:  Objection.

9         Vague.

10                  Answer if you understand it.

11                  THE WITNESS:  Can you --

12   BY MR. SOUMILAS:

13        Q.    In other words --

14        A.    Yeah.

15        Q.    Yeah.  In other words, I'm trying to

16   figure out that there isn't a single moment in

17   time where the student says yes, I agree to all

18   three of these documents, the Term Bill, the

19   Bulletin and the -- the U Regs, it seems to be

20   that it's spread out over a period of some weeks

21   or maybe even months.

22        A.    The -- these core documents, these

23   core contracts, become binding on Yale College --

24   Yale -- Yale College students the moment they

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

1    arrive on campus to attend Yale.

2        Q.    Okay.  That's what I'm trying to

3    figure out.  So as soon as they're on campus as

4    first-year students, then the whole thing is in

5    effect, all -- all the documents that govern the

6    contractual relationship.

7        A.    I should clarify.  The YCPS and the

8    Undergraduate Regulations, that is true.  For the

9    Yale Term Bill, I'm at the moment unfamiliar with

10   when the deadline was, but of course the tuition

11   would be due when it is due.

12       Q.    Okay.  And is that different from

13   Michel, or was that sequencing about accepting

14   the -- you know, the terms of the contract, as you

15   see it, available for all undergraduates?

16       A.    All undergraduates until the 2019-2020

17   year, it would have become binding the moment they

18   arrived on campus to attend Yale.

19       Q.    Okay.  So now, if I'm following this

20   in law school terms, there's been an offer, in

21   your view, there's an acceptance, and how long is

22   this contract going to be in place?  Is it for a

23   week?  A month?  A term?  Two terms?  Their entire

24   period of enrollment?  How long are they bound to

**NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL**

1  these contractual terms?

2       A.    In his time?  Sure.

3             They are bound during -- during

4  the entire period of their enrollment.  Of course,

5  at the beginning of every term, and every year

6  when the student decides to enroll and come back

7  to Yale, they're essentially renewing the

8  contract, and Yale renews Yale's promise to

9  continue providing educational services to the

10  student.

11       Q.    In your mind, is this renewal

12  necessary, or why does Yale bother to -- you know,

13  to do the registration card, for example, you

14  know, every term?

15       A.    They --

16             MR. FREIMAN:  Objection.

17  Vague.

18  BY MR. SOUMILAS:

19       Q.    Okay.  You know what?  I'm going to --

20  I'm going to withdraw the question.  You don't

21  need to answer it.

22             And is there any written

23  document that specifies to Yale College students

24  exactly how the University is going to spend their

NILAKSHI G. PARNDIGAMAGE-CONFIDENTIAL

```
 1              C E R T I F I C A T E

 2

 3              I, ROBIN FRATTALI, Registered

 4      Professional Reporter, do hereby certify that the

 5      proceedings, evidence, and objections noted are

 6      contained fully and accurately in the notes taken

 7      by me of the preceding deposition, and that this

 8      copy is a correct transcript of the same.

 9

10

11

12                              _____

13                              ROBIN FRATTALI

14                              Professional Court

15                              Reporter - Notary Public

16

17

18

19              The foregoing certification does not

20      apply to any reproduction of the same by any

21      means, unless under the direct control and/or

22      supervision of the certifying reporter.

23

24
```