# Exhibit 8

{ DATE \@ "MMMM d, yyyy" }


«First» «Last»
«Active_Street_1»
«Active_Street_2»
«Active_City», «Active_Region» «Active_Postal»
«Active_Country»

Dear «Preferred»,

With great enthusiasm, I am writing to notify you now of your likely admission to Yale's class of 2024. Congratulations! Having reviewed your exceptional application, we feel confident that as long as you maintain your current level of academic performance, the Admissions Committee will be sending you a formal letter of admission on March 26th.

We send only a small number of applicants this type of early notice from Yale, and we take this step to applaud your accomplishments and to begin providing you with a thorough introduction to the Yale experience.

Yale is a special place to be an undergraduate. The University has a global scope and a magnitude of resources that few other institutions can match. We believe that Yale is more effective than any other world-class research university at orienting its opportunities towards its undergraduate students. Yale's unique Residential College system combines the feeling of intimacy at a small college with the opportunities found only at a large research university. You will have innumerable resources at your fingertips from your first day on campus, empowering you to make an immediate impact, even as a freshman. Your four years as a Yale student will also prepare you to make major contributions to society *after* graduation, continuing a centuries-old tradition of Yale alumni making a difference in local and global communities.

For more than 300 years Yale has prepared leaders committed to public service. Through your participation in the Reserve Officer Training Corps Program, you will continue this proud Yale tradition. You will learn, work, and grow alongside other student leaders who share your intention of serving our country and the world. With hundreds of undergraduate organizations on campus, you will find many ways to augment what you learn in the classroom with exceptional extracurricular opportunities. Yale students write for dozens of undergraduate publications, launch business ventures through the Yale Entrepreneurial Institute, develop innovative software programs through Hack Yale, mount over 250 theatrical and musical performances annually, engage in more than 20 political and debating societies across the ideological spectrum, celebrate their identities through dozens of religious or cultural groups, houses, and centers, and compete on nearly 100 varsity, club, and intramural athletic teams. Countless alumni who now serve in positions of leadership in fields as diverse as politics, world affairs, medicine, technology, business, journalism, social entrepreneurship,

YU-0000010380

education, and the arts credit their Yale education–both inside and outside the classroom–with helping them to develop the skills that have been critical to their success.

To highlight Yale's academic and extracurricular resources we will put you in touch with members of the Yale community who share your interests and make ourselves available to you and your family to answer any of your questions. Please do not hesitate to contact your admissions officer, who first read your application and brought it to my attention. You can reach our office by calling (203) 432-9316 or by emailing bulldog@yale.edu. We are eager to help you plan a visit for our admitted student program, Bulldog Days on April 20th-22nd, or to coordinate a customized personal visit to campus at any time that school is in session between now and April 15th.

Again, my warmest congratulations on your many achievements. We look forward to seeing you continue them at Yale!

Sincerely,

Jeremiah Quinlan
Dean of Undergraduate Admissions

JJQ/dmj

YU-0000010381