# Exhibit 9

March 28, 2018

«Title» «Full_Name»
«Spraddr_Street_Line1»
«Spraddr_Street_Line2»
«City_Line»

Dear «Spriden_First_Name»,

Congratulations once again on your admission to Yale! I hope that over the last several months you have had the time to consider Yale from many angles and to fully appreciate the extraordinary opportunities available to undergraduates here. While I understand that you may be waiting to hear from other colleges, I genuinely hope that your final decision will bring you to New Haven in the fall.

We invite you and your future classmates to explore Yale during an on-campus event this April: Bulldog Saturday on April 7 or Bulldog Days, April 23 - 25. You can find additional information and register online on the admitted student website admits.yale.edu. When you are ready, we ask that you reply to our offer of admission by completing the online reply form on your status portal. You must reply by May 1, but you may notify us as soon as you have made a decision.

If you have any questions, please contact us by phone at 203-432-9316 or email at bulldog@yale.edu.

We hope you will continue to use the admitted student web site to make connections with your future classmates and current Yale students. We look forward to seeing you on campus this fall!

Yours for Yale,

*Jeremiah Quinlan*

Jeremiah Quinlan
Dean of Admissions

JJQ
Enclosures