# Exhibit 10



# Yes!

**Instructions and information for admitted students**

CONFIDENTIAL                                                                                                              YU-0000022613

# Instructions for Admitted Students

**Yale College Class of 2023**

**1. Reply Online to Our Offer of Admission—by May 1**

When you have come to a firm decision about where to attend college, please fill out the Reply Form on the Yale Admissions Status Portal. To accept our offer of admission and hold your place at Yale, you must reply no later than May 1, the national Candidates' Reply Date. An enrollment deposit is not required. If you decide to decline our offer of admission, please notify us as soon as possible out of consideration for students on the waitlist.

If circumstances beyond your control prevent you from making your decision by May 1, please contact us. For example, we will consider extensions to the reply date for students with pending financial aid applications. A request for an extension should be addressed to your area admissions officer.

**2. Postponing Matriculation—by May 1**

If you decide to postpone your entrance to Yale for a year, please select the appropriate option when completing the Reply Form by May 1. After making your selection, you will be prompted to complete a brief questionnaire describing your gap year plans. If you have questions about the postponement process, contact Alisha Norton by email at alisha.norton@yale.edu.

**3. Submit Your Housing and Advising Form—by May 5**

Beginning in April, students who have accepted Yale's offer of admission will receive an important email from the Yale College Dean's Office with instructions for activating your "Yale NetID" and completing the Housing and Advising Form.

Please note that all first-year and second-year students are required to live on campus unless married or at least 21 years old. Living on campus and participating in residential college life is an essential part of the educational program of Yale College.

**4. Midyear Report and Final Report Form—by July 10**

If you will graduate from secondary school in the current academic year, please ask a school official to submit the required Midyear Report and Final Report as soon as your grades have been recorded. For students admitted through Early Action, please submit the Midyear Report as soon as first term grades are available. All admitted students who have accepted Yale's offer of admission should submit a Final Report with all completed grades no later than July 10.

The admissions committee expects you to complete the courses you have listed on your application. If you need to change your program, you must contact your admissions officer to receive permission before making a change.

If you are in an A-level program and will not receive results until August, or if there is any other reason we should not expect a Final Report from your school by July 10, please inform Aaron Brockway via email before that date at aaron.brockway@yale.edu.

**Financial Aid**

If you applied for financial aid, the status of your aid application is provided in the financial aid award notice enclosed with your admitted student packet and online with your decision letter. If your financial aid application is not yet complete, please submit any missing information to the Office of Undergraduate Financial Aid as soon as possible. The office's contact information and a document upload tool are available at finaid.yale.edu.

**Conditions for Withdrawal of Our Offer of Admission**

The admissions committee reserves the right to withdraw an offer of admission under any of the following circumstances:

- if your academic performance shows a significant decline between the time of your admission and your secondary school graduation. Note that we review Midyear and Final School Reports carefully.

- if you do not graduate and receive a diploma by the end of this school year.

- if your behavior brings into question your honesty, integrity, or character.

- if any part of the application you submitted is shown not to be your own work and truthful.

- if you hold a confirmed place at both Yale and at another institution after May 1. (You do have the right to remain on an active waiting list at another college or university.)

Note: If you have been admitted Early Decision at another institution, you must immediately withdraw your application at Yale.

**Unusual Circumstances**

If it is impossible for you to access our forms online, please contact Ginny Chenell by email at regina.chenell@yale.edu. We will work with you to complete the required forms. If possible, please have your Yale Record ID available when contacting our office.

**Other Questions?**

We welcome your questions and look forward to connecting with you as you make your decision. The admissions officer who reviewed your application will be especially delighted to speak with you. Once again, congratulations on your admission to Yale.

---

Office of Undergraduate Admissions, Yale University

P.O. Box 208234
New Haven, CT 06520-8234 U.S.A.
203.432.9316
bulldog@yale.edu