# Exhibit 11

## Art School | Spring 2020



https://courses.yale.edu/?srcdb=202001&col=AT



## Drama School | Spring 2020



https://courses.yale.edu/?srcdb=202001&col=DR

## Nursing School | Spring 2020



https://courses.yale.edu/?srcdb=202001&col=NR

## School of Management | Spring 2020



https://courses.yale.edu/?srcdb=202001&col=MG

School of Music | Spring 2020



https://courses.yale.edu/?srcdb=202001&col=MU

Yale Law School | Spring 2020

# COURSES:SPRING 2020

EXPAND ALL

| Course # | Title | Instructor | Day/Time | Units | Reqs | Enrollment | Exam or Paper | |
|---|---|---|---|---|---|---|---|---|
| 21431-01 | Law and Community Vitality | Tyler Bell | Mon 2:10 PM-4:00 PM | 2 or 3 | - | limited enrollment | not applicable | |

Law and Community Vitality (21431). 2 or 3 units. Legal scholars, as well as judicial, police, and prison authorities, have emphasized that "you cannot arrest your way out of crime." Most legal policies and practices are a response to underlying issues within communities. This seminar will examine how existing laws and the policies and practices of current authorities support or undermine communities. A key goal will be identifying alternative approaches through which law could support the social, economic, and political development of communities and the quality of the lives of the people within them. The class will be structure around discussing the writing of people central to this literature. To the degree possible, we will bring them into class (in person or virtually) to present and elaborate upon their ideas. In lieu of an exam, students will write four short response papers that engage the readings and apply them to real-world legal and policy issues. After negotiation with the instructors, students may be approved to write a course paper for an additional credit. Enrollment limited to twenty. *Also PSYC, SOCY 587b.* T. R. Tyler and M. Bell.

Permalink
Textbooks

Location:BAKER - 124 (Mon)

Grade mode: graded
CRN: 26778

https://courses.law.yale.edu/courses/term/23