# Exhibit 12

# Yale University

About

Academic Programs

Admissions

Health & Medicine

Working at Yale

Yale & New Haven

Yale & the World

Giving to Yale

## Gateways

Prospective Students

Students

Parents

Faculty

Staff

Postdocs

Alumni

Foundations & Corporations

Patients

Visitors



**NEWS**


Windham-Campbell prizewinners to gather at Yale for international literary festival.

## Windham-Campbell prizewinners to gather at Yale for international literary festival

The Windham-Campbell Prizes has announced the full schedule for its third annual literary festival, taking place at Yale from Sept. 28 through Oct. 1. The festival begins on Monday, Sept. 28, with a prize ceremony at Yale's Sprague Memorial Hall, featuring a keynote address by renowned author Hilton Als on the theme "Why I Write." Three days of programs featuring this year's winners will follow. All events, including the keynote, are free and open to the public.

**Yale News »**

Directories

Yale A-Z

Calendar

Contact Us

Quick Links ⌄



# Yale

Copyright © 2015 Yale University · All Rights Reserved
Privacy Policy · Nondiscrimination/Title IX · Contact Us

YU-0000041584



CALENDARS · GIVING · NEWS · DIRECTORIES

Q SEARCH

INFO FOR... ▾

About Yale    Academics    Admissions    Research & Collections    Life at Yale

**EXHIBITIONS**

## 150 years of exploration & discovery

Founded in 1866, the Yale Peabody Museum of Natural History has served as a world leader in the collection, preservation, and study of objects that document the diversity and history of both nature and humanity.

LEARN MORE ▸

THE FEATURE ARCHIVE ▸

## Yale opposes legislation to revoke its tax-exempt status

*March 31, 2016*

Admitted to Yale College: 1,972 from largest-ever pool of applicants

*March 31, 2016*

Composers' voices preserved for perpetuity at Yale

*March 30, 2016*

Sex of a baby? Ancient virus makes the call

*March 30, 2016*

Portrait of Yale's first women Ph.D.'s to be unveiled

*March 30, 2016*

THE PARTS THAT MAKE YALE WHOLE

## A closer look for the curious



EXPLORE BY TOPIC ▼

or

↻ SHUFFLE

**Robots Reading Vogue**

SEE THE PROJECT

PLACES

# Saybrook College

Opened in 1933, the residential college takes its name from the Connecticut town where the Collegiate School, later known as Yale College, was founded in 1701.

EXPLORE THE COLLEGE ▶

YU-0000041586



YU-0000041587

**HELPFUL LINKS**

| | | |
|---|---|---|
| Contact Us | Yale West Campus | Employment Opportunities |
| Privacy Policy | Emergency Info | More Inclusive Yale |
| Nondiscrimination & Title IX | | |

**VISITING YALE**

| | | |
|---|---|---|
| Campus Tours | Maps & Directions | Yale Visitor Center |
| Museums & Galleries | New Haven | More Visit Resources |

YALE ON INSTAGRAM

Copyright © 2016 Yale University · All Rights Reserved · Contact Web Editor

    ALL SOCIAL MEDIA ▸

YU-0000041588



CALENDARS · GIVING · NEWS · DIRECTORIES

Q SEARCH    INFO FOR... ▼

About Yale    Academics    Admissions    Research & Collections    Life at Yale



#CREATIVEYALE

## Experience art: Free & open to the public

The mission of the Yale University Art Gallery is to encourage appreciation and understanding of art and its role in society through direct engagement with original works of art.

PLAN YOUR VISIT ▸

THE FEATURE ARCHIVE ▸

YU-0000041589

# The latest from YaleNews

EXPLORE MORE NEWS  ALL NEWS ▼  GO

## Yale researchers' technology turns wasted heat into power

*June 27, 2016*

Yale Press director John Donatich on public libraries and New Haven past and present

*June 29, 2016*

Miniature bookbindings showcase Shakespeare on a different scale

*June 29, 2016*

Yale study: Medicaid expansion could decrease ER visits

*June 29, 2016*

What comes next for Europe?: SOM Insights

*June 28, 2016*

YU-0000041590

THE PARTS THAT MAKE YALE WHOLE

# A closer look for the curious



YU-0000041591

COLLECTIONS

# Seated Buddha in Meditation

This third century B.C.E. sculpture exemplifies the image of the Buddha that evolved in Gandhara, a region that covered parts of present-day Afghanistan, Pakistan, and India.

EXPLORE THE COLLECTION ▸

Negative beliefs about aging predict Alzheimer's disease

LEARN MORE

## Davenport College

EXPLORE THE COLLEGE

## Helmingham herbal & bestiary

EXPLORE THE COLLECTION

# Dancer in Third Position with Her Right Foot Forward

EXPLORE THE COLLECTION

## HELPFUL LINKS

| | | |
|---|---|---|
| Contact Us | Yale West Campus | Employment Opportunities |
| Privacy Policy | Emergency Info | More Inclusive Yale |
| Nondiscrimination & Title IX | | |

## VISITING YALE

| | | |
|---|---|---|
| Campus Tours | Maps & Directions | Yale Visitor Center |
| Museums & Galleries | New Haven | More Visit Resources |



YALE ON INSTAGRAM

Copyright © 2016 Yale University · All Rights Reserved · Contact Web Editor

ALL SOCIAL MEDIA ▸

YU-0000041592



CALENDARS · GIVING · NEWS · DIRECTORIES     Q SEARCH     INFO FOR... ▼

About Yale     Academics     Admissions     Research & Collections     Life at Yale

REWARDING INSPIRATION

## Faculty, alumni win MacArthur Fellowships

Six individuals with ties to Yale, including two members of the Department of English faculty, have been honored with 2016 MacArthur Fellowships for their creative contributions and talent.

LEARN MORE ▸



THE FEATURE ARCHIVE ▸

YU-0000041593



HONORING EXCELLENCE

HUMANITIES

**Two Yale affiliates are recipients of this year's National Humanities Medals**

Louise Glück and Ron Chernow '70, are among the 12 distinguished recipients of the 2015 National Humanities Medals.

SCIENCE

Five Yale faculty members are among the researchers designated as Faculty Scholars under a new program to promote early career scientists.

ALUMNI

**Graduate School honors four alumni with Wilbur Cross Medals**

The Yale Graduate School of Arts and Sciences awarded Wilbur Cross Medals — the school's highest honor — to four alumni this year.

# The latest from YaleNews

**Campus to celebrate its beginnings at Founders Day festivities**

*September 29, 2016*

EXPLORE MORE NEWS      | ALL NEWS ▾ |   GO

Working Mother magazine chooses Yale as one of the best companies for working mothers

*September 29, 2016*

Yale students create human rights curriculum in Hope Village, Somalia

*September 28, 2016*

'What's in a Name?' panel discusses controversial naming issues on college campuses

*September 28, 2016*

Moderate activity helps older adults maintain mobility and independence

*September 26, 2016*



YU-0000041594

THE PARTS THAT MAKE YALE WHOLE

## A closer look for the curious



YU-0000041595

ACADEMICS

## Yale Divinity School

Students from a full spectrum of Christian denominations and faiths attend Yale Divinity School to begin a lifetime of ministry, scholarship, and service to the church and world.

EXPLORE THE SCHOOL ▸



**Intramurals**

LEARN MORE

The Life and Adventures of a Haunted Convict

LEARN MORE

World's oldest recipes

EXPLORE THE COLLECTION

**Photogrammar**

EXPLORE THE PHOTOS

---

**HELPFUL LINKS**

Contact Us

Privacy Policy

Nondiscrimination & Title IX

Yale West Campus

Emergency Info

Employment Opportunities

More Inclusive Yale

**VISITING YALE**

Campus Tours

Museums & Galleries

Maps & Directions

New Haven

Yale Visitor Center

More Visit Resources



YALE ON INSTAGRAM

Copyright © 2016 Yale University · All Rights Reserved · Contact Web Editor

 ALL SOCIAL MEDIA ▸

YU-0000041596

# Yale



YEAR IN REVIEW

## A look back at 2015

As 2015 comes to an end, we look back at stories, events, and initiatives from the past year.

READ TOP STORIES ▸

THE FEATURE ARCHIVE ▸

YU-0000041597

The latest from Yale News
Case 3:20-cv-01080-JCH    Document 139-15    Filed 09/02/22    Page 16 of
EXPLORE MORE NEWS    ALL NEWS    GO

## Yale senior wins 'junior Nobel Prize'

*December 15, 2015*

Yale alumnus Jonathan Rothberg awarded National
Medal of Technology and Innovation

*December 22, 2015*

Yale expands local hiring agreement with unions and
New Haven Works

*December 18, 2015*

Dr. Howard Blue named deputy director of mental
health and counseling at Yale Health

*December 18, 2015*

Yale students, faculty help drive success at Paris climate
talks

*December 17, 2015*

## Working Toward a Better Yale

"In a time when universities and communities around the country are coming together to address longstanding inequalities, Yale can and should lead the way." — President Peter Salovey

FOLLOW THE DISCUSSION ▸

YU-0000041598

THE PARTS THAT MAKE YALE WHOLE

# A closer look for the curious

EXPLORE BY TOPIC ▾

or

SHUFFLE

## Yale Divinity School

EXPLORE THE SCHOOL

PLACES

## Berkeley College

Berkeley College boasts a central location, beautiful collegiate gothic architecture, and a renowned dining hall. It is a lively community of spirited students, faculty, and staff.

EXPLORE THE COLLEGE ▸

## Yale College

EXPLORE THE COLLEGE

## Women in Science At Yale

LEARN MORE

COLLECTIONS

## World's oldest recipes

The Yale Babylonian Collection has over 45,000 items, including cuneiform tablets, cylinder seals, and other artifacts.

EXPLORE THE COLLECTION ▸

## Animal bell, 1500-1700 BCE

EXPLORE THE COLLECTION

## Harkness Tower

EXPLORE THE TOWER

## Yale School of





COLLECTIONS

# World's oldest recipes

The Yale Babylonian Collection has over 45,000 items, including cuneiform tablets, cylinder seals, and other artifacts.

**EXPLORE THE COLLECTION ▸**

## Animal bell, 1500-1700 BCE

**EXPLORE THE COLLECTION**

## Harkness Tower

**EXPLORE THE TOWER**

## Arthritis drug spurs hair growth

**LEARN MORE**

## Yale School of Forestry & Environmental Studies

**EXPLORE THE SCHOOL**

### HELPFUL LINKS

Contact Us

Yale West Campus

Employment Opportunities

Privacy Policy

Emergency Info

Nondiscrimination & Title IX

### VISITING YALE

Campus Tours

Maps & Directions

Yale Visitor Center

Museums & Galleries

New Haven

More Visit Resources



YALE ON INSTAGRAM

Copyright © 2016 Yale University · All Rights Reserved · **Contact Web Editor**

   ALL SOCIAL MEDIA ▸



CALENDARS · GIVING · NEWS · DIRECTORIES

🔍 SEARCH

INFO FOR... ▼

About Yale     Academics     Admissions     Research & Collections     Life at Yale



CAMPUS & COMMUNITY

## Looking back at 2016

Take a look back at some of the top stories from the past year.

READ MORE ▸

THE FEATURE ARCHIVE ▸



YEAR IN REVIEW: 2016 HIGHLIGHTS

GRADUATION

### Commencement 2016

Relive Yale's 315th graduation from May 23 following a weekend that included speeches, prize presentations, and senior class antics.

QUOTE: PRESIDENT PETER SALOVEY

" I hope that, as a member of the Yale community, you have learned to speak fully, listen intensely, and seek common ground in many aspects of your lives. "

YALE COLLEGE

### 2016 Freshman move-in day

In August, 1,373 new freshmen traveled from all 50 states and 50 different foreign countries to New Haven to begin their lives as Yalies.

YU-0000041601

# The latest from YaleNews



## Yale College expands financial aid again — newest admitted students benefit

*December 16, 2016*

EXPLORE MORE NEWS     ALL NEWS ▾     GO

Searching a sea of 'noise' to find exoplanets — using only data as a guide

*December 20, 2016*

Athletes united to bring holiday joy to New Haven youngsters

*December 16, 2016*

Yale alumnus donates 'treasure chest' of rare ancient objects to Yale

*December 16, 2016*

Yale helps found alliance to expand access to college for 50,000 talented students from lower-income families

*December 13, 2016*

THE PARTS THAT MAKE YALE WHOLE
# A closer look for the curious



EXPLORE BY TOPIC ▾

— or —

↻ SHUFFLE

**Yaledancers**
EXPLORE THE GROUP

**DISCOVERIES**
—

# Robots Reading Vogue

Yale researchers and digital humanists are now using modern computer algorithms to dive through Vogue's rich electronic record in order to study the evolution of fashion and culture in the media.

SEE THE PROJECT ▸    LEARN MORE ▸

## Le café de nuit (The Night Café)
LEARN MORE

**Walt Whitman eyeglasses**
EXPLORE THE COLLECTION

YU-0000041603



COLLECTIONS

# Helmingham herbal & bestiary

Completed circa 1500, the volume includes 95 drawings of flowers and trees and 49 drawings of animals and birds, demonstrating English knowledge of natural history in the Tudor period.

EXPLORE THE COLLECTION ▸

## Intramurals

LEARN MORE

## Cushing Center

EXPLORE THE CENTER

## Yale School of Architecture

EXPLORE THE SCHOOL

## Commencement

EXPERIENCE COMMENCEMENT

HELPFUL LINKS

| | | |
|---|---|---|
| Contact Us | Yale West Campus | Employment Opportunities |
| Privacy Policy | Emergency Info | More Inclusive Yale |
| Nondiscrimination & Title IX | | |

VISITING YALE

| | | |
|---|---|---|
| Campus Tours | Maps & Directions | Yale Visitor Center |
| Museums & Galleries | New Haven | More Visit Resources |



YALE ON INSTAGRAM

Copyright © 2017 Yale University · All Rights Reserved · Contact Web Editor

ALL SOCIAL MEDIA ▸

YU-0000041604

# Yale

🔍 SEARCH

INFO FOR... ▼

About Yale    Academics    Admissions    Research & Collections    Life at Yale



**TEACHING & LEARNING**

## Expanding the horizons of teaching and learning

Yale is at the cutting edge of the educational revolution today in academia, embracing new technologies and methodologies that are transforming classrooms; expanding the reach of faculty; and strengthening student-teacher interactions.

LEARN MORE ›

THE FEATURE ARCHIVE ›

YU-0000041605



TEACHING WITH TECHNOLOGY

STUDENT EXPERIENCES

## Students 'visit' a lost archaeological treasure via virtual reality

Thanks to a virtual reality system housed at the Center for Teaching & Learning, students can experience a virtual model of the Northwest Palace — often called a "jewel" of archaeological remains in Iraq.

QUOTE: DIANA KLEINER, PROFESSOR

" Technology is changing the nature of education which means that faculty with the inclination to experiment should embrace it. Self-directed learning is giving way to collaborative learning."

ACCESS TO COLLECTIONS

## Beinecke's expanded classrooms provide hi-tech access to its collections

Following the renovation of the Beinecke Library, Yale faculty and students find newly expanded and configured classrooms, designed for an increase in teaching with primary source materials.

## The latest from YaleNews



### 'Responding to Disasters' offers information on helping victims

*September 26, 2017*

EXPLORE MORE NEWS     ALL NEWS ▾     GO

Peabody joins venture to create 'digital encyclopedia' of vertebrate scans
*September 27, 2017*

Researchers mobilize to save storm-ravaged Monkey Island
*September 26, 2017*

Adam Blumenthal '89 SOM finds 'value' beyond a balance sheet
*September 25, 2017*

Yale provides medical relief to Puerto Rico
*September 25, 2017*

YU-0000041606

THE PARTS THAT MAKE YALE WHOLE

## A closer look for the curious



EXPLORE BY TOPIC ▾

or

↻ SHUFFLE

**Morse College**
EXPLORE THE COLLEGE

**Seated Buddha in Meditation**
EXPLORE THE COLLECTION

**Discovering the earliest monumental Egyptian hieroglyphs**
LEARN MORE

DISCOVERIES

## Sugar rush shrinks brain cell powerhouse

The spike in blood sugar levels that can come after a meal is controlled by the brain's neuronal mitochondria, according to a study by Yale School of Medicine researchers.

LEARN MORE ▸

YU-0000041607



EXPERIENCES

# A cappella

At Yale, 15 a cappella groups, including The Whiffenpoofs and Whim 'n Rhythm, are members of the Singing Group Council. Each group has its own style and repertoire.

LEARN MORE ›

A Lion Attacking a Horse

EXPLORE THE COLLECTION

Timothy Dwight College

EXPLORE THE COLLEGE

Yale School of Architecture

EXPLORE THE SCHOOL

Study finds risk of pulmonary embolism from ultrasound

LEARN MORE

YU-0000041608



**HELPFUL LINKS**

Contact Us

Privacy Policy

Nondiscrimination & Title
IX

Yale West Campus

Emergency Info

Employment Opportunities

More Inclusive Yale

**VISITING YALE**

Campus Tours

Museums & Galleries

Maps & Directions

New Haven

Yale Visitor Center

More Visit Resources

Copyright © 2017 Yale University · All Rights Reserved · **Contact Web Editor**     ALL SOCIAL MEDIA ▸

YU-0000041609



Q SEARCH

INFO FOR... ▾

About Yale     Academics     Admissions     Research & Collections     Life at Yale



RESEARCH & TREATMENT

## The promise of precision medicine for rheumatoid arthritis

A Yale-led research team's findings may lead to the development of treatment based on the genetic profiles of arthritis patients.

LEARN MORE ▸

THE FEATURE ARCHIVE ▸

MULTIDISCIPLINARY APPROACHES

### Yale study identifies 'major player' in skin cancer genes

A Yale team's findings shed light on an important mutation in melanoma skin cancer and may lead to more targeted anti-cancer therapies.

FUNDING THE FUTURE

$10 million grant will establish the Yale Transdisciplinary Collaborative Center for Health Disparities Research focused on Precision Medicine

COLLABORATING FOR A CURE

### Yale joins lung cancer Dream Team

Yale Cancer Center has joined a group of prominent cancer research and treatment institutions in a new Stand Up To Cancer (SU2C)-American Cancer Society $20 million Dream Team to combat lung cancer.

QUOTE: STEPHEN WAXMAN, PROFESSOR

" I am hopeful that, some years from now, pain treatment will be transformed from trial-and-error to a precision medicine, first-time-around approach guided by the DNA of each individual patient"



## The latest from YaleNews

EXPLORE MORE NEWS    ALL NEWS ▾    GO

Yale sends 2,272 'congratulations' emails to applicants for largest freshman class in history

*March 30, 2017*

WWI commemoration honors Yalies who served during 'American Century'

*March 30, 2017*

Junior's passion for science leads to seven patents — the first at age 12

*March 29, 2017*

Sixteen global leaders named 2017 World Fellows

*March 29, 2017*

Marathon running may cause short-term kidney injury

*March 28, 2017*

YU-0000041612

THE PARTS THAT MAKE YALE WHOLE

## A closer look for the curious



YU-0000041613



COLLECTIONS

# Seated Buddha in Meditation

This third century B.C.E. sculpture exemplifies the image of the Buddha that evolved in Gandhara, a region that covered parts of present-day Afghanistan, Pakistan, and India.

EXPLORE THE COLLECTION ›

Doubling down on Schrödinger's cat

LEARN MORE

Working at Yale

EXPLORE A CAREER

Cushing Center

EXPLORE THE CENTER

Animal bell, 1500-1700 BCE

EXPLORE THE COLLECTION

YU-0000041614



**HELPFUL LINKS**

Contact Us                    Yale West Campus              Employment Opportunities

Privacy Policy                Emergency Info                More Inclusive Yale

Nondiscrimination & Title
IX

**VISITING YALE**

Campus Tours                  Maps & Directions             Yale Visitor Center

Museums & Galleries           New Haven                     More Visit Resources

Copyright © 2017 Yale University · All Rights Reserved · **Contact Web Editor**

ALL SOCIAL MEDIA ▸

YU-0000041615



CALENDARS · GIVING · NEWS · DIRECTORIES

🔍 SEARCH    INFO FOR... ▾

About Yale    Academics    Admissions    Research & Collections    Life at Yale



HISTORY & COLLECTIONS

## First printing of the Declaration of Independence

The Beinecke Rare Book and Manuscript Library marks the anniversary of the nation's founding with a special display of *The Dunlap Broadside*, on view through Thursday, July 6.

LEARN MORE ▸

*Freedom Bell*

*From the Yale Collection of Musical Instruments: Robyna Neilson Ketchum, "Freedom Bell," 1976.*

PORTRAITS

## The British perspective

Representing the Redcoat perspective, the Yale Center for British Art contains portraits of leading military figures, including British General Thomas Gage.

THE FEATURE ARCHIVE ▸

YU-0000041616



U.S. HISTORY IN THE COLLECTIONS

PAINTING

**An American original**

John Trumbull's "The Declaration of Independence, July 4, 1776" on display at the Yale University Art Gallery.

## The latest from YaleNews

### Seeking better health: Yale and New Haven

*June 29, 2017*



EXPLORE MORE NEWS    ALL NEWS    GO

New virtual reality site creates a 'sonic collage' of esteemed poet John Ashbery's works

*June 29, 2017*

F&ES student Abigail Smith studying climate-smart practices in Vietnam

*June 29, 2017*

The Pigeon lands at Beinecke, supports New Haven Reads

*June 28, 2017*

Using the green plant playbook to design better energy tech

YU-0000041617

THE PARTS THAT MAKE YALE WHOLE

A closer look for the curious



YU-0000041618



PLACES

## Pierson College

Pierson was founded and built in 1933, and was extensively renovated in 2004. Today, it is the largest residential college at Yale with approximately 500 students.

EXPLORE THE COLLEGE ▸

### Yale School of Nursing
EXPLORE THE SCHOOL

### Asian American Cultural Center
EXPLORE THE CENTER

### Yale School of Public Health
EXPLORE THE SCHOOL

### Branford College
EXPLORE THE COLLEGE

YU-0000041619



**HELPFUL LINKS**

Contact Us                    Yale West Campus              Employment Opportunities

Privacy Policy                Emergency Info                More Inclusive Yale

Nondiscrimination & Title
IX

**VISITING YALE**

Campus Tours                  Maps & Directions             Yale Visitor Center

Museums & Galleries           New Haven                     More Visit Resources

Copyright © 2017 Yale University  ·  All Rights Reserved  ·  **Contact Web Editor**

ALL SOCIAL MEDIA ▸

YU-0000041620



CALENDARS · GIVING · NEWS · DIRECTORIES

Q SEARCH     INFO FOR... ▼

About Yale     Academics     Admissions     Research & Collections     Life at Yale

CAMPUS EVENTS

## Planning ahead for the new year

See what's in store for 2018 at Yale, including lectures, exhibitions, concerts, performances, and more.

PLAN NOW ▸



THE FEATURE ARCHIVE ▸

YU-0000041621



UPCOMING EVENTS AND EXHIBITIONS

**2018 EXHIBITIONS**

## Yale Center for British Art

Upcoming exhibitions at the Yale Center for British Art include "The Paston Treasure: Microcosm of the Known World" and work by the contemporary British artist Celia Paul.

**2018 COMMENCEMENT**

Graduation activities kick off on Saturday, May 19 with the Yale College Baccalaureate ceremonies

**2018 EXHIBITIONS**

## Yale Art Gallery

In 2018, the Yale University Art Gallery will present "Japan's Global Baroque, 1550–1650" and works by Joel Shapiro.

## The latest from YaleNews



### Brains of old monkeys and humans share same signs of Alzheimer's
*December 18, 2017*

EXPLORE MORE NEWS    ALL NEWS ▾    GO



Yale Homebuyer Program renewed through 2019
*December 21, 2017*

New test shows when body is fighting a virus
*December 21, 2017*

Five things to know about coughing kids
*December 21, 2017*

Giving his students 'x-ray ears' is the sign of success for Yale scholar
*December 19, 2017*

YU-0000041622

THE PARTS THAT MAKE YALE WHOLE

## A closer look for the curious





YU-0000041624



**HELPFUL LINKS**

Contact Us       Yale West Campus       Employment Opportunities

Privacy Policy       Emergency Info       More Inclusive Yale

Nondiscrimination & Title IX

**VISITING YALE**

Campus Tours       Maps & Directions       Yale Visitor Center

Museums & Galleries       New Haven       More Visit Resources

Copyright © 2018 Yale University · All Rights Reserved · Contact Web Editor

ALL SOCIAL MEDIA ›

YALE ON INSTAGRAM

YU-0000041625



CALENDARS  ·  GIVING  ·  NEWS  ·  DIRECTORIES

🔍 SEARCH

INFO FOR... ▼

About Yale    Academics    Admissions    Research & Collections    Life at Yale



FREE & OPEN TO THE PUBLIC

## Yale Art Gallery

The Yale University Art Gallery encourages appreciation and understanding of art and its role in society through direct engagement with original works of art.

PLAN A VISIT ›

THE FEATURE ARCHIVE ›

YU-0000041626



**CURRENT EXHIBITIONS AT THE GALLERY**

THROUGH AUGUST 19, 2018

### Pompeii: Photographs and Fragments

Destroyed by the eruption of Mount Vesuvius in A.D. 79, the ancient city of Pompeii has captured public imagination since it was first excavated in 1748.

THROUGH JULY 8, 2018

Manuel Neri: The Human Figure in Plaster and on Paper explores the artist's tireless fascination with the human form, drawing from a recent gift to the Gallery of more than 150 sculptures and works on paper from The Manuel Neri Trust.

**CURRENT EXHIBITIONS AT THE GALLERY**

THROUGH JUNE 10, 2018

### Joel Shapiro: Plaster, Paper, Wood, and Wire

Best known for his large-scale bronze sculptures, Joel Shapiro has routinely turned to plaster and other media to explore avenues of creative growth and experiment with new ideas.

THROUGH JULY 8, 2018

Sol LeWitt Wall Drawings: Expanding a Legacy features seven drawings newly donated to the Gallery from the artist's estate, making the Gallery's collection of LeWitt's work in this signature medium the largest of any museum worldwide.



THROUGH MAY 21, 2018

### Japan's Global Baroque, 1550–1650

While politically tumultuous, the 16th and 17th centuries in Japan were also marked by vibrancy and innovation in the visual and literary arts.

YU-0000041627

## The latest from YaleNews



**Yale admits 2,229 students; second year of expanded class size**

*March 28, 2018*

EXPLORE MORE NEWS  | ALL NEWS ▾ | GO



**Yale appoints mathematician Jeff Brock as first FAS dean of science**

*March 28, 2018*

**Stephanie Wiles of Cornell named next director of the Yale Art Gallery**

*March 28, 2018*

**Yale's Greenberg World Fellows Program announces class of 2018**

*March 27, 2018*

**Alum-led startup saves lives by ridding African market of counterfeit drugs**

*March 26, 2018*

YU-0000041628

THE PARTS THAT MAKE YALE WHOLE

## A closer look for the curious



YU-0000041629



PLACES

## Morse College

Morse College is an eclectic structure built on an odd, angular site. In a modern attempt to capture the spirit of Gothic architecture, designer Eero Saarinen eliminated all right angles from the living areas.

EXPLORE THE COLLEGE ›

Discovering the earliest monumental Egyptian hieroglyphs

LEARN MORE

Intramurals

LEARN MORE

Negative beliefs about aging predict Alzheimer's disease

LEARN MORE

Hua gu (Flower Drum)

EXPLORE THE COLLECTION

YU-0000041630

**HELPFUL LINKS**

Contact Us

Privacy Policy

More Inclusive Yale

Yale West Campus

Emergency Info

Nondiscrimination & Title IX

Employment Opportunities

Public Safety

Accessibility at Yale



**VISITING YALE**

Campus Tours

Museums & Galleries

Maps & Directions

New Haven

Yale Visitor Center

More Visit Resources

Copyright © 2018 Yale University · All Rights Reserved · Contact Web Editor

ALL SOCIAL MEDIA ‣

YU-0000041631





Q SEARCH    INFO FOR... ▾

About Yale    Academics    Admissions    Research & Collections    Life at Yale



**CULTURAL HISTORY**

## What did ancient Babylonians eat?

Yale researchers and colleagues recently teamed up to bring 4,000-year-old recipes to life.

LEARN MORE ▸

THE FEATURE ARCHIVE ▸

YU-0000041632



**NEW DISCOVERIES, ANCIENT SOURCES**

**PRESERVING THE PAST**

## Institute for the Preservation of Cultural Heritage

The Institute for the Preservation of Cultural Heritage at West Campus is dedicated to advancing the sustainable care, study, and use of the world's cultural heritage.

**WORLD-CLASS COLLECTIONS**

The Yale Babylonian Collection is the largest collection of seals and textual material from ancient Mesopotamia in North America and ranks among the leading collections in the world.

**ASSYRIOLOGY**

## Yale Assyriologist discovers evidence of lost city in Iraq

When Eckart Frahm, professor of Assyriology at Yale, received a call from Homeland Security with a request to come to New York to assess cuneiform tablets, he was intrigued by the opportunity to provide an assessment of the content and origins of these ancient artifacts.

YU-0000041633

## The latest from YaleNews

EXPLORE MORE NEWS | ALL NEWS ▼ | GO



### First printing of Declaration of Independence on display at the Beinecke Library

*June 21, 2018*

---

Gladney to join Yale as dean of diversity, faculty development for FAS

*June 27, 2018*

---

John Bollier named vice president for facilities and campus development

*June 27, 2018*

---

With gene editing, researchers cure blood disorder in fetal mice

*June 26, 2018*

---

July 4 celebration to pay tribute to local Revolutionary War patriots

*June 25, 2018*

---

YU-0000041634

THE PARTS THAT MAKE YALE WHOLE

A closer look for the curious



YU-0000041635



COLLECTIONS

## Dancer in Third Position with Her Right Foot Forward

One of the 150 wax figures found in Edgar Degas's studio upon his death in 1917.

EXPLORE THE COLLECTION ›

World's oldest recipes

EXPLORE THE COLLECTION

Yale School of Music

EXPLORE THE SCHOOL

West Campus

LEARN MORE

Visitor Center

EXPLORE THE CENTER

YU-0000041636

**HELPFUL LINKS**

Contact Us                     Yale West Campus              Employment Opportunities

Privacy Policy                 Emergency Info                Public Safety

More Inclusive Yale            Nondiscrimination & Title     Accessibility at Yale
                               IX

**VISITING YALE**

Campus Tours                   Maps & Directions             Yale Visitor Center

Museums & Galleries            New Haven                     More Visit Resources

Copyright © 2018 Yale University · All Rights Reserved · **Contact Web Editor**          ALL SOCIAL MEDIA ▸

YU-0000041637



CALENDARS · GIVING · NEWS · DIRECTORIES

SEARCH     INFO FOR... ▼

About Yale    Academics    Admissions    Research & Collections    Life at Yale



ECONOMICS AND POLITICAL SCIENCE

## Enlisting faculty expertise in fight against poverty

A new Yale-based research initiative is developing the science needed to scale-up promising anti-poverty programs so that they can benefit the greatest number of people.

LEARN MORE ▸

THE FEATURE ARCHIVE ▸

YU-0000041638



EXPLORING THE SOCIAL SCIENCES

ECONOMICS

## Professor Barbara Biasi on teacher pay

Yale SOM's Barbara Biasi, a labor economist with a focus on education, talks about recent teacher strikes and the wider implications of how we compensate teachers.

QUOTE: MOLLY CROCKETT, YALE PSYCHOLOGIST

" Because people sometimes behave badly by accident, we need to be able to update bad impressions that turn out to be mistaken. Otherwise, we might end relationships prematurely and miss out on the many benefits of social connection."

PSYCHOLOGY

## Study: At first meeting, people like you more than you think

Yale psychologists have found that people consistently underestimate how much others like them after an initial conversation.

## The latest from YaleNews



### Yale Art Gallery exhibit celebrates lasting value of caricature

*September 26, 2018*

EXPLORE MORE NEWS     ALL NEWS ▾     GO

Women Faculty Forum unveils portrait of Otelia Cromwell '26 Ph.D.

*September 24, 2018*

New health informatics degree launches at Yale School of Public Health

*September 26, 2018*

Yale surgeons make sustainability and wellness a focus in their workplace

*September 25, 2018*

Yale alumna draws on past struggles to help students conquer money fears

*September 25, 2018*

YU-0000041639

THE PARTS THAT MAKE YALE WHOLE

A closer look for the curious



YU-0000041640



PLACES

## Edward P. Evans Hall

Home to the Yale School of Management, Edward P. Evans Hall houses state-of-the-art classrooms, faculty offices, academic centers, and meeting spaces, all organized around an enclosed courtyard.

EXPLORE THE HALL ›    ▣ WATCH VIDEO

Walt Whitman eyeglasses
EXPLORE THE COLLECTION

Yale Divinity School
EXPLORE THE SCHOOL

Pauli Murray College
EXPLORE THE COLLEGE

Yale School of Architecture
EXPLORE THE SCHOOL

YU-0000041641

HELPFUL LINKS

Contact Us            Yale West Campus        Employment Opportunities

Privacy Policy        Emergency Info          Public Safety

Nondiscrimination & Title    Accessibility at Yale    Yale Mobile
IX

VISITING YALE

Campus Tours          Maps & Directions       Yale Visitor Center

Museums & Galleries   New Haven               More Visit Resources



Copyright © 2018 Yale University · All Rights Reserved · **Contact Web Editor**

 ALL SOCIAL MEDIA ▸

YU-0000041642



CALENDARS · GIVING · NEWS · DIRECTORIES

Q SEARCH      INFO FOR... ▾

About Yale      Academics      Admissions      Research & Collections      Life at Yale

CAMPUS EVENTS

## Planning ahead: 2019

See what's in store for 2019 at Yale, including lectures, exhibitions, concerts, performances, and more.

PLAN NOW ▸




THE FEATURE ARCHIVE ▸

YU-0000041643



UPCOMING EVENTS AND EXHIBITIONS

2018 EXHIBITIONS

**Yale Center for British Art**

View upcoming exhibitions at the Yale Center for British Art.

BELONGING AT YALE

Attend events celebrating diversity, equity, and inclusion

2018 EXHIBITIONS

**Yale Art Gallery**

In 2019, the Yale University Art Gallery will present works by John Wilson and Matthew Barney.

## The latest from YaleNews



**YaleNews looks back on 2018**

*December 19, 2018*

EXPLORE MORE NEWS     ALL NEWS ▾     GO

**AYA to YAA: A new alumni association name, visual identity, and website**

*December 19, 2018*

**ISPS marks 50 years of supporting research, shaping policy**

*December 19, 2018*

**President Salovey cuts ribbon for Brain Imaging Center using only his mind**

*December 18, 2018*

**Sugar targets gut microbe linked to lean and healthy people**

*December 17, 2018*

YU-0000041644

THE PARTS THAT MAKE YALE WHOLE

A closer look for the curious



YU-0000041645



YU-0000041646



YU-0000041647



CALENDARS · GIVING · NEWS · DIRECTORIES

Q SEARCH    INFO FOR... ▼

About Yale    Academics    Admissions    Research & Collections    Life at Yale



ASTRONOMY ▸

## A new theory for 'Oumuamua

Astronomers at Yale and Caltech say that 'Oumuamua, the much-discussed interstellar space rock, is best viewed as a comet with odd properties — and not an alien probe, as has been suggested.

LEARN MORE ▸

THE FEATURE ARCHIVE ▸

YU-0000041648



**LOOKING TO THE STARS**

**YALE BABYLONIAN COLLECTION**

### Decoding the 'writing of the heavens'

Yale Assyriologist Eckart Frahm says ancient stargazers were intrigued by the mechanics of the heavens and documented their observations on clay tablets.

**FACULTY**

Debra Fischer, newly named as the Eugene Higgins Professor of Astronomy, is a leading researcher who has discovered hundreds of exoplanets, celestial bodies outside the solar system that, like Earth and its neighboring planets, orbit a star.

**RESEARCH**

### The case of the over-tilting exoplanets

Yale researchers have discovered a surprising link between the tilting of exoplanets and their orbit in space.

YU-0000041649

## The latest from YaleNews



### Yale College admits 2,178 students; third year of expanded class size

*March 28, 2019*

EXPLORE MORE NEWS

ALL NEWS ▼    GO

### Engineered vessels evolve into living tissue

*March 27, 2019*

### Math — not computer science — was Grace Hopper's first language

*March 26, 2019*

### San Francisco cracks down on e-cig sales with Yale Law School clinic help

*March 22, 2019*

### Yale undergrad team chosen by NASA to launch satellite to study cosmic rays

*March 22, 2019*

YU-0000041650

THE PARTS THAT MAKE YALE WHOLE

## A closer look for the curious



YU-0000041651



PLACES

## Beinecke Rare Book & Manuscript Library

The Beinecke is one of the world's largest libraries devoted entirely to rare books and manuscripts.

EXPLORE THE LIBRARY ›

### Yale School of Medicine
EXPLORE THE SCHOOL

### Silliman College
EXPLORE THE COLLEGE

### A Lion Attacking a Horse
EXPLORE THE COLLECTION

### Benjamin Franklin College
EXPLORE THE COLLEGE

YU-0000041652



HELPFUL LINKS

Contact Us

Privacy Policy

Nondiscrimination &
Title IX

Yale West Campus

Emergency Info

Accessibility at Yale

Employment Opportunities

Public Safety

Yale Mobile

VISITING YALE

Campus Tours

Museums & Galleries

Maps & Directions

New Haven

Yale Visitor Center

More Visit Resources

Copyright © 2019 Yale University · All Rights Reserved · Contact Web Editor

ALL SOCIAL MEDIA ›

YU-0000041653



CALENDARS · GIVING · NEWS · DIRECTORIES



About Yale    Academics    Admissions    Research & Collections    Life at Yale



MUSEUMS AND COLLECTIONS

## Yale Center for British Art

The Yale Center for British Art is a public art museum and research institute that houses the largest collection of British art outside the United Kingdom. Admission is free.

LEARN MORE ›

THE FEATURE ARCHIVE ›

YU-0000041654



CURRENT EXHIBITIONS

PHOTOGRAPHY

**Photographs | Contemporary Art: Recent Gifts and Acquisitions**

This exhibition shows the depth and richness of the expanding photography collection, from the birth of photography to the work of contemporary photographers.

EILEEN HOGAN: PERSONAL GEOGRAPHIES

The first North American survey of the work of Eileen Hogan (born 1946) examines Hogan's artistic process and feature sketchbooks alongside finished paintings.

PAUL MELLON COLLECTION

**Britain in the World**

Tracing the growth of a native British school of artists, this installation reveals how frequently the story of art in Britain focuses on a narrative of international exchange.

## The latest from YaleNews



Yale scientists discover molecular key to how cancer spreads

*June 26, 2019*

EXPLORE MORE NEWS     | ALL NEWS ▾ |  GO

Edit-a-thon aims to put more Yale women on Wikipedia
*June 26, 2019*

How the brain helps us make good decisions — and bad ones
*June 25, 2019*

Miye Oni brings Bulldog pride to the NBA
*June 21, 2019*

A bacterial remnant may explain arthritis in Lyme patients
*June 21, 2019*



YU-0000041655

THE PARTS THAT MAKE YALE WHOLE

## A closer look for the curious



EXPLORE BY TOPIC ▼

or

↻ SHUFFLE

Harkness Tower

EXPLORE THE TOWER

Yale team discovers
how Zika virus
causes fetal brain
damage

LEARN MORE

Yale School of
Forestry &
Environmental
Studies

EXPLORE THE SCHOOL

PLACES

# Timothy Dwight
College

This residential college is named after two
university presidents, Timothy Dwight IV and
Timothy Dwight V, who both left a lasting legacy
at Yale.

EXPLORE THE COLLEGE ›

YU-0000041656



PLACES

# Beinecke Rare Book & Manuscript Library

The Beinecke is one of the world's largest libraries devoted entirely to rare books and manuscripts.

EXPLORE THE LIBRARY ▸

Pierson College
EXPLORE THE COLLEGE

A cappella
LEARN MORE

Visitor Center
EXPLORE THE CENTER

The Life and Adventures of a Haunted Convict
LEARN MORE

YU-0000041657



YU-0000041658





About Yale     Academics     Admissions     Research & Collections     Life at Yale

**STUDENT LIFE**

## Get to know Yale College

Student life at Yale College is steeped in
many special traditions developed over the
centuries.

LEARN MORE ▸



THE FEATURE ARCHIVE ▸

YU-0000041659

**UNDERGRADUATE STUDENT EXPERIENCE**



**LIFE AT YALE**

### Residential Colleges

Yale's residential colleges allow students to experience the cohesiveness and intimacy of a small school while still enjoying the cultural and scholarly resources of a large university.

**BELONGING AT YALE**

The Yale College cultural centers act as social hubs and community bases for students from various cultures or ethnicities, supplementing the social environment of the larger Yale College community.



**A THRIVING COMMUNITY**

### Yale College Arts

The arts are a fundamental part of a Yale College education and we offer our students the resources and programs required to realize their visions.

YU-0000041660

## The latest from YaleNews

EXPLORE MORE NEWS

ALL NEWS ▾    GO



### Prison Education Initiative brings liberal arts to incarcerated students

*September 27, 2019*

Save the date: Founders Day is Oct. 11

*September 30, 2019*

Growing old together: a sharper look at black holes and their host galaxies

*September 30, 2019*

After discovering his own rare disease, alum unites others through virtual ensemble

*September 27, 2019*

Artificial intelligence could help reduce hospitalizations for GI condition

*September 26, 2019*

YU-0000041661

THE PARTS THAT MAKE YALE WHOLE

A closer look for the curious



YU-0000041662



YU-0000041663



Copyright © 2019 Yale University · All Rights Reserved · **Contact Web Editor**

YU-0000041664



CALENDARS · GIVING · NEWS · DIRECTORIES

SEARCH

INFO FOR... ▾   GO

About Yale    Academics    Admissions    Research & Collections    Life at Yale



YEAR IN REVIEW

## Top stories of 2019

While the university is on break until January 2, take a moment and explore the top Yale News stories of 2019.

LEARN MORE ›

THE FEATURE ARCHIVE ›

YU-0000041665

## The latest from YaleNews

EXPLORE MORE NEWS    ALL NEWS ▾    GO



**What to do at Yale over the holidays: galleries, libraries, and more**

*December 23, 2019*

Elizabeth I portraits reign at the Yale Center for British Art

*December 20, 2019*

Medical professor's 'priceless' tie raises donations for those in need

*December 20, 2019*

In Ottoman Turkish manuscripts, Yale students find delicious mysteries

*December 18, 2019*

SOM Insights: How not to hate the holidays

*December 17, 2019*

YU-0000041666

THE PARTS THAT MAKE YALE WHOLE

A closer look for the curious



EXPLORE BY TOPIC ▾

or

↻ SHUFFLE

**Le café de nuit
(The Night Café)**
LEARN MORE

**An unexpected
antidepressant**
LEARN MORE

**Dancer in Third
Position with Her
Right Foot
Forward**
EXPLORE THE COLLECTION

PLACES

# Pauli Murray College

Named for Anna Pauline (Pauli) Murray '65 J.S.D.,
'79 Hon. D.Div., Pauli Murray College is one of
Yale's two newest residential colleges that
opened to students in 2017.

EXPLORE THE COLLEGE ›

YU-0000041667



YU-0000041668



HELPFUL LINKS

Contact Us                  Yale West Campus          Employment Opportunities

Privacy Policy              Emergency Info            Public Safety

Nondiscrimination &         Accessibility at Yale     Yale Mobile
Title IX

VISITING YALE

Campus Tours                Maps & Directions         Yale Visitor Center

Museums & Galleries         New Haven                 More Visit Resources

Copyright © 2020 Yale University  ·  All Rights Reserved  ·  Contact Web Editor

ALL SOCIAL MEDIA ›

YU-0000041669