# Exhibit 14

```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF CONNECTICUT

                         - - -

JONATHAN MICHEL, on        :  CIVIL ACTION
behalf of himself and      :
all others similarly       :
situated,                  :
                           :
          Plaintiffs,      :
                           :
     VS.                   :
                           :
YALE UNIVERSITY,           :
                           :
          Defendant.       :  NO.  3:20-CV-01080-JCH


                         - - -


          Remote videotaped video conference

deposition of SCOTT A. STROBEL, taken on Monday,

October 18, 2021, beginning at approximately

10:04 a.m., before Robin Frattali, Professional

Court Reporter and Notary Public.

                         - - -



           SUMMIT COURT REPORTING, INC.
    Certified Court Reporters and Videographers
           1500 Walnut Street, Suite 1610
           Philadelphia, Pennsylvania  19102
    424 Fleming Pike, Hammonton, New Jersey  08037
     (215) 985-2400 * (800) 447-8648 * (609) 567-3315
                 www.summitreporting.com
```

**SCOTT A. STROBEL**

```
 1        testimony within 30 days of the receipt of
 2        the transcript and the video.
 3                   THE VIDEOGRAPHER:  And the
 4        court reporter will now swear in the
 5        witness.
 6                        - - -
 7                   SCOTT A. STROBEL, having been
 8        first duly sworn to tell the truth, was
 9        examined and testified as follows:
10                        - - -
11                      EXAMINATION
12                        - - -
13   BY MR. FRANCIS:
14        Q.   Good morning, Mr. Strobel.  Would you
15   please just state your full name for the record.
16        A.   My name is Scott Allan Strobel.
17        Q.   Great.
18                   Mr. Strobel, we were introduced
19   a few minutes ago.  My name is Jim Francis.  I'm
20   one of the lawyers who represents the plaintiff,
21   Jonathan Michel, in this litigation.  Today I'm
22   going to be taking your deposition.
23                   Let me ask whether or not you
24   have ever given a deposition prior to today.
```

1   Provost at Yale, have you considered issuing any
2   tuition discounts for any time period covered by
3   COVID-19 up through the current time?
4                 MR. FREIMAN:  Objection.
5       Vague.
6                 THE WITNESS:  Yeah,
7       "considered," like thought about it in the
8       shower, or thought about it in like -- what
9       do you mean?
10  BY MR. FRANCIS:
11      Q.    Have you considered whether or not the
12  University should issue discounts or refunds for
13  any portion of tuition for students during the
14  time period that COVID-19 prevented some or all of
15  them from attending classes in person and/or
16  accessing the campus?
17      A.    Yes, it was considered.  Yes, I
18  considered it.
19      Q.    Okay.  And when did you consider it,
20  and when was -- what was the result of that
21  consideration?
22      A.    The consideration would have been in
23  the mid-spring semester of 2020.
24      Q.    Okay.  Other than that time period,

**SCOTT A. STROBEL**

```
 1   did you consider offering tuition discounts and/or
 2   refunds at any other time period up until now
 3   other than the spring semester of 2020?
 4        A.    In which school?
 5        Q.    In any school that you were
 6   responsible for having involvement in setting the
 7   tuition for.  So we can start with Yale College,
 8   and then we can go to the graduate schools, if you
 9   had responsibility there as well.
10        A.    So outside of spring 2020, sorry, I've
11   lost track of the nuance of the conversation -- or
12   the specifics of the question.  So can you restate
13   it?
14        Q.    Sure.
15              You've already testified that
16   you did make a consideration of a discount for
17   students for tuition in or around the spring
18   semester of 2020.  My question is, other than that
19   time period, did you consider discounting tuition
20   at any other time up until now?
21        A.    No --
22        Q.    Okay.
23        A.    -- I don't believe we did.
24        Q.    Okay.  Now, in terms of what was
```

1  considered, or what you considered back in the
2  spring semester of 2020, who was involved in
3  making this consideration?  Because I asked about
4  you.  Were there others who were considering
5  offering students a tuition discount at that time
6  period?
7      A.   I would have to speculate to answer
8  that.  I don't -- I...
9      Q.   Okay. Okay.  Do you know whether the
10 Budget Advisory Group as a whole was -- looked
11 into the issue or considered the issue of whether
12 or not to offer or issue tuition refunds to
13 students in connection with the COVID-19 -- the
14 implications or consequences on students'
15 abilities to attend classes in person and/or
16 access to campus?
17     A.   I do not believe the Budget Advisory
18 Group considered that question.  They were
19 considering the questions of the budget for the
20 coming academic year.
21     Q.   Okay.  And in considering the budget
22 for the coming academic year, did the Budget
23 Advisory Committee consider the impact that
24 COVID-19 had on students' abilities to attend

**SCOTT A. STROBEL**

1  classes in person and/or access the campus?
2      A.   Yes.  So as we considered the issue of
3  what the 2020-2021 academic year would look like,
4  we spent a substantial amount of time discussing
5  calendar logistics, expected costs, questions
6  about approvals, deferments, those kinds of
7  issues, in order to model what we expected the
8  fall semester enrollments would look like.
9                  So it was a -- it was a
10 discussion of both tuition and -- it was a
11 discussion of tuition and operations.
12     Q.   Okay.  And in connection with the
13 possibility that Yale would not be able to offer
14 full in-person instruction and full resumption of
15 campus activities, did the Budget Advisory Group
16 ever consider freezing tuition in December 2020
17 rather than increasing?
18     A.   No.
19     Q.   No.  Okay.
20     A.   Did they consider it.  There was a
21 discussion about -- let me correct my answer.
22 There was discussion about what the tuition should
23 be for the coming academic year, and the
24 discussion ranged across variables from, I mean,

**SCOTT A. STROBEL**

1  the possibility of a tuition freeze to a tuition
2  increase that reflected the typical increase from
3  year to year.
4      Q.   Okay.  And so am I hearing you
5  correctly to state that the -- what the Budget
6  Advisory Committee and you recommended was a
7  tuition increase that was consistent with prior
8  years' increases?
9      A.   That's what we recommended, yeah.
10     Q.   Okay.  And am I correct that,
11 notwithstanding COVID-19 and its impact on the
12 ability for Yale to deliver full on-campus -- a
13 full on-campus experience and in-person classes,
14 the -- you and the Budget Advisory Group made a
15 decision not to freeze tuition --
16              MR. FREIMAN:  Objection.
17     Objection.
18 BY MR. FRANCIS:
19     Q.   -- at that point?
20              MR. FREIMAN:  Objection.  Asked
21     and answered.
22 BY MR. FRANCIS:
23     Q.   You can answer.
24     A.   We made a recommendation.  There were

1  academic year, whether Yale would be able to fully
2  deliver in-person classes and full campus
3  activities; is that correct?
4           MR. FREIMAN:  Objection.  Asked
5      and answered and leading.
6           THE WITNESS:  We were
7      optimistic, but we did not know how COVID
8      would develop in the coming months.
9  BY MR. FRANCIS:
10     Q.   Okay.
11     A.   Nor did anyone.
12     Q.   Now, putting aside the decision that
13 was made in December 2020 regarding the '21-'22
14 academic year, am I correct that Yale never issued
15 any tuition refunds or discounts from the onset of
16 COVID up to the current time?
17     A.   Yale, the University, or Yale College?
18     Q.   Yale College.
19     A.   So Yale College did not issue tuition
20 discounts.
21     Q.   And it never has since the -- since
22 the inception of COVID-19; is that correct?
23     A.   To my knowledge, no tuition
24 discount -- discounts were issued in Yale College.

**SCOTT A. STROBEL**

```
 1  in the form that you've described.
 2      Q.   Okay.
 3      A.   But it was -- it was not tuition.
 4      Q.   Right, it was a stipend.
 5      A.   Or it wasn't room and board.
 6      Q.   Okay.  So I was asking you about
 7  tuition, and any decisions made regarding
 8  increases and/or any consideration of discounts
 9  for Yale College.
10               In connection with your job
11  and -- as Provost at Yale since January of 2020,
12  have you had any direct involvement and/or role,
13  like you did in connection with the Budget
14  Advisory Group for Yale College, in terms of
15  approving and/or recommending any tuition
16  increases for non-Yale College schools,
17  specifically graduate and professional schools?
18      A.   So the discussions of -- it's usually
19  tuition, there isn't room and board, generally,
20  for the grad -- for the graduate and professional
21  schools.
22               Those are decisions -- well,
23  they are recommendations made by the Deans of
24  those schools that results in a consultation with
```

SCOTT A. STROBEL

1   me, as Provost, to discuss what their
2   recommendation is for the coming academic year.
3   Those decisions generally happen in the December,
4   January time frame the previous year.  Those
5   conversations are usually between me and the Dean.
6              The recommendation is then
7   included in the budget proposal for the coming
8   year that happens -- as part of the Budget
9   Advisory Group request in the spring, sometime
10  around March to April.  And so I, in the early
11  part of this year or the end of last year, had
12  conversations with the various Deans about their
13  tuition recommendations for the coming academic
14  year.
15       Q.   Okay.  And would those be Deans of all
16  of the different schools, or just certain schools?
17       A.   I think it was all, but I don't recall
18  if I had one-on-one conversations about tuition
19  with every one of them.  That, I'm not sure.  It
20  was --
21       Q.   And other -- and then other than a
22  conversation, did -- do you have any authority to
23  either veto or decline a Dean's recommendation
24  regarding a tuition increase?

**SCOTT A. STROBEL**

1  A. So that's a what is the authority of
2  the Provost question, as I understand your
3  question. Is that what you're asking?
4  Q. Well, I think that's pretty close,
5  yep.
6  A. So if I was adamantly opposed to a
7  recommendation of a Dean, I expect I could tell
8  that Dean he needs or she needs to reconsider the
9  tuition recommendation, and then we would have
10 subsequent discussion.
11 Q. Okay. For each of the Deans with whom
12 you've had discussions, am I correct that they all
13 recommended or discussed with you a tuition
14 increase for the upcoming year?
15 A. They all did. They did not all
16 recommend a tuition increase, no.
17 Q. Okay. Which ones did not?
18 A. I believe the School of Management did
19 not, and it's -- let's see. I don't remember
20 about the School of Nursing.
21 Q. Okay. And other than those two
22 schools, am I correct that all of the other Yale
23 graduate schools did discuss with you increasing
24 tuition for the upcoming year?

SCOTT A. STROBEL

1  A. To my recollection, those are the only
2  two schools that were considering -- it's my
3  recollection the only one I really remember is the
4  School of Management. I'm vague on the School of
5  Nursing. And those -- that's the only -- that's
6  the only school that I remember a recommendation
7  for a -- for no tuition increase in the coming
8  academic year.
9  Q. Okay. And for the other schools that
10 did discuss a tuition increase, am I correct that
11 you either agreed and/or approved their request
12 and their recommendation?
13 A. Yes. We discussed the recommendation,
14 and moved forward with the recommendation either
15 as recommended or as revised based on our
16 discussion.
17 Q. Okay. Were there any recommendations
18 and/or proposals for a tuition increase for which
19 you did not agree and said something along the
20 lines of this should be less, or we should modify
21 it? Did you have any further discussions about
22 modifying the initial proposals for any of the
23 schools?
24 A. I don't recall.

**SCOTT A. STROBEL**

```
 1              C E R T I F I C A T E
 2
 3          I, ROBIN FRATTALI, Registered
 4   Professional Reporter, do hereby certify that the
 5   proceedings, evidence, and objections noted are
 6   contained fully and accurately in the notes taken
 7   by me of the preceding deposition, and that this
 8   copy is a correct transcript of the same.
 9
10
11
12                           _____
13                           ROBIN FRATTALI
14                           Professional Court
15                           Reporter - Notary Public
16
17
18
19          The foregoing certification does not
20   apply to any reproduction of the same by any
21   means, unless under the direct control and/or
22   supervision of the certifying reporter.
23
24
```