# Exhibit 15

| | |
|---|---|
| **From:** | "Strobel, Scott" <scott.strobel@yale.edu> on behalf of Scott Strobel <scott.strobel@yale.edu> |
| **Sent:** | Mon, 16 Mar 2020 10:52:26 -0400 (EDT) |
| **To:** | "Barnett, Megan" <megan.barnett@yale.edu> |
| **Cc:** | "Lewis, Pericles" <pericles.lewis@yale.edu>; "Smith, Cynthia" <cynthia.a.smith@yale.edu>; "Crair, Michael" <michael.crair@yale.edu>; Emily Bakemeier <emily.bakemeier@yale.edu> |
| **Subject:** | Re: Research vs Teaching - Authority of the Dean re: School of Art - Grad Studios - Risk |

They can restrict access, but I don't want them to be described as being 'closed'
As soon as you use that word you will be refunding tuition no matter what the faculty do for their teaching.

> On Mar 16, 2020, at 9:00 AM, Barnett, Megan <megan.barnett@yale.edu> wrote:
>
> Hi all -
> Looping in Emily who has been working closely with Art on this and other issues

- Megan

---

**From:** Lewis, Pericles <pericles.lewis@yale.edu>
**Sent:** Monday, March 16, 2020 8:36:17 AM
**To:** Smith, Cynthia <cynthia.a.smith@yale.edu>; Strobel, Scott <scott.strobel@yale.edu>; Crair, Michael <michael.crair@yale.edu>
**Cc:** Barnett, Megan <megan.barnett@yale.edu>
**Subject:** RE: Research vs Teaching - Authority of the Dean re: School of Art - Grad Studios - Risk

Cynthia, I think Alex Adams has misunderstood something. To me, it is clear that the dean has the authority to close the building. I am not denying that this will interfere with people's research/creation, but I would go with the dean and the more restrictive rules here. Thanks. Pericles

**Pericles Lewis**
*Vice President for Global Strategy*
*Vice Provost for Academic Initiatives*
*Douglas Tracy Smith Professor of Comparative Literature*
*Yale University*

---

**From:** Smith, Cynthia
**Sent:** Monday, March 16, 2020 8:29 AM
**To:** Strobel, Scott <scott.strobel@yale.edu>; Crair, Michael <michael.crair@yale.edu>; Lewis, Pericles <pericles.lewis@yale.edu>
**Cc:** Barnett, Megan <megan.barnett@yale.edu>
**Subject:** Research vs Teaching - Authority of the Dean re: School of Art - Grad Studios - Risk
**Importance:** High

Dear Scott, Mike and Pericles,

I realize that I may not have the most recent communication between you and the deans of the professional schools. Additionally, I am unsure as to whether the work of the Architecture students would fall into the teaching or research categories.

Therefore, I am asking for your direction in responding to EHS and to the School of Art in regard to the Dean's authority to restrict access to studio space in the School of Architecture. The primary question is does the Dean have the authority to restrict access to studios in the School of Architecture or did Scott "intervene" to override this authority as stated in the email from Alex Adams? (My guess is that they are referring to the research continuity messages but I cannot confirm at this point in time.)

Other than the spread of coronavirus, the concern is that students will bring in and use unauthorized power tools creating a risk to themselves and perhaps others. This is something that happens often and the School is right to be concerned.

Please let me know if you require additional information or would like to discuss further.

Best,
Cynthia

Cynthia A. Smith
Yale University
Associate Provost for Health Affairs and Academic Integrity
Email - cynthia.a.smith@yale.edu
Phone - 203-432-4446
Fax -     203-432-8139

---

**From:** Reinhardt, Peter <peter.reinhardt@yale.edu>
**Sent:** Monday, March 16, 2020 3:19 AM
**To:** Smith, Cynthia <cynthia.a.smith@yale.edu>
**Cc:** Charbonneau, Kevin <kevin.charbonneau@yale.edu>; Schniederberend, Maren <maren.schniederberend@yale.edu>
**Subject:** FW: School of Art - Grad Studios - Risk

Cynthia

I think you agree with me that if the Dean of the School of Art wishes to restrict graduate students from their studios during this period, that the Provost's directions do not countermand that wish. If you agree, I can clarify this to Adam or the Dean, or perhaps you may wish to. Please advise.

Pete

EXHIBIT
Yale-12_11-30-21

CONFIDENTIAL                                                                                                                                                                                   YU-0000040096

**From:** "Schniederberend, Maren" <maren.schniederberend@yale.edu>
**Date:** Sunday, March 15, 2020 at 9:46 PM
**To:** "Adams, Alex" <alexander.adams@yale.edu>, John Campbell <john.campbell@yale.edu>, "Watts, Charles" <charles.b.watts@yale.edu>
**Cc:** Kevin Charbonneau <kevin.charbonneau@yale.edu>, Peter Reinhardt <peter.reinhardt@yale.edu>
**Subject:** RE: School of Art - Grad Studios - Risk

Hi Alex,

Thank you for bringing this to our attention. My apologies for the delayed reply. I agree with your concerns and that this is might lead into potential safety hazards. I have copied our Director, Pete Reinhardt, and our Deputy Director, Kevin Charbonneau, to this email.

Pete and Kevin:
Can you please advise how to proceed with this?

Best,
Maren

*Maren Schniederberend, Ph.D.*
*Assistant Biosafety Officer*
*Yale Environmental Health & Safety*
*135 College Street, Suite 100*
*New Haven, CT 06510*
*(203) 737-7957*

**From:** Adams, Alex
**Sent:** Saturday, March 14, 2020 9:27 AM
**To:** Schniederberend, Maren <maren.schniederberend@yale.edu>; Campbell, John <john.campbell@yale.edu>; Watts, Charles <charles.b.watts@yale.edu>
**Subject:** School of Art - Grad Studios - Risk

Hi Maren, Charles and John,

I want to inform you that despite the Dean's wish to temporarily restrict access to all of our buildings from March 23rd to April 5th, the Office of the Provost intervened. During this proposed access restriction, faculty, staff and students would not be allowed in these buildings. The Provost's intervention would require the School to allow graduate students access to their studio spaces. I suppose that this falls under "research continuity". However, our students' research is not time sensitive or require continuous monitoring or oversight.

Without access to the shops, this opens up the possibility that students may bring in their own power equipment or use high VOC products without a spraybooth. In my opinion, without staff oversight for 2 weeks, the risk of something happening is very real.

If you share my concerns can you please pass them along to the appropriate people, department or office.

Stay healthy.

Very Best,
Alex


Alex Adams
Facilities Manager
Yale School of Art
1156 Chapel Street
New Haven, CT 06511
203-539-9045 (cell)
203-432-4608 (desk)