# Exhibit 16

# SAC SUMMARY MEMO

Sunday, April 05, 2020

**AUDIENCE:** <u>Dean Burke</u>

**FROM:** F&ES Student Affairs Committee
**RE:** COVID-19 Student Feedback Survey Summary
**READ-BY DATE:** Tuesday, April 07 (SAC Student Forum)

---

### APPENDIX: Selected comments from survey respondents

This data is intended to be confidential. Anecdotes have been anonymized for privacy. The views expressed in these quotes belong to their authors and do not necessarily reflect the views of SAC.

**Finances**
- "For this semester, I took out almost enough in loans to buy a new car. If a dealership gave me a driving video game instead of a car I'd feel entitled to a refund. We pay for 1) a top-tier education 2) connections 3) non-academic resources 4) event costs. **I would like to see the administration make a positive argument for why we are still receiving all those services at the same level of quality.**"
- "I can't afford to keep paying the same tuition and student activity fees to Yale when a lot of these **costs depended on the services I was getting through Yale facilities.**"
- "Though I can understand not being able to reimburse this semester, next semester/year's tuition should be completely waived or substantially reduced in light of this pandemic and the **financial ruin myself and other working class students are facing.**"
- "Summer funding, tuition reimbursement, next semester discounting - **anything helps** at this point"

**Healthcare**
- "If at all possible, I would advocate for Yale extending our healthcare coverage, including its generous coverage outside of CT, to those graduating for a few months after COVID-19 so that we can take care of the healthcare needs that we haven't been able to. If this is too expensive for Yale, **I would happily pay a monthly fee** (similar to COBRA) **to extend my own coverage** so long as it is affordable."

**Research / MESc**
- "Has anything changed in terms of **second-year MeSC's and their thesis requirements**? I haven't gotten any communication about second-year MeSC students, and I know that my friends and I are definitely **very stressed** about concentrating on and finishing our theses"
- "As an MESc, having so much uncertainty about conducting summer research, I'm feeling extremely disappointed in my program experience. **I would feel cheated to not have the research experience that I came here for.** My preference would be to have some partial tuition reimbursement, or to have a **promise of funding for summer 2021 and a late graduation in August 2021.** I need [staff] to communicate better with MESc's about the possibilities at this point. I also need [staff] to be more clear about funding options."
- "For **PhD students**, we'd like an **additional year of funding** for those of us whose research cannot be completed within the allotted 5 year time frame because of major interruptions to planned field work and lab work. I think Masters students should also be compensated in some way"

**Academics**
- "As a TA I have felt that there has been less accommodation and that **we're still kept to tight deadlines in grading** even with so much uncertainty in the course structures."
- "Allow current graduating students to **attend postponed field trips up to 1 year later,** ask advisors to reach out to their advisees regularly, give advisors resources on empathy and **encourage deadline extensions**."

CONFIDENTIAL
YU-0000020008