# Exhibit 17

**From:** "Strobel, Scott" <scott.strobel@yale.edu>
**Sent:** Fri, 31 Jul 2020 15:20:20 -0400 (EDT)
**To:** "Callahan Jr., Jack" <jack.callahan@yale.edu>
**Cc:** "Murphy, Stephen" <stephen.murphy@yale.edu>; "Merola-Grimm, Lisa"<lisa.merola@yale.edu>
**Subject:** Re: RESPONSE: Tuition freeze

Sten is pretty clueless. I'll let him know this isn't acceptable. But not worth the fight today.

On Jul 31, 2020, at 3:17 PM, Callahan Jr., Jack <jack.callahan@yale.edu> wrote:

Ran us over, and then backed it up to do it a second time.....amazing

**From:** Steve Murphy <stephen.murphy@yale.edu>
**Date:** Friday, July 31, 2020 at 3:05 PM
**To:** Scott Strobel <scott.strobel@yale.edu>, Jack Callahan <jack.callahan@yale.edu>, "Merola-Grimm, Lisa" <lisa.merola@yale.edu>
**Subject:** RE: RESPONSE: Tuition freeze

Lovely.

**From:** Strobel, Scott
**Sent:** Friday, July 31, 2020 2:46 PM
**To:** Callahan Jr., Jack <jack.callahan@yale.edu>; Murphy, Stephen <stephen.murphy@yale.edu>; Merola-Grimm, Lisa <lisa.merola@yale.edu>
**Subject:** Fwd: RESPONSE: Tuition freeze
**Importance:** High

FYI.

Sten throws us under the bus in his message.

Begin forwarded message:

**From:** "Vermund, Sten" <sten.vermund@yale.edu>
**Subject: RESPONSE: Tuition freeze**
**Date:** July 31, 2020 at 1:43:53 PM EDT
**To:** "Tiwana, Mahira" <mahira.tiwana@yale.edu>, "Kofke, Lily" <lily.kofke@yale.edu>, "Giraldi, Deanna" <deanna.giraldi@yale.edu>, "Bass, Conlin" <conlin.bass@yale.edu>, "Roumeliotis, Peter" <peter.roumeliotis@yale.edu>
**Cc:** "Grosso, Frank" <frank.grosso@yale.edu>, "Tuttle, Stacey" <stacey.tuttle@yale.edu>

EXHIBIT
Yale-22_12-2-21

To [Redacted], [Redacted], [Redacted] [Redacted], and fellow MPH and alumni Petitioners:

Thank you for your clear and thoughtful petition. You have made several key points:

> 1. Due to additional financial hardships on students due to COVID-19 and a lack of a full academic experience, petitioners request a tuition freeze.
> 2. YSPH should communicate more frequently and transparently with students around COVID-19 issues.
> 3. On-campus student employment opportunities should be retained fully.

My colleagues in school leadership and I universally agreed with your view that a tuition freeze would be desirable and justifiable.

Unfortunately, we will not be able to freeze tuition this year. YSPH is running a substantial budget deficit, and Yale University was unable to agree to our request to freeze our tuition because it would increase our pre-existing debt. However, the one student expense that the YSPH Dean does control is the Program Fee. In consultation with Dr. Frank Grosso, administrators, and departmental leadership, I have instructed the registrar to eliminate all Program Fees for the academic year. This will save around $500 for each MPH student. While not at the magnitude of the tuition freeze, we hope it will assist our students during this time. No student services will be affected. We will still support student government, committees, and activities and we will find the resources through budget cuts in other areas. Faculty are fully supportive of finding these resources within our school from sources deployed for faculty assistance, not student-oriented expenses.

As to the other concerns, I am very happy to communicate more frequently. An online COVID-19 forum for students is being scheduled now and details are forthcoming. Opportunities for on-campus and virtual employment will be sought aggressively by faculty, chairs, and administration alike. We share your sense of urgency for ensuring maximum employment opportunities.

I sincerely regret my failure to negotiate or fund a freeze in tuition. At the same time, I am proud of the broad faculty and administration support for eliminating Program Fees for this academic year by finding economies in areas that are not student-related.

Thank you again for your productive activism and I am sorry that I could not meet all your demands. My colleagues and I am committed to helping all of you to thrive in this unique academic year. I hope that you let us know how we can ensure your every success.

Sincerely,

Sten

**Sten H. Vermund, MD, PhD**
Dean | Yale School of Public Health
Anna M.R. Lauder Professor of Public Health
Professor of Pediatrics | Yale School of Medicine
Mail: YSPH | PO Box 208034 | New Haven, CT 06520-8034
Courier or Visitor: 60 College St., Rm 212 | New Haven, CT 06510-3201
203.785.2867 | fax 203.785.6103 | sten.vermund@yale.edu
PUBLICHEALTH.YALE.EDU
CONNECT Facebook | Twitter | LinkedIn | YouTube
**YSPH RESPONDS to COVID-19**

CONFIDENTIAL                                                                                                       YU-0000037871