# Exhibit 18

| | |
|---|---|
| **From:** | "Lewis, Pericles" <pericles.lewis@yale.edu> |
| **Sent:** | Mon, 6 Apr 2020 15:20:40 -0400 (EDT) |
| **To:** | "Strobel, Scott" <scott.strobel@yale.edu>; "Burke, Indy"<indy.burke@yale.edu> |
| **Cc:** | "Barnett, Megan" <megan.barnett@yale.edu> |
| **Subject:** | RE: Decisions concerning your Spring 2020 experience from SOM |

Also the first I've heard of it.

**Pericles Lewis**
*Vice President for Global Strategy*
*Vice Provost for Academic Initiatives*
*Douglas Tracy Smith Professor of Comparative Literature*
*Yale University*

**From:** Strobel, Scott
**Sent:** Monday, April 6, 2020 3:20 PM
**To:** Burke, Indy <indy.burke@yale.edu>
**Cc:** Lewis, Pericles <pericles.lewis@yale.edu>; Barnett, Megan <megan.barnett@yale.edu>
**Subject:** Re: Decisions concerning your Spring 2020 experience from SOM

Yikes, damn it. This is the first I've heard of it. I thought we were very specific not to do this this among the deans. I don't know how to be any more explicit than we were. I will discuss it with him, but…..

> On Apr 6, 2020, at 3:07 PM, Burke, Indy <indy.burke@yale.edu> wrote:
>
> Did you approve this?
>
> I thought we decided not to reimburse any activity fees either?
>
> I have a LOT of joint degree students who are going to be all over me about this, and I can't afford to give hundreds of dollars back to students.
>
> I.
>
> **Indy Burke Carl W. Knobloch Jr. Dean**
>
> **Yale School of Forestry and Environmental Studies**
>
> Kroon Hall, 195 Prospect St. New Haven, CT 06437
>
>  203-432-5109



_environment.yale.edu    _indy.burke@yale.edu

Begin forwarded message:

**From:** "Dailey, Danielle" <danielle.dailey@yale.edu>
**Subject: Re: Decisions concerning your Spring 2020 experience from SOM**
**Date:** April 6, 2020 at 11:47:15 AM EDT
**To:** "Gentry, Brad" <bradford.gentry@yale.edu>, "Burke, Indy" <indy.burke@yale.edu>, "Schmitz, Oswald" <oswald.schmitz@yale.edu>, "Julie Zimmerman (julie.zimmerman@yale.edu)" <julie.zimmerman@yale.edu>, "Wells, Susan" <susan.wells@yale.edu>

Wow – adding money to student's accounts certainly seems to me to present a precedent as some form of reimbursement…

**From:** "Gentry, Brad" <bradford.gentry@yale.edu>
**Date:** Monday, April 6, 2020 at 10:51 AM
**To:** "Burke, Indy" <indy.burke@yale.edu>, Os Schmitz <oswald.schmitz@yale.edu>, Julie Zimmerman <julie.zimmerman@yale.edu>, "Dailey, Danielle" <danielle.dailey@yale.edu>, "Wells, Susan" <susan.wells@yale.edu>
**Subject:** FW: Decisions concerning your Spring 2020 experience from SOM

On the off chance you have not seen from Dean Charles…

**From:** Kerwin Charles <kerwinsannouncements@yale.edu>
**Sent:** Monday, April 6, 2020 10:43 AM
**To:** SOM Faculty, All <SOMFacultyAll@connect.yale.edu>
**Subject:** FW: Decisions concerning your Spring 2020 experience

Dear Colleagues,

I hope you and your loved ones are all doing well. Please find below a message I just sent to the students summarizing several decisions I've made that are intended to address changes in their experience at the school because of Covid-19.

With best regards,
Kerwin

------------------
Kerwin K. Charles
Indra K. Nooyi Dean | Yale School of Management
Frederic D. Wolfe Professor of Economics, Policy, and Management

Katie Glynn | Assistant
p: (203) 432-6037 | katie.glynn@yale.edu

**From:** Kerwin Charles <kerwinsannouncements@yale.edu>

**Sent:** Monday, April 6, 2020 10:36 AM
**To:** SOM All Students <somallstudents@yale.edu>
**Cc:** SOM Deans <SOMDeans@connect.yale.edu>; Scully, Sherilyn <sherilyn.scully@yale.edu>; de Paz, Camino <camino.depaz@yale.edu>; Bindra, Kavitha <kavitha.bindra@yale.edu>; Tsung, Wendy <wendy.tsung@yale.edu>
**Subject:** Decisions concerning your Spring 2020 experience

Dear Students,

Thanks for participating in last Friday's Town Hall. I appreciate both the thoughtful queries and the feedback I have received since our online meeting. Although meeting on Zoom, with the more than 300 of you who participated, made it impossible to synchronously respond to things you might have asked or commented upon, I am assured that the pre-submitted questions put to me accurately reflected your feelings and concerns.

The issue of tuition reimbursement was the subject of many of your submitted questions and recent emails to me. As you know, and as I explained in the town hall, the university has determined that there will be no refund of tuition for this semester. Yale SOM will comply with that university-wide directive and, for reasons I outlined in the town hall, agrees with the reasoning that undergirds it. Our policy decision regarding tuition should not be interpreted as suggesting that we do not recognize or have empathetic concern for how the *force majeure* global calamity with which we are all dealing has affected your Spring semester. I can tell you that much of my thinking over the past month or so has been about what we can do to ensure that you experience, as much as is possible under the circumstances, what just a few weeks ago you (and we) expected of this semester.

Because of the faculty's incredibly hard work to quickly and thoroughly convert their course content for remote delivery, I am confident that you are receiving first-rate instruction and exposure to frontier knowledge in your courses. But there are three other components of the SOM experience that I want to address: intellectual engagement with faculty outside specific courses, global study programs, and co-curricular activities.

I know that the unexpected move to social distancing robbed many students of the chance to sit in on certain courses that may have been of interest, or the opportunity to have conversations with faculty with whom they might have wanted to engage. These lost opportunities are especially acute for students who will be graduating this year, and who, therefore, would have no chance to make up what was missed when school returns to normal. Given this, we have decided to extend to those of you currently in your final year at Yale SOM the offer to take at no cost, at any time over the next three years, one in-person week-long (or shorter) open enrollment Executive Education program offered at the school. We will call this the Executive Experience and we hope that every MAM, GBS, or SR candidate, as well as our current 2nd-year MBA students, will take advantage of the Executive Experience in the next 3 years. As I hope you know, and as detailed at https://alumni.som.yale.edu/page/lifelong-learning, all Yale SOM alumni may audit one Yale SOM course per academic semester but must pay for any Executive Education program they take. Offering one of these programs at no cost is therefore a special alumni benefit we extend to this year's graduates, who have been specifically impacted by Covid-19.

The cancellation of the travel component of our global study programs left many with a gap in their Yale SOM experience that I want to ensure is not missed. As Dean Scully's email of March 4 described, students who had purchased tickets are being reimbursed for unrecoverable travel expenses. While that decision removes any monetary injury those students would have incurred, being made financially whole does not replace for them the value of international experience, which we consider an essential part of SOM education. To address this issue, I invite all graduating students who had enrolled in a global study program this spring to participate in a Global Network Week at some point over the next three years. Whenever you choose to partake of this deferred global study experience, you will receive the same subvention that you would have received this Spring.

The third issue I wish to address is how the social distance protocols to which we are all adhering have affected the social interactions that are a hallmark of our community. Club meetings, random gatherings, lengthy lunches in Charley's Place, Closing Bells -- these are what make SOM hum and help knit us into the close community we are. Their centrality to our mission and community is why the school has always financially supported these, and similar, gatherings. I can do nothing to get us back together in person in the near future, but in recognition of the important role that gatherings and co-curricular events play in your education, and the fact that many such events would have taken place in-person on campus in the final weeks of the term, I am authorizing, from the Dean's discretionary budget, a $200 credit to each student's bursar account to help you defray the cost of refreshments for your virtual gatherings to plan and participate in co-curricular events. As I mentioned at the Town Hall, I am immensely proud to observe that you have been working to arrange virtual convenings of two landmark events that occur at the school annually: the Yale Healthcare Conference on April 17 and

CONFIDENTIAL
YU-0000040887

the Internship Fund Live Auction on April 24. I wish you great success in these endeavors.

I would like to close with a personal comment. The emergence of Covid-19 this Spring semester, my first as Dean, has presented me with challenges I could not remotely have anticipated when I started in July. Only a short time ago, ideas about new directions for the school, building upon and solidifying gains over the past several years, were all that filled my head. Now, suddenly, I must focus my efforts on making difficult choices to protect our school and its future. Similarly, faculty and staff have had to shelve various plans and initiatives on which we have all been carefully daily working so as to focus on the crisis at hand. I know that you will do your bit to help protect the future of Yale SOM so that future students will be able to benefit from all that our school, and Yale more generally, have to offer, as the efforts of alums and other supporters of our mission have benefited you.

Nothing can replace those final weeks of the academic year spent together at Evans Hall, nor can anything change what we have gone through these past weeks. I hope that this email leaves you reassured both that the school's leadership is mindful of what you are missing by not being together in person, and confident that we are endeavoring to make some of that up to you -- albeit along a timeline and in a fashion that none of us expected. I hope you read my note in that spirit.

As always, I welcome your comments and thoughts.

I send my best wishes to all of you and your families for good health and safety.

Best,
Kerwin

------------------
Kerwin K. Charles
Indra K. Nooyi Dean | Yale School of Management
Frederic D. Wolfe Professor of Economics, Policy, and Management

Katie Glynn | Assistant
p: (203) 432-6037 | katie.glynn@yale.edu

CONFIDENTIAL                                                                                                                                    YU-0000040888