# Exhibit 19

7. End of semester reviews, in whatever form they take, should focus on work as iterative, works in progress; Final grading/assessments may take into account plans, process ideas, writing, prototyping, etc. without expectation of full material realization, even if projects are intended to be completed and submitted later. The student's presence and performance in the department up until interruption of studio access will be considered.
8. Incompletes and recorded extensions should be assiduously avoided as there would be significant challenges to have *grading* from this term's work extend beyond the scheduled end of term (even in the event that thesis projects are still being completed). Incomplete grades may only be granted on an exceptional basis.
9. Final program reviews and remaining Thesis reviews will be handled individually by each department with leniency and in some cases, re-envisioning or postponement of critical scheduled events (such as exhibitions). Full scale work will not be expected, and guidelines for final reviews and assessments will be reinterpreted and shared with students by April 1st.
10. **As a university-wide policy, there will be no refund of tuition fees** as credits and degrees are still being earned. As outlined herein, the school will make all reasonable accommodations to assist each student in the successful completion of their Yale degree (or academic year, if continuing).

CONFIDENTIAL