# Exhibit 20

# Yale SCHOOL OF ARCHITECTURE

OFFICE OF THE DEAN

PO Box 208242
New Haven CT 06520-8242
T 203 432-2279
F 203 432-7175
architecture.yale.edu

*courier*
180 York Street
New Haven CT 06511

1 April 2020

Dear Students,

Thank you for your letter of 23 March 2020 and your words of support for our efforts during the COVID-19 crisis. While we understand the challenges of expressing the collective interests of our entire student body, we appreciate the care and effort invested in that letter and hope to respond here in kind.

The context in which the world, Yale, and YSoA are operating is dynamic, making definitive answers to many of your questions — which are dependent on timing, budgets, and government/University policy — difficult to provide conclusively. Our thoughts on the key points of your letter follow.

1. <u>Grading</u>: **We are eliminating the grade of "Low Pass" (LP) this term and will instruct the faculty to grade Pass/Fail with a generous understanding each student's specific situation. Additionally, consistent with Yale College's approach to grading this term, we will allow** any student to withdraw from a course up through the conclusion of final reviews (for studio courses) and final exams (all other courses).

2. <u>Stipends, tuition reimbursements, changes to financial aid</u>: As dictated by University-wide policy, no stipends, tuition reimbursements or changes to financial aid packages will be provided. We have done our best to give you what is necessary in technical support, software, and hardware (in some cases), and your studio-based expenses for materials should be lower this term given digital submissions.

3. <u>Summer programs</u>: We are looking at options for replacing lost summer travel programs, possibly during the course of the next academic year, if these are logistically and financially possible. We hope that construction of the Building Project will proceed later in the summer (dependent on the public health situation) combined with a new BP-related course in the fall that together will give every M.Arch I/First Year a chance to work on the project site, either as a paid intern or to receive academic credit as typically offered.

4. <u>Career services</u>: The Career Fair is scheduled to proceed by remote interviews, and Bimal and his team will coordinate those logistics. We are also working now to assemble additional career information sessions to augment the ongoing portfolio review and other **career support. We're facing a very challenging job market now,** but will do our best to give you as much support, information and direction as we can.

5. <u>Student representation</u>: The suggestion to create a more direct voice for student concerns to the administration is a good one, and we propose the creation of a four-person advisory committee comprised of two M.Arch Is (first, second year), one M.Arch II (first year) and one research degree candidate (MED or PhD). You may select these members

CONFIDENTIAL                                                                                                          YU-0000000688