# Exhibit 21

practitioner, or physician's assistant. The form must be completed, independent of any and all health insurance elections or coverage chosen. Once the form has been completed, the information must be entered into the Yale Medicat online system (available after June 20), and all supporting documents must be uploaded to http://yale.medicatconnect.com. The final deadline is August 1.

**Measles, mumps, rubella, and varicella** All students who were born after January 1, 1957, are required to provide proof of immunization against measles (rubeola), mumps, German measles (rubella), and varicella. Connecticut state regulation requires two doses of measles vaccine, two doses of mumps vaccine, two doses of rubella vaccine, and two doses of varicella vaccine. The first dose must have been given on or after January 1, 1980, *and* after the student's first birthday; the second dose must have been given at least thirty (30) days after the first dose. If dates of vaccination are not available, titer results (blood test) demonstrating immunity may be substituted for proof of vaccination. The cost for all vaccinations and/or titers rests with the student, as these vaccinations are considered to be a pre-entrance requirement by the Connecticut State Department of Public Health. Students who are not compliant with this state regulation will not be permitted to register for classes or move into the dormitories for the fall term, 2020.

**Quadrivalent meningitis** All students living in on-campus dormitory facilities must be vaccinated against meningitis. The only vaccines that will be accepted in satisfaction of the meningitis vaccination requirement are ACWY Vax, Menveo, Nimenrix, Menactra, Mencevax, and Menomune. The vaccine must have been given within five years of the first day of classes at Yale. Students who are not compliant with this state regulation will not be permitted to register for classes or move into the dormitories for the fall term, 2020. The cost for all vaccinations and/or titers rests with the student, as these vaccinations are considered to be a pre-entrance requirement by the Connecticut State Department of Public Health. Please note that the State of Connecticut does not require this vaccine for students who intend to reside off campus and are over the age of twenty-nine.

**TB screening** The University requires tuberculosis screening for all incoming students who have lived or traveled outside of the United States within the past year.

**Hepatitis B series** The University recommends that incoming students receive a series of three Hepatitis B vaccinations. Students may consult their health care provider for further information.

# Student Accessibility Services

Student Accessibility Services (SAS) facilitates accommodations for all Yale students with disabilities who choose to register with the office. Registration with SAS is confidential. SAS helps arrange academic, transportation, dietary, and housing accommodations across campus. To qualify as a student with a disability, supporting documentation must be provided. The required first step for a student with a disability is completion of the registration form, which will initiate the process of obtaining disability-related accommodations; see https://yale-accommodate.symplicity.com/public_accommodation.

SAS works with students with temporary disabilities as well. At any time during a term, students with a newly diagnosed disability or recently sustained injury requiring