# Exhibit 22

physically (while taking recommended precautions) can be a wonderful way to both boost your mood and invest in your community (see this about a Yale student and alum). Apparently, blood is in short supply in many parts of the country, and we can donate. Also, if you are in a place where you can get to non-crowded spaces in the outdoors for walking/running/bike-riding, I highly recommend it! There are real physical changes that affect our mental wellness too, when we share of ourselves with kindness, when we exercise, and when we spend time outdoors. And of course, connecting with one another virtually in our community is a great way to have fun. And, finally, reach out to Dean Sean Bogle and his team if you'd like someone to talk with (see office hours posted on the F&ES FAQ page, under Student Affairs).

Second, there have been a few questions now that you are "back" that I'd like to address. I know that our buildings are beloved, but we need to stay away from them now. Cleaning adequately given the COVID-19 situation places a burden on custodial staff at a time when we are trying to keep as many people as possible away from campus. We are asking staff, faculty, and students to work from home and not enter our buildings for any reason. Many of you know this, as I've emailed some who've entered the building, but I wanted to be sure everyone is clear. It's likely that we'll "red-light" (lock) the buildings soon, so that we can maintain a known clean condition.

Third, if you have questions about the grading choices, please check in with the F&ES Academic team (Sr. Associate Dean Julie Zimmerman, Assistant Dean Sara Smiley Smith, and Matthias Schildwachter) or email your question to fesacademicaffairs@yale.edu. We've come up with a flexible plan for you to complete your studies and receive your degrees. Given the unique difficulties posed for the last five weeks of the semester, we have created a series of grading options to allow you to engage as your personal situations permit. It's important to note that with all the flexibility offered for you with your courses, with all of them continuing to be offered in an online format, there will not be any tuition or activity fee refunds, per university policy. The IT and activity fees have been allocated to IT, to the SIGs, and to the Forestry Club.

Last, we are committed to supporting you through this semester! If you have a student job, please be sure to check in with your supervisor about the most appropriate tasks needing your attention. Every student employee will continue to be paid through the semester; we know that this is a critical source of income for you at this time.

I am so grateful, in the face of a truly scary and historic time, that we have such a terrific community.

Take care of yourselves and engage as much as you possibly can in your learning and your community!

Indy

CONFIDENTIAL
YU-0000020073