# Exhibit 23

```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF CONNECTICUT

                         - - -

JONATHAN MICHEL, on      :  CIVIL ACTION
behalf of himself and    :
all others similarly     :
situated,                :
                         :
          Plaintiffs,    :
                         :
     VS.                 :
                         :
YALE UNIVERSITY,         :
                         :
          Defendant.     :  NO.  3:20-CV-01080-JCH


                         - - -


        Remote videotaped video conference

deposition of STEPHEN C. MURPHY, taken on Friday,

October 15, 2021, beginning at approximately

10:10 a.m., before Robin Frattali, Professional

Court Reporter and Notary Public.

                         - - -


          SUMMIT COURT REPORTING, INC.
  Certified Court Reporters and Videographers
         1500 Walnut Street, Suite 1610
         Philadelphia, Pennsylvania  19102
  424 Fleming Pike, Hammonton, New Jersey  08037
   (215) 985-2400 * (800) 447-8648 * (609) 567-3315
              www.summitreporting.com
```

**STEPHEN C. MURPHY**

```
 1    all will be reserved.  That's fine with us.
 2                   MR. FREIMAN:  Great.
 3                   THE VIDEOGRAPHER:  Okay.  Will
 4    the court reporter please swear in the
 5    witness remotely.
 6                       - - -
 7                   STEPHEN C. MURPHY, having been
 8    first duly sworn to tell the truth, was
 9    examined and testified as follows:
10                       - - -
11                   EXAMINATION
12                       - - -
13  BY MR. FRANCIS:
14       Q.   Okay. Good morning, Mr. Murphy.  As
15  you just heard, my name is Jim Francis, and I'm
16  one of the lawyers who represent the plaintiff in
17  this case, Jonathan Michel, versus Yale
18  University.
19                   I'm going to be taking your
20  deposition today.  You were one of the witnesses,
21  or potential witnesses, that Yale listed early on
22  in the litigation, which is why we've noticed your
23  deposition today.
24                   Let me ask you a couple
```

**STEPHEN C. MURPHY**

1  be accessing directly from our systems.  That
2  would be the large majority of it.
3       Q.   Okay. Okay. All right. Well, that's
4  very helpful.  Let me just start asking you some
5  questions within this document.  There we go.
6  Let's see.
7                 All right.  Turning your
8  attention to the first paragraph, the first bullet
9  point under Executive Summary, the first sentence
10 reads, In fiscal year '20 the net results from
11 operations for the University was a surplus of
12 125 million, period.  This was 73 million
13 favorable to budget, 38 million favorable to prior
14 year, comma, and 193 million better than the
15 68 million deficit forecasted at the time of the
16 June corporation meeting, period.
17                 Do you see that?
18      A.   Yes.
19      Q.   Okay.  So let me unpackage that a
20 little bit, or ask you to unpackage it a little
21 bit.
22                 Again, you were looking at
23 June, the results from June -- or excuse me,
24 July 1st, 2019 through June 30th, 2020.  Do I

**STEPHEN C. MURPHY**

1  have that correct?

2  　　　A.　　Yes.

3  　　　Q.　　Okay.  And the surplus, what
4  does it -- what does it mean when you write
5  there's a surplus of 125 million?  Is that simply
6  the difference between total revenues minus total
7  expenses, or what does it mean exactly?

8  　　　A.　　The surplus from operations would
9  relate to the revenue -- operating revenues of the
10 University, less expenses for the University for
11 that year, also less any transfers of operating
12 dollars out of the operating budget to what's
13 known as a non-operating source.  So that's the,
14 for instance, to reinvest in the balance.

15 　　　Q.　　Okay. Okay.  And would -- the revenue
16 that was used to calculate the surplus, would that
17 include endowment income as well?  Is that all
18 sources of revenue?

19 　　　A.　　That would include the annual
20 endowment income that's used to fund the annual
21 operations of the University, yes.

22 　　　Q.　　Okay.  So the revenues that are used
23 to calculate the surplus referenced here, the
24 125 million, that would include the annual

**STEPHEN C. MURPHY**

1  endowment income.  Would it also include tuition?
2      A.   I mean, I want to clarify my answer to
3  the endowment question because there's a technical
4  accounting definition.
5               In GAAP terms, income from the
6  endowment might include gains, investment gains,
7  from the endowments, investments during the
8  particular year.  That is not included here.  This
9  is the endowment income for the operating budget
10 that is calculated and provided to the operating
11 budget through the endowment spending policy.  So
12 I just -- I just wanted to clarify that.
13     Q.   Okay.
14     A.   And can you repeat your question about
15 tuition?
16     Q.   So -- okay.  So -- and I think this
17 will flesh itself out in some of the figures later
18 on in the report, but -- so I just want to make
19 sure I understand the formula that was used to
20 derive the $125 million.  That -- the revenue part
21 of that, would that include tuition for all
22 schools?
23     A.   Yes.
24     Q.   Okay.  It's tuition not just for Yale

**STEPHEN C. MURPHY**

1  A.  -- under -- you know, under stressed
2  conditions.
3  Q.  Okay.
4  A.  I'd be happy to take out my
5  calculator, but it means that the fiscal '20
6  surplus of $125 million, the convention of using
7  the word "favorable" means that that $125 million
8  surplus is $38 million higher than the actual
9  surplus from operations in the prior fiscal year,
10 which was fiscal 2019, the year from July 1, 2018,
11 to June 30th of 2019.
12 Q.  Okay.  I've got it.  All right.  And
13 then the last reference is --
14           MR. FRANCIS:  And Jonathan, I'm
15    not familiar with that objection, but I'll
16    look...
17 BY MR. FRANCIS:
18 Q.  Okay.  And $193 million and the
19 68 million deficit forecasted at the time of the
20 June corporations meeting, can you explain what
21 that means.
22 A.  So in June of 2019, when we went to
23 the Board and -- for their approval of the
24 operating budget, in the weeks leading up to that,

**STEPHEN C. MURPHY**

1  we would -- we did a forecast of what we thought
2  the year would -- financial results would end up
3  based on our best information at the time, and so
4  that forecast was being prepared in the couple of
5  months right after the onset of COVID.
6                    And at that time, so -- and I
7  think it probably would have been in -- a lot of
8  the work would have been done April, maybe some of
9  it in May, because then we would have had to
10 prepare the documents in time to send to the
11 Board.  So the -- at that time, when we -- leading
12 up to that Board meeting, we thought that the
13 University was -- our best estimate was that we
14 would have a deficit of $68 million, rather than a
15 surplus, which is -- which we ended up with --
16      Q.    Okay.
17      A.    -- in the actual result.
18      Q.    All right.  So I'm a little confused
19 here.  So when you refer to the June corporation
20 here, the June corporation meeting, what year is
21 that?
22      A.    So that would reference the June 20 --
23 this is 2020.  So the June 2020 corporation
24 meeting.

**STEPHEN C. MURPHY**

1  Q. So if -- do I read this correctly,
2  then, to state that just four months earlier at
3  this meeting there was a projection of a
4  $68 million deficit, and four months later it
5  turns out that there was a surplus of 125 million?
6  A. Yes, that's correct.
7  Q. So just in that four-month
8  differential, that the amount swung basically --
9  well, I'm not even going to do the math, but it's
10  $125 million surplus versus zero minus 68, I
11  guess. Okay. But that's not -- but the -- but
12  the budget that the Board voted on in the prior
13  year, in June of 2019, that budget projected a
14  surplus of 125 million minus 73 million. Do I
15  read that correctly?
16  A. That's correct.
17  Q. Okay. All right. All right. And
18  then where it reads, the next sentence, Fiscal
19  year '20 revenues were 4.273 million, expenses
20  were 4, comma, 096 million, I just want to make
21  sure that I understand. So the revenues referred
22  to there, they include -- it includes tuition,
23  room and board -- or actually, I'm just going to
24  ask you generally.

**STEPHEN C. MURPHY**

```
 1                C E R T I F I C A T E
 2
 3           I, ROBIN FRATTALI, Registered
 4   Professional Reporter, do hereby certify that the
 5   proceedings, evidence, and objections noted are
 6   contained fully and accurately in the notes taken
 7   by me of the preceding deposition, and that this
 8   copy is a correct transcript of the same.
 9
10
11
12                              _____
13                              ROBIN FRATTALI
14                              Professional Court
15                              Reporter - Notary Public
16
17
18
19           The foregoing certification does not
20   apply to any reproduction of the same by any
21   means, unless under the direct control and/or
22   supervision of the certifying reporter.
23
24
```