# Exhibit 24

## FILED UNDER SEAL PENDING RULING ON MOTION TO SEAL