# Exhibit 25

# 2019–2020 Academic Calendar
# Yale College and Graduate School of Arts and Sciences

## Important Dates

Key: YC = Yale College; GS = Graduate School of Arts and Sciences; No YC or GS = dates common to both schools

| Date | Event |
|---|---|
| Jan 8 | Online course selection opens |
| Jan 10 | New teaching fellows' orientation (GS) |
| Jan 12 | First-year student registration meetings at 9 p.m. (YC) |
| | Preliminary course schedules due at 11:59 p.m. (YC) |
| Jan 13 | Classes begin |
| | Upper-level students pick up registration materials from residential college dean's office (YC) |
| Jan 17 | Monday classes meet on Friday |
| Jan 20 | Martin Luther King Jr. Day; no classes |
| Jan 22 | Class of 2023 schedules due (YC) |
| Jan 23 | Class of 2021 and 2022 schedules due (YC) |
| Jan 24 | Class of 2020 schedules due (YC) |
| | Class of 2020 petitions to add a second major due (YC) |
| | Registration ends (GS) |
| Jan 27 | Spring 2020 leave of absence applications due (YC) |
| Feb 4 | Last day to drop a spring first-half course without a W on the transcript (YC) |
| | Last day to convert a spring first-half course from a letter grade to Cr/D/F (YC) |
| Feb 14 | Intention to submit spring dissertations due (GS) |
| Feb 15 | Deadline to apply for Yale Summer Session Programs Abroad (YC) |
| Feb 19 | Last day to drop a spring first-half course (YC) |
| Feb 27 | Spring second-half classes begin (YC) |
| Mar 1 | Deadline to apply for Non-Yale Summer Abroad (YC) |
| Mar 2 | Petitions for May master's degrees due (GS) |
| Mar 6 | Midterm |
| | Double credit for single-credit course application due (YC) |
| Mar 6–22 | Spring recess (begins Mar. 6 at 5:30 p.m.) |
| Mar 16 | Ph.D. dissertations and petitions due (GS) |
| Apr 15 | Dissertation Readers' Reports due (GS) |
| | Fall 2020 Term Abroad or 2020–2021 Year Abroad applications due (YC) |
| Apr 17 | May degree departmental recommendations due (GS) |
| | Last day to withdraw a May degree petition (GS) |
| Apr 24 | Classes end at 5:30 p.m. (YC) |
| Apr 24–30 | Reading period; all course assignments are due at the discretion of the instructor (YC) |
| Apr 30 | Classes end (GS) |
| Apr 30–May 6 | Final exam period (begins April 30 at 7 p.m.) |
| May 1 | Dissertation Progress Reports due (GS) |
| May 6 | Last day to convert a spring full-term or second-half-term course from a letter grade to Cr/D/F or from Cr/D/F to a letter grade (YC) |
| | Last day to drop a spring full-term or second-half-term course with or without a W on the transcript (YC) |
| | Last day to convert from credit to audit or audit to credit in a course (GS) |
| | Last day to drop a spring course (GS) |
| May 8 | Grades due for graduating seniors (YC) |
| | Grades due for terminal MAS, MA, and MS degrees (GS) |
| May 13 | Grades due for continuing students (YC) |
| May 17 | Class Day (YC); Convocation (GS) |
| May 18 | University Commencement |
| May 29 | Grades due for continuing students (GS) |
| Jun 1 | Petitions due for extended registration and dissertation completion status for 2020–2021 (GS) |

## Spring Term 2020

Dates to note:
- First Friday of term—Monday classes meet
- No classes: Martin Luther King Jr. Day; spring recess
- Reading period
- Exam period

### January

| Su | M | T | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | Classes begin 13 | 14 | 15 | 16 | Monday classes 17 | 18 |
| 19 | No classes 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |

### February

| Su | M | T | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

### March

| Su | M | T | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Midterm 6 | Spring recess 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |

### April

| Su | M | T | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | Classes end 24 | Reading period 25 |
| 26 | 27 | 28 | 29 | Exam period 30 | 1 | 2 |

### May

| Su | M | T | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| Commencement events 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

### June

| Su | M | T | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 1 | 2 | 3 | 4 |

### July

| Su | M | T | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |

Updated 2020-03-24

CONFIDENTIAL
YU-0000041447