# Exhibit 27

https://carey.jhu.edu/programs/admissions/how-to-apply/tuition-fees
INTERNET ARCHIVE WaybackMachine
52 captures
5 Mar 2020 - 4 Jan 2022
MAR AUG OCT
◀ 06 ▶
2019 2020 2021
About this capture

JOHNS HOPKINS CAREY BUSINESS SCHOOL

About | Programs | Faculty and Research | Student Experience | Career Development | Alumni

⚠ COVID-19 Information and Resources

HOME // PROGRAMS // ADMISSIONS // HOW TO APPLY // TUITION AND FEES

# Tuition and fees

## View the tuition and fees by program for academic year 2020-2021.

### Full-Time MBA

| TUITION | APPLICATION FEE | ENROLLMENT DEPOSIT | MATRICULATION FEE | REGISTRATION PER SEMESTER | GRADUATION FEE |
|---|---|---|---|---|---|
| $62,500* (for one year of two-year program) | $100 | $2,000 | $500 | $0 | $0 |

### Flexible MBA

| TUITION | APPLICATION FEE | ENROLLMENT DEPOSIT | MATRICULATION FEE | REGISTRATION PER SEMESTER | GRADUATION FEE |
|---|---|---|---|---|---|
| $1,525 per credit | $100 | $500 | $250 | $0 | $0 |

### Design Leadership (MA/MBA)

| TUITION | APPLICATION FEE | ENROLLMENT DEPOSIT | MATRICULATION FEE | REGISTRATION PER SEMESTER | GRADUATION FEE |
|---|---|---|---|---|---|
| $102,030** (for entire 23-month program) | $100 | $2,000 | $500 | $0 | $0 |

### Full-Time Master of Science Programs

| TUITION | APPLICATION FEE | ENROLLMENT DEPOSIT | MATRICULATION FEE | REGISTRATION PER SEMESTER | GRADUATION FEE |
|---|---|---|---|---|---|
| $74,500*** (for entire 12-month program) | $100 | $3,000 | $500 | $0 | $0 |

### Second Degree MBA to Master of Science

| TUITION | APPLICATION FEE | ENROLLMENT DEPOSIT | MATRICULATION FEE | REGISTRATION PER SEMESTER | GRADUATION FEE |
|---|---|---|---|---|---|
| $29,120 | N/A | $2,000 | $250 | $0 | $0 |

### Second Degree Master of Science to MBA

| TUITION | APPLICATION FEE | ENROLLMENT DEPOSIT | MATRICULATION FEE | REGISTRATION PER SEMESTER | GRADUATION FEE |
|---|---|---|---|---|---|
| $55,840 | N/A | $2,000 | $250 | $0 | $0 |

### Second Degree Master of Science to Master of Science

| TUITION | APPLICATION FEE | ENROLLMENT DEPOSIT | MATRICULATION FEE | REGISTRATION PER SEMESTER | GRADUATION FEE |
|---|---|---|---|---|---|
| $37,250 | N/A | $2,000 | $250 | $0 | $0 |

MICHEL 026702

### Part-Time Master of Science Programs

| TUITION | APPLICATION FEE | ENROLLMENT DEPOSIT | MATRICULATION FEE | REGISTRATION PER SEMESTER | GRADUATION FEE |
|---|---|---|---|---|---|
| $1,525 per credit | $100 | $500 | $250 | $0 | $0 |

### Certificate and In-Person Programs

| TUITION | APPLICATION FEE | ENROLLMENT DEPOSIT | MATRICULATION FEE | REGISTRATION PER SEMESTER | GRADUATION FEE |
|---|---|---|---|---|---|
| $1,525 per credit | $100 | $500 | $250 | $0 | $0 |

### Summer Intensive (International Students)

| TUITION | APPLICATION FEE | ENROLLMENT DEPOSIT | MATRICULATION FEE | REGISTRATION PER SEMESTER | GRADUATION FEE |
|---|---|---|---|---|---|
| $2,450 | No additional fees | No additional fees | No additional fees | No additional fees | No additional fees |

\* For one year of a two-year program
\*\* For entire 23-month program
\*\*\* For entire 12-month program

Prior to the first day of the summer, fall, and spring semesters, students may select from a number of payment options (refer to the student accounts section for details). Registration cannot be processed unless accompanied by appropriate payment or selection of an available payment option.

Candidates who accept an offer of admission must submit a non-refundable initial enrollment deposit. Enrollment deposits will be applied to your tuition balance.

Students who have just begun the aid application process may not check "financial aid" in lieu of payment at the time of registration. Students wishing to receive financial aid must pay for courses at the time of registration if they have not completed all required documentation.

**All fees are nonrefundable.**

**OTHER FEES NOT LISTED:**

Late Registration Fee – $250
Late Payment Fee – $250
Returned Check Fee – $35
Payment Plan Termination Fee – $75
Delinquent Account Collection Fee – 25% of the outstanding debt

Carey Business School requires a non-refundable deposit payable upon acceptance of admission which is applied toward a new student's first semester tuition. Details of the deposit are provided in the offer of admission letter.

---

Ready to take the next step?   APPLY   REQUEST INFO



**JOHNS HOPKINS** CAREY BUSINESS SCHOOL

REQUEST INFO

**BALTIMORE CAMPUS HARBOR EAST**
100 International Drive
Baltimore, MD 21202

**WASHINGTON, D.C. CAMPUS DUPONT CIRCLE**
1625 Massachusetts Avenue, NW
Washington, D.C. 20036

Inside Carey

CONNECT WITH CAREY

Copyright ©2020 Johns Hopkins University. All rights reserved.   AACSB Accredited   Web Accessibility and Privacy   Clery Notice of Availability   Student Right to Know   Contact Us

MICHEL 026703