# Exhibit 28



HOME // PROGRAMS // MBA PROGRAMS // FLEXIBLE MBA

# Flexible MBA

## Program Features

### Six in-demand concentrations

You can choose from six in-demand concentrations including financial businesses, entrepreneurship, interdisciplinary business, health care management, leading organizations and marketing.

### Online, on-site, or both

Courses are delivered in three formats: online, in-person, or a combination of both. Pick the format that works for your schedule.

### Proven return on investment

58 percent of Flexible MBA students reported receiving salary increases while studying in the program.

### GMAT/GRE waivers and merit scholarships available

GMAT/GRE waivers and merit scholarships are available for those with strong academic credentials.

## At A Glance

### Program Details

- Washington, D.C. and Baltimore
- Part Time
- Online
- 2.7 years, 54 credits
- **Exclusive scholarships available**

### Tuition & Fees

TUITION COST:  $1,525 per credit       FEES:  $250

FINANCIAL AID:  Explore numerous options for financing your education including scholarships, loans, and payment plans. **Learn more**

### Deadlines

**Round 1:** November 1, 2020
**Round 2:** December 9, 2020
**Click here** for more information.



APPLY          REQUEST INFO

Need your questions answered? **Connect with Admissions.**

## Top five benefits of an Online MBA

### 1. Waivers for all part-time applicants.

We are temporarily suspending testing requirements for all applicants to our part-time programs for the summer and fall starts this year. This includes our **Flexible MBA program**, which can be completed fully online.

### 2. Scholarships for part-time MBA applicants.

We offer a **number of scholarships** that are available to our part-time and online MBA applicants. Some we have newly created just for you, like the Baltimore Business Scholarship. Others we have opened up to part-time and online MBA applicants just this year, like our Women in Business Scholarship. The best way to see if you qualify is to **reach out to an admissions officer today.**

### 3. Flexible format.

We understand the needs of working professionals. That's why we've created a format that is as flexible as can be. Courses are offered in short, eight-week terms. This allows you to pick a schedule that works for you. Online, in-person, or both: your business school schedule fits into your life, not the other way around.

### 4. Return on Investment.

Fifty-eight percent of our part-time and online MBA students reported receiving a salary increase **while studying in the program.** An online MBA from Carey starts paying dividends almost right away. Our part-time and online MBA graduates reported an **average starting salary of $109,018.** That is across industries and job functions and does not include bonuses or other compensation.

MICHEL 026704

You want to get your online MBA by — Carey is known for its ability to pay for your online MBA.

## 5. Get your degree fast (or take your time).

Students have different speeds. Some want their degree fast; others want to take their time to balance their life and work. Complete your degree in as quickly as two and a half years or take up to six. Find the balance that works for you.

**READ MORE ABOUT WHY NOW IS THE IDEAL TIME TO GET YOUR ONLINE MBA.**



### Class profile
Carey Business School attracts a diverse group of talented and intellectually curious students. Meet the Flexible MBA by the numbers. 

# Curriculum

Designed to fit the demanding schedules of the working professional, the Flexible MBA offers a curriculum that blends traditional and project-based courses. This allows graduates to successfully advance in their current field or transition into a new sector.

Flexible MBA concentrations in financial businesses, health care management, leading organizations and marketing are offered in-person and online. Not all electives or concentration courses are available in the online format, although we are constantly adding and developing online courses each semester.

Our Flexible MBA curriculum is designed to provide working professionals the leadership skills and knowledge to help them launch their careers.

### View student handbook

The Student Handbook provides access to information about services and resources for students as well as policies and procedures.

### Search course catalog

Find detailed descriptions for the courses offered during the 2019-2020 school year.

### Explore sample curriculum 

## Signature Experiences

- **Experiential learning**
- **Residencies**

MICHEL 026705

## Career



**STORY**

**Carey grad uses MBA for good while growing local businesses**

VIEW ALL ALUMNI STORIES

---

### Employment Outcomes

**$109,018**
Average base salary

**58%**
Received salary increases while in the program

**Explore career after graduation** ✚

## Student and faculty spotlight



**STORY**

**How a Johns Hopkins Online MBA Pays Dividends: Ashlee Reilly**



**NEWS**

**Simon Evenett on the importance of global trade during COVID-19**

VIEW ALL FACULTY RESEARCH

**Want to read more?**

MICHEL 026706



VIEW ALL FEATURED STORIES

# Admissions

We've made some changes and updates to our admissions processes for our part-time and online Flexible MBA to reflect the ongoing impact of COVID-19. **Get the latest updates**.

**+**

APPLY        REQUEST INFO

## Deadlines                                                                                              **+**

## Tuition and fees                                                                                       **+**

## Financial aid and scholarships                                                                         **+**

We know your MBA is a big financial commitment. That's why we offer a variety of scholarships to support your journey. Carey Business School's scholarships recognize the achievement and promise of our prospective MBA students.

## Related Programs

Full-Time MBA                              Design Leadership (MA/MBA)



JOHNS HOPKINS
CAREY BUSINESS SCHOOL

REQUEST INFO

**BALTIMORE CAMPUS**
**HARBOR EAST**

100 International Drive
Baltimore, MD 21202

**WASHINGTON, D.C. CAMPUS**
**DUPONT CIRCLE**

1625 Massachusetts Avenue, NW
Washington, D.C. 20036

Inside Carey

**CONNECT WITH CAREY**

Copyright ©2020 Johns Hopkins University. All rights reserved.

AACSB Accredited    Web Accessibility and Privacy    Clery Notice of Availability    Student Right to Know    Contact Us

MICHEL 026707