# Exhibit 29

# DECLARATION
# OF
# GARETH MACARTNEY, Ph.D.

**In the matter of**

*JONATHAN MICHEL v.*
*YALE UNIVERSITY*
*USDC, District of Connecticut, Case No. 3:20-cv-01080-SALM*



**OnPoint Analytics, Inc.**

**February 4, 2022**

# TABLE OF CONTENTS

I.   QUALIFICATIONS ........................................................................................................................... 1

II.  BACKGROUND AND SCOPE OF WORK ................................................................................. 2

III. SUMMARY OF CONCLUSIONS ............................................................................................... 6

    A. Conclusion #1: Students value an in-person educational experience and are willing to pay more
       for it than they would for an online education .................................................................................... 6

    B. Conclusion #2: Valid and accurate methodologies exist to calculate the difference in market
       value between in-person and online educational offerings ................................................................ 8

IV.  ANALYSIS ....................................................................................................................................... 9

    A. Yale and the cost of higher education ................................................................................................ 9

    B. Students are willing to pay, and do pay, higher prices for an in-person educational experience 11

    C. Students attending in-person classes have superior academic outcomes compared to those
       attending online classes ..................................................................................................................... 19

    D. Evidence suggests that Yale and other universities understand the value their customers
       place on campus facilities as well as the social and academic integration they promise ............ 22

    E. Evidence suggests that students were disappointed with the move to online education without a
       reduction in tuition reflecting its lower market value ..................................................................... 25

V.   THERE ARE FEASIBLE METHODOLOGIES AVAILABLE TO CALCULATE CLASS-WIDE
DAMAGES .............................................................................................................................................. 29

    A. Valid and accurate methodologies exist to calculate the price premium associated with in-
       person educational offerings .............................................................................................................. 29

       1. Hedonic regression analysis .......................................................................................................... 30

       2. Conjoint analysis ............................................................................................................................ 33

    B. Calculating Class-wide Damages ...................................................................................................... 35

VI.  CONCLUSION ............................................................................................................................... 37

i

# I.  QUALIFICATIONS

1.   I am a Senior Economist, the Director of Competition, and Chief Executive Officer at OnPoint Analytics, Inc., an economic and statistical consulting firm. I hold a Ph.D. in Economics from University College London. In the course of my studies I was awarded the W. M. Gorman scholarship and the Advanced Institute of Management scholarship. During my Ph.D. program I worked at London's leading economic research institute, the Institute for Fiscal Studies. During that time, I also taught economics at University College London and lectured on competition and innovation at the University of Cambridge and Oxford University. I have presented my research at the European Policy on Intellectual Property Conference, the European Economics Association Congress, the Royal Economic Society Conference, the London School of Economics, the Research in Law and Economics Conference on Antitrust Class Actions, and the Bar Association of San Francisco. My research has been published in the *Review of Economics and Statistics*, the *Economic Journal*, *Research in Law and Economics*, *Antitrust Magazine*, and the *Journal of Business and Economics*. My article "Antitrust Class Proceedings – Then and Now," published in *Research in Law and Economics*, won the Best Antitrust Academic Article Award in the Private Enforcement Category of the Antitrust Writing Awards in 2015. My article "Economic Principles for Class Certification Analysis in Antitrust Cases" was published in the Spring 2016 issue of *Antitrust Magazine*. I have also refereed academic articles for the *European Economic Review*, the *Journal of Competition Law and Economics*, the *Economics of Transition*, *Oxford Economic Papers*, and *Fiscal Studies*.

2.   During my litigation consulting experience, I have analyzed issues relating to anti-competitive behavior, including price-fixing, market foreclosure and market allocation; patent

1

infringement; breach of contract; commercial success; environmental damages; class certification; illegal taxation; and wage and hour matters. I have analyzed a wide variety of industrial sectors including food and agriculture (packaged seafood, eggs, milk, poultry, fertilizers, fruits), consumer electronics (digital cameras, smartphones, personal computers, network switches), electronic manufacturing (liquid crystal displays, optical disk drives, lithium ion batteries, DRAM), retail (apparel, yoghurt, single-serve coffee), online advertising, cryptocurrencies, heavy industry (auto parts, steel, ready-mixed concrete, hard rock mining), transport (rail freight, air cargo), energy (oil, natural gas, gasoline), pharmaceuticals, water, and real estate. I have testified as an expert witness in deposition, in arbitration, and at trial.

3.   A true and correct copy of my *curriculum vitae* is attached as Exhibit A, including a list of my expert testimony and reports.

## II.   BACKGROUND AND SCOPE OF WORK

4.   This case concerns the tuition charged by Defendant Yale University, a private Ivy League university in New Haven, Connecticut, during the COVID-19 pandemic. On March 10, 2020, Yale first announced it was moving classes and other in-person services and activities online due to COVID-19.[1] Yale kept substantially all classes and other services and activities online for the remainder of the Spring 2020 semester and the entirety of the Summer 2020, Fall 2020, and Spring 2021 semesters.[2] Unlike some other universities such as Princeton and Georgetown that reduced their tuition by 10%, Yale charged tuition and fees equal to or greater

---

[1] Second Amended Class Action Complaint and Demand for Jury Trial, filed July 29, 2021 ("Complaint"), at ¶25; Yale University's Answer and Affirmative Defenses To Plaintiff's Second Amended Class Action Complaint, filed September 20, 2021 ("Answer"), at ¶25.
[2] Complaint, at ¶¶25-27, 31, 40-41; Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories, April 20, 2021, at pp. 4-7.

2

than what it previously charged for in-person instruction.[3] Yale did not offer tuition refunds.[4] It is my understanding that Plaintiff on behalf of himself and others similarly situated seeks to recover a refund of their tuition payments in proportion to the difference in market value between the on-campus educational experience they allege Yale promised, and the online experience they received.

5.   Yale President Dr. Peter Salovey's initial March 10, 2020 announcement that Yale was moving classes online in response to the COVID-19 pandemic stated that the university would "reassess the situation and communicate next steps" by April 5.[5] Days later, on March 14, Dr. Salovey issued another COVID-19 update announcing classes would remain online through the remainder of the Spring 2020 semester.[6] Yale also moved all Summer Session courses online after initially cancelling in-person summer programs through June 27, 2020.[7]

6.   Yale's official announcement regarding the Fall 2020 semester came on July 1, 2020: it stated that while graduate and professional programs would offer a combination of in-person

---

[3] Complaint, Exhibits 2 & 3; Answer, at ¶32; Aratani, Lauren, "'Zoom University': is college worth the cost without the in-person experience?", *The Guardian*, October 6, 2020, accessed January 29, 2022 at https://www.theguardian.com/world/2020/oct/06/zoom-university-college-cost-students-in-person-experience.

[4] Answer, at ¶41.

[5] Salovey, Peter, "COVID-19 – Moving courses online and other significant updates," *Yale University*, March 10, 2020, accessed January 31, 2022 at https://covid19.yale.edu/community-messages/covid-19-moving-courses-online-and-other-significant-updates.

[6] Salovey, Peter, "COVID-19 Update – First Confirmed Yale COVID-19 Case; Extending Online Instruction to End of Spring Semester; Campus and Staffing Considerations," *Yale University*, March 14, 2020, accessed January 31, 2022 at https://covid19.yale.edu/community-messages/covid-19-update-first-confirmed-yale-covid-19-case-extending-online-instruction; All classes for all schools were taught in-person through mid-March with the exception of Executive MBA "extended classroom" and Physician Assistant Online program classes, and all classes were taught online for the remainder of the semester (except COVID-related research labs were open, some School of Medicine students did in-person research or clinical rotations, and Nursing students did certain skills training or clinical work in-person) Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories, April 20, 2021, at pp. 4-7.

[7] Yale, "Summer Session," webpage captured July 2, 2020, accessed January 31, 2022 at https://web.archive.org/web/20200702151905/https://summer.yale.edu/; Strobel, Scott, and Pericles Lewis, "Guidance on Travel and Summer Programs," April 3, 2020, accessed January 31, 2022 at https://covid19.yale.edu/community-messages/guidance-travel-and-summer-programs.

3

and online instruction during the Fall semester, "nearly all" undergraduate classes would be delivered remotely (along with most events), although first-year students, juniors, and seniors were given the option of living on-campus.[8] Graduate schools would provide "different combinations" of in-person and remote teaching.[9]

7.    For Fall 2020 and subsequent semesters, on its online course registration website, Yale promised the teaching modality (in-person, online, etc.) for each course.[10] These course registration pages were shown to students through the online course registration website.[11] Yale maintained documentation showing, however, that most Fall 2020 courses were ultimately provided online.[12]

8.    On October 6, 2020, Yale announced that all undergraduate courses would continue to be taught remotely during the Spring 2021 semester.[13] For graduate programs, most Spring 2021 courses were provided only online.[14] Like Fall 2020, Yale should have documentation

---

[8] Salovey, Peter, and Scott Strobel, "Fall 2020," *Yale University*, July 1, 2020, accessed January 31, 2022 at https://covid19.yale.edu/community-messages/fall-2020.

[9] Salovey, Peter, and Scott Strobel, "Fall 2020," *Yale University*, July 1, 2020, accessed January 31, 2022 at https://covid19.yale.edu/community-messages/fall-2020.

[10] *See* Complaint, Exhibit 1 at pp. 9-50 (ECF 80-1) (showing a sampling of course registration pages for each school for Fall 2020 and Spring 2021); Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories, April 20, 2021, at pp. 3-4.; Defendant's Responses and Objections to Plaintiff's Second and Third Sets of Interrogatories, October 29, 2021, at p. 7.

[11] *See* Email dated November 19, 2020, from University Registrar to Chris Pullen, YU-0000019178 (directing students to the online course registration page for Spring 2021); Email dated July 24, 2020, from Registrar to Chris Pullen, YU-0000019143 (directing students to the online course registration page for Fall 2020).

[12] Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories, April 20, 2021, at p. 7; YU-0000019084 identifies which courses were provided online or in a hybrid format for the Fall 2020 semester (Yale University, Course Information – Fall 2020, "attrdesc_list" (column AM), "Course Info 2020 Fall_YU-0000019084.xlsx").

[13] Salovey, Peter, and Scott Strobel, "Plans for the Spring Semester," *Yale University*, October 6, 2020, accessed January 31, 2022 at https://covid19.yale.edu/community-messages/plans-spring-semester.

[14] Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories, April 20, 2021, at pp. 4-7.

4

identifying which courses were ultimately provided online or in a hybrid format for each semester.[15]

9.   Plaintiff alleges that he and others similarly situated paid tuition and fees and made admissions decisions in reliance upon Yale's promises to provide an in-person, on-campus educational experience, and that Yale, by instead offering lower market value online classes beginning in March 2020, failed to fulfill this promise.[16] Plaintiff seeks, "for himself and Class members, the difference in market value between the in-person educational experience Yale promised and the online experience it delivered post-pandemic, as well [as] disgorgement and restitution of the pro-rated portion of tuition and fees, proportionate to the amount of time that remained in the Spring 2020 semester when classes moved online and campus services ceased being provided, accounting for the diminished market value of online learning, as well as for each subsequent semester, continuing until Yale resumes in-person classes."[17] Plaintiff also seeks reliance damages based on a promissory estoppel claim.[18] Plaintiff's Second Amended Complaint proposes the following Class definition:[19]

> *Any and all students enrolled at Yale in the Spring of 2020 in any program other than an exclusively online program and who paid or caused to be paid tuition and/or fees to attend Yale for any semester when classes and/or coursework were limited in whole or in part to online attendance as a result of or in connection with COVID-19 (the "Class").*

---

[15] Defendant's Responses and Objections to Plaintiff's Second and Third Sets of Interrogatories, October 29, 2021, at pp. 7-8.
[16] Complaint, at ¶¶13-21, 40-48, 56-61.
[17] Complaint, at ¶49.
[18] Complaint, at ¶¶79-88.
[19] Complaint, at ¶62. The proposed Class definition excludes: Yale, Yale's officers, directors, trustees and agents, the judge assigned to this action, and any member of the judge's immediate family.

10. I have been asked by Plaintiff's counsel to investigate if feasible methods exist to estimate Class-wide damages. To support my analysis, I have reviewed and analyzed numerous documents and data that are publicly available. In addition, I reviewed various materials produced in connection with this case. A list of the materials I reviewed and relied upon in the preparation of this Declaration is attached hereto as Exhibit B.

11. The rate charged for my time spent on this matter is $600 per hour. I was supported in my work by the staff of OnPoint Analytics, Inc., an economic and statistical analysis firm. Time spent by the staff of OnPoint Analytics, Inc. was billed at their standard hourly rates which vary from $60 to $550 per hour depending upon the experience and credentials of the individuals performing the services.

### III.   SUMMARY OF CONCLUSIONS

12. The analysis presented in this Declaration has led me to conclude that, if Plaintiffs establish that Yale promised but failed to provide an in-person and on-campus educational experience during the COVID-19 pandemic, then it is feasible to quantify damages on a Class-wide basis. The quantum of damages suffered by members of the proposed Class can be computed based on the difference in market value between the standard in-person educational experience Yale promised and the online educational experience it delivered. Specifically, the analysis presented in this Declaration has led me to the following conclusions.

### A.   *Conclusion #1: Students value an in-person educational experience and are willing to pay more for it than they would for an online education.*

13. The educational experience students expect when they enroll at a university like Yale includes a lot more than classroom hours and degrees. Students derive value from in-person

instruction, campus infrastructure and amenities, and on-campus social activities. Universities differentiate themselves on these attributes and their marketing reflects the value they know students place on a campus experience. The aggregate of students' preferences for different college attributes drives the market value of those attributes, which itself can be calculated from observed market prices in the form of tuition and fees. Academic research confirms that university tuition responds to changes in the quantity and quality of the faculty and instructors, the facilities and infrastructure, and the student bodies at universities. Soon after Yale's move to remote learning, students petitioned the school asking for a tuition refund or reduction because the online experience Yale offered was inferior to the in-person experience they expected.

14. The literature and evidence I have reviewed is consistent with students' higher valuation and willingness to pay for an in-person education, and with universities charging lower prices for online instruction. Consistent with a higher valuation for an in-person education, academic research has found that online instruction is associated with inferior academic outcomes. Highly selective universities like Yale attract high achieving students and many classes involve substantial instructor-student and student-student interaction which are largely absent from remote learning. In acknowledgment of the lower value delivered when on-campus facilities are unavailable and integration is limited, some competing universities have offered tuition reductions to their students during the COVID-19 pandemic. Yale has not.

15. As a result of receiving an inferior experience compared to what they paid for, I find that proposed Class Members suffered a common impact, regardless of their motivations for attending Yale. This is because, if Yale had marketed itself as providing a predominantly online experience without the many benefits of the rich in-person educational experience it advertised,

all students would have benefited from the lower market price that Yale would have charged for such a service.

**B. Conclusion #2: Valid and accurate methodologies exist to calculate the difference in market value between in-person and online educational offerings**

16. There are two valid and accurate methods that can be used to calculate the difference in market value between in-person and online college education while controlling for the effects of other attributes. The first method is "hedonic regression analysis," a statistical technique used to estimate the marginal value of different product attributes.[20] Hedonic regression analysis can be used to determine the marginal impact of various attributes of a differentiated product on its price. In this case, hedonic regression analysis could be used to isolate the implicit price of in-person (versus online) educational services while controlling for other attributes of the educational experience. Hedonic regression has been accepted by courts as a rigorous analysis and is routinely used by economists in published academic research.

17. The second method that could be used is "conjoint analysis." Unlike hedonic regression analysis, in which actual data on prices and attributes is used, conjoint analysis relies on surveys in which respondents are presented with various choices of product attributes at different prices and asked about their preferences for the different attributes or combinations of attributes. By varying the attributes and prices presented to survey respondents and recording how they react, the survey data used in conjoint analysis can determine consumers' willingness to pay for different characteristics of a product or service. In this case, conjoint analysis could be used to determine students' willingness-to-pay for in-person (versus online) instruction and

---

[20] "Product" is used interchangeably with "service" which in this case refers to the educational experience Yale provided.

services. The aggregate willingness-to-pay across students drives and determines the market price that all students would pay for in-person versus online education, thus providing a Class-wide method for estimating damages.

## IV.   ANALYSIS

18. In this section I analyze the market for educational services such as those offered by Yale, including the differences between an in-person education and online-instruction. Section §IV-A begins with an overview of Yale and the cost of higher education. Section §IV-B evaluates the evidence on students' valuation and willingness to pay for an on-campus educational experience; Section §IV-C summarizes the research on the academic outcomes of students that attend classes in-person compared to those that attend online; Section §IV-D provides evidence that Yale and other universities understand the market value their customers place on social and academic integration and campus facilities; and Section §IV-E presents evidence that students were disappointed with the move to online instruction without any reduction in tuition to offset the lower market value they received.

### A.   Yale and the cost of higher education

19. The cost of higher education has risen precipitously over the last several decades, with costs rising faster than inflation, as shown in Figure 1 below. Net tuition as a percent of total educational revenue in U.S. public higher education rose from 23.2% in 1986 to 46.4% in 2017.[21] And from academic years 2010-2011 to 2019-2020, average tuition and fees for first-

---

[21] Bowen, William G., "The 'Cost Disease' in Higher Education: Is Technology the Answer?", *The Tanner Lectures, Stanford University*, October 2012, at pp. 3-4, 12; State Higher Education Executive Officers Association, "SHEF: FY 2017 [-] State Higher Education Finance," 2018, at p. 21.

time, full-time undergraduates rose from $31,000 to $36,700 at private non-profit institutions, $8,300 to $9,400 at public colleges, and $17,700 to $19,100 at private for-profit institutions.[22]

*Figure 1. Price Index of College Tuition & Fees vs. Consumer Price Index, U.S., 1977-2021, Index: 1982-1984=100[23]*



20. Like other Ivy League universities, Yale is a highly selective private research institution that markets both its academic offerings and its extensive on-campus amenities, facilities, and extracurricular opportunities to prospective students. During the 2019-2020

---

[22] National Center for Education Statistics, "Price of Attending an Undergraduate Institution," updated May 2021, accessed January 29, 2022 at https://nces.ed.gov/programs/coe/indicator/cua.

[23] Bureau of Labor Statistics, "CPI for All Urban Consumers [-] College tuition and fees in U.S. city average, all urban consumers, not seasonally adjusted," accessed January 31, 2022 at https://data.bls.gov/timeseries/CUUR0000SEEB01?output_view=data; Federal Reserve Economic Data (FRED), "Consumer Price Index for All Urban Consumers: All Items in U.S. City Average," accessed January 31, 2022 at https://fred.stlouisfed.org/series/CPIAUCSL.

academic year, Yale charged an estimated $55,500 in undergraduate tuition and fees per student.[24] Yale is highly-selective: only 7% of undergraduate applicants were accepted ahead of the Fall 2020 semester, and among accepted students who enrolled, the 25th & 75th percentiles for the SAT Math score were 740 & 800, respectively.[25] During COVID-19, in Fall 2020, Yale had a total undergraduate enrollment of 4,703 students and a combined graduate and professional school of 7,357.[26] Documents produced in this litigation identify the courses each student was enrolled in, whether a course was promised to be in-person, and whether the course was ultimately provided online, in-person, or hybrid *i.e.,* through a mix of both formats.[27]

### B. Students are willing to pay, and do pay, higher prices for an in-person educational experience

21. Plaintiff alleges that the proposed Class was willing to pay more, and did pay more, for Yale's educational offerings than they would have paid for lower market value online classes and services.[28]

22. In economics, different variants of a product that serve a similar primary function but that contain different attributes are said to be *imperfect substitutes*. In this context, in-person and online educational offerings are imperfect substitutes. Consumers (in this case, students) may prefer one variant over another, or they may have no preference between them (in which case a consumer is said to be *indifferent*). But when there is a systematic and prevalent preference in the

---

[24] National Center for Education Statistics College Navigator, "Yale University," accessed January 31, 2022 at https://nces.ed.gov/collegenavigator/?q=yale&s=all&id=130794#enrolmt.
[25] National Center for Education Statistics College Navigator, "Yale University," accessed January 31, 2022 at https://nces.ed.gov/collegenavigator/?q=yale&s=all&id=130794#enrolmt.
[26] National Center for Education Statistics College Navigator, "Yale University," accessed January 31, 2022 at https://nces.ed.gov/collegenavigator/?q=yale&s=all&id=130794#enrolmt.; Yale, "Yale Facts," accessed February 3, 2022 at https://www.yale.edu/about-yale/yale-facts.
[27] Yale University, Fall 2018 – Summer 2021, "Student Enrollment Data21Sep2021_YU-0000041096.xlsx"; Yale University, Course Information – Fall 2020 "Course Info 2020 Fall_YU-0000019084.xlsx."
[28] Complaint, at ¶¶40-49, 56-61.

market for a particular variant over others, for instance in-person educational services, a price premium arises. In the case of higher education, numerous studies and other forms of evidence show that: 1) students prefer and are willing to pay more for an in-person (versus online) education, and 2) students do in fact pay more for in-person instruction as evidenced by the pre-pandemic price differentials between online and in-person courses, programs, and degrees within and across different universities.

23. Research shows that students exhibit a higher willingness to pay for in-person courses and on-campus amenities, services, and activities relative to online alternatives. For example, a recent study utilizes changes in the education experience during COVID-19 and finds that students' willingness to pay for in-person instruction (relative to remote instruction) and on-campus social activities was 4.2% and 8.1% of the average net cost of attendance, respectively.[29] Echoing these findings, Jacob et al. (2018) finds that students value many on-campus oriented amenities and services colleges provide.[30] These amenities and services include student activities, college newspapers, cultural events, athletics, admissions & registrar services, student organizations, residence halls, meal services, health services, college stores, and college unions, among others.[31] Yale did not provide most of these services and amenities remotely, meaning Plaintiff and Class Members were deprived of a significant element of the in-person, on-campus educational experience Yale promised. The market value of these college amenities thus

---

[29] Aucejo, Esteban M., et al., "Estimating Students' Valuation for College Experiences," *NBER Working Paper Series*, No. 28511, February 2021, at pp. 3-4.
[30] Jacob, Brian, et al., "College as Country Club: Do Colleges Cater to Students' Preferences for Consumption?", *Journal of Labor Economics* 36, no. 2 (2018): 309-348, at p. 311; The New York Times, "Economic diversity and student outcomes at Yale University," January 18, 2017, accessed January 29, 2022 at https://www.nytimes.com/interactive/projects/college-mobility/yale-university.
[31] Jacob, Brian, et al., "College as Country Club: Do Colleges Cater to Students' Preferences for Consumption?", *Journal of Labor Economics* 36, no. 2 (2018): 309-348, at pp. 319 & 322.

constitutes a portion of the difference in market value between what proposed Class Members paid for and what they received.

24. Matsuda (2007) studies the determinants of college tuition by decomposing published college tuition and fees into implicit prices of various college attributes.[32] Matsuda estimates a hedonic price regression which explains 86% of the variation in tuition and fees.[33] This model is then used to show the implicit valuation the market attaches to the various college characteristics. The paper finds positive valuations placed on some characteristics that are more relevant to an on-campus experience and which would be diminished in its absence, such as: whether an institution offers counseling ($2,369 in added tuition), whether an institution offers on-campus, part-time student employment ($982 in added tuition), whether an institution has board or meal plans ($2,639 in added tuition), and whether an institution requires full-time, first-year students to live on-campus ($956 in added tuition).[34] The market value of these attributes, all of which are applicable to Yale, would not be conferred to students under online course delivery. The study also finds distance learning to be associated with lower tuition and fees.[35]

25. Likewise, Harford & Marcus (1986) find a positive, statistically significant association between the percentage of students living on-campus (an independent variable in their hedonic regression equation) and tuition & fees, meaning students value a college with a higher percentage of students residing on-campus.[36] These results confirm the expectation "that

---

[32] Matsuda, Kazuhisa, "Hedonic Prices for College Tuition: Best Value Colleges in the U.S.," August 2007, at p. 3.
[33] Matsuda, Kazuhisa, "Hedonic Prices for College Tuition: Best Value Colleges in the U.S.," August 2007, at p. 8.
[34] Matsuda, Kazuhisa, "Hedonic Prices for College Tuition: Best Value Colleges in the U.S.," August 2007, at pp. 8-9, 21-22.
[35] Matsuda, Kazuhisa, "Hedonic Prices for College Tuition: Best Value Colleges in the U.S.," August 2007, at pp. 8 & 21.
[36] Harford, Jon D., and Richard D. Marcus, "Tuition and U.S. Private College Characteristics: The Hedonic Approach," *Economics of Education Review* 5, no. 4 (1986): 415-430, at pp. 418-422.

students would be willing to pay some premium to go to colleges with a greater sense of community."[37] Whether the positive implicit price on the share of students living on-campus is due to a stronger sense of community, the greater presence of services and amenities (as described above), or general student preferences for an in-person, on-campus experience (or some combination thereof), this study further supports that students place a price premium on in-person education relative to online education.

26. Furthermore, students attending highly selective universities (such as Yale) may place even more value on in-person (versus remote) education than students at less selective institutions. Hoxby (2014) suggests that highly selective postsecondary education institutions, such as Yale, would under normal circumstances provide an extensive campus experience because they earn a return on their investment when alumni donate to their alma mater.[38] Since alumni donations cannot be enforced, Hoxby finds highly selective colleges cause alumni to feel a connection to their alma mater, and evidence suggests they do this through extensive faculty-student and student-student interactions and the combination of intellectual and social experiences on campus.[39] Hoxby (2014) goes on to show that first-year students at highly-selective institutions have higher academic and social integration than their counterparts at non-selective schools, and that 60% report meeting informally with instructors, 90% report meeting

---

[37] Harford, Jon D., and Richard D. Marcus, "Tuition and U.S. Private College Characteristics: The Hedonic Approach," *Economics of Education Review* 5, no. 4 (1986): 415-430, at p. 422.

[38] Hoxby, Caroline M., "The Economics of Online Postsecondary Education: MOOCs, Nonselective Education, and Highly Selective Education," *The American Economic Review – Papers & Proceedings* 104, no. 5 (May 2014): 528-533, at p. 529.

[39] Hoxby, Caroline M., "The Economics of Online Postsecondary Education: MOOCs, Nonselective Education, and Highly Selective Education," *The American Economic Review – Papers & Proceedings* 104, no. 5 (May 2014): 528-533, at p. 529.

with their academic advisors, and 85% report participating in study groups.[40] Furthermore, 74% of students at highly-selective institutions reported engaging in cultural activities at their college, and 81% said they participated in school clubs.[41]

27. Research has also found that faculty-student interactions are associated with a host of positive student outcomes, such as increased persistence towards graduation, better grades, increased student aspirations, and greater student engagement, among others.[42] Thus, Yale's removal of such experiences during COVID-19 deprived their students of the market value that they expected to get in exchange for their tuition and fees, which they were required to pay in full.

28. Since some meaningful portion of an education's market value comes from the in-person, on-campus nature of the experience, particularly for Ivy League institutions like Yale, the absence of this attribute likely lowers the market value of the education. And indeed, online programs' cost is substantially lower than that of in-person undergraduate programs: according to *U.S. News & World Report*, "[t]he average per credit price for online programs at the 198 private colleges that reported to U.S. News for the 2021-2022 academic year was $513," compared to the in-person per credit price of $1,287 among the 628 ranked private colleges that

---

[40] Hoxby, Caroline M., Online Appendix to "The Economics of Online Postsecondary Education: MOOCs, Nonselective Education, and Highly Selective Education," accessed January 28, 2022 at https://assets.aeaweb.org/asset-server/articles-attachments/aer/app/10405/P2014_1147_app.pdf, at p. 6.

[41] Hoxby, Caroline M., Online Appendix to "The Economics of Online Postsecondary Education: MOOCs, Nonselective Education, and Highly Selective Education," accessed January 28, 2022 at https://assets.aeaweb.org/asset-server/articles-attachments/aer/app/10405/P2014_1147_app.pdf, at p. 6.

[42] Kezar, Adrianna, and Dan Maxey, "Faculty Matter: So why doesn't everyone think so?", *The NEA Higher Education Journal*, (Fall 2014): 29-44, at pp. 29-35.

15

reported this data.[43] And according to the Education Data Initiative, private colleges charge an average of $58,560 for online degrees versus $148,800 for in-person degrees.[44]

29. The price differential between online and traditional in-person colleges existed before the COVID-19 pandemic as well: for the 2019-2020 academic year, the average per-credit price of online programs offered at 168 private colleges was $488, whereas the average per-credit price for on-campus education was $1,240 among the 113 private colleges reporting this information.[45]

30. The price differential between in-person and online instruction is seen *within* some institutions as well. Before COVID-19, some colleges and universities offered the same or similar courses, programs, and degrees in both traditional in-person and online formats and priced the former higher. For example, John Hopkins University's MBA program is (and was pre-pandemic) offered in two formats: 1) the "full-time MBA," where students take in-person classes on a full-time basis over two years, and 2) the "flexible MBA," where students take courses online, in-person, or via a combination of both, and do so on a part-time basis over approximately three years.[46] While both programs consist of 54 credits, total tuition and fees for the full-time MBA program during the 2020-2021 academic year were $127,600, with per-credit

---

[43] U.S. News & World Report, "Online Bachelor's Degrees and Programs," accessed January 28, 2022 at https://www.usnews.com/education/online-education/bachelors.

[44] Hanson, Melanie, "Cost of Online Education vs. Traditional Education," *Education Data Initiative*, August 18, 2021, accessed January 30, 2022 at https://educationdata.org/cost-of-online-education-vs-traditional-education.

[45] Kerr, Emma, "What You'll Pay for an Online Bachelor's Degree," *U.S. News & World Report,* January 14, 2020, accessed January 30, 2022 at https://www.usnews.com/higher-education/online-education/articles/what-youll-pay-for-an-online-bachelors-degree.

[46] John Hopkins Carey Business School, "Full-Time MBA," webpage captured August 2, 2020, accessed January 30, 2022 at https://web.archive.org/web/20200802230339/https://carey.jhu.edu/programs/mba-programs/full-time-mba; John Hopkins Carey Business School, "Flexible MBA," webpage captured August 2, 2020, accessed January 30, 2022 at https://web.archive.org/web/20200802185429/https://carey.jhu.edu/programs/mba-programs/flexible-mba.

tuition of approximately $2,315,[47] whereas total tuition and fees for the flexible MBA program were $83,200, with per-credit tuition of $1,525 (a 35% reduction).[48]

31.  Likewise, during the 2020-2021 academic year, the University of Illinois – Chicago (UIC) offered multiple undergraduate programs both in-person and online, and consistently charged lower tuition for the latter:

        a.  For its in-person, on-campus Bachelor of Science – Health Information Management program, UIC charged per-semester tuition & fees of **$594**[49] and **$1,072**[50] per credit for in-state and out-of-state students, respectively. In contrast, UIC charged per-semester tuition & fees of **$501**[51] per credit for its online B.S. in Health Information Management.

---

[47] $62,500 (annual tuition) * 2 (no. of years) + $100 (application fee) + $2,000 (enrollment deposit) + $500 (matriculation fee) = $127,600; John Hopkins Carey Business School, "Tuition and fees," webpage captured August 6, 2020, accessed January 30, 2022 at https://web.archive.org/web/20200806135911/https://carey.jhu.edu/programs/admissions/how-to-apply/tuition-fees.

[48] $1,525 (tuition per credit) * 54 (no. of credits) + $100 (application fee) + $500 (enrollment deposit) + $250 (matriculation fee) = $83,200; John Hopkins Carey Business School, "Tuition and fees," webpage captured August 6, 2020, accessed January 30, 2022 at https://web.archive.org/web/20200806135911/https://carey.jhu.edu/programs/admissions/how-to-apply/tuition-fees.

[49] $5,388 (per-semester in-state undergraduate tuition for students who entered summer 2020 through spring 2021) + $1,175 (per-semester Health Information Management tuition differential) + $1,773 (per-semester fees) + $570 (per-semester assessments) = $8,906 / 15 (credits per semester) = $593.73; University of Illinois Chicago Office of the Registrar, "Undergraduate Tuition and Fees [-] Fall 2020 Semester & Spring 2021 Semester," accessed January 30, 2022 at https://apps.registrar.uic.edu/tuition/undergrad/undergraduate-tuition-fall-2020-spring-2021.

[50] $12,563 (per-semester out-of-state undergraduate tuition for students who entered summer 2020 through spring 2021) + $1,175 (per-semester Health Information Management tuition differential) + $1,773 (per-semester fees) + $570 (per-semester assessments) = $16,081 / 15 (credits per semester) = $1,072; University of Illinois Chicago Office of the Registrar, "Undergraduate Tuition and Fees [-] Fall 2020 Semester & Spring 2021 Semester," accessed January 30, 2022 at https://apps.registrar.uic.edu/tuition/undergrad/undergraduate-tuition-fall-2020-spring-2021.

[51] $500 (tuition per credit hour for BS Health Information Management) + ($18 (assessments per semester) / 15 (credits per semester)) = $501.2; University of Illinois Chicago Office of the Registrar, "Fall 2020 & Spring 2021 Online Program Tuition Guide," accessed January 30, 2022 at https://apps.registrar.uic.edu/tuition/online/online-tuition-fall-2020-spring-2021#undergrad.

b.  For its in-person, on-campus Bachelor of Business Administration

(BBA) program, UIC charged per-semester tuition & fees of **$600**[52]

and **$1,079**[53] per credit for in-state and out-of-state students,

respectively. In contrast, UIC charged per-semester tuition & fees of

**$413**[54] per credit for its online BBA program.

32. Similarly, Colorado State University's online undergraduate degrees cost

substantially less than its in-person undergraduate degrees: tuition for the online undergraduate

programs was $476 per credit for the 2020-2021 academic year, whereas in-state and out-of-state

tuition for in-person undergraduate degrees were $535 per credit (for the 2021-2022 academic

year, since 2020 data was not available) and $1,407 for the 2020-2021 academic year,

respectively.[55] These tuition prices are consistent with economic research such as a 2015 paper

---

[52] $5,388 (per-semester in-state undergraduate tuition for students who entered summer 2020 through spring 2021) + $1,273 (per-semester Business Administration tuition differential for students who entered Fall 2020 – Summer 2021) + $1,773 (per-semester fees) + $570 (per-semester assessments) = $9,004 / 15 (credits per semester) = $600.267; University of Illinois Chicago Office of the Registrar, "Undergraduate Tuition and Fees [-] Fall 2020 Semester & Spring 2021 Semester," accessed January 30, 2022 at https://apps.registrar.uic.edu/tuition/undergrad/undergraduate-tuition-fall-2020-spring-2021.

[53] $12,563 (per-semester out-of-state undergraduate tuition for students who entered summer 2020 through spring 2021) + $1,273 (per-semester Business Administration tuition differential for students who entered Fall 2020 – Summer 2021) + $1,773 (per-semester fees) + $570 (per-semester assessments) = $16,179 / 15 (credits per semester) = $1,078.6; University of Illinois Chicago Office of the Registrar, "Undergraduate Tuition and Fees [-] Fall 2020 Semester & Spring 2021 Semester," accessed January 30, 2022 at https://apps.registrar.uic.edu/tuition/undergrad/undergraduate-tuition-fall-2020-spring-2021.

[54] $412 (tuition per credit hour for Bachelor of Business Administration students who entered Summer 2018 or later) + ($18 (assessments per semester) / 15 (credits per semester)) = $413.2; University of Illinois Chicago Office of the Registrar, "Fall 2020 & Spring 2021 Online Program Tuition Guide," accessed January 30, 2022 at https://apps.registrar.uic.edu/tuition/online/online-tuition-fall-2020-spring-2021#undergrad.

[55] Colorado State University Online, "Online Bachelor's Degrees," webpage captured November 29, 2020, accessed January 30, 2022 at https://web.archive.org/web/20201129022715/https://www.online.colostate.edu/degrees/undergraduate-degrees.dot; Colorado State University, "Undergraduate – Colorado Resident Base Tuition and Fees Per Semester – Fall 2021/Spring 2022," accessed January 30, 2022 at https://financialaid.colostate.edu/media/sites/38/2018/05/Undergraduate_Colorado_Resident_Base_Tuition_and_Fees.pdf; Colorado State University, "Undergraduate – Non-Resident Tuition and Fees Per Semester – Fall 2020/Spring 2021," webpage captured September 23, 2020, accessed January 30, 2022 at https://web.archive.org/web/20200923144442/https://financialaid.colostate.edu/media/sites/38/2018/05/Undergraduate_NonResident_Base_Tuition_And_Fees.pdf.

in the *American Economic Review* which finds that schools with higher shares of students enrolled in online programs charge lower prices, controlling for detailed institutional characteristics and for geographic market and institution fixed effects.[56]

33. In sum, there is substantial economic evidence that the market price for in-person educational services is substantially higher than that of online educational services, supporting that Yale's students were paying high tuition and fees for a service with a lower market value than that which they expected. This economic evidence provides a foundation for feasible methods for calculating Class-wide damages in this case.

## C. *Students attending in-person classes have superior academic outcomes compared to those attending online classes*

34. The greater value of in-person education is evident in part by the superior academic outcomes associated with in-person (versus online) instruction. Research consistently finds that in-person course delivery yields superior academic outcomes relative to online course delivery. These findings are robust across many studies spanning different types of institutions (large public universities, large for-profit universities, highly-selective institutions, community colleges), different methodologies (instrumental variable, difference-in-difference, fixed effects), different time periods pre- and post-pandemic (Spring 2009 – Fall 2013, Spring 2020, Fall 2020, Fall 2004 – Summer 2009), and different outcome measures (course grade, next-semester GPA, course completion, course withdrawal), among other attributes. Here, I summarize some of the prior research regarding online instruction's detrimental effect on student learning relative to in-person instruction.

---

[56] Deming, David J., et al., "Can Online Learning Bend the Higher Education Cost Curve?", *American Economic Review: Papers & Proceedings* 105, no. 5 (May 2015): 496-501, at pp. 496 & 498.

35. For example, in a study estimating the impact of online (versus in-person) course delivery on student learning outcomes using a randomized study design, Alpert et al. (2016) found that students assigned to the online class had significantly worse learning outcomes than those in the in-person course, and that this difference amounted to about one-half of a letter grade.[57] In a study on differences in student performance under online versus in-person course formats, Hart et al. (2018) similarly found that students taking in-person courses outperformed those in online courses across several outcome measures, and that the effect was robust across different course subjects and types of students.[58]

36. Researchers have also found that online instruction impairs future academic performance relative to in-person course delivery. Bettinger et al. (2017) studied four years of data on over 230,000 students at a large, for-profit university, one where every course is offered both in-person and online and where the average student takes two-thirds of their classes online.[59] They not only found that taking a course online reduced students' grades in that course by about one-third of a standard deviation, but that it also lowered subsequent course grades and led to a 10 percent reduction in the likelihood of remaining enrolled a year later.[60]

37. Research has also demonstrated the negative impact of online instruction specifically during the COVID-19 pandemic. For example, Kofoed et al. (2021) conducted a randomized

[57] Alpert, William T., et al., "A Randomized Assessment of Online Learning," *American Economic Review: Papers & Proceedings* 106, no. 5 (2016): 378-382, at pp. 378, 381.
[58] Hart, Cassandra M.D., et al., "Online Course-taking and Student Outcomes in California Community Colleges," *Education Finance & Policy* 13, no. 1 (2018): 42-71, at pp. 43-44.
[59] Bettinger, Eric P., et al., "Virtual Classrooms: How Online College Courses Affect Student Success," *American Economic Review* 107, no. 9 (2017): 2855-2875, at p. 2856.
[60] Bettinger, Eric P., et al., "Virtual Classrooms: How Online College Courses Affect Student Success," *American Economic Review* 107, no. 9 (2017): 2855-2875, at p. 2857; *See also:* Krieg, John M., and Steven E. Henson, "The Educational Impact of Online Learning: How Do University Students Perform in Subsequent Courses?", *Education Finance & Policy* 11, no. 4 (2016): 426-448.

controlled trial of 550 students taking Principles of Economics in Fall 2020 at the United States

Military Academy at West Point that randomly assigned students to either online or in-person

course formats (with other course attributes held constant).[61] The authors found that the online

course format lowered final grades by 0.215 standard deviations and had negative effects on

homework and midterm exam outcomes as well.[62] Similarly, in a study of nearly 300,000

distinct Virginia community college students, Bird et al. (2021) found that the shift from in-

person to virtual instruction caused by the emergence of COVID-19 had negative effects on

course completion, with 4-8% decreases in course completion rates relative to the pre-COVID

average for in-person courses.[63]

38. The inferior academic outcomes associated with online instruction are particularly

relevant because high-achieving students (who are disproportionately represented at Yale) have a

stronger preference for academic quality than their lower-achieving peers. Indeed, Jacob et al.

(2018) found that "[h]igher-achieving students have a greater willingness to pay (WTP) for

academic quality than average."[64]

39. I express no opinion as to whether Yale's provision of online educational services in

the subject semesters resulted in or contributed to inferior academic performance. However, the

---

[61] Kofoed, Michael S., et al., "Zooming to Class?: Experimental Evidence on College Students' Online Learning during COVID-19," *IZA Discussion Paper Series*, No. 14356, May 2021, at p. 1.

[62] Kofoed, Michael S., et al., "Zooming to Class?: Experimental Evidence on College Students' Online Learning during COVID-19," *IZA Discussion Paper Series*, No. 14356, May 2021, at pp. 1 & 25.

[63] Bird, Kelli A., et al., "Negative Impacts From the Shift to Online Learning During the COVID-19 Crisis: Evidence from a Statewide Community College System," *EdWorkingPaper,* No. 20-299, August 2021, at pp. 3-6, 9-11, 22-24.

[64] Jacob, Brian, et al., "College as Country Club: Do Colleges Cater to Students' Preferences for Consumption?", *Journal of Labor Economics* 36, no. 2 (2018): 309-348, at p. 311.

above observations can help explain why the market price for an online educational experience is lower than an in-person educational experience.

### D. *Evidence suggests that Yale and other universities understand the value their customers place on campus facilities as well as the social and academic integration they promise*

40. Hoxby (1997) shows that higher levels of competition in the US higher education market explains changes in tuition and quality.[65] However, academic quality and cost are not the only characteristics on which colleges compete. Traditional in-person universities are aware of the value students place on non-academic campus-oriented amenities. In fact, they market these in their advertisements and brochures. Universities also make large investments in enhancing the student campus experience. For many applicants, the admissions process begins with a campus tour, and students who visit a campus are more likely to apply and enroll.[66] When asked about the importance of a campus tour, Yale's President Peter Salovey testified that "I think in deciding on where to apply and deciding on where to attend, there is a kind of emotional feeling that students get about one campus or another maybe created by the architecture and surroundings."[67]

41. Recent research in the college choice literature (Jacob et. al., 2018) finds that consumption amenities such as student activities, sports, and dormitories are an empirically important factor that determine college choice.[68] Alter and Reback (2014) find that changes in both academic and quality-of-life reputations listed in popular college guidebooks U.S. News

---

[65] Hoxby, Caroline M., "How the Changing Market Structure of U.S. Higher Education Explains College Tuition," *NBER Working Paper Series*, no. 6323, December 1997, at pp. 31-37.
[66] Jaschik, Scott, "The Future of the Campus Tour," *Inside Higher Ed*, July 26, 2021, accessed January 31, 2022 at https://www.insidehighered.com/print/admissions/article/2021/07/26/future-campus-tour.
[67] Deposition of Peter Salovey, Ph.D., November 1, 2021 ("Salovey Deposition)", at 22:1-5.
[68] Jacob, Brian, et al., "College as Country Club: Do Colleges Cater to Students' Preferences for Consumption?", *Journal of Labor Economics* 36, no. 2 (2018): 309-348, at p. 311

and World Report, affect the number of applicants received and the quality and geographic diversity of incoming students.[69]

42. Yale and other selective colleges and universities have long marketed their on-campus amenities and services to prospective students through a variety of channels and characterized these features as central to the educational experience they sell, reflecting their understanding of the value students place on these attributes.

43. The President of Yale University, Peter Salovey, Ph.D., agreed in his deposition that other universities that Yale considers as its peers (such as the other Ivy Leagues, Stanford and MIT) are private universities with a campus that have traditionally offered in-person instruction.[70] Yale's website credits President Salovey with leading "the development of new programs and facilities" and "opening two new residential colleges, expanding Yale College enrollment by 15 percent."[71] In his deposition, President Salovey also stated "[w]e are proud of our campus and we feature it in photographs and descriptions designs for potential applicants."[72]

44. Indeed, Yale plainly states on its website that it is "more than an institution of higher learning; it is a **community** where people of diverse cultures and nationalities **live, work, and play** — connected by their similarities and enriched by their differences."[73] Throughout its website and other marketing materials, Yale reiterates this message, that its residential

---

[69] Alter, Molly, and Randall Reback, "True for Your School? How Changing Reputations Alter Demand for Selective U.S. Colleges," *Educational Evaluation and Policy Analysis* 36, no. 3 (September 2014): 346-370, at pp. 346-347.
[70] Salovey Deposition, at 46:14-47:18.
[71] Yale, "Peter Salovey, A.B., A.M., '86 Ph.D.," accessed February 3, 2022 at https://www.yale.edu/about-yale/leadership-organization/peter-salovey.
[72] Salovey Deposition, at 21:21-23
[73] Yale, "Life at Yale," accessed January 31, 2022 at https://www.yale.edu/life-yale.

community of students and faculty and on-campus amenities and facilities (academic, cultural, athletic, and recreational) are essential to the educational experience Yale provides.

45. On its website, Yale touts the benefits of its "Residential College housing system" for students' social integration, community-building, and learning, describing it as "at the heart of the Yale experience":[74]

> *Before arriving on campus, each first-year student is randomly assigned to one of fourteen residential colleges, giving Yalies a **built-in community** from the moment they arrive… Each **close-knit community**, housed in stunning buildings centered on a green courtyard, serves as a microcosm of Yale's diverse student population, while preserving the intimacy of a smaller college experience.*
>
> *…*
>
> *The colleges provide an exceptional opportunity to **meet and learn from students with different interests** – people students might not otherwise encounter in their courses or extracurricular activities…*
>
> *The colleges also **bring together faculty and students to form an integrated support system**. Each college hosts guest speakers, fellowships, and cultural events. With programs of formal advising, seminars, and activities that encourage students' extracurricular interests, **the colleges create a dynamic bridge between academic and social life**.*

46. Yale goes on to characterize its residential college system as "perhaps the most distinctive feature of undergraduate life at Yale," and highlights how each college has a gym, library, dining hall, snack bar, activity spaces, and other amenities.[75] Yale also highlights the many academic and cultural amenities available on its larger campus, such as its extensive laboratory space (>1 million square feet), its "world-renowned Yale University Art Gallery" and

---

[74] Yale, "Residential Colleges," accessed January 30, 2022 at https://admissions.yale.edu/residential-colleges, emphasis added.

[75] Yale, "Residential Colleges," accessed January 30, 2022 at https://admissions.yale.edu/residential-colleges.

other museums, its 20+ on-campus performing arts venues, and its "1,500-acre Outdoor

Education Center."[76]

47. Yale also promotes the many extracurricular opportunities available to students,

describing how the "richness of life at Yale extends far beyond the classroom walls," with

students participating in hundreds of clubs and campus organizations, "including nearly 100

athletic teams, over 50 performance groups, and 60 cultural associations."[77]

### E. Evidence suggests that students were disappointed with the move to online education without a reduction in tuition reflecting its lower market value

48. Students across the country have expressed disappointment and frustration with the

switch to online education prompted by the COVID-19 pandemic absent tuition reductions or

refunds to reflect the lower market value of online instruction. As shown in Figure 2, in a 2020

survey of 13,606 college students attending 101 different institutions in the U.S., 93.2% of

respondents said they thought tuition should be lowered if colleges go completely online in the

Fall, suggesting these students value remote college education less than traditional in-person

instruction.[78]

---

[76] Yale, "The Campus," accessed January 30, 2022 at https://admissions.yale.edu/campus.
[77] Yale, "Extracurriculars," accessed January 31, 2022 at https://admissions.yale.edu/extracurriculars.
[78] OneClass, "Students Think Online Classes Should Mean Lower Tuition," July 15, 2020, accessed January 28, 2022 at https://oneclass.com/blog/featured/180637-students-think-online-classes-should-mean-lower-tuition.en.html.

*Figure 2. Responses to 2020 OneClass poll about tuition and colleges going online in the Fall[79]*



49. Documents I have reviewed confirm that Yale students were disappointed with the move to online instruction and that students expected tuition reductions or other accommodations "to bridge the gap between the current response and what students would consider 'sufficient.'"[80] For example, on June 17, 2020 Yale's incoming School of Art (SoA) class sent a letter to the school's Dean and administration describing the importance of access to studios and facilities for art students and calling for reductions in fall tuition "to reflect any lack of in-person class, critiques, or shop access," among other requests.[81] The letter also highlighted that one-third of incoming Yale painting, sculpture, and graphic design students were undecided regarding their enrollment "due to concerns about Yale's COVID-19 contingency planning," that Yale raised tuition by 5% from the previous year despite "substantial losses to facilities access and limitations on programming," and that other Yale schools and other universities had instituted

---

[79] OneClass, "Students Think Online Classes Should Mean Lower Tuition," July 15, 2020, accessed January 28, 2022 at https://oneclass.com/blog/featured/180637-students-think-online-classes-should-mean-lower-tuition.en.html.
[80] "Letter from YSoA students regarding responses to COVID-19," March 23, 2020, YU-0000000690-696, at -690.
[81] Email dated June 17, 2020, from Yale MFA 2022 to Marta Kuzma, YU-0000016105-6115, at -6110-6112.

26

tuition freezes, offered in-person classes and studio space, granted stipends, and/or allowed deferral for current and incoming students, among other measures.[82]

50. Yale School of Architecture (YSoA) students likewise sent a letter on March 23, 2020 to the school's administration summarizing the results of a student survey showing widespread concern over the shift to online education, and requesting compensatory measures such as alternative grading policies, extension of classes, and "[c]ompensation for the compromised quality of education and loss of prepaid services," among other requests.[83] The survey described in the letter found that 81% of students thought a move to remote instruction would have a negative impact on their education, half said the transition to distance learning had negatively affected their mental health, and that many respondents said they would "prefer to take a leave of absence rather than begin a new semester remotely."[84] The letter also stated that the administration should financially compensate students for the "compromised quality" of the remote education and "the loss of services provided by the school that were already paid for in advance," such as "the unavailability of facilities, lack of one-one contact with professors, and the cancellation of summer courses", reimbursement of lab and library fees, and adjustment to financial aid packages.[85]

51. An April 2020 survey of Yale School of Management students had similar findings, with many students expressing concerns that the shift to online education "has detracted from the learning environment, lowering student engagement and classroom dynamics that are so unique

---

[82] Email dated June 17, 2020, from Yale MFA 2022 to Marta Kuzma, YU-0000016109-6115, at -110-113.
[83] "Letter from YSoA students regarding responses to COVID-19," March 23, 2020, YU-0000000690-696, at -690-696.
[84] "Letter from YSoA students regarding responses to COVID-19," March 23, 2020, YU-0000000690-696, at -690-693.
[85] "Letter from YSoA students regarding responses to COVID-19," March 23, 2020, YU-0000000690-696, at -694.

to a business school experience" and only 20% of respondents agreeing that remote engagement with fellow students met their expectations.[86] Over 80% of respondents expressed dissatisfaction with Yale's decision not to provide tuition reimbursement, and over 90% of survey participants expressed disagreement with Yale's tuition increase for the 2020-2021 academic year.[87] Half of the surveyed Class of 2021 students were considering a leave of absence due to the diminished academic experience of virtual education.[88]

52. Students' preference for in-person education is also evidenced by the sharp declines in student enrollment that took place during the COVID-19 pandemic, with total undergraduate enrollment falling 3.1 percent from Fall 2020 to Fall 2021, "bringing the total decline since the fall of 2019 to 6.6 percent — or 1,205,600 students."[89] The *New York Times* observed as early as April 2020: "[m]any current students are dissatisfied with how the virus has changed the nature of college. To some, online classes and closed student centers, gyms and science labs do not seem worth the high prices they are paying."[90] Consistent with this, Yale reported that in Fall 2019, 99% of first-year students returned for their sophomore year whereas in Fall 2020, 65% of first-year students returned for their sophomore year.[91]

---

[86] SOM Student Government, "Supplement: Student Feedback on SOM COVID-19 Response," April 2020, YU-0000034090-092, at -090.
[87] SOM Student Government, "Supplement: Student Feedback on SOM COVID-19 Response," April 2020, YU-0000034090-4092, at -091.
[88] SOM Student Government, "Supplement: Student Feedback on SOM COVID-19 Response," April 2020, YU-0000034090-4092, at -092.
[89] Saul, Stephanie, "U.S. college enrollment dropped again in the fall of 2021, despite the arrival of vaccines," *The New York Times*, January 13, 2022, accessed January 28, 2022 at https://www.nytimes.com/2022/01/13/us/college-enrollment-2021-omicron.html.
[90] Hartocollis, Anemona, "After Coronavirus, Colleges Worry: Will Students Come Back?", *The New York Times*, April 15, 2020, accessed January 28, 2022 at https://www.nytimes.com/2020/04/15/us/coronavirus-colleges-universities-admissions.html.
[91] Yale, "Yale Facts," accessed February 3, 2022 at https://www.yale.edu/about-yale/yale-facts.

## V.  THERE ARE FEASIBLE METHODOLOGIES AVAILABLE TO CALCULATE CLASS-WIDE DAMAGES

53. As detailed in this section, there are proven methodologies available to calculate the difference in market value between in-person and online educational offerings *i.e.,* the difference between the market value of the in-person educational experience Yale allegedly promised and the market value of the online education it ultimately provided that Plaintiff seeks to recover for himself and other members of the proposed Class. In the sections that follow, I describe two widely used methodologies, namely hedonic regression analysis and conjoint analysis, that provide feasible and accurate ways to estimate the difference in market value between an online and in-person educational experience that Plaintiffs allege was promised.

### A.  *Valid and accurate methodologies exist to calculate the price premium associated with in-person educational offerings*

54. From an economics perspective, any difference in market value between in-person and online educational offerings would be reflected as a price premium in the tuition rates charged for an in-person experience. The price premium associated with in-person attributes of an educational experience is a valid and accurate metric to calculate Class-wide damages. As previously mentioned, the market value that students derive from an educational experience is not confined to academic quality. Similarly, the dimensions on which universities compete to recruit students include consumption amenities such as campus infrastructure, sports, and dormitories. Academic research has demonstrated that such consumption amenities are an empirically important factor in determining how students select colleges. While there may be several factors that determine college choice, the specific reason why each student pays for a given education is irrelevant to the measurement of overall damages, because the promise of in-person education leads to higher tuition and fees (and thus commonly suffered harm) across all

29

Yale students. Further, tuition at Yale is not adjusted upward or downward for different majors, nor is it adjusted for each student's usage of educational resources. Consequently, this approach to measuring economic damages requires neither individualized analyses nor Class-member-specific inquiry.

55.     There are two valid and accurate methods that can be used to calculate the difference in market value between in-person and online education while controlling for other attributes that may also influence the overall market value of an education. The first method, "hedonic regression analysis," relies on data on the attributes/characteristics and tuition and fees of educational experiences. This data can be used to determine the price premium placed on in-person (relative to online) instruction and campus amenities, controlling for the impact of other attributes on overall tuition and fees. The second method, "conjoint analysis," identifies students' willingness-to-pay for in-person (versus online) instruction and services through carefully controlled surveys and statistical analysis of the survey data. The overall, aggregate price premium students are willing to pay for in-person instruction and amenities, represents the economic damage incurred by proposed Class members.

### 1.   *Hedonic regression analysis*

56. The monetary value of in-person (versus online) college classes and amenities can be reliably measured using hedonic regression analysis (also called hedonic price analysis), a statistical technique long-used by economists for measuring the marginal value of different product attributes.[92] In hedonic regression analysis, differentiated products with varying

---

[92] *See* Rosen, Sherwin, "Hedonic Prices and Implicit Markets: Product Differentiation in Pure Competition," *The Journal of Political Economy* 82, no. 1 (Jan-Feb 1974): 34-55; Lancaster, Kelvin J., "A New Approach to Consumer Theory," *Journal of Political Economy* 74, no. 2 (April 1966): 132-157.

attributes are observed being sold at different prices and are used to derive implicit prices for each additional dimension of the product.[93] Economists use this technique to measure the relationship between a dependent variable (*e.g.,* college tuition) and several independent variables that represent features of the product (*e.g.,* faculty to student ratio, public or private ownership, quality and mix of students, prestige *etc.*). The results of the model represent estimates of the implicit component prices of the various college attributes. The model also determines whether each effect is statistically significant (*i.e.*, not due to random variation in the data), and measures how well the model explains the outcomes via a "*R*-Squared" statistic which provides in percentage terms the explanatory power of the model. In this case a hedonic analysis can isolate the effect of various college attributes on the price. This allows for a test of whether on-campus attributes of an educational experience command a premium over exclusively online or hybrid education and if so, how large that price premium is.

57. Economic research has used hedonic regression models to estimate the implicit price of various college attributes. For example, Dimkpah et al. (2004) used hedonic price analysis using data on over 600 private, accredited four-year institutions to estimate the implicit prices of quality attributes of colleges in the United States.[94] The authors included 16 independent variables to capture different college attributes, including variables for the number of books in a college's library, the student/faculty ratio, the share of female students, and the year a college was founded, as well as dummy variables indicating whether a college has a religious affiliation,

---

[93] Griliches, Zvi, "Hedonic Price Indexes for Automobiles: An Econometric Analysis of Quality Change," *The Price Statistics of the Federal Government*, (1961): 173-196, at p. 173.
[94] Dimkpah, Young O., et al., "The Impact of College Quality on Tuition: A Hedonic Analysis," *Journal for Economic Educators* 4, no. 2 (Winter 2004), at pp. 3 & 7.

whether a college is ranked as highly or moderately competitive, and whether a college is located in the Northeast/Midwest/West/South.[95]

58. In a hedonic price analysis of 1,324 undergraduate degree-offering institutions in the U.S. (including both 2- and 4-year, and public, private non-profit, and private for-profit institutions), Matsuda (2007) includes additional attributes in his hedonic regression equation, such as whether the institution offers remote instruction, whether the institution offers student employment opportunities as financial aid, whether the institution is a NCAA/NAIA member for football, whether the institution provides on-campus housing, whether the institution offers study abroad programs, and the graduation rate of "first-time, full-time students."[96]

59.   In this case, a hedonic regression analysis can be used to reliably isolate the price premium associated with in-person college classes and experiences using data on different colleges' tuition and fees and the different institutions' attributes. Such data is readily available in large national surveys available through the National Center for Education Statistics (NCES), the NCES' Integrated Postsecondary Education Data System (IPEDS), and elsewhere, and is sufficiently comprehensive as demonstrated by the studies mentioned above, which employ several different datasets containing detailed information regarding different institutions' attributes and cost.[97] The IPEDS data has also been used to document the extent of online

---

[95] Dimkpah, Young O., et al., "The Impact of College Quality on Tuition: A Hedonic Analysis," *Journal for Economic Educators* 4, no. 2 (Winter 2004), at pp. 3-4.; Harford & Marcus (1986) include variables like average ACT score, average sum of verbal and math SAT scores, the percentage of students from out-of-state, faculty size, and the percentage of students living on-campus in their hedonic regression equation. Harford, Jon D., and Richard D. Marcus, "Tuition and U.S. Private College Characteristics: The Hedonic Approach," *Economics of Education Review* 5, no. 4 (1986): 415-430, at pp. 418-420.

[96] Matsuda, Kazuhisa, "Hedonic Prices for College Tuition: Best Value Colleges in the U.S.," August 2007, at pp. 12-14.

[97] Dimkpah, Young O., et al., "The Impact of College Quality on Tuition: A Hedonic Analysis," *Journal for Economic Educators* 4, no. 2 (Winter 2004), at p. 3; Harford, Jon D., and Richard D. Marcus, "Tuition and U.S. Private College Characteristics: The Hedonic Approach," *Economics of Education Review* 5, no. 4 (1986): 415-430,

education among US degree-seeking students and how it varies by school sector and selectivity.[98]

60.    By way of example, the NCES College Navigator portal includes detailed data on college institutional characteristics, such as that contained in Table 3 in the case of Yale University.

*Table 3. Institutional Characteristics of Yale University[99]*

| Metric | Statistic | Time period |
|---|---|---|
| Total no. of faculty | 5,393 | 2020-2021 |
| Tuition and fees (estimated for the academic year) | $57,700 | 2020-2021 |
| Total Expenses (if living on-campus) | $79,370 | 2020-2021 |
| Average Net Price for Full-Time Beginning Students | $17,511 | 2019-2020 |
| Undergraduate Enrollment | 4,703 | Fall 2020 |
| Undergraduate - % Asian/Black/Hispanic/White | 24%/9%/15%/35% | Fall 2020 |
| % Admitted | 7% | Fall 2020 |
| 25th/75th Percentiles ACT Composite | 33/35 | Fall 2020 |
| Retention Rate for First-Time Undergraduates | 65% | Fall 2019 to Fall 2020 |

### 2.  Conjoint analysis

61. Another method that can estimate the marginal value of college courses and amenities being offered in-person versus online is conjoint analysis, a method for measuring buyers' willingness to pay for a given product attribute using survey data on buyers' preferences for products bearing different attributes at different price points. The difference in a buyers'

at pp. 417-419; Matsuda, Kazuhisa, "Hedonic Prices for College Tuition: Best Value Colleges in the U.S.," August 2007, at pp. 5-6; National Center for Education Statistics, accessed January 28, 2022 at https://nces.ed.gov/; Integrated Postsecondary Education Data System, "Use the Data," accessed January 28, 2022 at https://nces.ed.gov/ipeds/use-the-data.

[98] Deming, David J., et al., "Can Online Learning Bend the Higher Education Cost Curve?", *American Economic Review: Papers & Proceedings* 105, no. 5 (May 2015): 496-501, at p. 496.; IPEDS, "IPEDS Survey Methodology," accessed February 3, 2022 at https://nces.ed.gov/ipeds/ReportYourData/IpedsSurveyMethodology#sec4.

[99] National Center for Education Statistics' College Navigator, "Yale University," accessed January 28, 2022 at https://nces.ed.gov/collegenavigator/?q=yale&s=all&id=130794#netprc. Statistics reported are for full-time beginning undergraduate students.

willingness to pay for products with and without a given attribute (all else equal) isolates the market value consumers place on that attribute.

62. Unlike hedonic regression analysis, in which actual data on product prices and attributes is used, conjoint analysis relies on surveys in which respondents are presented with various choices of product attributes at different prices and asked about their preferences for the different attributes or combinations of attributes.[100] By varying the product attributes and prices presented to survey respondents and recording how they react, the survey data used in conjoint analysis can determine consumers' willingness to pay for different product characteristics.[101]

63. Conjoint analysis is founded on rigorous statistical and economic principles and has a long history of use as a method used to certify Classes in litigation.[102] Economists have used this technique widely in academic research to estimate the market value of individual attributes of various products, including college tuition.[103] For instance, a February 2021 working paper uses data from a survey administered to 1,500 Arizona State University students in which respondents "were presented with six different scenarios for the fall [semester], which varied class format

---

[100] Green, Paul E., et al., "Thirty Years of Conjoint Analysis: Reflections and Prospects," *INFORMS Journal of Applied Analytics* 31 (2001): S56-S73, at pp. S56-S58; Munsch, Alison, "College Choice Criteria Utilizing Conjoint Analysis Enabled on a SaaS Platform,," *Journal of International Technology and Information Management* 28, no. 1 (May 2019): 67-89, at p. 77.

[101] Telser, Harry, and Peter Zweifel, "Measuring Willingness-To-Pay for Risk Reduction: An Application of Conjoint Analysis," *Working Paper No. 0003*, June 2000, at pp. 4-5.

[102] *See, e.g.*, *Khoday v. Symantec Corp.*, 2014 WL 1281600, at *10 (D. Minn. March 13, 2014); *Sanchez-Knutson v. Ford Motor Company*, 310 F.R.D. 529, 538-39 (S.D. Fl. 2015); *In re: Lenovo Adware Litigation*, 2016 WL 6277245, at *21 (N.D. Cal. Oct. 27, 2016); *Guido v. L'Oreal, USA, Inc.,* 2014 WL 6603730, at *5, *10-*14 (C.D. Cal. July 24, 2014); *Brown v. Hain Celestial Group, Inc.,* 2014 WL 6483216, at *19 (N.D. Cal. Nov. 18, 2014); *Microsoft v. Motorola, Inc.*, 904 F.Supp.2d 1109, 1119-20 (W.D. Wa. 2012); *In re Scotts EZ Seed Litig.,* 304 F.R.D. 397, 413-15 (S.D.N.Y. 2015); *Dzielak v. Maytag*, 2017 WL 1034197, at *6 (D. NJ. March 17, 2017); *TV Interactive Data Corp. v. Sony Corp.,* 929 F. Supp. 2d 1006, 1022 & n.6 (N.D. Cal. 2013); *Briseno v. ConAgra Foods, Inc.,* 844 F.3d 1121 (9th Cir. 2017); *Fitzhenry-Russell v. Dr Pepper Snapple Group, Inc.,* 2018 WL 3126385 (N.D. Cal. June 26, 2018); *In Re Arris Cable Modem Consumer Litig.*, 2018 WL 3820619, at *25-*31 (N.D. Cal. Aug. 10, 2018); *Hadley v. Kellogg Sales Co.,* 2018 WL 3954587, at *11-*16 (N.D. Cal. Aug. 17, 2018); *Martinelli v. JJCI,* 2019 WL 1429653, at *3-4 (E.D. Cal. Mar. 29, 2019).

[103] Green, Paul E., et al., "Thirty Years of Conjoint Analysis: Reflections and Prospects," *INFORMS Journal of Applied Analytics* 31 (2001): S56-S73.

(*i.e.,* in-person vs. remote instruction), restrictions to campus social life, and prevalence of COVID-19," and asked about their likelihood of continuing to enroll under each scenario at different levels of cost.[104] The researchers used this survey data to estimate students' willingness to pay for in-person instruction (relative to an online format) and on-campus social activities as a percentage of the average net cost of attendance.[105] The authors found that the premium that students are  willing to pay for in-person instruction relative to a remote format represents 4.2% of the average annual net cost of attendance.[106] The same study also finds that average students' willingness to pay for on-campus social activities is 8.1% of the average annual net costs.[107]

64.    A conjoint analysis could similarly be used to estimate the difference in market value between in-person and online education. Conjoint analysis relies on data generated through the survey process and hence does not require data from Defendant or other sources. The survey questions and structure would to be tailored to this specific case. Either way, all relevant data needed to complete conjoint analysis constitutes class-wide, common evidence, as are the results of the conjoint analysis.

### B.  Calculating Class-wide Damages

65. Defendant has produced data on the tuition and fees paid by or for Yale students for the following semesters: Fall 2019, Spring 2020, Summer 2020, Fall 2020, Spring 2021.[108] This data identifies Yale students by a unique internal identification number "PIDM" and identifies

---

[104] Aucejo, Esteban M., et al., "Estimating Students' Valuation for College Experiences," *NBER Working Paper Series*, No. 28511, February 2021, at pp. 2-3.
[105] Aucejo, Esteban M., et al., "Estimating Students' Valuation for College Experiences," *NBER Working Paper Series*, No. 28511, February 2021, at pp. 3-4.
[106] Aucejo, Esteban M., et al., "Estimating Students' Valuation for College Experiences," *NBER Working Paper Series*, No. 28511, February 2021, at pp. 3-4.
[107] Aucejo, Esteban M., et al., "Estimating Students' Valuation for College Experiences," *NBER Working Paper Series*, No. 28511, February 2021, at p. 1.
[108] Yale University, Fall 2019 – Spring 2021, "YU-0000021607.xlsx."

the student's school (*e.g.,* Yale College, Law, Medicine), tuition, school fees, room and board expenses, COVID-19 related credits for room and board expenses, miscellaneous charges, total payments made by the student to the cashier's office (which includes outside scholarships), Yale managed scholarships, and loans (*e.g.*, federal loans, private loans, institutional loans).[109]

66. Whether a course was promised to be provided in-person can be determined by the online catalog students reviewed when selecting their courses.[110] Defendant also maintains data on the courses it offered each semester, the number of each type of student that enrolled (*e.g.,* undergraduate, graduate), and the modality by which the course was ultimately provided.[111] Enrollment data provided by Yale identifies the courses that each student was enrolled in as well as the semester of enrollment.[112]

67. The price premium calculated from either the hedonic approach or the conjoint approach previously described can be expressed as the percentage premium in tuition and fees associated with the challenged conduct. That premium can then be multiplied by the tuition and fees paid by each student using Defendants' data to calculate Class-wide damages. Since a component of any student's tuition may be paid by scholarships and financial aid, that can also be considered before computing damages on a Class-wide basis. Similarly, if a student enrolled

---

[109] Yale University, Fall 2019 – Spring 2021, "Glossary" in "YU-0000021607.xlsx."
[110] See for example, Complaint Exhibit 1.
[111] YU-0000019084 provides for the Fall 2020 semester a list of all Yale courses (identified by "CourseID") including the modality of instruction (*e.g.*, Taught remotely, Taught in-person, Online Course) (Yale University, Course Information – Fall 2020 "Course Info 2020 Fall_YU-0000019084.xlsx."); Yale Response to Interrogatory 1 provides for the Fall 2020, Spring 2020 and Summer 2020 semesters a general description of the modalities of instruction used by each school in each semester (e.g., all classes were taught online; all classes were taught in-person; some classes were taught in person, but most classes were taught online, *etc.*) (Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories, April 20, 2021); Defendant's responses to interrogatories thirteen and fifteen state, for Fall 2020 and Spring 2021, "Yale made available a mechanism for faculty to list the 'mode of instruction' for a course (in-person, remote, or hybrid) and this information will be included in the chart that will be produced where such information is available" (Defendant's Responses and Objections to Plaintiff's Second and Third Sets of Interrogatories, October 29, 2021, at pp. 7, 10).
[112] Yale University, Fall 2018 – Summer 2021, "Student Enrollment Data21Sep2021_YU-0000041096.xlsx."

in a course that was not promised to be in-person, or one that was offered in-person and was ultimately provided in-person, that too can be considered before computing damages on a Class-wide basis.

## VI.   CONCLUSION

68. Based on the analysis presented in this Declaration, the rich data available on institutions' attributes and tuition rates that are readily available to academic researchers, Defendant's own data on tuition paid by each student for the relevant semesters and relevant courses, and Defendant's own data regarding the educational services promised and the educational services provided, I conclude that there are widely accepted and feasible methodologies for calculating the Class-wide damages alleged in this case. The precise calculation of Class-wide damages will depend upon matters that would be first determined by the Court and/or the jury, such as the semesters included in the Class, the students and schools included in the Class, and which factors should be considered in the analysis. Inasmuch as discovery in this case is not yet complete, I reserve the right to revise or supplement my opinions as additional information becomes available. Exhibits to be used in support of the opinions stated in this Declaration include all of the tables, graphics and information contained herein as well as the Exhibits cited in or accompanying this Declaration. Additional demonstrative exhibits based upon this same information may be prepared for trial or hearings and used to support my opinions.

February 4, 2022                                                Respectfully submitted,

Gareth Macartney, Ph.D

# Exhibit A

## Curriculum Vitae of
## Gareth Macartney, Ph.D.



**Gareth James Macartney, Ph.D.**
CEO, **Senior Economist, Director of Competition Analytics**

Direct: (510) 463-0168
gmacartney@onpointanalytics.com

# INDUSTRY EXPERIENCE

**_Senior Economist, OnPoint Analytics, Inc., 2008 – Present:_**

Dr. Gareth Macartney is the Chief Executive Officer and Director of Competition Analytics at OnPoint. He is a testifying economist with a particular emphasis on liability, impact, and damages analysis in the context of antitrust, intellectual property, breach of contract, and class action cases, among other types of complex litigation. As the Director of the firm's Competition practice, Dr. Macartney also manages work for affiliate experts, supervising staff and overseeing report and testimony preparation. As testifying expert and as manager, Dr. Macartney has analyzed a wide variety of industries, including food and agriculture (packaged seafood, eggs, milk, poultry, fertilizers, fruits), electronic manufacturing (liquid crystal displays, optical disk drives, lithium ion batteries, DRAM), consumer electronics (digital cameras, smartphones, personal computers, network switches), retail (apparel, yoghurt, single-serve coffee), online advertising, cryptocurrencies, heavy industry (auto parts, steel, ready-mixed concrete, hard rock mining), transport (rail freight, air cargo), energy (oil, natural gas, gasoline), pharmaceuticals, water, and real estate.

# SELECTED CASES

**_As Expert:_**

_Cryptocurrency Patent Valuation_
Haug Partners, LLP (2020–)
- Patent Valuation
- One Valuation Report

_Micron Technology, Inc. v. United Microelectronics Corporation, et al._
Dan Johnson Law Group, LLP (2019–)
- Trade Secrets, DRAM
- One Expert Report for Mediation

_In Re: Packaged Seafood Products Antitrust Litigation_
Ahern and Associates, P.C. (2019–)
- Antitrust, Packaged Seafood
- Two Expert Reports, Two Depositions

_JBR, Inc. (d/b/a Rogers Family Co.) v. Keurig Green Mountain, Inc._
Dan Johnson Law Group, LLP (2018–)
- Antitrust, Single-Serve Coffee
- Four Expert Reports, One Deposition

*Ipsilium LLC v. Cisco Systems, Inc.*
Dan Johnson Law Group, LLP (2018–2019)
- Patent Damages, Network Switches
- Analysis for Preliminary Damages Contentions

*Engquist, et al. v. City of Los Angeles*
Wolf Haldenstein Adler Freeman & Herz LLP (2018–)
- Taxation Class Action, Gas Utility Taxes
- Two Expert Declarations

*Altela, Inc. v. Arizona Science and Technology Enterprises, et al.*
The Miller Law Firm, P.C. (2018)
- Breach of Contract, Water Treatment Technology
- One Expert Report, One Deposition, Arbitration Testimony

*Acer, Inc., et al. v. Lite-On IT Corp., et al.*
TechKnowledge Law Group, LLP (2015–2019)
- Antitrust, Optical Disk Drives
- Two Expert Reports, Two Depositions

*Fujifilm Corporation v. Motorola Mobility, LLC*
Morgan, Lewis & Bockius, LLP (2015–2016)
- Patent Damages, Smartphone Technology
- Two Expert Reports, One Deposition, Jury Trial Testimony

*Eastman Kodak Company v. Epson Imaging Devices Corporation, et al.*
Nixon Peabody, LLP (2011–2013)
- Antitrust, Liquid Crystal Display Panels
- Three Expert Reports, Two Depositions

*Attorney General of Mississippi v. Yazaki North America, Inc., et al.*
Hazzard Law, LLC (2015–)
- Antitrust, Automotive Wire Harnesses
- Two Declarations

*Acer Inc., et al. v. Samsung SDI Co., LTD., et al.*
TechKnowledge Law Group, LLP (2015–2018)
- Antitrust, Lithium Ion Batteries

*Acer America Corp., et al. v. Hitachi, Ltd., et al.*
TechKnowledge Law Group, LLP (2014–2015)
- Antitrust, Liquid Crystal Display Panels

*Home Depot USA, Inc. v. AU Optronics Corp., et al.*
Bryan Cave, LLP (2015)
- Antitrust, Liquid Crystal Display Panels

*Teramura, et al. v. Walgreen Co., d/b/a Walgreens*
Sanford Law Firm, LLP (2014)
- Wage & Hour Class Action, Retail
- Two Expert Reports

*NextBus, Inc. v. NextBus Information Systems*
Wm. Kochenderfer, PC (2012)
- Breach of Contract, Real Time Passenger Information Technology & Advertising
- One Expert Report

### **_As Manager:_**

Antitrust
*Winn-Dixie Stores, Inc. and Bi-Lo Holdings, LLC v. Southeast Milk, Inc., et al.*
Ahern and Associates, P.C. (2016–)

*In Re: Rail Freight Fuel Surcharge Antitrust Litigation*
Hausfeld, LLP, Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP (2010–)

*In Re: Processed Egg Products Antitrust Litigation*
Hausfeld, LLP (2008–)

*In Re: Wholesale Grocery Products Antitrust Litigation*
Kotchen & Low, LLP (2016–2017)

*Fond du Lac Bumper Exchange, Inc., et al. v. Jui Li Enterprise Company, Ltd., et al.*
Karon, LLC (2014–2016)

*Reorganized Farmland Industries v. OneOk, Inc., et al.*
Sharp McQueen, P.A. (2015–)

*In Re: Pool Products Distribution Market Antitrust Litigation*
Kaplan, Fox & Kilsheimer, LLP (2013–2016)

*In Re: Northeastern Milk Antitrust Litigation*
Howrey, LLP (2011–2016)

*In Re: Air Cargo Shipping Services Antitrust Litigation*
Hausfeld, LLP (2012–2013)

*In Re: Southeastern Milk Antitrust Litigation*
Howrey, LLP (2010–2013)

*Stanislaus Food Products v. USS-POSCO Industries et al.*
Lieff, Cabraser, Haimann & Bernstein, LLP (2012)

*In Re: Potash Antitrust Litigation*
Pearson, Simon & Warshaw, LLP (2010–2011)

*In Re: Ready-Mixed Concrete Antitrust Litigation*
Cohen & Malad, LLP (2008–2010)

Intellectual Property
*Eli Lilly and Company v. Mayne Pharma USA, Inc. et al.* (Gemzar)
Winston & Strawn, LLP (2010)

*Impax Laboratories, Inc., v. Shire, LLC et al.* (Adderall XR)
Frommer, Lawrence & Haug, LLP (2010)

*Aspex Eyewear, Inc. and Contour Optik, Inc. v. Hardy Life, LLC, et al.*
Sheppard, Mullin, Richter & Hampton, LLP, Frommer, Lawrence & Haug, LLP (2010)

*Eli Lilly and Company v. Hospira, Inc., et al.* (Gemcitabine)
Winston & Strawn, LLP (2009)

*Santarus, Inc. and the Curators of the University of Missouri v. Par Pharmaceutical, Inc.* (Zegerid)
Arent Fox, LLP (2009)

*Forest Laboratories, Inc., et al. v. Caraco Pharmaceutical Laboratories, Ltd.* (Lexapro)
Winston & Strawn, LLP (2008–2009)

*Novo Nordisk A/S and Novo Nordisk Inc. v. Caraco Pharmaceutical Laboratories, Ltd. and Sun Pharmaceutical Industries, Ltd.* (Prandin)
Winston & Strawn, LLP (2008)

Breach of Contract
*Fowler Packing Company v. Sun Pacific Shippers, Paramount Citrus Association, et al.*
Gibson, Dunn & Crutcher, LLP (2016)

*Tula Foods, Inc. v. The Kroger Co.*
Vorys, Sater, Seymor, and Pease, LLP (2014)

*AgroSource, Inc. v. Sipcam Agro USA, Inc.*
Wiley Rein, LLP (2012)

*Frank K. Cooper Real Estate #1, Inc., et al. v. Cendant Corporation and Century 21 Real Estate Corporation*
Zwerling, Schachter & Zwerling, LLP (2009–2011)

*Road Ranger v. Citgo*
Stahl Cowen Crowley Addis, LLC (2009)

Environmental
*Freeport-McMoRan Inc., Comment Re: Proposed Rule for Financial Responsibility Requirements under CERCLA § 108(b) for Classes of Facilities in the Hardrock Mining Industry*
Vinson & Elkins, LLP (2010–2017)

*Roosevelt Irrigation District v. Salt River Project Agricultural Improvement and Power District, et al.*
Bonnett, Fairbourn, Friedman and Balint, P.C. (2015–2016)

*Clyde Litchfield, et al. v. Onstott Dusters, Inc. et al.*
McCormick, Barstow, Sheppard, Wayte & Carruth, LLP (2009)

*State of Oklahoma v. Tyson Foods, Inc. et al.*
Ryan, Whaley & Coldiron, LLP (2009)

<u>Product Labelling</u>
*Austin Rugg and Jennifer Fish, et al. v. Johnson & Johnson*
The Golan Firm (2019-2020)

*Siobhan Morrow, et al. v. Carter's, Inc, et al.*
Carlson Lynch Sweet Kilpela Carpenter, LLP (2017–)

*Leah Segedie, et al. v. the Hain Celestial Group, Inc.*
Finkelstein, Blankinship, Frei-Pearson & Garber, LLP (2016–2018)

*Rosminah Brown, et al. v. the Hain Celestial Group, Inc.*
Lexington Law Group (2014)

<u>Insurance</u>
*Certain Underwriters at Lloyd's Severally Subscribing Policy Number DP359504 et al. v. Tyson Foods, Inc.*
Dickstein Shapiro, LLP (2009–2010)

<u>Taxation</u>
*Estuardo Ardon, et al. v. City of Los Angeles*
Wolf Haldenstein Adler Freeman & Herz, LLP (2013–2014)

*Carla Villa and Vanessa Garza, et al. v. City of Chula Vista*
Capretz & Associates (2012)

## EDUCATION

**University College London,** London, England
*Ph.D. Economics* | 2008 | Title: "Market Institutions and Firm Behavior: Output and Innovation in the Face of Reform"

**Royal Holloway College, University of London,** London, England
*M.Sc. Economics* | 2003 | Distinction

**Exeter College, Oxford University,** Oxford, England
*B.A. Physics* | 1996 | Class 2:1

## PUBLICATIONS

Economic Principles for Class Certification Analysis in Antitrust Cases (joint with Gordon Rausser), *Antitrust Magazine, Section of Antitrust Law, American Bar Association*, Spring 2016, vol. 30, no. 2, pp. 60-67

Rising Standards for Class Certification: Implications for Economic Analysis (joint with Gordon Rausser), *The Journal of Business and Economics,* March 2016, vol. 7, no. 3, pp. 836-870

Employment Protection Legislation, Multinational Enterprises and Innovation (joint with Rachel Griffith), *The Review of Economics and Statistics*, March 2014, vol. 96, no. 1, pp. 135-150

Antitrust Class Proceedings – Then And Now (joint with Michael Hausfeld, Gordon Rausser, Michael Lehmann and Sathya Gosselin), *The Law and Economics of Class Action*s, *Research in Law and Economics*, 2014, vol. 26, pp. 77-133

The Location of Innovative Activity in Europe (joint with Laura Abramovsky, Rachel Griffith and Helen Miller), *The Institute for Fiscal Studies,* July 2008, Working Paper 08/10

Product Market Reforms, Labour Market Institutions and Unemployment (joint with Rachel Griffith and Rupert Harrison), *The Economic Journal,* March 2007, vol. 117, no. 519, pp. C142-C166

## SCHOLARSHIPS AND AWARDS

- Best Academic Private Enforcement Article, 2015 Antitrust Writing Awards, Concurrences Journal and George Washington University's Competition Law Center
- Advanced Institute of Management Scholarship 2004–2007
- University College London, Department of Economics, W. M. Gorman Scholarship
- University College London, Department of Economics, Honorable Mention in Teaching Assistant Awards

## PRIOR EMPLOYMENT

**Ph.D. Scholar**, the Institute for Fiscal Studies, London, UK, 2004–2007
- Academic and industry research with the Productivity and Innovation team of a leading UK research institute
- Funded by the institute through Ph.D. program

**Teaching Assistant**, Department of Economics, University College London, 2003–2007
- Undergraduate courses in Industrial Organization, Macroeconomics, and Econometrics

**Consultant**, Corporate Banking and Financial Markets, Royal Bank of Scotland, PLC, 2002 (May to Oct)
- Managed reconciliation exercise between two departments of the bank, reporting to senior bank personnel

**Analyst**, Group Risk, Royal Bank of Scotland, PLC, 1999–2001
- Designed and managed creation of credit risk reporting software
- Passed financial regulator's exams in securities and derivatives

**IT Consultant**, Logica UK Ltd, 1997–1999
- Consultancy in energy, transportation, and defense sectors

# CONFERENCES AND PRESENTATIONS

From Estimation to Prediction in Economic Analysis at Class Certification, presented at:
    Festschrift in Honor of Gordon Rausser, University of California, Berkeley, October 2019

Law & Economics, Panel Participant at:
    Festschrift in Honor of Gordon Rausser, University of California, Berkeley, October 2019

Damage Analysis in Intellectual Property Litigation, presented at:
    Bar Association of San Francisco, Barristers Club, Continuing Legal Education, November 2016

Antitrust Class Proceedings – Then and Now, presented at:
    Class Action Landscape: Yesterday, Today and Tomorrow – Perspectives in Law and Economics,
    Research in Law and Economics Conference 2013, Boston

Firm Investment in Innovation and Fixed Assets: The Effect of US Tax Reforms that Reduced the Relative
Price of Equity to Debt, presented at:
    Productivity, Innovation & Intellectual Property Series 2007, London School of Economics

Competition and Innovation, presented at:
    Oxford University and Cambridge University, Institute for Fiscal Studies, Public Economics Lecture
    Series, February 2007

Product Market Reforms, Labour Institutions and Unemployment, presented at:
    European Economics Association Congress 2006, Vienna University
    Royal Economic Society Conference 2006, Nottingham University

Matching Firm Accounts to Patents, presented at:
    European Policy on Intellectual Property Conference 2006, Bocconi University, Milan

# REFEREE ACTIVITY

The European Economic Review, the Journal of Competition Law and Economics, the Economics of
Transition, Oxford Economic Papers, and Fiscal Studies

# Exhibit B

Materials Reviewed and Relied Upon

## Legal Documents and Pleadings

*Briseno v. ConAgra Foods, Inc.,* 844 F.3d 1121 (9th Cir. 2017)

*Brown v. Hain Celestial Group, Inc.,* 2014 WL 6483216, at *19 (N.D. Cal. Nov. 18, 2014)

Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories, April 20, 2021

Defendant's Responses and Objections to Plaintiff's Second and Third Sets of Interrogatories, October 29, 2021

*Dzielak v. Maytag*, 2017 WL 1034197, at *6 (D. NJ. March 17, 2017)

*Fitzhenry-Russell v. Dr Pepper Snapple Group, Inc.,* 2018 WL 3126385 (N.D. Cal. June 26, 2018)

*Guido v. L'Oreal, USA, Inc.,* 2014 WL 6603730, at *5, *10-*14 (C.D. Cal. July 24, 2014)

*Hadley v. Kellogg Sales Co.,* 2018 WL 3954587, at *11-*16 (N.D. Cal. Aug. 17, 2018)

*In Re Arris Cable Modem Consumer Litig*., 2018 WL 3820619, at *25-*31 (N.D. Cal. Aug. 10, 2018)

*In re Scotts EZ Seed Litig.,* 304 F.R.D. 397, 413-15 (S.D.N.Y. 2015)

*In re: Lenovo Adware Litigation*, 2016 WL 6277245, at *21 (N.D. Cal. Oct. 27, 2016)

*Khoday v. Symantec Corp*., 2014 WL 1281600, at *10 (D. Minn. March 13, 2014)

*Martinelli v. JJCI,* 2019 WL 1429653, at *3-4 (E.D. Cal. Mar. 29, 2019)

*Microsoft v. Motorola, Inc.*, 904 F.Supp.2d 1109, 1119-20 (W.D. Wa. 2012)

*Sanchez-Knutson v. Ford Motor Company*, 310 F.R.D. 529, 538-39 (S.D. Fl. 2015)

Second Amended Class Action Complaint and Demand for Jury Trial, filed July 29, 2021

*TV Interactive Data Corp. v. Sony Corp.,* 929 F. Supp. 2d 1006, 1022 & n.6 (N.D. Cal. 2013)

Yale University's Answer and Affirmative Defenses To Plaintiff's Second Amended Class Action Complaint, filed September 20, 2021


## Deposition Testimony

Deposition of Peter Salovey, Ph.D., November 1, 2021

## Articles, Books, and Industry Reports

Alpert, William T., et al., "A Randomized Assessment of Online Learning," *American Economic Review: Papers & Proceedings* 106, no. 5 (2016): 378-382

Alter, Molly, and Randall Reback, "True for Your School? How Changing Reputations Alter Demand for Selective U.S. Colleges," *Educational Evaluation and Policy Analysis* 36, no. 3 (September 2014): 346-370

Aratani, Lauren, "'Zoom University': is college worth the cost without the in-person experience?", *The Guardian*, October 6, 2020, accessed January 29, 2022 at https://www.theguardian.com/world/2020/oct/06/zoom-university-college-cost-students-in-person-experience

Aucejo, Esteban M., et al., "Estimating Students' Valuation for College Experiences," *NBER Working Paper Series*, No. 28511, February 2021

Bettinger, Eric P., et al., "Virtual Classrooms: How Online College Courses Affect Student Success," *American Economic Review* 107, no. 9 (2017): 2855-2875

Bird, Kelli A., et al., "Negative Impacts From the Shift to Online Learning During the COVID-19 Crisis: Evidence from a Statewide Community College System," *EdWorkingPaper*, No. 20-299, August 2021

Bowen, William G., "The 'Cost Disease' in Higher Education: Is Technology the Answer?", *The Tanner Lectures, Stanford University*, October 2012

Deming, David J., et al., "Can Online Learning Bend the Higher Education Cost Curve?", *American Economic Review: Papers & Proceedings* 105, no. 5 (May 2015): 496-501

Dimkpah, Young O., et al., "The Impact of College Quality on Tuition: A Hedonic Analysis," *Journal for Economic Educators* 4, no. 2 (Winter 2004)

Green, Paul E., et al., "Thirty Years of Conjoint Analysis: Reflections and Prospects," *INFORMS Journal of Applied Analytics* 31 (2001): S56-S73

Griliches, Zvi, "Hedonic Price Indexes for Automobiles: An Econometric Analysis of Quality Change," *The Price Statistics of the Federal Government*, (1961): 173-196

Hanson, Melanie, "Cost of Online Education vs. Traditional Education," *Education Data Initiative*, August 18, 2021, accessed January 30, 2022 at https://educationdata.org/cost-of-online-education-vs-traditional-education

Harford, Jon D., and Richard D. Marcus, "Tuition and U.S. Private College Characteristics: The Hedonic Approach," *Economics of Education Review* 5, no. 4 (1986): 415-430

Hart, Cassandra M.D., et al., "Online Course-taking and Student Outcomes in California Community Colleges," *Education Finance & Policy* 13, no. 1 (2018): 42-71

Hartocollis, Anemona, "After Coronavirus, Colleges Worry: Will Students Come Back?", *The New York Times,* April 15, 2020, accessed January 28, 2022 at https://www.nytimes.com/2020/04/15/us/coronavirus-colleges-universities-admissions.html

Hoxby, Caroline M., "How the Changing Market Structure of U.S. Higher Education Explains College Tuition," *NBER Working Paper Series*, no. 6323, December 1997

Hoxby, Caroline M., "The Economics of Online Postsecondary Education: MOOCs, Nonselective Education, and Highly Selective Education," *The American Economic Review – Papers & Proceedings* 104, no. 5 (May 2014): 528-533

Hoxby, Caroline M., Online Appendix to "The Economics of Online Postsecondary Education: MOOCs, Nonselective Education, and Highly Selective Education," accessed January 28, 2022 at https://assets.aeaweb.org/asset-server/articles-attachments/aer/app/10405/P2014_1147_app.pdf

Jacob, Brian, et al., "College as Country Club: Do Colleges Cater to Students' Preferences for Consumption?", *Journal of Labor Economics* 36, no. 2 (2018): 309-348

Jaschik, Scott, "The Future of the Campus Tour," *Inside Higher Ed*, July 26, 2021, accessed January 31, 2022 at https://www.insidehighered.com/print/admissions/article/2021/07/26/future-campus-tour

Kerr, Emma, "What You'll Pay for an Online Bachelor's Degree," *U.S. News & World Report,* January 14, 2020, accessed January 30, 2022 at https://www.usnews.com/higher-education/online-education/articles/what-youll-pay-for-an-online-bachelors-degree

Kezar, Adrianna, and Dan Maxey, "Faculty Matter: So why doesn't everyone think so?", *The NEA Higher Education Journal*, (Fall 2014): 29-44

Kofoed, Michael S., et al., "Zooming to Class?: Experimental Evidence on College Students' Online Learning during COVID-19," *IZA Discussion Paper Series*, No. 14356, May 2021

Krieg, John M., and Steven E. Henson, "The Educational Impact of Online Learning: How Do University Students Perform in Subsequent Courses?", *Education Finance & Policy* 11, no. 4 (2016): 426-448

Lancaster, Kelvin J., "A New Approach to Consumer Theory," *Journal of Political Economy* 74, no. 2 (April 1966): 132-157

Matsuda, Kazuhisa, "Hedonic Prices for College Tuition: Best Value Colleges in the U.S.," August 2007

Munsch, Alison, "College Choice Criteria Utilizing Conjoint Analysis Enabled on a SaaS Platform," *Journal of International Technology and Information Management* 28, no. 1 (May 2019): 67-89

National Center for Education Statistics, "Price of Attending an Undergraduate Institution," updated May 2021, accessed January 29, 2022 at https://nces.ed.gov/programs/coe/indicator/cua

OneClass, "Students Think Online Classes Should Mean Lower Tuition," July 15, 2020, accessed January 28, 2022 at https://oneclass.com/blog/featured/180637-students-think-online-classes-should-mean-lower-tuition.en.html

Rosen, Sherwin, "Hedonic Prices and Implicit Markets: Product Differentiation in Pure Competition," *The Journal of Political Economy* 82, no. 1 (Jan-Feb 1974): 34-55

Saul, Stephanie, "U.S. college enrollment dropped again in the fall of 2021, despite the arrival of vaccines," *The New York Times*, January 13, 2022, accessed January 28, 2022 at https://www.nytimes.com/2022/01/13/us/college-enrollment-2021-omicron.html

State Higher Education Executive Officers Association, "SHEF: FY 2017 [-] State Higher Education Finance," 2018

Telser, Harry, and Peter Zweifel, "Measuring Willingness-To-Pay for Risk Reduction: An Application of Conjoint Analysis," *Working Paper No. 0003*, June 2000

U.S. News & World Report, "Online Bachelor's Degrees and Programs," accessed January 28, 2022 at https://www.usnews.com/education/online-education/bachelors

**Websites**

Bureau of Labor Statistics, "CPI for All Urban Consumers [-] College tuition and fees in U.S. city average, all urban consumers, not seasonally adjusted," accessed January 31, 2022 at https://data.bls.gov/timeseries/CUUR0000SEEB01?output_view=data

Colorado State University Online, "Online Bachelor's Degrees," webpage captured November 29, 2020, accessed January 30, 2022 at https://web.archive.org/web/20201129022715/https://www.online.colostate.edu/degrees/undergraduate-degrees.dot

Colorado State University, "Undergraduate – Colorado Resident Base Tuition and Fees Per Semester – Fall 2021/Spring 2022," accessed January 30, 2022 at https://financialaid.colostate.edu/media/sites/38/2018/05/Undergraduate_Colorado_Resident_Base_Tuition_and_Fees.pdf

Colorado State University, "Undergraduate – Non-Resident Tuition and Fees Per Semester – Fall 2020/Spring 2021," webpage captured September 23, 2020, accessed January 30, 2022 at https://web.archive.org/web/20200923144442/https://financialaid.colostate.edu/media/sites/38/2018/05/Undergraduate_NonResident_Base_Tuition_And_Fees.pdf

Federal Reserve Economic Data (FRED), "Consumer Price Index for All Urban Consumers: All Items in U.S. City Average," accessed January 31, 2022 at https://fred.stlouisfed.org/series/CPIAUCSL

Integrated Postsecondary Education Data System, "Use the Data," accessed January 28, 2022 at https://nces.ed.gov/ipeds/use-the-data

IPEDS, "IPEDS Survey Methodology," accessed February 3, 2022 at https://nces.ed.gov/ipeds/ReportYourData/IpedsSurveyMethodology#sec4

John Hopkins Carey Business School, "Flexible MBA," webpage captured August 2, 2020, accessed January 30, 2022 at https://web.archive.org/web/20200802185429/https:/carey.jhu.edu/programs/mba-programs/flexible-mba

John Hopkins Carey Business School, "Full-Time MBA," webpage captured August 2, 2020, accessed January 30, 2022 at https://web.archive.org/web/20200802230339/https:/carey.jhu.edu/programs/mba-programs/full-time-mba

John Hopkins Carey Business School, "Tuition and fees," webpage captured August 6, 2020, accessed January 30, 2022 at https://web.archive.org/web/20200806135911/https:/carey.jhu.edu/programs/admissions/how-to-apply/tuition-fees

National Center for Education Statistics College Navigator, "Yale University," accessed January 31, 2022 at https://nces.ed.gov/collegenavigator/?q=yale&s=all&id=130794#enrolmt

National Center for Education Statistics, accessed January 28, 2022 at https://nces.ed.gov/

Salovey, Peter, "COVID-19 – Moving courses online and other significant updates," *Yale University*, March 10, 2020, accessed January 31, 2022 at https://covid19.yale.edu/community-messages/covid-19-moving-courses-online-and-other-significant-updates

Salovey, Peter, "COVID-19 Update – First Confirmed Yale COVID-19 Case; Extending Online Instruction to End of Spring Semester; Campus and Staffing Considerations," *Yale University*, March 14, 2020, accessed January 31, 2022 at https://covid19.yale.edu/community-messages/covid-19-update-first-confirmed-yale-covid-19-case-extending-online-instruction

Salovey, Peter, and Scott Strobel, "Fall 2020," *Yale University*, July 1, 2020, accessed January 31, 2022 at https://covid19.yale.edu/community-messages/fall-2020

Salovey, Peter, and Scott Strobel, "Plans for the Spring Semester," *Yale University,* October 6, 2020, accessed January 31, 2022 at https://covid19.yale.edu/community-messages/plans-spring-semester

Strobel, Scott, and Pericles Lewis, "Guidance on Travel and Summer Programs," April 3, 2020, accessed January 31, 2022 at https://covid19.yale.edu/community-messages/guidance-travel-and-summer-programs

University of Illinois Chicago Office of the Registrar, "Fall 2020 & Spring 2021 Online Program Tuition Guide," accessed January 30, 2022 at https://apps.registrar.uic.edu/tuition/online/online-tuition-fall-2020-spring-2021#undergrad

University of Illinois Chicago Office of the Registrar, "Undergraduate Tuition and Fees [-] Fall 2020 Semester & Spring 2021 Semester," accessed January 30, 2022 at https://apps.registrar.uic.edu/tuition/undergrad/undergraduate-tuition-fall-2020-spring-2021

Yale, "Extracurriculars," accessed January 31, 2022 at https://admissions.yale.edu/extracurriculars

Yale, "Life at Yale," accessed January 31, 2022 at https://www.yale.edu/life-yale

Yale, "Peter Salovey, A.B., A.M., '86 Ph.D.," accessed February 3, 2022 at https://www.yale.edu/about-yale/leadership-organization/peter-salovey

Yale, "Residential Colleges," accessed January 30, 2022 at https://admissions.yale.edu/residential-colleges

Yale, "Summer Session," webpage captured July 2, 2020, accessed January 31, 2022 at https://web.archive.org/web/20200702151905/https://summer.yale.edu/

Yale, "The Campus," accessed January 30, 2022 at https://admissions.yale.edu/campus

Yale, "Yale Facts," accessed February 3, 2022 at https://www.yale.edu/about-yale/yale-facts

## Bates-Numbered Documents

YU-0000000690

YU-0000016105

YU-0000016109

YU-0000019084

YU-0000019143

YU-0000019178

YU-0000021607

YU-0000034090

YU-0000041096