# Exhibit 31

From: Giuseppe Moscarini <giuseppe.moscarini@yale.edu>
Sent: Thu, 2 Jul 2020 16:24:16 -0400 (EDT)
To: "Lewis, Pericles" <pericles.lewis@yale.edu>
Subject: Re: Fall 2020

it's disrespectful to the scores of us who have been working hard for months to rescue something about the whole year

On Thu, Jul 2, 2020 at 6:21 PM Lewis, Pericles <pericles.lewis@yale.edu> wrote:

> She can do a follow up course on misery.
>
> All best,
> Pericles
>
> Pericles Lewis
> Yale University
>
>> On Jul 2, 2020, at 12:12 PM, Giuseppe Moscarini <giuseppe.moscarini@yale.edu> wrote:
>
> On Thu, Jul 2, 2020 at 6:07 PM Lewis, Pericles <pericles.lewis@yale.edu> wrote:
>
>> Yes. Very difficult. I have complained about Laurie. I think other top universities will be more restrictive.
>
> I think too, except Princeton (and that will hurt us). This is why her message is so unhelpful, she will make us look worse than we deserve. And from the happiness celebrity, so she has credibility on how happy students can be on campus. Was she part of any committees?
>
>> All best,
>> Pericles
>
> Pericles Lewis

CONFIDENTIAL                                                                                          YU-0000035344

Yale University

> On Jul 2, 2020, at 11:56 AM, Giuseppe Moscarini <giuseppe.moscarini@yale.edu> wrote:
>
>> I am sure you heard of Santos' threatening message to Sillimanders. Hers are very questionable professional ethics. If she felt uncomfortable serving as head of college in this mayhem, she should have resigned as head, rather than boycotting the University plans.
>
> It appears that the general announcement includes the closure of many common spaces; not only butteries, as we discussed, but also college gyms. And Bass at 25% capacity. Sounds exactly like the prison system we had been trying to avoid. Santos describes it exactly in those terms: live in a hospital, eat alone in your room. Which is probably not even very likely.
>
> [Redacted] tells me that the first reaction of their group of their NH-based friends is to gap, all of them [Redacted] We'll see how many stick to it. [REDACTED] a swimmer, so that would make sense. One of [Redacted] suitemates told him he is not going back and so they would all have single rooms in the current allocation. Two suitemates said they will be back.
>
> This is not looking good so far. Students on librex seem to be outraged at the treatment of sophomores, and at the overall restrictions. Students do not have a clear sense of the constraints, but if other major universities impose fewer restrictions, it will be trouble.

> On Wed, Jul 1, 2020 at 10:18 PM Giuseppe Moscarini <giuseppe.moscarini@yale.edu> wrote:
>
>> Full tuition, even including the activities fee, for hard-banned students is a bit offensive. Yale will lose that money, and more, in missed donations going forward. Very myopic. It would have been cheap to buy some goodwill, and share the burden.

For now, what I hear from [Redacted] friends and even from [Redacted] suitemates is that they are not so happy, and some are going to gap; whether they will find something else to do, remains to be seen. For now, travel in Europe is opening up big time, and I think the UK welcomes Americans too.

On Wed, Jul 1, 2020 at 6:52 PM Lewis, Pericles <pericles.lewis@yale.edu> wrote:

> Thanks. I feel pretty good about the decision considering the most likely alternatives.
>
> [Redacted] will probably go for the first semester and then take a leave of absence, if she can get into an Asian country like Taiwan for the first half of 2021.
>
> I think Marvin is backing off sending the kids back to old campus but not sure…
>
> Pericles Lewis
>
> *Vice President for Global Strategy*
>
> *Vice Provost for Academic Initiatives*
>
> *Douglas Tracy Smith Professor of Comparative Literature*
>
> *Yale University*
>
> **From:** Giuseppe Moscarini [mailto:giuseppe.moscarini@yale.edu]
> **Sent:** Wednesday, July 1, 2020 12:50 PM
> **To:** Lewis, Pericles <pericles.lewis@yale.edu>
> **Subject:** Re: Fall 2020

I know. You did an amazing job. I cannot think what would have happened otherwise. I vote for you as Yale President! It's time for change anyway.

My sense is that the prior was to keep everybody home, caving to pressure from staff unions and such, which would have been the end of Yale, as we know it. The fact that kids are happy means that you attained a lot. This will hopefully be just a major shock, with a few years' ramifications.

The threat of sending Jrs to old campus is really the worst. Some students (like [Redacted]) already endured a FY year in very poor accommodation. The idea that FY might enjoy the nice (and single!) college rooms throughout, and the Jrs will be pushed back to old campus, is tough to swallow for the latter. Let's hope that it does not come to that. They should have pushed some Srs to old campus, given that they already had 2.75 years of normal college life, that the Jrs have no guarantee of. Ex post, it will look unfair, yet it is all predictable.

What will [Redacted] do? [Redacted] is torn between gapping, but the full year, not just the fall, and enrolling but looking for off campus space with his Foote and Hopkins and Yale buddies (he has a few around). Since they are banned from campus, the actual location of the housing is irrelevant. I am on leave in the fall, and I have to spend some time in Italy anyway to take care of some family business, so I might just leave him and his friends my house....

CONFIDENTIAL
YU-0000035347

On Wed, Jul 1, 2020 at 6:30 PM Lewis, Pericles <pericles.lewis@yale.edu> wrote:

> You're probably right. And I made most of these points to everyone making the decision. But I lost this part of the battle.
>
> All best,
>
> Pericles
>
>
> Pericles Lewis
>
> Yale University
>
>
>> On Jul 1, 2020, at 12:28 PM, Giuseppe Moscarini <giuseppe.moscarini@yale.edu> wrote:
>>
>>
>> I am convinced this is a very bad decision, that will doom Yale for years to come; the (mostly, mathematical) reason is that the public health situation will be either very good, so everybody could be accommodated, or very bad, in which case everybody will go home anyway, after enrolling, but in that case no one could blame Yale; either way, we'd enroll a lot more students; the decision they made instead plans for a middle ground, trying to contain a possible resurgence; the highly nonlinear nature of pandemics, as clear from SIR models, makes this middle ground a possible but very unlikely outcome; so we only get the cost (low enrollment) without much of the benefit either way. The marginal benefits of single rooms to prevent a resurgence are negligible.
>>
>>
>> My guess now: 40% of the combined FY+SO class will gap; that's 20% of the total, and more of those living on campus; add some Jrs and even some Srs;

CONFIDENTIAL YU-0000035348

we are at over 25% of the total not enrolled. I told you I already know of one Jr who decided to gap the fall anyway.

A moderating factor is that gapping only the fall is probl: several classes are fall-spring sequences, and if you miss the fall, the spring is also thrown off balance.

Students will soon realize that Europe is opening up (today free air movement without quarantine within Europe resumed; life is basically normal in Rome; in most of Europe, they just chase isolated hot spots, and tamp them down) and so Europe may offer traveling opportunities for a gap year. Same for Australia. A 14day initial quarantine is required at Yale too. Things will probably change in the fall in Europe, but students may fail to anticipate that.

There will be a lot of empty bedrooms on campus, and disgruntled SO (and the possibly FY) who would have liked to use them; as a Jr or Sr, on campus life means many more restrictions, bad food, and no advantage in freedom of movement in and out of campus spaces.

G

CONFIDENTIAL
YU-0000035349

> On Wed, Jul 1, 2020 at 5:28 PM Lewis, Pericles <pericles.lewis@yale.edu> wrote:
>
> If it is 40% spread evenly, I think we are ok. That would imply having 1.1X normal enrollment in remaining semesters. Much more concerning is if 100% of sophomores take leaves and we have 1.25X normal enrollment in 2023-2024.
>
> If 40% of freshmen gap, we will have to have a larger class next year and reallocate teaching resources accordingly. As long as almost all the seniors graduate, that would still mean only ~1.0X total normal enrollment next year, but it would mean 1.4X the freshman class and that would be challenging but not, I think, insurmountable. Juniors or seniors would have to live off campus and it will be challenging for very large courses. The big challenges would come in 2023-2025 and we would have time to prepare for those.
>
> Pericles Lewis
>
> *Vice President for Global Strategy*
>
> *Vice Provost for Academic Initiatives*
>
> *Douglas Tracy Smith Professor of Comparative Literature*
>
> *Yale University*

**From:** Giuseppe Moscarini [mailto:giuseppe.moscarini@yale.edu]
**Sent:** Wednesday, July 1, 2020 11:21 AM
**To:** Lewis, Pericles <pericles.lewis@yale.edu>
**Subject:** Re: Fall 2020

> On Wed, Jul 1, 2020 at 5:19 PM Lewis, Pericles <pericles.lewis@yale.edu> wrote:
>
>> So far the kids seem relatively happy because they were expecting worse…
>
> that's good; I am very concerned about 40% gapping, and then what?

Pericles Lewis

*Vice President for Global Strategy*

*Vice Provost for Academic Initiatives*

*Douglas Tracy Smith Professor of Comparative Literature*

*Yale University*

**From:** Giuseppe Moscarini [mailto:giuseppe.moscarini@yale.edu]
**Sent:** Wednesday, July 1, 2020 11:17 AM
**To:** Lewis, Pericles <pericles.lewis@yale.edu>
**Subject:** Re: Fall 2020

and the summer courses instead of tuition discount to FY and SO is really a slap in the face; imagine if the spring term is delayed, and then they have to do summer school with no break; this is really mindless; Marving

CONFIDENTIAL
YU-0000035351

> > screwed up on this one big time; I can only imagine the backlash

> On Wed, Jul 1, 2020 at 5:14 PM Giuseppe Moscarini <giuseppe.moscarini@yale.edu> wrote:
>
> > very disappointing
>
> > how can students from abroad/other states quarantine on arrival for 14 days, after August 24? there is no space for all to quarantine in designated spaces
>
> > foreign FY may be in residence all the time; sophomores may lose .75 years of residence, including the .25 already lost; athletes might end up resuming sports nonetheless

> > ---------- Forwarded message ---------
> > From: **President Peter Salovey and Provost Scott Strobel** <No-reply@message.yale.edu>
> > Date: Wed, Jul 1, 2020 at 3:02 PM
> > Subject: Fall 2020
> > To: <giuseppe.moscarini@yale.edu>

Offices of the President and Provost

Dear Members of the Yale Community,

We are writing to report plans for fall 2020. We know you have been waiting patiently for the information provided here, in the attached links, and in communications you will receive from others shortly. These plans adhere to the advice of public health experts, reflect input from Yale's COVID-19 Contingency Planning Committees, and are in accordance with Connecticut Governor Ned Lamont's roadmap for reopening Connecticut.

Yale will welcome graduate and professional school students and a portion of the undergraduate population back to campus for the fall semester. Nearly all Yale College courses will be taught remotely, so that all undergraduate students can enroll. Graduate and professional schools will offer different combinations of in-person and remote teaching. We also will continue our reactivation of on-site research and many other university operations with strict health precautions in place. These decisions are possible because of the continued decline in community transmission of COVID-19 in Connecticut, the creation of a university-wide COVID-19 screening program, and the implementation of other health and safety actions.

Now more than ever, the world needs the very best from Yale. We state in our goals for the institution that Yale aspires to be "the research university most committed to teaching and learning" and to "provide an unsurpassed campus learning environment that cultivates innovators, leaders, pioneers, creators, and entrepreneurs in all fields and for all sectors of society." With great care for everyone's well-being, we must do all that we can to continue to create knowledge and educate the next generation.

All of us are sacrificing as part of a community dedicated to reducing the risk of spreading COVID-19. Although the rates of COVID-19 hospitalization and death have declined in Connecticut, this pandemic is not over. The public health crisis continues to demand self-discipline, personal responsibility, prioritizing the common good over individual preferences, a spirit of cooperation, and resilience. The Yale community rises to every challenging time with spirit and optimism, and we know this moment will not be different.

In order to reduce the spread of COVID-19, we must substantially limit many activities in the fall. We include some details below, and students, faculty, and staff will receive particulars from deans and other university leaders in the coming days. We are updating the university's COVID-19 website regularly with information for all members of the community. In addition, we will soon send an invitation to a town hall meeting, at which we can share these plans more fully and address your questions.

### IN-RESIDENCE EDUCATION FOR YALE COLLEGE

Although in-residence education for Yale College students will not look like typical college life in the next academic year, we will create the best possible learning

CONFIDENTIAL   YU-0000035353

environment in the context of this public health crisis. We must be aware that social distancing, wearing face coverings, and other precautions have reduced COVID-19 spread in Connecticut, but thousands of new cases of the disease are reported weekly across the country. We have a responsibility to continue to do our part to control this pandemic as we resume teaching and learning in the fall.

### Some undergraduates will have the option to return to campus

For each semester in 2020-2021, three classes of students will be in residence. We encourage students who cannot return to campus to continue their Yale education remotely. For fall 2020, first-year students, juniors, and seniors will have the option to live in residential colleges and other campus housing. For spring 2021, sophomores, juniors, and seniors can choose to live on campus. This arrangement allows the university to decrease the undergraduate student population living in the colleges to about 60 percent of normal and lower the risk of spreading COVID-19.

Yale College Dean Marvin Chun will provide additional information about how first-year students and sophomores who enroll for the coming fall and spring semesters will be able to take two courses in Yale Summer Session in 2021 under a special arrangement that waives tuition for two credits. He also will announce guidelines on taking a leave of absence or gap year for those who prefer these options. In addition, the provost announced in May that we will be following a modified academic calendar to allow students to complete in-person educational programs by Thanksgiving break.

### Undergraduate courses will mostly be conducted remotely

As has been the case since the beginning of the pandemic, our plans are guided by considerations for the health and safety of students, faculty, staff, and neighbors. We will be implementing social distancing measures for all courses. The fall semester will require self-discipline and a focus on the well-being of others, especially those who are most vulnerable to COVID-19.

For most lectures and seminars—as well as other small-format courses such as writing classes and introductory language classes—the bulk of instruction will be conducted remotely. There will be both synchronous and asynchronous components. Wherever feasible, such courses will have associated in-person supplements. For a small number of classes, such as those involving laboratory or studio work that cannot be conducted remotely, instruction will take place in person, in socially distanced settings.

## GRADUATE AND PROFESSIONAL SCHOOL COURSES AND RESIDENTIAL LIVING

Most of Yale's graduate and professional students live off campus, making it possible to welcome back all who can study and conduct research on campus. We recognize that some students cannot return to campus due to travel or health restrictions, so most

courses will be taught remotely. Some will be conducted in-person with social distancing requirements in place. Using a mix of online and in-person courses maximizes our options for students to return to campus and for adhering to public health guidelines. The deans of each school will send additional details.

To lower the risk of spreading COVID-19, Yale housing for graduate and professional students will require reduced occupancy, social distancing in common areas, and other restrictions.

## RESUMING RESEARCH AND OTHER OPERATIONS ON CAMPUS FOR FACULTY, STAFF, AND TRAINEES

As a global research university, we have a responsibility to ask deep questions about ourselves and the world. In May, the provost announced three phases of research reactivation, which brought back a limited number of faculty, staff, and trainees to campus starting June 1. We will begin phase 2 on July 20 and expect to enter phase 3 of research reactivation on August 24. Many research activities will resume, while observing strict health and safety precautions.

We encourage anyone who can do their work from home to continue to do so. Consistent with the guidance from the State of Connecticut, individuals over the age of 65 or who are at higher risk for severe illness should continue to work from home when possible.

As research and teaching activities expand in the coming weeks, managers will inform staff when they are needed on campus. We are committed to supporting our community during this unprecedented public health crisis, and Senior Vice President for Operations Jack Callahan Jr. will provide more specific guidance to staff and managers soon.

## COVID-19 TESTING AND OTHER PRECAUTIONS

The substantial reduction in the rates of COVID-19 hospitalization, death, and infection in Connecticut is directly related to the precautions taken on campus, in the City of New Haven, and in the state for the past several months. To sustain positive public health trends in our region, each of us must continue to maintain at least six feet of distance from others, wear a mask or other face covering when in public places, self-monitor for COVID-19 symptoms, wash our hands frequently, and adhere to other precautions. Each member of the community plays a critical role in preventing the spread of COVID-19. All students, faculty, and staff must commit to following health guidelines and setting an example for their peers.

The requirements below are based on current public health guidance and state rules. Because government officials may need to adjust their policies based on the conditions in our region, these requirements may be updated in the coming months. We will keep you informed of any changes and will update the COVID-19 website continually.

CONFIDENTIAL
YU-0000035355

## Mandatory training and public health guidelines

All faculty, staff, and students returning to campus will be required to complete online informational programming. All undergraduate, graduate, and professional school students returning to campus must review, sign, and follow the Yale Community Compact, which describes social distancing, viral testing, and health and hygiene guidelines. We also encourage everyone to review regularly the full list of health measures.

## The Yale COVID-19 Screening Program

### COVID-19 testing for students

To reduce the transmission of asymptomatic cases of COVID-19 among students who are coming to New Haven from many different locations, viral testing and other precautions will be required of all students returning to campus.

- All undergraduate students (whether living on or off campus) will be tested upon arrival to campus and will be required to undergo viral testing weekly throughout the semester.
- Graduate and professional school students living in university dormitory-style housing will be tested upon arrival to campus and will be required to undergo viral testing weekly throughout the semester.
- Graduate and professional students living off campus will be required to undergo viral testing once at the start of the fall semester. Additional testing is available if required by academic programs involving direct patient care or if a student has concerns about exposure.
- All students arriving from abroad or from states with high prevalence of COVID-19 will quarantine for 14 days as required by the State of Connecticut. You can find the current list of states on Connecticut's travel advisory webpage.
- Students who live in residential colleges or university dormitory-style housing and receive positive test results will isolate in separate university housing for at least 14 days and until Yale Health informs them it is safe to stop isolation. They will receive medical care and be able to take classes remotely.
- Students who live off campus and receive positive test results will be asked to isolate at home for at least 14 days and until Yale Health informs them it is safe to return to campus. They will receive medical care and be able to take classes remotely.
- Close contacts of students who test positive will be asked to quarantine for 14 days. They will be able to take classes remotely. The identity of the individual testing positive will not be shared with contacts.
- Yale Health will provide medical care as necessary for any student who becomes symptomatic with COVID-19.

### COVID-19 testing for faculty, staff, and post-doctoral trainees

All faculty, as well as student-facing staff and post-doctoral trainees, who will be on campus during the fall term will be required to be tested for COVID-19 at the start of the semester. Staff and post-doctoral trainees who do not interact with students are encouraged, but are not required, to be tested for COVID-19 at the start of the semester. Depending on their Yale duties, a limited number of faculty and staff may be required to be tested for COVID-19 weekly. Other asymptomatic individuals who feel they may be at risk for COVID-19 may seek additional testing through Yale's COVID-19 Screening Program. Faculty, staff, and post-doctoral trainees who test positive will be asked to self-isolate at home for at least 14 days and until a health care provider informs them it is safe to return to campus.

### Enhanced cleaning and disinfection protocols

Yale's facilities team will clean and disinfect buildings thoroughly prior to reopening them. The team will disinfect public spaces and commonly touched surfaces throughout the day. Hand sanitizers will be available at numerous locations within all occupied buildings. We are augmenting cleaning protocols to sustain good workplace hygiene.

## TRAVEL, EVENTS AND GROUP GATHERINGS, AND VISITORS TO CAMPUS

### Travel outside of Connecticut will be discouraged

Although health conditions may be improving in parts of the country and the world, we are still in a pandemic. To do our part in limiting the spread of COVID-19, travel outside of Connecticut is discouraged for faculty and staff for the duration of this public health crisis. Undergraduates may travel only for emergencies or with approval from their residential college deans' offices for travel that is essential for educational or personal reasons. The university strongly urges graduate and professional students to limit their travel. Everyone should wear masks or other face coverings and practice social distancing to the greatest extent possible while traveling.

Travelers returning from abroad or any state with a high prevalence of COVID-19 must be tested for COVID-19 and self-quarantine for 14 days. Other domestic travelers are encouraged to be tested through the Yale COVID-19 Screening Program upon return.

### Events and group gatherings will be limited

If possible, Yale events should be hosted remotely. In-person classes, meetings, and social gatherings in the fall will be limited. Performances will not be held, and meal service will be substantially modified to eliminate crowded dining rooms. The Ivy League will announce a decision about fall athletic competition on July 8. Yale Athletics will provide updates.

We will track carefully state and public health guidance on events and group gatherings, and keep you informed through the COVID-19 website.

**Visits to campus will be limited**

To reduce the risk of bringing cases of COVID-19 to campus, the university will not allow short-term visitors (anyone staying on campus for less than a full semester) in the fall term. The Visitor Center will remain closed. Deans will be providing instructions on how parents and guardians may bring students to campus.

We will require scholars and students who plan to visit campus for the full fall semester to follow all university policies and public health guidelines. Visiting scholars and students must be tested for COVID-19 upon arriving on campus.

We will review these limits in mid-November if prevailing state rules or public health guidance changes. More information is available at the COVID-19 website.

## CONTINUED MONITORING OF COVID-19 AND PUBLIC HEALTH CONDITIONS

The pandemic is a dynamic situation—developments in the prevalence of the virus, the availability of treatment, or guidance from government officials may require changes in announced policies. Yale's Public Health Committee will continue to track infection and hospitalization rates and monitor developments in public health policies and recommended practices.

We are prepared for different scenarios, including a possible resurgence of infections later in the fall that could lead to a change in campus activities. Yale's modified academic calendar for the fall will help to mitigate the effects of a potential second wave of COVID-19, as the last week of instruction, reading period, and final exam period will be conducted remotely. Our colleagues will be in regular touch with you about any relevant changes in public health conditions or guidelines.

\*\*\*

We take this opportunity to thank the members of the COVID-19 Contingency Planning Committees for their hard work, thoughtful deliberations, and detailed recommendations. And we thank all of you for sustaining Yale's core mission over the last several months, whether through teaching and learning online, reactivating research, or maintaining campus operations. Our ability to work together despite great challenges has brought us to this moment in pandemic planning. And, as a community, we can emerge with our core mission and ability to pursue it stronger than ever.

This turbulent period in our nation and around the world demonstrates that there are more questions than answers in solving pressing challenges, in mitigating conflict, and in

creating a world where all can thrive. We must approach our work—to create and share knowledge that benefits humanity and to prepare leaders of insight and integrity—with a renewed sense of purpose. There is a lot for us to do, and together, we will bring light and truth to a country and a world that need both.

With best wishes for your health and safety,

Peter Salovey
President
Chris Argyris Professor of Psychology

Scott Strobel
Provost
Henry Ford II Professor of Molecular Biophysics and Biochemistry

 Offices of the President and Provost



--

Giuseppe Moscarini          Yale University
Professor of Economics      Department of Economics
tel (203) 432-3596          P.O. Box 208268
fax (203) 436-2626          New Haven CT 06520-8268
   http://economics.yale.edu/people/giuseppe-moscarini

--

                    Giuseppe Moscarini          Yale University
Professor of Economics      Department of Economics
tel (203) 432-3596          P.O. Box 208268
fax (203) 436-2626          New Haven CT 06520-8268
   http://economics.yale.edu/people/giuseppe-moscarini

CONFIDENTIAL                                                              YU-0000035359

--

Giuseppe Moscarini        Yale University
Professor of Economics    Department of Economics
tel (203) 432-3596        P.O. Box 208268
fax (203) 436-2626        New Haven CT 06520-8268
http://economics.yale.edu/people/giuseppe-moscarini

--

Giuseppe Moscarini        Yale University
Professor of Economics    Department of Economics
tel (203) 432-3596        P.O. Box 208268
fax (203) 436-2626        New Haven CT 06520-8268
http://economics.yale.edu/people/giuseppe-moscarini

--

Giuseppe Moscarini        Yale University
Professor of Economics    Department of Economics
tel (203) 432-3596        P.O. Box 208268
fax (203) 436-2626        New Haven CT 06520-8268
http://economics.yale.edu/people/giuseppe-moscarini

--

Giuseppe Moscarini        Yale University
Professor of Economics    Department of Economics
tel (203) 432-3596        P.O. Box 208268
fax (203) 436-2626        New Haven CT 06520-8268
http://economics.yale.edu/people/giuseppe-moscarini

--

Giuseppe Moscarini        Yale University
Professor of Economics    Department of Economics
tel (203) 432-3596        P.O. Box 208268
fax (203) 436-2626        New Haven CT 06520-8268
http://economics.yale.edu/people/giuseppe-moscarini

--

CONFIDENTIAL

Giuseppe Moscarini  
Professor of Economics  
tel (203) 432-3596  
fax (203) 436-2626  
Yale University  
Department of Economics  
P.O. Box 208268  
New Haven CT 06520-8268  
http://economics.yale.edu/people/giuseppe-moscarini

--

Giuseppe Moscarini  
Professor of Economics  
tel (203) 432-3596  
fax (203) 436-2626  
Yale University  
Department of Economics  
P.O. Box 208268  
New Haven CT 06520-8268  
http://economics.yale.edu/people/giuseppe-moscarini

--

Giuseppe Moscarini  
Professor of Economics  
tel (203) 432-3596  
fax (203) 436-2626  
Yale University  
Department of Economics  
P.O. Box 208268  
New Haven CT 06520-8268  
http://economics.yale.edu/people/giuseppe-moscarini

CONFIDENTIAL                                                                                       YU-0000035361