IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JONATHAN MICHEL, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>          v.<br><br>YALE UNIVERSITY,<br><br>     Defendant. | Case No. 3:20-cv-01080-SALM |

## DECLARATION OF SARAH PORISS

I, Sarah Poriss, am an attorney licensed to practice in Connecticut and counsel for Plaintiff in this proceeding.  I am over 18 years of age and competent to make the following statement.  All of the statements below are based on my personal knowledge.

1. I have been licensed to practice law in the State of Connecticut since 2002.

2. In that time, I have practiced exclusively in the area of consumer protection.

3. In my first 4 years of practice, I worked with Consumer Law Group, LLC in Rocky Hill, CT, which represented classes of all types from auto fraud and financial services fraud.

4. At Consumer Law Group, I was typically in charge of the discovery phase of the class action matters and managed communication with class representatives.

5. I have been in solo practice since 2006, where I focused initially on Fair Credit Reporting Act, Fair Debt Collections Practices Act and collection defense matters.

6. I began working on foreclosure defense in 2007 and built that practice to approximately 95% of my practice starting in 2014.

7. I currently have the largest foreclosure defense practice in the State of Connecticut.

2

      8.      I have been a Member of the National Association of Consumer Advocates since 2002.

      9.      I regularly attend and teach CLE seminars related to consumer law practice, focusing on both substantive subject areas and law office management.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 2, 2022

*/s/ Sarah Poriss*
Sarah Poriss, Esq.
777 Farmington Avenue
West Hartford, CT 06119
Tel: 860-233-0336
Fax: 866-424-4880
Email: sarahporiss@prodigy.net
Fed. Bar No. Ct24372

Attorney for Plaintiff