# Exhibit 24

# Yale

To:        Peter Salovey, President
From:      Stephen C. Murphy, Vice President for Finance and Chief Financial Officer

cc:        Jack Callahan, Senior VP for Operations and Chief Operating Officer
           Scott Strobel, Provost

Date:      September 15, 2020
Re:        Fiscal Year 2020 Financial Results

---

Below please find an overview of the Fiscal Year 2020 (FY20) year-end financial results for Yale University on a Management View basis.[1] The annual report with the GAAP financial statements for external reporting purposes will be completed, audited, and reviewed with the Audit Committee at our conference call in October and released in time for the end of October filing deadline.

At the October Corporation meeting we plan to provide the trustees with highlights from the FY20 financial results, an update on the FY21 budget, and initial thoughts on implications for the FY22+ long-range plan.

## Executive Summary

- In FY20 the net results from operations for the university was a surplus of $125 million. This was $73 million favorable to budget, $38 million favorable to prior year, and $193 million better than the $68 million deficit forecasted at the time of the June Corporation meeting. FY20 revenues were $4,273 million (+0.1% vs budget; +2.2% vs prior year). Expenses were $4,096 million (2.5% lower than budget; 3.9% higher than prior year).

- The significant positive result compared to the June forecast was due to higher revenues (+$154 million vs forecast) and lower expenses (+$68 million vs forecast), partially offset by higher fund transfers (-$30 million vs forecast).

- FY20 operating revenues were better than the forecast for clinical income, gifts, grants and contracts, and cash management income. The June forecast anticipated significant COVID-related declines which largely did not materialize other than a reduction in clinical revenues, although even that decline was less than anticipated.

- FY20 expenses were lower than the forecast due to lower fringe benefit costs from reduced employee health care activity in addition to a slowdown in non-salary spending that was even more successful than anticipated, particularly in the areas of travel and entertainment, materials and supplies, and utilities.

---

[1] *All figures in this report are shown based on the Management View unless otherwise indicated. The "Management View" represents the way Yale manages its operations and looks at financial information for internal discussion and decision-making purposes. This differs from how financial results are presented on a GAAP (Generally Accepted Accounting Principles) basis for external reporting purposes, e.g., CRC vs book depreciation. The difference between the Management View and GAAP view is discussed later in the memo.*

                                    YU-0000013477

- With these positive operating results, the university was able to add $14 million to unrestricted central reserves and $12 million to the cash management income reserve. The university finished FY20 with ███████ in combined balances for these two unrestricted reserve accounts. ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

- In addition, consistent with maintaining focus on the academic priorities, the university was able to transfer ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

- Capital spending (disbursements) for the year was $489 million, which was favorable to the budget by $50 million or 9.2% ($35 million or 7.8% more than prior year), primarily due to COVID-related delays on projects including Reese Stadium, Peabody Museum, and Kline Tower. The capital plan was funded primarily by CRC ($388 million) and gifts ($94 million). The university borrowed $500 million in taxable debt in FY20 for future capital plan spending as part of an overall strategy to boost liquidity with an additional $1 billion in taxable debt to be funded by the endowment.

- While the GAAP financial statements are not yet final, they are substantially complete, and Yale will report an operating surplus on its external statements of approximately $203 million for the year (versus the 125 million surplus in the Management View discussed above), which is $68 million lower than the prior year.

**FY20 Operating Results – Overview**

In FY20, Net Results for the <u>Total University</u> was a surplus of $125 million from operations (Exhibit A, line 25), which was $73 million favorable to budget and an increase of $38 million relative to the prior year's actual results.



---

[2] *University Funds Functioning as Endowment ("UFFE" or "quasi-endowment" fund) is defined as a fund treated by an institution as an endowment fund using unrestricted non-endowment sources and held for its own benefit.*

[3] ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

Table 1: Yale University – FY20 Financial Results (Management View)

| $ millions | FY19 Actual | FY20 Budget | FY20 Actual | $ Better/(Worse) vs. FY19 Actual | $ Better/(Worse) vs. FY20 Budget | % Better/(Worse) vs. FY19 Actual | % Better/(Worse) vs. FY20 Budget |
|---|---|---|---|---|---|---|---|
| Revenue | $  4,181 | $  4,270 | $  4,273 | $      92 | $      3 | 2.2% | 0.1% |
| Expense | 3,944 | 4,200 | 4,096 | (153) | 103 | (3.9%) | 2.5% |
| **Operating Results** | **238** | **70** | **177** | **(61)** | **107** | | |
| Funds Transfers from/(to) Non-Op | (151) | (18) | (52) | 99 | (33) | | |
| **Net Results*** | **87** | **52** | **125** | **38** | **73** | | |

*add to/(use of) operating fund balances; sums may not add due to rounding.*

The FY20 actual Net Results for the university was $193 million better than the forecasted $68 million deficit at the time of the June Corporation meeting. This was primarily due to higher than anticipated revenues (+$154 million vs the June forecast) with better than expected results in fundraising, cash management income, clinical services, and grants and contracts. The June forecast anticipated significant declines from these revenue sources, which did not materialize other than a reduction in clinical revenues, although even that decline was less than anticipated. In addition, expenses were $68 million lower than the June forecast as a result of lower benefit costs from reduced employee health care activity as well as the slowdown of expenses, which was even more successful than the forecast, particularly in the areas of travel and entertainment, materials and supplies, and utilities.

Below please find a summary of the major variances from the June forecast for the total university:

| Net Results – June 2020 forecast | ($68) million |
|---|---|

*Higher revenues*
Medical Services income        +47   Clinical activities at Medical School rebounded faster than anticipated
Current use gift income        +35   Projected reduction in giving due to COVID-19 did not occur
Grant and contract income      +24   FAS favorable grant activity
Cash management income         +18   Long-term pool return of +5.9% at close vs -7.1% June projection
All other revenue              +30   $10 million in royalty income from IPOs, other declines did not occur

*Lower expenses*
Employee benefit costs         +34   Lower medical claims due to COVID-19
All other expenses             +34   Lower travel and entertainment (+$22M) and materials/supplies (+$17M)

*Higher transfers*
Funds transfers               (30)   ████████████████████████████

Total variance vs June projection  +193

| Net Results – FY20 Actual | $ 125 million |
|---|---|

The Central Campus[4] generated a surplus of $137 million; the medical school generated a deficit of $39 million; and the professional schools generated a surplus of $27 million.

---

[4] *Please refer to Exhibit J for a list of the schools and units included in the Central Campus, Medical School, and Professional Schools.*

The <u>Central Campus</u> surplus includes a transfer of ██████████████████████
█████████████████████████████████████████████████████████████████████
In addition, the positive result from operations allowed for an addition to central reserves of $14 million[5] versus the June forecast, which anticipated a *use of* $46 million from central reserves. (Please see below for additional discussion of the year-end reserve position.) ████████████████
████████████████████████

The <u>Medical School</u>'s deficit of $39 million was $51 million unfavorable to the budget ($116 million unfavorable versus the prior year; $55 million favorable to the June forecast).  In the clinical practice, elective procedures and ambulatory visits returned more quickly than originally anticipated. Moreover, physicians continued to see patients via telemedicine, using both video and telephone, with most insurers paying 100% of their regular reimbursement rates. This resulted in Medical Services Income of $1,066 million, which was $9 million below budget ($47 million or 4.6% favorable versus the prior year; $47 million favorable to the June forecast).  Overall, revenue for the school came in at budget at $2.0 billion.

The surplus in the <u>Professional Schools</u> of $27 million was $33 million favorable to budget ($12 million better than the prior year; $39 million better than the June forecast), primarily due to favorable gift income in the Law School and the School of the Environment as well as reduced non-salary expenses.

Table 2: FY20 Operating Results by Major Area

| $ millions | | Central Campus | Medical School | Prof Schools | Total Yale |
|---|---|---|---|---|---|
| **Revenue** | | 1,829 | 2,002 | 442 | 4,273 |
| B/(W) vs FY20 Budget | $ | (7) | (1) | 11 | 3 |
| % vs FY20 Budget | % | (0.4%) | (0.0%) | 2.7% | 0.1% |
| | | | | | |
| vs FY19 Actual | $ | 37 | 49 | 6 | 92 |
| % vs FY19 Actual | % | 2.1% | 2.5% | 1.3% | 2.2% |
| **Expense** | | 1,567 | 2,078 | 451 | 4,096 |
| B/(W) vs FY20 Budget | $ | 161 | (76) | 19 | 103 |
| % vs FY20 Budget | % | 9.3% | (3.8%) | 4.0% | 2.5% |
| | | | | | |
| vs FY19 Actual | $ | 29 | (179) | (3) | (153) |
| % vs FY19 Actual | % | 1.8% | (9.4%) | (0.6%) | (3.9%) |
| **Operating Results** | | 262 | (76) | (9) | 177 |
| B/(W) vs FY20 Budget | $ | 153 | (77) | 30 | 107 |
| vs FY19 Actual | | 66 | (130) | 3 | (61) |
| **Net Results** | | 137 | (39) | 27 | 125 |
| B/(W) vs FY20 Budget | $ | 91 | (51) | 33 | 73 |
| vs FY19 Actual | | 142 | (116) | 12 | 38 |

---

[5] ██████████████████████████████████████████████████████████████

CONFIDENTIAL                                                                 YU-0000013480

**FY20 Revenue**

Revenue for the Total University was $4,273 million (Exhibit A, lines 1-9), which was $3 million or 0.1% favorable to budget ($92 million or 2.2% favorable versus the prior year). All three major sources of revenue for the university showed strong growth versus the prior year: endowment income ($1,437 million in FY20 revenue; $83 million or 6.2% growth versus the prior year[6]); medical services revenue ($1,133 million; $52 million or 4.8% favorable versus the prior year); and grant and contract income ($837 million; $13 million or 1.6% favorable versus the prior year). These three revenue sources represent 80% of the total university revenue on an annual basis (Table 3).

Table 3: Major Revenue sources as a % of Total

| Total University<br>$ millions | FY16 | FY17 | FY18 | FY19 | FY20 | CAGR |
|---|---|---|---|---|---|---|
| Total Revenue | 3,472 | 3,691 | 3,875 | 4,181 | 4,273 | 5.3% |
| | | | | | | |
| Endowment | 1,153 | 1,226 | 1,281 | 1,354 | 1,437 | 5.7% |
| Medical Services | 823 | 904 | 962 | 1,081 | 1,133 | 8.3% |
| Grant & Contract | 720 | 770 | 790 | 824 | 837 | 3.8% |
| Total | 2,696 | 2,900 | 3,033 | 3,259 | 3,407 | 6.0% |
| % of total Revenue | 78% | 79% | 78% | 78% | 80% | |

Other Income of $318 million was $6 million or 1.9% favorable to budget ($51 million or 13.8% lower versus the prior year). ██████████████████████████████████████████████████████████████████████████████████████████ Gift revenue of $160 million was in line with the budget for the year, although this exceeded the June forecast considerably, which had anticipated a significant slowdown in gifts in the final quarter of the fiscal year due to the pandemic.

Central Campus revenues (Exhibit B) were $1,829 million (43% of total university revenue), which was $7 million or 0.4% unfavorable to budget ($37 million or 2.1% favorable versus the prior year; $68 million favorable to the June forecast).

Gift revenue of $72 million was $26 million or 26.4% unfavorable to budget ($10 million or 15.7% favorable versus the prior year) due to a budgeted placeholder for new spendable gifts for the total

---

[6] *Endowment income growth of 6.2% represents 4.8% growth in the endowment distribution per unit, 0.7% growth due to new gifts and 0.7% growth due to net transfers into the endowment.*

[7] *Note: for Management View purposes this cash payment has been recorded as operating revenue received since it is unrestricted spendable cash. This cash has also been invested into the endowment in the newly-created Academic UFFE (University Funds Functioning as an Endowment), which resulted in a Funds Transfer out of operations in FY19.*

YU-0000013481

university that materialized in the professional schools rather than the central campus. Spendable gifts for the total university were on budget and ahead of prior year and are discussed later in the fundraising section of the memo.  Net tuition, room and board of $240 million was $18 million or 6.9% unfavorable to budget ($7 million or 3.0% lower versus the prior year). During the spring semester, Yale College went virtual in mid-March due to COVID-19, and the university decided to rebate the students 22% of the total costs for room and board (an average of $3,718 per student).

The unfavorable revenue above was largely offset by Grant and Contract income of $151 million, which was $23 million or 17.7% favorable to budget ($11 million or 8.0% favorable versus the prior year). The Division of Faculty Arts & Sciences realized increases in federal and non-federal funding due to strong support from sponsors before and during the pandemic.

In addition, Medical Services income of $67 million in Central Campus was $8 million or 13.6% favorable to budget ($5 million or 8.1% favorable versus the prior year) in Yale Health due to increased employee premiums (3.1% contract growth) and other revenue sources.

Medical School revenues (Exhibit C) exceeded $2 billion for the first time, finishing FY20 with $2,002 million (47% of total University revenues). This result was $1 million unfavorable to budget ($49 million or 2.5% favorable versus the prior year; $74 million favorable to the June forecast).

Medical services income was $1,066 million, which was $9 million or 0.8% unfavorable to budget ($47 million or 4.6% favorable versus the prior year) and is composed of fee-for-service income, Yale New Haven Health (YNHH) income, and other contractual income.



Yale-New Haven Hospital (YNHH) increased support for clinical services, investment in faculty recruitment, new clinical programs, and the YM CARE Center (the new patient call center which provides a single point of contact for patient coordination, appointments, referrals, and engagement). Positive discussions continue around increased support from YNHH for physician compensation and program development. Year-over-year, FY20 YNHH Income growth was up 21.7% to $416 million vs

YU-0000013482

$341 million in FY19. ███████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████ Contract & Other Clinical Income of $71 million was $20 million or 38.0% favorable to budget ($18 million or 35.2% versus the prior year).

Grant and Contract income was $668 million, which was $3 million or 0.5% unfavorable to budget ($5 million or 0.8% favorable versus the prior year). Researchers in the Yale School of Medicine began to return to campus on June 1. ████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████ While much research was conducted remotely in the period of March through June, non-salary spending on sponsored awards fell due to reduced spending on equipment, materials, supplies, and other non-salary expenses. Looking ahead, new research grants and supplements to existing grants continue to be awarded, both for COVID and non-COVID activities. Approximately 20% of YSM laboratories are engaged in COVID-19 related or other critical research.

Gift revenue of $33 million was $7 million or 28.1% favorable to budget ($12 million or 25.7% unfavorable versus the prior year). Several large COVID-19 gifts were received late in the fiscal year to purchase personal protective equipment (PPE) and conduct research related to COVID-19. The prior fiscal year included a $12 million bequest for Neurology and the School of Public Health.

Other income of $58 million was $6 million or 10.8% favorable to budget (equal to the prior year) mostly due to increased VA funding, royalty revenues from the NextCure IPO, and sublease income from 300 George Street.

Professional Schools revenues (Exhibit D) were $442 million (10% of total university revenues), which were $11 million or 2.7% favorable to budget ($6 million or 1.3% favorable versus the prior year; $12 million favorable versus the June forecast) due to better than expected current use gifts which were $17 million or 44.6% favorable to budget (equal to the prior year). The following gifts were received but not budgeted: the Law School received a $5 million gift for the Tsai Center, a $2 million gift for the Yale Law School Leadership Rankin fund, and a $1 million gift for the Justice Collaboratory; the School of the Environment received $5 million for the Carbon Offset Lab and a $1 million unrestricted gift from the ██████ family. Other smaller gifts were received in the Divinity School and the School of Nursing.

**FY20 Expenses**

Expenses for the Total University (Exhibit A, lines 10-22) were $4,096 million, which was $103 million or 2.5% favorable to budget ($153 million or 3.9% growth versus the prior year; $68 million favorable versus the June forecast). Total salaries and benefits of $2,644 million were $18 million

YU-0000013483

or 0.7% favorable to budget ($124 million or 4.9% growth versus the prior year).  Salary and benefit expenses represent 62% of revenues in FY20, relatively consistent with prior years, and was favorable due to reduced employee benefits expense related to a decrease in medical costs as individuals postponed elective procedures and care. All Other expenses were $85 million or 5.5% favorable to budget ($28 million or 2.0% growth versus the prior year).  Due to the travel ban, working from home, and reduced activity on campus, expenses slowed dramatically in the final quarter of the fiscal year. The university in total spent $68 million or 18% less on non-salary expenses in the fourth quarter than it did in the third quarter of FY20 ($82 million or 22% less than the fourth quarter of FY19).

Central Campus expenses (Exhibit B) were $1,567 million, which was $161 million or 9.3% favorable to budget ($29 million or 1.8% lower versus the prior year) primarily due to the slowdown in expenses in response to the pandemic which drove favorable results in salaries, employee benefits, travel and entertainment, external utilities, external interest expense and other non-salary expense.

Faculty and staff salary and benefit costs of $1,064 million were $74 million or 6.5% favorable to budget ($7 million or 0.7% unfavorable versus the prior year) due to the hiring freeze, vacancy and turnover savings, reduction in health costs for active employees, and conservative budgeting. Most notably the following departments were favorable for FY20: ITS, Development, University Library, Human Resources, and Provost Admin.

External interest expense was $10 million or 9.1% favorable to budget ($10 million or 10.5% unfavorable versus the prior year) due to reduced interest rates and delayed borrowing.

Travel and entertainment, external utilities, and other non-salary expenses were all favorable in FY20 due to the travel freeze and other reduced activity on campus due to COVID-19.  External utilities of $41 million was $12 million or 22.8% favorable to the budget ($12 million or 22.9% lower than prior year), driven by lower than anticipated rates and volume, which was attributable to warm weather experienced during the winter months as well as COVID-19 building closures. Other non-salary expense was favorable due to a general slowdown in spending due to COVID-19, a budgeted placeholder for additional expenses related to the new spendable gifts assumption that materialized in the professional schools, and a contingency for other unforeseen expenses that did not materialize.

Medical School expenses (Exhibit C) for FY20 were $2,078 million, which was $76 million or 3.8% unfavorable to the budget ($179 million or 9.4% growth versus the prior year).

Salaries and benefits were $1,328 million, $60 million or 4.8% unfavorable to budget ($107 million or 8.8% growth versus the prior year). ████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████

CONFIDENTIAL                                                                                    YU-0000013484

benchmark in their specialty.

Other expenses were $844 million, which was $12 million or 1.4% unfavorable to budget ($70 million or 9.1% unfavorable versus the prior year).  This was partially offset by savings in travel, materials, and supplies expense.

<u>Professional Schools</u> expenses (Exhibit D) were $451 million, which was $19 million or 4.0% favorable to budget ($3 million or 0.6% growth versus the prior year). Salaries and benefits were favorable in the School of Nursing ($2 million), the Divinity School ($1 million), and the Law School ($1 million) due to unfilled faculty and staff positions and the hiring freeze. Non-Salary expense was favorable due to reduced travel and entertainment across all schools but particularly in the School of Management ($8 million) where the pandemic forced curtailment of travel and events in the second half of the year.

## Costs of COVID-19 in FY20

A comprehensive estimate of the costs of the COVID-19 pandemic on Yale's operations would be difficult to quantify with precision. Some of the larger costs are more readily identifiable and are listed below:

*Revenue*

| | |
|---|---|
| $73.7 million | Lower patient care income |
| 20.4 | Room and board rebates |
| 5.1 | Ancillary revenue (catering, parking, printing) |
| 2.0 | Athletics (ticket sales, golf course, NCAA) |

*Expenses*

| | |
|---|---|
| $25.4 | Pay for union staff at home unable to work[8] |
| 8.8 | Premium pay for on-campus staff |
| 4.6 | Public health infrastructure (PPE, testing, contact tracing, isolation) |
| 2.0 | Pay for managerial/professional staff at home unable to work |
| 2.0 | University support for the Yale Community for New Haven Fund[9] |
| 1.6 | Professional services (space, safety) |

---

[8] *The $25.4 million above represents 7.3% of the total Clerical/Technical and Service/Maintenance budgeted total wages (21.8% of C&T and S&M wages budgeted for March – June 2020), and so it represents lost productivity but not incremental dollars relative to staff costs in the FY20 budget.*

[9] *The Yale Community for New Haven Fund is a non-profit organization that provides food, shelter, PPE, education assistance, delivery of healthcare and assistance to businesses in the local area.*

YU-0000013485

Please note that a number of these and other COVID-19 costs will continue, and some will be even larger, in FY21, e.g., lower revenue from reduced enrollment, public health infrastructure (PPE, testing, contact tracing), and conference and events revenue.

**FY20 Operating Results and Net Results by Major Area**

Operating Results for the <u>Total University</u> (Exhibit A, line 23), i.e., before transfers, was $177 million, which was $107 million favorable to budget ($61 million unfavorable versus the prior year; $223 million favorable to the June forecast).

As noted earlier, Net Results (*after* funds transfers to non-operating sources) for the total university was a surplus of $125 million, which was $73 million favorable to budget ($38 million favorable versus the prior year; $193 million favorable to the June forecast). Transfers represent funds that are moved out of operating sources where they are available for spending immediately, and into non-operating sources, most often to invest in the ███████████████████████████ ███████████████████████████████████████████████████████████████ ██████████████████████████████████████████ The FY20 results also include a $14 million transfer to unrestricted central reserves. ████████████████████████████ ████████████████████████████████████████████████████████████ ███████████

<u>Central Campus</u> operating results (Exhibit B, line 23), i.e., before transfers, was a surplus of $262 million, which was $153 million favorable to budget ($66 million favorable versus the prior year; $139 million favorable to the June forecast), primarily due to the intentional slowdown in spending (hiring freeze, travel ban, reduced spending across other non-salary expenses) in response to COVID-19.

Net Results (line 25), i.e., *after* transfers for the Central Campus, was a surplus of $137 million, and this was *after* transferring a) ████████████████████████████████████████ ████████████████████████ c) the subsidy for the centrally-supported schools and units and d) $14 million to unrestricted central reserves. The Net Results were $91 million favorable to budget ($142 million favorable versus the prior year; $99 million favorable to the June forecast.) Absent the transfers ███████████████ and central reserves, Central Campus Net Results would have been $188 million.

<u>Medical School</u> operating results (Exhibit C, line 23), i.e., before transfers from the center, was a deficit of $76 million, which was $77 million unfavorable to budget ($130 million unfavorable versus the prior year). The main contributing factor was the decline in clinical revenue from reduced patient visits after the onset of COVID-19. Net Results (line 25), i.e., *after* the transfer of ███████████████████████ and other funds from the center, was a deficit of $39 million, which was $51 million unfavorable to budget ($116 million unfavorable versus the prior year).

---

[10] *The most common reason for transferring operating funds to the endowment is to invest in a UFFE in order to convert spendable operating funds (such as an annual surplus) into endowment that can provide an ongoing stream of income for programs in the future.*

CONFIDENTIAL

<u>Professional Schools</u> operating results (Exhibit D, line 23), i.e., before transfers, was a deficit of $9 million, which was $30 million favorable to budget ($3 million favorable versus the prior year), due to higher than budgeted gifts and slower spending due to COVID-19. Most of the schools posted better operating results than budget, most notably the Law School (+$15 million vs budget), the School of the Environment (+$9 million), and the School of Management (+$4 million). Net Results (line 25), i.e., *after* transfers, was a surplus of $27 million, which was $33 million favorable to budget ($12 million favorable versus the prior year).

Please see Exhibits E-G for the FY20 actual results for each of the major schools and units.

**FY20 Operating Fund Balances and Central Reserves**

Operating fund balances represent accumulated historical revenues in excess of historical expenses that are available for immediate spending. These balances are sometimes broadly referred to as "reserves." These may have external legal restrictions for how they can be spent, e.g., income from a restricted endowment or spendable gift, or they might have internal designations whereby they are reserved for use by a specific faculty member or program and therefore are not typically available for other uses.

The <u>Total University</u>'s operating fund balances at the end of FY20 were $1,448 million (Exhibit F, line 20), an increase of $125 million or 9.5% above the prior year ending balances. In total, these balances were equivalent to 33.9% of revenues or 3.4 months of aggregate annual expenses for the university, although the large majority of these reserves either have legal restrictions (such as endowments and gifts) or are internally designated for a particular use, such as an individual faculty member's research account or a dean's reserve.



<u>Central Reserves</u> (line 18), which are included in the Central Campus fund balance total noted above, are the unrestricted funds available to the president and provost to spend on institutional priorities or cushion unexpected shocks to the budget. The increase or decrease in Central Reserves is an important measure of whether the university's unrestricted funds are sufficient to fund current and ongoing operations. It is comprised of two individual funds: the Provost Development Fund and University General reserves.

In FY20 ***Central Reserves increased by $14 million*** to finish the year at  This included the $9 million added to unrestricted

University General reserves and $5 million added to the Provost Development fund.

As mentioned previously, the university also invested ██████████████████ ██████████████████████████████████████████ ██████████████████████

Despite the sudden onset and severe impact of COVID-19 on Yale campus life, FY20 represented a surprisingly strong year in terms of the university's financial results. ██████████ ████████████████████████████████████████ ████████████████████████████████

██████████████████████████████████

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

Over the past several years the university has made a concerted effort to increase the unrestricted reserves available both to cushion a potential shock to the budget relative to what was available for the crash of 2008-09 and also to invest in academic priorities.

██████████████████████████████████████████
██████████████████████████ accumulated in Central Reserves and other unrestricted funds, which are available to cushion a shock during this uncertain economic time or to invest in the strategic priorities in the future. ██████████████████████ ██████████████████████████████████████████ ██████████████████████ During this uncertain time, the university is in a strong financial position as it navigates the challenging impacts of COVID-19 on Yale's operations, and we are pleased with the positive result of our financial management over the past several years.

---

[11] *Please note the figures noted here represent balances, <u>not</u> annual income flows.*

YU-0000013488



**FY20 Capital Spending and Funding**

Capital disbursements for FY20 were $489 million (Exhibit H, line 14), which was favorable to the budget by $50 million or 9.2% ($35 million or 7.8% more than prior year). Spending on major projects was $286 million (line 4), which was favorable to the budget by $35 million or 10.9%. This was due to delayed spending on projects such as Reese Stadium, Peabody Museum, and Kline Tower as well as many smaller projects.

Spending on the capital "buckets" was $203 million (line 13), which was $14 million or 6.7% favorable to budget. The largest favorable variances were in the West Campus bucket ($12 million or 37.6%) and the Medicine bucket ($9 million or 10.8%). The Programmatic Renovations bucket was unfavorable by $1 million or 4.0%, and the Capital Maintenance bucket was unfavorable by $4 million or 21.0%.

CONFIDENTIAL

Table 7: FY20 Capital Spending – Top 10 Major Projects (refer to Exhibit H, line #4)

| Project Description | FY20 Actual | FY20 Budget | $ Better/ (Worse) | % Better/ (Worse) |
|---|---|---|---|---|
| 320 York (HGS) Renovation | 78.0 | 77.5 | (0.5) | (0.7%) |
| Schwarzman Center Renovation | 63.8 | 45.0 | (18.8) | (41.9%) |
| Yale Science Building | 47.8 | 39.3 | (8.5) | (21.7%) |
| Reese Stadium Upgrades | 6.0 | 16.5 | 10.5 | 63.5% |
| Tsai CITY (Becton Innovation Center) | 14.7 | 15.0 | 0.2 | 1.5% |
| Peabody Museum Comprehensive Renovation | 7.2 | 12.7 | 5.5 | 43.5% |
| Kline Tower Renovation | 6.0 | 9.5 | 3.5 | 37.3% |
| Bingham Hall Comprehensive Renovation | 6.3 | 7.2 | 0.9 | 12.4% |
| Timothy Dwight/ Rosenfeld Hall Offline Cap Maint | 9.1 | 7.1 | (2.0) | (28.1%) |
| Mason Lab AHU Replacement | 3.4 | 6.8 | 3.3 | 49.1% |
| All other major projects | 44.0 | 85.1 | 41.0 | 48.2% |
| Total Major Project Spending | 286.4 | 321.4 | 35.1 | 10.9% |

To fund the $489 million in total capital disbursements, the university used $388 million of CRC funds, $94 million in gifts (mainly Schwarzman Center, 320 York, and Tsai CITY), and $7 million of departmental funds.

The university finished the year with $597 million of capital funds (CRC, debt, gifts) available to fund future spending (see line 24 on Exhibit H). Included in the ending balance is $500 million of the $1.5 billion taxable Series 2020A bond issuance. The remaining $1.0 billion from the debt issuance was not designated for use in the Capital Plan and is therefore not included in the capital balances. The ending capital fund balance is favorable to budget by $610 million, due to the $500M taxable bond issuance, lower spending during FY20, and a more favorable beginning balance, which resulted from lower spending during FY19.

**Fundraising**

The total amount of gifts received during the year was $423 million, which was $1 million or 0.2% lower than budget ($25 million or 5.6% lower than prior year).

*NOTE: The fundraising figures reported here differ from the amounts reported by the Office of Development. Development reports all activity including commitments for new gifts and pledges whereas the operating results report only cash gifts and pledge payments received during the fiscal year. In addition, the Office of Development totals – in keeping with industry standards – include some grant and non-cash donations, which would not be included in gift totals for financial reporting purposes.*

Table 8: FY19 Gift Summary (Management View; gifts received)

| $ in millions | FY19 Actual | FY20 Budget | FY20 Actual | $ Better/(Worse) | | %Better/(Worse) | |
|---|---|---|---|---|---|---|---|
| | | | | FY19 Actual | FY20 Budget | FY19 Actual | FY20 Budget |
| Current Use | 162 | 161 | 160 | (2) | (1) | (1.4%) | (0.8%) |
| Endowment | 203 | 171 | 187 | (16) | 16 | (7.9%) | 9.5% |
| Facilities | 74 | 91 | 68 | (5) | (23) | (7.1%) | (24.8%) |
| Special Investments | 8 | - | 7 | (1) | n/a | n/a | n/a |
| | 448 | 424 | 423 | (25) | (1) | (5.6%) | (0.2%) |

Current Use gifts were $1 million or 0.8% below budget ($2 million or 1.4% unfavorable versus the prior year). The professional schools were favorable to budget by $17 million in the Law School ($10 million), the School of the Environment ($5 million), the School of Nursing ($1 million) and the Divinity School ($1 million). The School of Medicine gifts were favorable to budget by $7 million due to the receipt of several large COVID-19 gifts to purchase personal protective equipment (PPE) and to conduct research related to COVID-19. These gifts were offset by lower central campus gifts due to the budgeted placeholder for the total university.

Endowment gifts were favorable to budget by $16 million or 9.5% ($16 million or 7.9% unfavorable versus the prior year) ███████████████████████████████ Facility gifts were unfavorable to budget by $23 million or 24.8% ($5 million or 7.1% unfavorable versus the prior year), primarily due to the timing of the receipt of the York 320 renovation (more received in FY19, earlier than anticipated), Hendrie Hall (delayed, gift now anticipated in FY25), and Peabody Museum Comprehensive Renovation.

## Endowment

At the time this memo was prepared the estimated investment return for FY20 was 6.9%, with a total market value of $31.3 billion. The Yale Endowment provided $1.437 billion of revenue in FY20, which was 34% of total revenue. As usual, a more detailed discussion of endowment performance is available in the Investment Committee materials.

## GAAP vs Management View – Results from Operations

As noted above, the annual report with the GAAP financial statements for external reporting purposes will be completed, audited, and reviewed with the Audit Committee at the conference call scheduled for October and released in time for the end of October filing deadline. While the GAAP financial statements are not yet final, they are substantially complete, and Yale will report an operating surplus on its external statements of approximately $203 million for the year (versus the $125 million surplus in the Management View discussed above), which is $68 million lower than the prior year.

The GAAP result is caused by a number of known and ongoing differences between our

Management View and GAAP statements. A preliminary summary of these differences is shown below for reference, and a version of this table will appear in the university's annual report, as usual.

The differences between the Management View and GAAP result from accounting policies adopted under each method. The Management View is concerned with managing resources in the short term while considering the long-term financial viability of the university. The GAAP view is presented under accounting principles which require consistent application of revenue recognition when earned and recording of expenses when incurred regardless of the timing of when the resources will be used. Please see Exhibit I for additional detail on the GAAP results.

<u>Table 9: Management vs GAAP Views of Operating Results – Summary of Differences</u>

| | FY19 Actual | FY20 Budget | FY20 Actual |
|---|---|---|---|
| **Management View - Net Results** | **87** | **52** | **125** |
| Operating Pledge Activity | 49 | 10 | 49 |
| Expenses Related to Long Term Liabilities | 37 | (2) | (61) |
| Capital funding, depreciation and disposals | (34) | 26 | (8) |
| Deferred Lease | (53) | - | 2 |
| Realized Hedge Activity | 29 | 26 | 33 |
| Deferred investment income | 5 | - | 12 |
| Funding Transfers | 151 | 27 | 52 |
| Subtotal | 183 | 87 | 78 |
| **GAAP View - Increase in net assets from operations** | **270** | **139** | **203** |

While our Management View results (the primary subject of this memo) are what we believe is most appropriate for informing our internal management decision-making, the external statements are important for several reasons, including the following:

- *External audit*: The GAAP financial statements are reviewed by our external auditors, which brings added confidence about accuracy, integrity, and consistency of approach with other organizations;

- *Public relations*: Since the GAAP financial statements are public, they become a topic for discussion—particularly, though not exclusively, on campus. 

- *Credit rating*: In FY14 both S&P and Moody's noted Yale's operating performance, which was still recovering from the impact of the 2008-09 financial market decline, as an item of

potential concern. In the past few years those concerns appear to have subsided, which was evident in a Moody's press release noting the "strengthened fiscal stewardship at Yale." The publication of Yale's operating surplus in 2019-20 should provide additional reassurance in that respect.

Please let me know if you have any questions on the financial results for FY20 or if you would like other information available for the October Corporation meeting.

CONFIDENTIAL

Exhibit A

## Yale University
*Fiscal 2020 Operating Results*

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY2018 Actual | FY2019 Actual | FY2020 Budget | FY20 Q3 (June Corp) | FY2020 Actual | Better/(Worse) vs FY19 Actual | | Better/(Worse) vs FY20 Budget | | Better/(Worse) vs FY20 Q3 | |
| **Revenue** | | | | | | | | | | | |
| 1 Tuition, Room & Board - Gross | 680 | 730 | 778 | 750 | 754 | 24 | 3.3% | (24) | (3.0%) | 4 | 0.6% |
| 2 Discount on Tuition | (306) | (338) | (368) | (363) | (366) | (27) | (8.1%) | 2 | 0.5% | (3) | (0.7%) |
| 3 Tuition, Room & Board – Net | 374 | 392 | 410 | 387 | 388 | (4) | (0.9%) | (22) | (5.4%) | 2 | 0.5% |
| 4 Grant and Contract Income | 790 | 824 | 821 | 812 | 837 | 13 | 1.6% | 16 | 1.9% | 24 | 3.0% |
| 5 Medical Services Income | 962 | 1,081 | 1,135 | 1,086 | 1,133 | 52 | 4.8% | (1) | (0.1%) | 47 | 4.3% |
| 6 Gifts | 156 | 162 | 161 | 125 | 160 | (2) | (1.4%) | (1) | (0.8%) | 35 | 27.9% |
| 7 Endowment Income | 1,281 | 1,354 | 1,431 | 1,433 | 1,437 | 83 | 6.2% | 6 | 0.4% | 5 | 0.3% |
| 8 Other Income | 312 | 368 | 312 | 276 | 318 | (51) | (13.8%) | 6 | 1.9% | 42 | 15.1% |
| 9 **Total External Revenue** | **3,875** | **4,181** | **4,270** | **4,119** | **4,273** | **92** | **2.2%** | **3** | **0.1%** | **154** | **3.7%** |
| **Expense** | | | | | | | | | | | |
| 10 Faculty Salaries | 911 | 966 | 1,013 | 1,039 | 1,045 | (78) | (8.1%) | (32) | (3.1%) | (5) | 0.5% |
| 11 All Other Salaries | 859 | 906 | 963 | 957 | 959 | (53) | (5.9%) | 3 | 0.3% | (3) | 0.3% |
| 12 Employee Benefits | 568 | 647 | 687 | 675 | 640 | 7 | 1.1% | 46 | 6.8% | 34 | 5.0% |
| 13 Total Salaries & Benefits | 2,338 | 2,520 | 2,662 | 2,671 | 2,644 | (124) | (4.9%) | 18 | 0.7% | 26 | 1.0% |
| 14 Stipends/Fellowships | 102 | 106 | 108 | 109 | 107 | (2) | (1.7%) | 1 | 1.0% | 2 | 1.5% |
| 15 Non-Salary Expenses | 1,263 | 1,349 | 1,426 | 1,404 | 1,344 | 5 | 0.4% | 82 | 5.7% | 61 | 4.3% |
| 16 Interest/CRC/Other Amortization | 338 | 348 | 397 | 377 | 380 | (32) | (9.2%) | 18 | 4.4% | (2) | (0.7%) |
| 17 Allocation of Central Services | 517 | 535 | 588 | 584 | 577 | (42) | (7.9%) | 11 | 1.8% | 7 | 1.2% |
| 18 Allocation of Other Costs | 58 | 61 | 65 | 69 | 65 | (3) | (5.9%) | 1 | 1.2% | 5 | 6.8% |
| 19 Other Expenses | 2,276 | 2,398 | 2,585 | 2,544 | 2,473 | (74) | (3.1%) | 112 | 4.3% | 72 | 2.8% |
| 20 Total Expenses - Before Internal Revenue | 4,614 | 4,918 | 5,247 | 5,215 | 5,117 | (199) | (4.0%) | 130 | 2.5% | 98 | 1.9% |
| 21 Internal Revenue Total | (927) | (974) | (1,047) | (1,051) | (1,021) | 46 | 4.7% | (27) | (2.6%) | (30) | (2.9%) |
| 22 **Total Expenses - Net of Internal Revenue** | **3,687** | **3,944** | **4,200** | **4,164** | **4,096** | **(153)** | **(3.9%)** | **103** | **2.5%** | **68** | **1.6%** |
| 23 **Operating Results** | **188** | **238** | **70** | **(45)** | **177** | **(61)** | **n/a** | **107** | **n/a** | **223** | **n/a** |
| 24 Total Fund Transfers | (97) | (151) | (18) | (22) | (52) | 99 | n/a | (33) | n/a | (30) | n/a |
| 25 **Net Results - Add to/(Use of) Balances** | **91** | **87** | **52** | **(67)** | **125** | **38** | **n/a** | **73** | **n/a** | **193** | **n/a** |

*$ Millions; all funding sources*

YU-0000013494

Exhibit B

**Yale University**
*Fiscal 2020 Operating Results*

| | | **Central Campus** | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | (Includes FAS, Institutes & Collections, Campus Services, Admin. Units and University Unrestricted) | | | | | | | | | |
| | A | B | C | D | E | F | G | H | I | J | K |
| *$ Millions; all funding sources* | FY2018 Actual | FY2019 Actual | FY2020 Budget | FY20 Q3 (June Corp) | FY2020 Actual | Better/(Worse) vs FY19 Actual | | Better/(Worse) vs FY20 Budget | | Better/(Worse) vs FY20 Q3 | |
| **Revenue** | | | | | | | | | | | |
| 1  Tuition, Room & Board - Gross | 456 | 487 | 516 | 495 | 499 | 12 | 2.4% | (17) | (3.3%) | 4 | 0.9% |
| 2  Discount on Tuition | (216) | (240) | (258) | (258) | (259) | (19) | (8.1%) | (1) | (0.3%) | (1) | (0.3%) |
| 3  Tuition, Room & Board – Net | 240 | 247 | 258 | 236 | 240 | (7) | (3.0%) | (18) | (6.9%) | 4 | 1.5% |
| 4  Grant and Contract Income | 126 | 140 | 128 | 124 | 151 | 11 | 8.0% | 23 | 17.7% | 26 | 21.3% |
| 5  Medical Services Income | 52 | 62 | 59 | 66 | 67 | 5 | 8.1% | 8 | 13.6% | - | 0.4% |
| 6  Gifts | 76 | 62 | 97 | 61 | 72 | 10 | 15.7% | (26) | (26.4%) | 11 | 18.3% |
| 7  Endowment Income | 957 | 1,010 | 1,072 | 1,072 | 1,073 | 63 | 6.3% | 1 | 0.1% | 1 | 0.1% |
| 8  Other Income | 213 | 271 | 222 | 200 | 226 | (45) | (16.5%) | 4 | 2.0% | 26 | 12.9% |
| 9  **Total External Revenue** | **1,664** | **1,792** | **1,836** | **1,760** | **1,829** | **37** | **2.1%** | **(7)** | **(0.4%)** | **68** | **3.9%** |
| **Expense** | | | | | | | | | | | |
| 10  Faculty Salaries | 193 | 202 | 224 | 218 | 218 | (16) | (7.8%) | 6 | 2.7% | 1 | 0.3% |
| 11  All Other Salaries | 519 | 546 | 585 | 569 | 569 | (23) | (4.2%) | 16 | 2.8% | - | (0.0%) |
| 12  Employee Benefits | 259 | 308 | 328 | 308 | 277 | 31 | 10.2% | 51 | 15.7% | 31 | 10.2% |
| 13  Total Salaries & Benefits | 971 | 1,056 | 1,137 | 1,095 | 1,064 | (7) | (0.7%) | 74 | 6.5% | 32 | 2.9% |
| 14  Stipends/Fellowships | 61 | 64 | 69 | 67 | 63 | 1 | 1.7% | 6 | 8.8% | 4 | 5.9% |
| 15  Non-Salary Expenses | 704 | 748 | 805 | 777 | 727 | 21 | 2.8% | 78 | 9.7% | 50 | 6.4% |
| 16  Interest/CRC/Other Amortization | 244 | 259 | 300 | 285 | 287 | (28) | (10.7%) | 13 | 4.2% | (3) | (0.9%) |
| 17  Allocation of Central Services | 300 | 307 | 324 | 321 | 313 | (5) | (1.7%) | 12 | 3.6% | 9 | 2.7% |
| 18  Allocation of Other Costs | 34 | 35 | 38 | 39 | 37 | (1) | (4.2%) | 1 | 3.7% | 2 | 5.5% |
| 19  Other Expenses | 1,342 | 1,414 | 1,536 | 1,488 | 1,426 | (12) | (0.9%) | 110 | 7.1% | 62 | 4.2% |
| 20  Total Expenses - Before Internal Revenue | 2,313 | 2,470 | 2,673 | 2,583 | 2,490 | (19) | (0.8%) | 183 | 6.9% | 94 | 3.6% |
| 21  Internal Revenue Total | (830) | (874) | (945) | (945) | (923) | 49 | 5.6% | (22) | (2.4%) | (23) | (2.4%) |
| 22  **Total Expenses - Net of Internal Revenue** | **1,484** | **1,596** | **1,728** | **1,638** | **1,567** | **29** | **1.8%** | **161** | **9.3%** | **71** | **4.3%** |
| 23  **Operating Results** | **180** | **195** | **109** | **122** | **262** | **66** | **n/a** | **153** | **n/a** | **139** | **n/a** |
| 24  Total Fund Transfers | (154) | (200) | (62) | (84) | (124) | 76 | n/a | (62) | n/a | (40) | n/a |
| 25  **Net Results - Add to/(Use of) Balances** | **26** | **(5)** | **46** | **38** | **137** | **142** | **n/a** | **91** | **n/a** | **99** | **n/a** |

CONFIDENTIAL

YU-0000013495

Exhibit C

**Yale University**
*Fiscal 2020 Operating Results*

| | | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Better/(Worse) vs | | Better/(Worse) vs | | Better/(Worse) vs | |
| | | FY2018 Actual | FY2019 Actual | FY2020 Budget | FY20 Q3 (June Corp) | FY2020 Actual | FY19 Actual | | FY20 Budget | | FY20 Q3 | |
| | *$ Millions; all funding sources* | | | | | | | | | | | |
| | **Revenue** | | | | | | | | | | | |
| 1 | Tuition, Room & Board - Gross | 59 | 66 | 74 | 71 | 71 | 5 | 7.4% | (3) | (3.6%) | - | 0.6% |
| 2 | Discount on Tuition | (30) | (35) | (39) | (38) | (39) | (4) | (11.8%) | - | (0.0%) | (1) | (1.8%) |
| 3 | Tuition, Room & Board – Net | 29 | 32 | 35 | 33 | 33 | 1 | 2.6% | (3) | (7.6%) | - | (0.8%) |
| 4 | Grant and Contract Income | 641 | 663 | 672 | 667 | 668 | 5 | 0.8% | (3) | (0.5%) | 1 | 0.2% |
| 5 | Medical Services Income | 909 | 1,019 | 1,075 | 1,019 | 1,066 | 47 | 4.6% | (9) | (0.8%) | 47 | 4.6% |
| 6 | Gifts | 33 | 45 | 26 | 27 | 33 | (12) | (25.7%) | 7 | 28.1% | 7 | 25.9% |
| 7 | Endowment Income | 129 | 137 | 143 | 144 | 144 | 8 | 5.5% | 1 | 0.9% | - | (0.2%) |
| 8 | Other Income | 62 | 58 | 52 | 38 | 58 | - | (0.3%) | 6 | 10.8% | 19 | 50.4% |
| 9 | **Total External Revenue** | **1,803** | **1,953** | **2,003** | **1,928** | **2,002** | **49** | **2.5%** | **(1)** | **(0.0%)** | **74** | **3.8%** |
| | **Expense** | | | | | | | | | | | |
| 10 | Faculty Salaries | 609 | 652 | 672 | 704 | 711 | (58) | (8.9%) | (39) | (5.8%) | (7) | (1.0%) |
| 11 | All Other Salaries | 269 | 284 | 297 | 308 | 311 | (27) | (9.5%) | (14) | (4.8%) | (3) | (1.1%) |
| 12 | Employee Benefits | 256 | 285 | 299 | 307 | 307 | (22) | (7.7%) | (7) | (2.5%) | - | 0.1% |
| 13 | Total Salaries & Benefits | 1,134 | 1,221 | 1,268 | 1,318 | 1,328 | (107) | (8.8%) | (60) | (4.8%) | (10) | (0.8%) |
| 14 | Stipends/Fellowships | 31 | 33 | 29 | 33 | 36 | (2) | (7.2%) | (6) | (21.7%) | (3) | (8.0%) |
| 15 | Non-Salary Expenses | 477 | 509 | 529 | 529 | 537 | (28) | (5.5%) | (8) | (1.5%) | (8) | (1.5%) |
| 16 | Interest/CRC/Other Amortization | 64 | 57 | 66 | 60 | 60 | (3) | (5.1%) | 6 | 8.5% | - | 0.3% |
| 17 | Allocation of Central Services | 151 | 155 | 188 | 188 | 191 | (36) | (22.9%) | (3) | (1.4%) | (3) | (1.5%) |
| 18 | Allocation of Other Costs | 18 | 19 | 20 | 23 | 20 | (2) | (8.2%) | - | (1.2%) | 3 | 12.6% |
| 19 | Other Expenses | 740 | 773 | 832 | 834 | 844 | (70) | (9.1%) | (12) | (1.4%) | (10) | (1.2%) |
| 20 | Total Expenses - Before Internal Revenue | 1,874 | 1,994 | 2,100 | 2,152 | 2,172 | (178) | (8.9%) | (72) | (3.4%) | (20) | (0.9%) |
| 21 | Internal Revenue | (93) | (96) | (98) | (101) | (94) | (2) | (1.6%) | (4) | (4.3%) | (7) | (7.0%) |
| 22 | **Total Expenses - Net of Internal Revenue** | **1,780** | **1,899** | **2,002** | **2,051** | **2,078** | **(179)** | **(9.4%)** | **(76)** | **(3.8%)** | **(27)** | **(1.3%)** |
| 23 | **Operating Results** | **23** | **55** | **1** | **(123)** | **(76)** | **(130)** | **n/a** | **(77)** | **n/a** | **47** | **n/a** |
| 24 | Total Fund Transfers | 22 | 22 | 10 | 29 | 36 | 14 | n/a | 26 | n/a | 8 | n/a |
| 25 | **Net Results - Add to/(Use of) Balances** | **45** | **77** | **11** | **(94)** | **(39)** | **(116)** | **n/a** | **(51)** | **n/a** | **55** | **n/a** |

CONFIDENTIAL

YU-0000013496

Exhibit D

**Yale University**
*Fiscal 2020 Operating Results*

| Professional Schools |
| --- |
| (Includes the Schools of Management, Law, Environment, Divinity, Nursing, Drama, Music, Architecture and Art) |

| $ Millions; all funding sources | A<br>FY2018<br>Actual | B<br>FY2019<br>Actual | C<br>FY2020<br>Budget | D<br>FY20 Q3<br>(June Corp) | E<br>FY2020<br>Actual | F<br>Better/(Worse) vs<br>FY19 Actual | G | H<br>Better/(Worse) vs<br>FY20 Budget | I | J<br>Better/(Worse) vs<br>FY20 Q3 | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | |
| 1 Tuition, Room & Board - Gross | 165 | 177 | 188 | 184 | 184 | 7 | 4.0% | (4) | (2.0%) | - | (0.2%) |
| 2 Discount on Tuition | (60) | (64) | (70) | (67) | (68) | (4) | (6.3%) | 2 | 3.4% | (1) | (1.8%) |
| 3 Tuition, Room & Board – Net | 105 | 113 | 117 | 118 | 116 | 3 | 2.7% | (1) | (1.2%) | (2) | (1.3%) |
| 4 Grant and Contract Income | 22 | 20 | 21 | 21 | 17 | (3) | (15.9%) | (4) | (16.9%) | (4) | (16.9%) |
| 5 Medical Services Income | 1 | 1 | 1 | 1 | 1 | - | (40.1%) | - | (40.8%) | - | (40.8%) |
| 6 Gifts | 47 | 55 | 38 | 38 | 55 | - | (0.7%) | 17 | 44.6% | 17 | 44.6% |
| 7 Endowment Income | 195 | 207 | 216 | 216 | 220 | 12 | 6.0% | 4 | 1.8% | 4 | 1.8% |
| 8 Other Income | 37 | 39 | 38 | 37 | 34 | (6) | (14.9%) | (4) | (11.0%) | (4) | (9.5%) |
| 9 **Total External Revenue** | **408** | **436** | **431** | **430** | **442** | **6** | **1.3%** | **11** | **2.7%** | **12** | **2.8%** |
| **Expense** | 0 | | | | | | | | | | |
| 10 Faculty Salaries | 109 | 112 | 117 | 118 | 116 | (4) | 3.6% | 1 | (0.8%) | (1) | (1.1%) |
| 11 All Other Salaries | 71 | 76 | 80 | 80 | 79 | (3) | (4.2%) | 2 | 1.9% | 1 | 1.1% |
| 12 Employee Benefits | 53 | 54 | 60 | 60 | 57 | (3) | (4.9%) | 3 | 4.2% | 3 | 4.4% |
| 13 Total Salaries & Benefits | 233 | 242 | 257 | 257 | 252 | (10) | (4.1%) | 5 | 1.9% | 5 | 1.9% |
| 14 Stipends/Fellowships | 10 | 9 | 11 | 10 | 9 | (1) | (5.9%) | 1 | 12.5% | - | 3.7% |
| 15 Non-Salary Expenses | 81 | 92 | 92 | 99 | 80 | 12 | 12.9% | 12 | 13.0% | 18 | 18.6% |
| 16 Interest/CRC/Other Amortization | 30 | 31 | 32 | 32 | 32 | (1) | (4.5%) | - | (1.5%) | - | (0.3%) |
| 17 Allocation of Central Services | 66 | 72 | 75 | 74 | 73 | (1) | (1.7%) | 2 | 2.5% | 1 | 1.8% |
| 18 Allocation of Other Costs | 6 | 7 | 7 | 7 | 8 | - | (4.8%) | - | (5.4%) | - | (4.9%) |
| 19 Other Expenses | 194 | 211 | 217 | 222 | 203 | 8 | 4.0% | 14 | 6.6% | 20 | 8.8% |
| 20 Total Expenses - Before Internal Revenue | 427 | 453 | 474 | 479 | 455 | (2) | (0.3%) | 19 | 4.0% | 24 | 5.1% |
| 21 Internal Revenue | (4) | (5) | (4) | (4) | (4) | (1) | (20.6%) | - | (5.0%) | - | (5.0%) |
| 22 **Total Expenses - Net of Internal Revenue** | **423** | **449** | **470** | **475** | **451** | **(3)** | **(0.6%)** | **19** | **4.0%** | **24** | **5.1%** |
| 23 **Operating Results** | **(15)** | **(12)** | **(39)** | **(45)** | **(9)** | **3** | **n/a** | **30** | **n/a** | **36** | **n/a** |
| 24 Total Fund Transfers | 35 | 27 | 34 | 34 | 36 | 9 | n/a | 3 | n/a | 3 | n/a |
| 25 **Net Results - Add to/(Use of) Balances** | **20** | **15** | **(6)** | **(12)** | **27** | **12** | **n/a** | **33** | **n/a** | **39** | **n/a** |

CONFIDENTIAL

YU-0000013497

Exhibit E

# Yale University
### *Fiscal 2020 Operating Results*

| | | 9-Column View | | | | | | |
|---|---|---|---|---|---|---|---|---|

| ($ Millions) | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | Professional Schools | | Central Campus | | | | | |
| Row | School of Medicine | Self-Support Schools | Non-Self-Support Schools | Faculty of Arts and Sciences | Institutes and Collections | Campus Services | Administrative Units | University Unrestricted | Total University |
| **Revenue** | | | | | | | | | |
| 1  Tuition, Room & Board - Gross | 71 | 155 | 29 | 459 | 3 | - | 37 | - | 754 |
| 2  Discount on Tuition | (39) | (47) | (21) | (255) | (4) | - | - | - | (366) |
| 3  Tuition, Room & Board – Net | 33 | 107 | 9 | 204 | (1) | - | 36 | - | 388 |
| 4  Grant and Contract Income | 668 | 17 | - | 123 | 7 | 3 | 17 | - | 837 |
| 5  Medical Services Income | 1,066 | 1 | - | - | - | 67 | - | - | 1,133 |
| 6  Gifts | 33 | 51 | 4 | 18 | 8 | 4 | 21 | 20 | 160 |
| 7  Endowment Income | 144 | 171 | 49 | 512 | 220 | 45 | 91 | 206 | 1,437 |
| 8  Other Income | 58 | 31 | 3 | 13 | 23 | 25 | 164 | 2 | 318 |
| 9  **Total External Revenue** | **2,002** | **378** | **65** | **870** | **258** | **144** | **329** | **228** | **4,273** |
| **Expense** | | | | | | | | | |
| 10  Faculty Salaries | 711 | 95 | 22 | 181 | 17 | 4 | 16 | - | 1,045 |
| 11  All Other Salaries | 311 | 65 | 14 | 74 | 87 | 77 | 332 | - | 959 |
| 12  Employee Benefits | 307 | 46 | 11 | 68 | 44 | 30 | 134 | - | 640 |
| 13  Total Salaries & Benefits | 1,328 | 205 | 47 | 323 | 148 | 111 | 482 | - | 2,644 |
| 14  Stipends/Fellowships | 36 | 9 | - | 56 | 5 | 1 | - | - | 107 |
| 15  Non-Salary Expenses | 537 | 67 | 13 | 76 | 108 | 262 | 281 | - | 1,344 |
| 16  Interest/CRC/Other Amortization | 60 | 20 | 12 | 140 | 46 | 31 | 71 | - | 380 |
| 17  Allocation of Central Services | 191 | 56 | 17 | 217 | 39 | 14 | 43 | - | 577 |
| 18  Allocation of Other Costs | 20 | 6 | 2 | 22 | 7 | 1 | 7 | - | 65 |
| 19  Other Expenses | 844 | 159 | 44 | 511 | 204 | 309 | 402 | - | 2,473 |
| 20  Total Expenses - Before Internal Revenue | 2,172 | 364 | 91 | 834 | 352 | 420 | 884 | - | 5,117 |
| 21  Internal Revenue | (94) | (3) | - | (2) | (17) | (234) | (669) | - | (1,021) |
| 22  **Total Expenses - Net of Internal Revenue** | **2,078** | **361** | **90** | **832** | **336** | **185** | **215** | **-** | **4,096** |
| 23  **Operating Results*** | **(76)** | **16** | **(25)** | **39** | **(78)** | **(42)** | **115** | **228** | **177** |
| 24  Total Fund Transfers | 36 | 8 | 28 | (25) | 95 | 54 | (29) | (219) | (52) |
| 25  **Net Results - Add to/(Use of) Balances** | **(39)** | **24** | **3** | **13** | **18** | **12** | **86** | **9** | **125** |

*The above and all other exhibits in this budget book represent the Unit View. In Unit View, units receive calculated funding through GA support for the administrative and academic support services they provide to the schools and units being charged University Services Expense. In Management View, this funding is pulled out of GA and shown as Income or Expense.

| 2: **Operating Results - Mgmt View** | **(76)** | **16** | **(25)** | **38** | **(108)** | **(65)** | **169** | **228** | **177** |
|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL

YU-0000013498



CONFIDENTIAL

**Yale University**                                             **Exhibit G**

*Fiscal 2020 Actual - Net Results*

| | | A<br>FY17 | B<br>FY18 | C<br>FY19 | D<br>FY20 | E<br>FY20 |
|---|---|---|---|---|---|---|
| | *$ Millions* | Actual | Actual | Actual | Budget | Actual |
| 1 | School of Medicine - Dean's Reserve | 21 | 27 | 31 | (19) | (4) |
| 2 | School of Medicine - Departments | 31 | 18 | 46 | 30 | (35) |
| 3 | **School of Medicine** | **52** | **45** | **77** | **11** | **(39)** |
| 4 | School of Architecture | 1 | 1 | 0 | 0 | 1 |
| 5 | School of Art | 0 | 0 | 0 | 0 | 1 |
| 6 | School of Divinity | 1 | 7 | 4 | 1 | 1 |
| 7 | School of Drama | 0 | (0) | 1 | (1) | 1 |
| 8 | School of the Environment | (3) | 4 | 4 | (1) | 7 |
| 9 | School of Law | (0) | 4 | 10 | (1) | 15 |
| 10 | School of Management | 9 | 2 | (4) | (1) | 3 |
| 11 | School of Music | 1 | 1 | 1 | (2) | (1) |
| 12 | School of Nursing | 2 | 1 | (2) | (1) | (1) |
| 13 | **Professional Schools** | **10** | **20** | **15** | **(6)** | **27** |
| 14 | Faculty of Arts & Sciences | 12 | 0 | 10 | 4 | 13 |
| 15 | Campus Services | 5 | (12) | (0) | 2 | 12 |
| 16 | Institutes & Collections | (8) | (6) | 9 | (11) | 18 |
| 17 | Administrative Units | 29 | 34 | (23) | 58 | 85 |
| 18 | University Unrestricted | 15 | 1 | 0 | (7) | 9 |
| 19 | **Central Campus** | **53** | **26** | **(5)** | **46** | **137** |
| 20 | **Total University** | **115** | **91** | **87** | **52** | **125** |

YU-0000013500

# Yale University                                              Exhibit H

*FY20 Year-End Results: Capital Spending & Funding*

*$ millions*

|  |  | FY20 Actual | FY20 Budget | Better (Worse) vs Budget |
|---|---|---|---|---|
| Line # | ***Expenditures*** |  |  |  |
|  | Major Projects |  |  |  |
| 1 | New Construction | 67 | 77 | 10 |
| 2 | Renovation | 215 | 236 | 21 |
| 3 | Other | 5 | 8 | 4 |
| 4 | Total Major Projects | **286** | **321** | **35** |
| 5 | Programmatic Renovations | 21 | 20 | (1) |
| 6 | Capital Maintenance | 24 | 20 | (4) |
| 7 | Utilities | 14 | 16 | 2 |
| 8 | Systems, Equip, Other | 28 | 21 | (7) |
| 9 | Property Acquisitions | 5 | 3 | (2) |
| 10 | Medicine | 74 | 83 | 9 |
| 11 | West Campus | 19 | 31 | 12 |
| 12 | Non-Cap/RR/Cap Int | 19 | 25 | 6 |
| 13 | Total Buckets | **203** | **217** | **14** |
| 14 | **Total Expenditures** | **489** | **539** | **50** |
|  | ***Uses*** |  |  |  |
| 15 | CRC | 388 | 319 | (69) |
| 16 | Gifts | 94 | 149 | 55 |
| 17 | Departmental Funds/Other | 7 | 2 | (5) |
| 18 | Debt (CHEFA) | 0 | 69 | 69 |
| 19 | **Total** | **489** | **539** | **50** |
|  | ***Year End Remaining Balances*** |  |  |  |
| 20 | CRC | 520 | 1 | 519 |
| 21 | Gifts | 77 | 54 | 23 |
| 22 | Departmental Funds/Other | 0 | 0 | 0 |
| 23 | Debt (CHEFA) | 0 | (69) | 69 |
| 24 | **Total** | **597** | **(13)** | **610** |

Note: $500M of the $1.5B taxable Series 2020A bond issuance is included in Year End Remaining Balances.  The remaining $1.0B was not designated for use in the Capital Plan.

**Yale University**                                                                                                Exhibit I

*FY20 Actual Operating Results - Management View vs GAAP*

*$ millions*

| | Management View | Management vs GAAP View Differences | | GAAP View | | Notes on Management vs GAAP View Differences | |
|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | *Notes on Management vs GAAP View Differences* | |
| Tuition, Room & Board - Gross | $ 754 | | $ | 754 | | | |
| Tuition Discount | $ (366) | (3) a | $ | (369) | a | Loan forgiveness | |
|    Tuition, Room & Board - Net | $ 388 | (3) | $ | 385 | b | Operating pledge activity | |
| Grants & Contract Income | $ 837 | | $ | 837 | c | Deferred investment income, OCR Fund reclasses, Yale Press & Other | |
| Medical Services | $ 1,133 | | $ | 1,133 | d | Long-term liabilities-defined benefit plans | |
| Gifts - Current Use | $ 160 | 49 b | $ | 209 | e | Includes: | |
| Endowment Income | $ 1,437 | | $ | 1,437 | |    NH Promise, Env Liab., Yale Press, & other | 13 |
| Other Income | $ 318 | 15 c | $ | 332 | |    Energy hedges | (1) |
|    **Total External Income** | **$ 4,273** | **60** | **$** | **4,333** | | | 12 |
| | | | $ | - | | | |
| **Expenses** | | | $ | - | f | Eliminate other allocations against non-salary expenses | |
| Faculty Salaries | $ 1,045 | | $ | 1,045 | g | Includes: | |
| All Other Salaries | $ 959 | 13 | $ | 972 | |    Interest rate hedge | (32) |
| Employee Benefits | $ 640 | 35 d | $ | 675 | |    Capital funding, depreciation and disposals | 8 |
|    Total Salaries & Benefits | $ 2,644 | 48 | $ | 2,692 | |    Amortization Expenses - Financing lease incentive | (2) |
| Fellowships | $ 107 | | $ | 107 | | | (26) |
| Non-Salary Expenses | $ 1,344 | 12 e | $ | 1,356 | h | Eliminate transfers | |
| | $ - | (379) f | $ | (379) | | | |
| Interest/CRC/Other Amortization | $ 380 | (26) g | $ | 354 | | | |
| Allocations | $ 641 | (641) | $ | - | | | |
|    **Total Expenses** | **$ 5,117** | **(986)** | **$** | **4,130** | | | |
| Internal Revenue | $ (1,021) | 1,021 | $ | - | | | |
|    Total Expenses (Net of Internal Revenue) | $ 4,096 | 34 | $ | 4,130 | | | |
| Fund Transfers | $ (52) | 52 h | $ | - | | | |
| **Total Net Results** | **125** | **78** | | **203** | | | |

CONFIDENTIAL                                                                                                YU-0000013502

# FY20 Year End Planning Unit Hierarchy



*The School of Public Health is included in the School of Medicine for the budget process
**Includes the School of Engineering & Applied Sciences

CONFIDENTIAL

YU-0000013503