# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JONATHAN MICHEL , *Plaintiff*, | : : : | Civil No. 3:20cv1080 (JCH) |
| v. | : : : | |
| YALE UNIVERSITY, *Defendant.* | : : | January 31, 2023 |

## **JUDGMENT**

This matter came on for consideration on the defendant's Motion for Summary Judgment [Doc. #135] before the Honorable Janet C. Hall, United States District Judge. The Court has reviewed all the papers filed in conjunction with the motion and on January 30, 2023, entered a Ruling [Doc. 169] GRANTING the defendant's motion.

It is therefore ORDERED, ADJUDGED, and DECREED that Judgment is entered in favor of the defendant and against the plaintiff, and the case is closed.

Dated at New Haven, Connecticut, this 31st day of January 2023.

Dinah Milton Kinney, Clerk

By_____/s/_____
Breigh Freberg, Deputy Clerk

EOD: January 30, 2023