## United States District Court for the District of Connecticut

Case Number: __3:20-cv-01080-JCH__

Jonathan Michel
_____
*List the full name(s) of the plaintiff(s)/petitioners(s)*

v.                                  **NOTICE OF APPEAL**

Yale University
_____
*List the full name(s) of the defendant(s)/respondent(s)*

Notice is hereby given that __Jonathan Michel_____ in the above-
*List the names of all parties who are filing an appeal*

named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the

[✓] final judgment entered in this action on __1/31/23_____
                                             *Date Entered*

        AND

[✓] order #( __169__ ) entered in this action on __1/30/23_____ described as:
                                                *Date Entered*

> granting Defendant Yale University's Motion for Summary Judgment and dismissing Plaintiff Jonathan Michel's Motion to Certify the Class as moot

*(Provide a brief description of the decision in the order/judgment)*

February 22, 2023                                           _____
_____                                         *Signature*
        *Date*
Soumilas, John
_____
                    *Name (Last, First, MI)*

Francis Mailman Soumilas, P.C., 1600 Market Street, Ste. 2510, Philadelphia, PA
_____
    *Address*              *City*                  *State*

215-735-8600                          jsoumilas@consumerlawfirm.com
_____            _____
    *Telephone*                          *E-mail Address (if available)*

*See Rule 3(c) for permissible ways of identifying appellants. Attach additional pages as necessary.

**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4 (c)(1), complete Form 7 (declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*

Rev. 11-16-22